Bankruptcy Case No. 15-32919-KRH

Adversary Proceeding Case No. 16-03204-KRH

## CERTIFICATE OF SERVICE

I, <u>Cullen D. Speckhart</u> (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
<u>July 28, 2016</u>                    (date) by:

☑    **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

BRYAN K. STREETER,
REG. AGENT FOR JAMES RIVER DRYWALL LLC
3957 WESTERRE PARKWAY, SUITE 105
RICHMOND, VA 23233-0000

☐    **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:


☐    **Residence Service:** By leaving the process with the following adult at:


☐    **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:


☐    **Publication:** The defendant was served as follows: [Describe briefly]


☐    **State Law:** The defendant was served pursuant to the laws of the State of
_____(name of state), as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

_____7/28/16_____              _____(signature)_____
        Date                                              Signature

| Print Name |
| --- |
| Cullen D. Speckhart |
| Business Address |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |
| City              State              Zip |