**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | Case No. 15-32919 (___) |
| | **(Joint Administration Requested)** |
| Debtors.[1] | |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS, FIRST DAY
MOTIONS, AND PROPOSED HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on June 7, 2015 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that together with the chapter 11 petitions, the Debtors also requested an expedited hearing before the Court (the "First Day Hearing") to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832).

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Counsel to the Debtors
and Debtors in Possession*

consider certain motions (collectively, the "First Day Motions") filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto as Annex 1.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the First Day Hearing on **June 8, 2015, at 2:00 p.m. (prevailing Eastern Time)** in Courtroom \_\_\_\_ of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, 5th Floor , Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the First Day Motions may be obtained : (i) by accessing the Court's website at https://ecf.vaeb.uscourts.gov through an account obtained from the Pacer Service Center at 1-800-676-6856 or www.pacer.gov, or (ii), free of charge, by accessing the Debtors' case information website at https://www.americanlegal.com/HDL.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should read the First Day Motions carefully and discuss them with your attorney, if you have one in the chapter 11 cases.  (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you or your attorney must attend the First Day Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Dated:      June 7, 2015
            Richmond, Virginia

                              Respectfully submitted,


                              /s/ Henry P. (Toby) Long, III
                              Tyler P. Brown (VSB No. 28072)
                              Jason W. Harbour (VSB No. 68220)
                              Henry P. (Toby) Long, III (VSB No. 75134)
                              Justin F. Paget (VSB No. 77949)
                              HUNTON & WILLIAMS LLP
                              Riverfront Plaza, East Tower
                              951 East Byrd Street
                              Richmond, Virginia 23219
                              Telephone: (804) 788-8200
                              Facsimile:  (804) 788-8218

                              *Proposed Counsel to the Debtors
                              and Debtors in Possession*

3

**ANNEX 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No. 15-32919 (   )** |
| | **(Joint Administration Requested)** |
| Debtors.[1] | |

**PROPOSED FIRST DAY AGENDA FOR HEARING
ON JUNE 8, 2015, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

## I. INTRODUCTION

In support of the following relief requested at the first day hearing, the Debtors refer the Court to the Declaration of Martin McGahan in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [ECF No. 4]

## II. ADMINISTRATIVE MOTIONS

1.   "**Motion to Expedite**" – *Motion of Debtors and Debtors in Possession for Entry of an Order Setting an Expedited Hearing on "First Day Motions" and Related Relief* [ECF No. 16]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:   Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832).

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Counsel to the Debtors
and Debtors in Possession*

2. "**Joint Administration**" – *Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of their Related Chapter 11 Cases* [ECF No. 3]

3. "**Notice of Commencement**" – *Motion of Debtors and Debtors in Possession for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Chapter 11 Cases* [ECF No. 5]

4. "**ALCS Retention**" – *Motion of Debtors and Debtors in Possession for Entry of an Order Appointing American Legal Claims Services, LLC as Claims, Noticing and Balloting Agent* [ECF No. 6]

5. "**Creditor List Motion**" – *Motion of the Debtors and Debtors in Possession For Entry of an Order Authorizing Debtors to (I) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (II) File a Consolidated List of Debtors' 30 Largest Unsecured Creditors* [ECF No. 7]

6. "**Extend Schedules Deadline**" – *Motion of the Debtors and Debtors in Possession for Entry of an Order (I) Extending the Time to File Schedules and Statements of Financial Affairs and (II) Extending the Time to Schedule the Meeting of Creditors* [ECF No. 8]

7. "**Case Management**" – *Motion of the Debtors and Debtors in Possession for Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF No. 9]

### III. OPERATIONAL MOTIONS

8. "**Cash Management**" – *Motion of the Debtors and Debtors in Possession for Entry of an Order (I) Authorizing Debtors to Maintain Existing Bank Accounts and Business Forms and Continue to Use Existing Cash Management System; (II) Granting Administrative Expense Status for Intercompany Claims; and (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code* [ECF No. 10]

9. "**Wages and Benefits**" – *Motion of Debtors and Debtors in Possession for Entry of an Order (I) Authorizing Debtors To Pay Prepetition Wages, Salaries and Benefits; (II) Authorizing Debtors to Continue Employee Benefit Programs in the Ordinary Course of Business; (III) Authorizing Current and Former Employees to Proceed With Workers' Compensation Claims; and (IV) Directing Applicable Financial Institutions to*

2

*Honor and Process Related Checks and Transfers* [ECF No. 11]

10. "**Utilities**" – *Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 12]

11. "**Insurance**" – *Motion of Debtors and Debtors in Possession for Entry of an Order Authorizing (I) Debtors to Continue and Renew Their Liability, Property, Casualty and Other Insurance Programs and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 13]

12. "**Taxes**" – *Motion of Debtors and Debtors in Possession for Entry of an Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes and Fees and (II) Financial Institutions to Honor and Process Related Checks And Transfers* [ECF No. 14]

## IV.  CASH COLLATERAL

13. "**Cash Collateral**" – *Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders Authorizing the Debtors to Use Cash Collateral and Granting Adequate Protection* [ECF No. 15]

DATED: June 7, 2015

_____

Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No.77979)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

4