**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 15-32919 (KRH)** |
| **In re:**<br><br>**CENTRAL MEDICAL LABORATORY, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 15-32920 (KRH)** |
| **In re:**<br><br>**INTEGRATED HEALTH LEADERS, LLC**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 15-32921 (KRH)** |

**ORDER DIRECTING
JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order directing the joint administration of the Debtors' related chapter 11 cases, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of the Debtors,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Counsel to the Debtors
and Debtors in Possession*

their estates and creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is hereby granted.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-32919 (KRH).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, **Debtors.** [1] | **Chapter 11** **Case No. 15-32919 (KRH)** **(Jointly Administered)** |

5. The requirement to include the Debtors' full tax identification numbers in the case caption and notices to creditors is hereby waived.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832).

6.    A docket entry shall be made in each of the above-captioned cases, other than that of Health Diagnostic Laboratory, Inc., substantially as follows:

> An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia directing the procedural consolidation and joint administration of the chapter 11 cases of Health Diagnostic Laboratory, Inc., Central Medical Laboratory, Inc. and Integrated Health Leaders, LLC. The docket in Case No. 15-32919 (KRH) should be consulted for all matters affecting this case.

7.    The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, on a consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

8.    Notice of the Motion as provided therein shall be deemed to good and sufficient notice of such Motion.

9.    The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.   Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.   The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

12.   This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Jun 9 2015
Dated:_____, 2015

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Jun 9 2015

WE ASK FOR THIS:

/s/ Tyler P. Brown
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Tel: (804) 788-8200
Fax: (804) 788-8218

*Proposed Counsel to the Debtors and Debtors in Possession*

### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Tyler P. Brown

79841.000008 EMF_US 56017588v2