IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-32919 (KRH)<br><br>(Jointly Administered) |

## NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"):

   *(i)   Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Approving Stipulation, (II) Authorizing Use of Cash Collateral and (III) Granting Adequate Protection to the United States of America* ("Motion to Approve Stipulation"); and

   *(ii)  Motion of the Debtors and Debtors In Possession for Entry of an Order (A) Expediting Consideration of, and Shortening the Notice Period Applicable to, the Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Approving Stipulation, (II) Authorizing Use of Cash*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832). Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Case Management Order (defined below).

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Counsel to the Debtors
and Debtors in Possession*

*Collateral and (III) Granting Adequate Protection to the United States of America and (B) Granting Related Relief* ("Motion to Expedite")

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion to Approve Stipulation and the Motion to Expedite may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. **You should read the Motion to Approve Stipulation and Motion to Expedite carefully and discuss them with your attorney, if you have one in the chapter 11 cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on June 9, 2015, the Court entered the *Final Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 40] (the "Case Management Order), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "Case Management Procedures"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion to Approve Stipulation, or if you want the Court to consider your views on the Motion to Approve Stipulation, and if the Motion to Expedite is granted, then, by **9:00 a.m. prevailing Eastern Time on June 18, 2015** (the "Objection Deadline"), you or your attorney must:

- ☒ File with the Court, either electronically or at the address shown below, a written response to the Motion to Approve Stipulation pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.

   **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion to Approve Stipulation as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

   Clerk of the Court
   United States Bankruptcy Court
   701 East Broad Street
   Suite 4000
   Richmond, VA  23219

In accordance with the Case Management Procedures, you must also serve a copy

    of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

☒    Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, at 11:00 a.m. (prevailing Eastern Time) on June 18, 2015, at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

    **PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

DATED: June 16, 2015

    Respectfully submitted,

/s/ *Justin F. Paget*
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Proposed Counsel to the Debtors
and Debtors in Possession*