**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | **Case No. 15-32919 (KRH)** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

**PROPOSED AGENDA FOR HEARING
ON JUNE 18, 2015, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**I. MOTIONS**

1. "**Motion to Expedite**" – Motion of the Debtors and Debtors In Possession for Entry of an Order (A) Expediting Consideration of, and Shortening the Notice Period Applicable to, the Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Approving Stipulation, (II) Authorizing Use of Cash Collateral and (III) Granting Adequate Protection to the United States of America and (B) Granting Related Relief [ECF No. 77]

    *Related Documents:*    None.

    *Response Deadline*: June 18, 2015 at 9:00 a.m. (prevailing Eastern Time)

    *Responses*:  None as of the time this Agenda is being filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832).

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Counsel to the Debtors
and Debtors in Possession*

*Status*:  No objections have been filed as of this filing.

2. "**Motion to Approve Stipulation**" – Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Approving Stipulation, (II) Authorizing Use of Cash Collateral and (III) Granting Adequate Protection to the United States of America [ECF No. 76]

*Related Documents:*     None.

*Response Deadline*: June 18, 2015 at 9:00 a.m. (prevailing Eastern Time)

*Responses*:  None as of the time this Agenda is being filed.

*Status*:  No objections have been filed as of this filing.

DATED: June 16, 2015

/s/ Jason W. Harbour
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Proposed Counsel to the Debtors
and Debtors in Possession*