UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA (RICHMOND DIVISION)

| | |
|---|---|
| In re:<br><br>Health Diagnostic Laboratory, Inc., et al.<br><br>Debtors.1 | Case No.: 15-32919<br><br>Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Steve Platt, being duly sworn according to law, depose and say that I am a Senior Consultant at American Legal Claim Services, LLC, claims and noticing agent for the Debtor in the above-captioned case.

On June 15, 2015, under my direction and supervision, the following documents were served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- Motion of the Debtors and Debtors in Possession for Entry of an Order Authorizing the Debtors to (I) Enter into Term Sheet and (II) Use Estate Property Outside the Ordinary Course of Business  **[Docket No. 72]**

- Motion of the Debtors and Debtors in Possession for Entry of an Order Expediting Consideration of and Shortening the Notice Period Applicable to the Motion of the Debtors and Debtors in Possession to (I) Enter into Term Sheet and (II) Use Estate Property Outside the Ordinary Course of Business  **[Docket No. 73]**

*(Continued on Following page)*

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832)

- Notice of Motion and Notice of Hearing  [Docket No. 74]


Dated:  June 16, 2015

                                                      Steve Platt

State of Florida, County of Duval

Subscribed and sworn to before me on this 16th day of June, 2015, by Steve Platt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

JENNIFER JOHNS
MY COMMISSION #FF189439
EXPIRES January 13, 2019
(407) 398-0153   FloridaNotaryService.com

Exhibit A

# Exhibit A

## Served Via Electronic Mail

| # | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 1 | BB&T | RICHARD E HAGERTY ESQ - TROUTMAN SANDERS LLP | richard.hagerty@troutmansanders.com |
| 2 | Beckman Coulter | Sandra Hannah | skhannah@beckman.com |
| 3 | Chrom Tech Inc | MICHELLE IVERSON CEO; JEANETTE MORRISON | michelle@chromtech.com; jeanette@chromtech.com |
| 4 | Cleveland HeartLab Inc | Jake Orville | jorville@clevelandheartlab.com |
| 5 | diaDexus | Lori Rafield CEO | Lrafield@diadexus.com |
| 6 | DiaSorin | Tim Harris VP Sales | tim.harris@diasorin.com |
| 7 | FedEx | Stephen Posey | Stephen.posey@fedex.com |
| 8 | Finnegan Henderson Farabow Garrett & Dunner LLP | Sanya Sukduang | sanya.sukduang@finnegan.com |
| 9 | FULTON BANK | CURTIS MANCHESTER; ALISON TOEPP - REED SMITH LLP | cmanchester@reedsmith.com; atoepp@reedsmith.com |
| 10 | FULTON BANK | PETER S CLARK - REED SMITH LLP | pclark@reedsmith.com |
| 11 | Helena Laboratory Corporation | Joe Golias | jgolias@helena.com |
| 12 | Kansas Bioscience Authority | Kevin Lockett | lockett@kansasbioauthority.org |
| 13 | Kronus Market Development Associates Inc | DEBBIE TAPELLA & CHRIS VIELE | dtapella@kronus.com; cviele@kronus.com |
| 14 | LabCorp | Leslie Shelton | sheltol@LabCorp.com |
| 15 | LeClairRyan | Charles Sims | Charles.Sims@leclairryan.com |
| 16 | Metabolon | Todd Lynch CFO | Tlynch@metabolon.com |
| 17 | METABOLON INC | David Ruby ; William Prince IV - Thompson McMullan PC | druby@t-mlaw.com; wprince@t-mlaw.com |
| 18 | MONUMENT CONSULTING LLC | William A Gray; Roy M Terry - Sands Anderson PC | BGray@sandsanderson.com; RTerry@sandsanderson.com |
| 19 | Numares Group | Volker Pfahlert | pfahlert.edingen@t-online.de |
| 20 | Office of The United States Trustee | Robert Van Arsdale | Robert.B.Van.Arsdale@usdoj.gov |
| 21 | Oncimmune Limited | Geoffrey Hamilton Fairley | geoffrey@hamilton-fairley.co.uk |
| 22 | ONCIMMUNE USA LLC | KEVIN SWEENEY - POLSINELLI PC | ksweeney@polsinelli.com |
| 23 | ONCIMMUNE USA LLC | GEORGE KOSTEL - POLSINELLI PC | gkostel@polsinelli.com |
| 24 | ONCIMMUNE USA LLC | ANTHONY PORCELLI - POLSINELLI PC | aporcelli@polsinelli.com |
| 25 | ONCIMMUNE USA LLC | CHRISTOPHER WARD - POLSINELLI PC | cward@polsinelli.com |
| 26 | Orchard Software | Andy Tolle Account Executive | atolle@orchardsoft.com |
| 27 | PNC BANK | CARL HOWARD - GEBHARDT & SMITH LLP | choward@gebsmith.com |
| 28 | ProFootball Inc. | ROBERT FORBES; ERIC SCHAFFER | forbesr@redskins.com; schaffere@redskins.com |
| 29 | ROCHE DIAGNOSTIC CORPORATION | David Powlen; Kevin Collins - Barnes & Thornburg LLP | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| 30 | Roche Diagnostics Corporation | Alex Cherlin | alex.cherlin@roche.com |
| 31 | RONALD PAGE PLC | RONALD A PAGE JR | rpage@rpagelaw.com |
| 32 | Ropes & Gray LLP | Deborah Gersh | Deborah.Gersh@ropesgray.com |
| 33 | SPICER, PAUL | Blackwell N Shelley Jr - Shelley Cupp Schulte PC | shelley@scs-work.com |
| 34 | Troutman Sanders LLP | Christopher E Vinyard | chris.vinyard@troutmansanders.com |
| 35 | VWR International | BRUCE PALMATIER; MOHAMMAD | nariskdepartment@wr.com |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 1

