# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.** [1] | **Jointly Administered** |

## LIQUIDATING TRUSTEE'S QUARTERLY REPORT
## ENDING JUNE 30, 2016

Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust (the "**Liquidating Trustee**"), appointed pursuant to the confirmed Modified Second Amended Plan of Liquidation (the "**Plan**")[2] of the Debtors (the "**Debtors**," or "**HDL**") in these jointly administered bankruptcy cases (the "**Chapter 11 Cases**"), by his undersigned counsel, hereby files the Liquidating Trustee's Quarterly Report for period ending June 30, 2016 in accordance with the Plan, Provision 6.5(c)(21). The Liquidating Trustee respectfully states as follows:

## BACKGROUND

1.     Provision 6.5(c)(21) of the Plan requires the Liquidating Trustee to provide the following:

> Within thirty (30) days after the end of the first full month following the Effective Date, and within twenty (20) days after the end of each quarter thereafter, (a) file with the Court and provide to the Liquidating Trust Oversight Committee a report setting forth (i) the receipt and disposition by the Liquidating Trustee of property of the Estates during such period, including the amounts, recipients and dates of any Distribution and any payments to the Liquidating Trustee and professionals, employees, and consultants of the Liquidating Trust, (ii) any Disputed Claims resolved by the Liquidating Trustee, (iii) all known material non-Cash assets of the

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Debtors remaining to be disposed of, and (iv) the status of all Litigation Claims; and (b) provide to the Liquidating Trust Oversight Committee a report setting forth (i) an itemization of all expenses the Liquidating Trustee anticipates will become due and payable within the subsequent quarter, and (ii) the Liquidating Trustee's forecast of cash receipts and expenses for the subsequent quarter

2.      The Effective Date is May 12, 2016.

3.      The first reporting period is May 13, 2016 thru June 30, 2016 (the "**Reporting Period**").

## RECEIPT AND DISPOSITION OF PROPERTY OF THE ESTATE

4.      No distributions have occurred during the Reporting Period.

5.      During the Reporting Period, the Liquidating Trustee was paid $15,000.00 on June 24, 2016.

6.      During the Reporting Period, professionals, employees, and consultants of the Liquidating Trust were paid $1,963,945. Please see the table below for the list of recipients, dates, and amounts paid.

| PROFESSIONALS/ EMPLOYEES/CONSULTANTS | DATE PAID | AMOUNT PAID |
|---|---|---|
| ADP, Inc. | 5/20/16 | $20 |
| ADP, Inc. | 5/23/16 | $236 |
| ADP, Inc. | 6/2/16 | $40 |
| ADP, Inc. | 6/3/16 | $7 |
| ADP, Inc. | 6/24/16 | $20 |
| Alvarez & Marsal Healthcare Industry Group | 6/13/16 | $174,796 |
| Alvarez & Marsal Healthcare Industry Group | 6/22/16 | $86,380 |
| Alvarez & Marsal Healthcare Industry Group | 6/24/16 | $76,533[3] |
| American Legal Claim Services, LLC | 5/26/16 | $4,394 |
| American Legal Claim Services, LLC | 6/13/16 | $7,112 |
| Cooley LLP | 6/13/16 | $253,465 |
| Cooley LLP | 6/24/16 | $492,616 |
| Hirschler Fleischer | 5/26/16 | $19,397 |
| Hirschler Fleischer | 6/24/16 | $7,542 |
| Hirschler Fleischer | 6/29/16 | $8,529 |
| Hunton & Williams LLP | 5/26/16 | $289,231 |
| Hunton & Williams LLP | 6/13/16 | $50,251 |
| Hunton & Williams LLP | 6/29/16 | $37,350 |
| Keiter | 5/26/16 | $61,902 |
| Keiter | 6/29/16 | $60,946 |
| MK Financial, LLC | 6/24/16 | $4,740 |

---

[3]   This value reflects the $15,000 paid to the Liquidating Trustee on June 24, 2016.