# Exhibit B

## Exhibit B

## Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | Bank of the West | William Cooney | 475 Sansome Street | | San Francisco | CA | 94111 | |
| 2 | BB&T | Bruce McDonald | 400 N. Tampa Street | 23rd Floor | Tampa | FL | 33602 | |
| 3 | BB&T | Summer Ruffin | 200 West Second Street | Floor 17 | Winston Salem | NC | 27101 | |
| 4 | BB&T Equipment Finance, LLC | Summer Ruffin | 200 West Second Street | Floor 17 | Winston Salem | NC | 27101 | |
| 5 | Berk Law PLLC | | 2002 Massachusetts Ave NW | | Washington | DC | 20036 | |
| 6 | BG Medicine | Paul Sohmer President & CEO | 610N Lincoln Street | | Waltham | MA | 02451 | |
| 7 | City of Richmond | Division of Collections | PO Box 26624 | | Richmond | VA | 23261 | |
| 8 | Cotchett Pitre and McCarthy LLP | | 840 Malcolm Road Ste 200 | San Francisco Airport Office Center | Burlingame | CA | 94010 | |
| 9 | GOLIAS, JOE | Connie A Lahn - Barnes & Thornburg LLP | 225 S 6TH ST | | MINNEAPOLIS | MN | 55402-4662 | |
| 10 | LaTonya S Mallory | | 710 Meadow View Ridge | | Manakin Sabot | VA | 23103 | |
| 11 | Mercodia Inc | | 1590 WESTBROOK PLAZA DRIVE STE 201 | | WINSTON SALEM | NC | 27103 | |
| 12 | Monument Consulting LLC | Julie Pittman | 3947 Westerre Parkway | | Richmond | VA | 23233 | |
| 13 | Petragallo Gordon Alfano Bosick & Raspanti, LLP | | 1818 Market Street | Ste 3402 | Philadelphia | PA | 19103 | |
| 14 | Phillips & Cohen LLP | | 2000 Massachusetts Ave NW | | Washington | DC | 20036 | |
| 15 | PNC Equipment Finance, LLC | Mark Starnes | PO Box 94931 | | Cleveland | OH | 44101 | |
| 16 | Randox Laboratories | | 515 Industrial Boulevard | | Kearneysville | WV | 25430 | |
| 17 | Roe Cassidy Coates & Price PA | | 1052 N Church Street | | Greenville | SC | 29601 | |
| 18 | US Department of Justice | | 950 Pennsylvania Ave NW | | Washington | DC | 20530 | |
| 19 | Wyatt & Blake LLP | | 435 East Morehead Street | | Charlotte | NC | 28202 | |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 1