| PROFESSIONALS/ EMPLOYEES/CONSULTANTS | DATE PAID | AMOUNT PAID |
|---|---|---|
| New Dawn Advisors | 5/26/16 | $10,335 |
| New Dawn Advisors | 6/29/16 | $9,540 |
| Protiviti Inc. | 6/2/16 | $81,288 |
| Protiviti Inc. | 6/24/16 | $75,619 |
| RCM Billing and Consulting | 6/2/16 | $1,619 |
| RCM Billing and Consulting | 6/22/16 | $2,963 |
| RCM Billing and Consulting | 6/24/16 | $9,403 |
| Ropes & Gray LLP | 6/22/16 | $10,887 |
| Ropes & Gray LLP | 6/22/16 | $9,510 |
| Seacoast Laboratory Data Systems Inc. | 5/16/16 | $13,875 |
| Seacoast Laboratory Data Systems Inc. | 6/2/16 | $13,125 |
| Wolcott Rivers Gates | 6/2/16 | $7,433 |
| Wolcott Rivers Gates | 6/24/16 | $77,381 |
| Wolcott Rivers Gates | 6/29/16 | $5,460 |
| **TOTAL PAYMENTS** | | **$1,963,945** |

7.      For a summary of disbursements and cash flow during the Reporting Period, please see the status below.

| DESCRIPTION | AMOUNT |
|---|---|
| | (Dollars in Thousands) |
| Receipts | $1,310 |
| Disbursements | $2,015 |
| Net Cash Flow Before Distributions | ($705) |
| Distributions | $0 |
| Net Cash Flow | ($705) |
| Starting Book Cash | $12,439 |
| Ending Book Cash Flow | $11,733 |

## DISPUTED CLAIMS RESOLVED

*Aetna Inc. v. Health Diagnostic Laboratory, Inc., BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, Robert Bradford Johnson, and Latonya Mallory*

8.      On April 10, 2015, Aetna Inc. filed a Complaint, as subsequently amended on August 31, 2016, against HDL, BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, Robert Bradford Johnson, and Latonya Mallory alleging fraudulent tortious interference with business and contractual relations, civil conspiracy and unjust enrichment.

9.      On May 3, 2016, the Court entered the *Order Approving Settlement Agreement Between the Official Committee of Unsecured Creditors and Aetna Inc.* [Docket No. 1071].

10.     On May 17, 2016, the appeal period concluded for the Order approving the Settlement Agreement.

***Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company v. Health Diagnostic Laboratory, Inc.***

11.     On October 15, 2014, Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company filed a complaint, as subsequently amended on January 16, 2015, thereby commencing Civil Action No. 3:14-cv-01519-SRU in the United States District Court for the District of Connecticut alleging fraudulent and tortious conduct against HDL.

12.     On June 29, 2016, the Court entered the *Order Approving Settlement Agreement Between HDL Liquidating Trust, Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company* [Docket No. 1263].

13.     On July 13, 2016, the appeal period concluded for the Order approving the Settlement Agreement.

## ALL KNOWN MATERIAL NON-CASH ASSETS OF THE DEBTORS REMAINING TO BE DISPOSED OF

14.     The non-cash assets remaining to be disposed of include the accounts receivable, deposits, and an investment in a joint venture. Please see below.

| NON-CASH ASSETS | VALUE (Dollars in Thousands) |
|---|---|
| Accounts Receivables (Net) | $4,113 |
| Deposits | $828 |
| Investments in JV (HDLP) | $13,089 |
| **Total** | **$18,030** |

## STATUS OF ALL LITIGATION CLAIMS

15.    As of the close of the Reporting Period, there have been eight separate suits filed

either by or against HDL:

| CASE INFORMATION | COURT | STATUS |
|---|---|---|
| *Aetna Inc. v. Health Diagnostic Laboratory, Inc., BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, Robert Bradford Johnson, and Latonya Mallory* | U.S. Bankruptcy Court Eastern District of Virginia Case No. 15-32919-KRH | Settled |
| *Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company v. Health Diagnostic Laboratory, Inc.* | U.S. District Court District of Connecticut Case No. 3:14-cv-01519-VAB | Settled |
| *Health Diagnostic Laboratory, Inc. v. True Health Diagnostics, LLC; Jeffrey P. "Boomer" Cornwell* | U.S. Bankruptcy Court Eastern District of Virginia Case No. 16-03011-KRH | Ongoing |
| *G. Russell Warnick v. Health Diagnostic Laboratory, Inc.; Integrated Health Leaders, LLC; True Health Diagnostics, LLC* | U.S. Bankruptcy Court Eastern District of Virginia Case No. 16-03014-KRH | Ongoing |
| *Boston Heart Diagnostics Corporation v. Health Diagnostic Laboratory, Inc.* | U.S. District Court For the District of Massachusetts Case No. 1:13-cv-13111-IT | Action Stayed |
| *Health Diagnostic Laboratory, Inc. v. Boston Heart Diagnostics Corporation* | U.S. District Court For the Eastern District of Virginia Case No. 3:14-cv-00796-HEH | Action Stayed |
| *BlueWave Healthcare Consultants, Inc. v. Health Diagnostic Laboratory, Inc.* | U.S. District Court For the Northern District of Alabama Case No. 5:15-cv-00884-MHH | Action Stayed |
| *Paul Spicer v. Health Diagnostic Laboratory, Inc.* | Richmond City Circuit Court, Virginia Case No. CL15001907-00 | Action Stayed |

16.    The current status of claims are provided below:

| CLAIM CLASS | TOTAL CLAIMS FILED / SCHEDULED[4] (Dollars in Thousands) | LESS: RESOLVED (Dollars in Thousands) | TOTAL CURRENT CLAIMS (Dollars in Thousands) |
|---|---|---|---|
| 503(b)9 | $1,651 | $0 | $1,651 |
| Administrative | $1,205,570 | $0 | $1,205,570 |
| Priority | $867 | ($43) | $824 |
| Secured | $126,518 | ($14,679) | $111,839 |
| General Unsecured | $1,829,590 | ($192,934) | $1,636,656 |
| **Total** | **$3,164,196** | **($207,656)** | **$2,956,540** |

---

[4]    Total Claims Filed / Scheduled counts each claim one time. If a scheduled claim matches a proof of claim, then only the proof of claim is counted. If a claim was scheduled as contingent / unliquidated / disputed, and no proof of claim was filed, the scheduled claim has been removed as inactive. If a scheduled claim is not disputed, and no proof of claim was filed, the scheduled claim is counted in the Total Claims Filed / Scheduled amount.

## CONCLUSION

WHEREFORE, the Liquidating Trustee respectfully provides the Court with the
*Liquidating Trustee's Quarterly Report for period ending June 30, 2016.*

Dated: July 29, 2016

|  | Respectfully submitted, |
|---|---|
| /s/ Cullen D. Speckhart | |
| Cullen D. Speckhart (VSB No. 79096) | Richard S. Kanowitz (admitted *pro hac vice*) |
| **WOLCOTT RIVERS GATES** | **COOLEY LLP** |
| 919 E. Main Street, Richmond, VA 23219 | 1114 Avenue of the Americas |
| 200 Bendix Road, Ste. 300 Virginia Beach, VA 23452 | New York, New York 10036 |
| Telephone:    (757) 497-6633 | Telephone: (212) 479-6000 |
| Direct:    (757) 470-5566 | Facsimile: (212) 479-6275 |
| Email: cspeckhart@wolriv.com | Email: rkanowitz@cooley.com |
| | |
| *Counsel to Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust* | *Counsel to Richard Arrowsmith, Liquidating Trustee, and the Liquidating Trust Oversight Committee.* |