**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
Jesse N. Silverman
jsilverman@dilworthlaw.com
Joshua D. Wolson
jwolson@dilworthlaw.com
Jennifer L. Maleski
jmaleski@dilworthlaw.com

*Attorneys for Floyd Calhoun Dent, III,*
*Bradley Johnson & BlueWave Healthcare Consultants, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In Re:** : | |
| : | **(CHAPTER 11)** |
| **HEALTH DIAGNOSTIC LABORATORY, Inc.,** : | |
| *et al* : | **Case No. 15-32919 (KRH)** |
| : | |
| **Debtors** : | **(Jointly Administered)** |

**JOINDER TO OBJECTIONS TO SETTLEMENT**

Floyd Calhoun Dent, III, Bradley Johnson and BlueWave Healthcare Consultants, Inc., ("BlueWave Parties"), by their undersigned counsel, submit this joinder to the *Limited Objection to the Liquidating Trustee's Motion for Order Approving Settlement with LeClairRyan*, filed by Dr. Joseph McConnell on September 15, 2016 (ECF No. 1466) (the "McConnell Objection"), the *Joint Objection to Motion for Order Approving Settlement Agreement Between Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust, and LeClairRyan*, filed by Tipton Golias, Joseph Golias, Donald Golias, Wyndell L. Golias Voting Trust, Helena Laboratories Corporation, Karla Falgout, Pamela Oates, Eric Petersen, John Tessler, David Mayes, Noel Bartlett and Robert Galen on September 15, 2016 (ECF No. 1465) (the "Golias Objection,"), and the *Response and Objections to Liquidating Trustee's Motion for Order*

119263069_1

*Approving Settlement Agreement Between Richard Arrowsmith, Liquidating Trustee of HDL Liquidating Trust, and LeClairRyan*, filed by G. Russell Warnick on September 15, 2016 (ECF No. 1471) (the "Warnick Objection", and collectively with the McConnell Objection and the Golias Objection, the "Objections") with respect to the Liquidating Trustee's *Motion for Order Approving Settlement Agreement Between Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust, and LeClairRyan* (the "Motion") (ECF No. 1443).

Late in the afternoon on Friday, September 16, 2016, the Liquidating Trustee filed a redacted Omnibus Complaint, which names each of the BlueWave Parties as Defendants. The Omnibus Complaint is more than 200 pages long (exclusive of exhibits) and includes 76 separate Counts and more than 100 pages of exhibits. In addition, the current version of the Omnibus Complaint that is available to named Defendants excludes more than 90 paragraphs that the Liquidating Trustee has sought Court approval to file under seal.

At this time, it is premature for the Court to decide what impact the settlement between the Liquidating Trust and LeClairRyan might have on any rights, claims, and defenses the BlueWave Parties might have in connection with the claims included in the Omnibus Complaint or any other action that the Liquidating Trustee might bring against the BlueWave Parties. The BlueWave Parties therefore object to the Motion to the extent that it asks the Court to determine the impact of the settlement on their rights, claims, and defenses as to the Liquidating Trust, LeClairRyan, or any other party, including rights with respect to Virginia Code § 8.01-35.1.

For the foregoing reasons, and as set out further in the Objections, the BlueWave Parties join the Objections and the request for relief therein.

| | |
|---|---|
| Dated: September 19, 2016 | /s/ Jesse N. Silverman<br>Jesse N. Silverman (VA I.D. 46456)<br>Joshua D. Wolson<br>Jennifer L. Maleski<br>**DILWORTH PAXSON LLP**<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br><br>*Attorneys for Floyd Calhoun Dent, III,*<br>*Bradley Johnson & BlueWave Healthcare*<br>*Consultants, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned counsel for Floyd Calhoun Dent, III, Bradley Johnson & BlueWave Healthcare Consultants, Inc. hereby certifies that on September 19, 2016, the foregoing document was served upon the Service List, as defined in the Court's *Order Establishing Certain Post-Confirmation Notice, Case Management, and Administrative Procedures* [Docket No. 1261], via e-mail or first class mail if no e-mail addresses was available.

/s/ Jesse N. Silverman
Jesse N. Silverman

119263069_1

*SERVICE BY ELECTRONIC MAIL*

| Party Name | ATTN | Email |
|---|---|---|
| AETNA INC | James C Crumlish III - Elliott Greenleaf PC | jcc@elliottgreenleaf.com |
| AETNA INC | JAMES MCCARRIE II (COUNSEL) | mccarrieiij@aetna.com |
| AETNA INC | Rafael Zahralddin - Elliott Greenleaf PC | rxza@elliottgreenleaf.com |
| BAKER & HOSTETLER LLP | John J CARNEY, ESQ, , FERVE E OZTURK, ESQ | jcarney@bakerlaw.com; fozturk@bakerlaw.com |
| BAKER AND HOSTELLER LLP | DENA S KESSLER ESQ | dkessler@bakerlaw.com |
| BANK OF THE WEST | Jeremy Friedberg & Pierce Murphy - Leitess Friedberg PC | jeremy.friedberg@lf-pc.com; pierce.murphy@lf-pc.com |
| BARNES & THORNBURG LLP | CONNIE A LAHN | connie.lahn@btlaw.com |
| BB&T | RICHARD E HAGERTY ESQ - TROUTMAN SANDERS LLP | richard.hagerty@troutmansanders.com |
| BEAN, KINNEY & KORMAN, P.C. | JENNIFER A BRUST, ESQ | jbrust@beankinney.com |
| BECKMAN COULTER INC | Daniel Schimizzi - Bernstein-Burkley PC | dschimizzi@bernsteinlaw.com |
| BIOTECH 8 LLC | Lynn Tavenner & Paula Beran - Tavenner & Beran PLC | ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com |
| BLUEWAVE HEALTHCARE CONSULTANTS, INC | Jesse N Silverman, Esq - Dilworth Paxon LLP | jsliverman@dilworthlaw.com |
| CERBERUS BUSINESS FINANCE LLC | LAWRENCE GELBER - SCHULTE ROTH & ZABEL LLP | lawrence.gelber@srz.com |
| CERBERUS BUSINESS FINANCE LLC | WILLIAM BROSCIOUS - KEPLEY BROSCIOUS & BIGGS PLC | wbroscious@kbbplc.com |
| CIGNA HEALTH AND LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| CIGNA HEALTH AND LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| CLAIMS RECOVERY GROUP | ERIK FOX- REES BROOME, PC | EFox@reesbroome.com |
| CLEVELAND HEART LAB INC | JAKE ORVILLE | jorville@clevelandheartlab.com |
| CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| CORNWELL, JEFFREY | ERIC E WALKER - PERKINS COIE LLP | ewalker@perkinscoie.com |
| CORNWELL, JEFFREY | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| CORNWELL, JEFFREY | H SLAYTON DABNEY JR - DABNEY PLLC | sdabney@dabneypllc.com |
| COUNSEL TO HEALTH DIAGNOSTIC LABORATORY INC ET AL (DEBTORS) | JUSTIN PAGET; SHANNON DAILY; JASON HARBOUR | jharbour@hunton.com;sdaily@hunton.com; jpaget@hunton.com; hlong@hunton.com; tcanada@hunton.com |
| COUNSEL TO THE LIQUIDATING TRUST OVERSIGHT COMMITTEE | DOUGLAS P LOBEL - COOLEY LLP | dlobel@cooley.com |
| COUNSEL TO THE LIQUIDATING TRUST OVERSIGHT COMMITTEE | RICHARD KANOWITZ; JAY INDYKE; JEREMY ROTHSTEIN - COOLEY LLP | rkanowitz@cooley.com; jindyke@cooley.com; jrothstein@cooley.com |
| Culbert & Schmitt, PLLC | Ann E. Schmitt | aschmitt@culbert-schmitt.com |
| CVF Beadsea LLC | Christian K Vogel | kvogel@vogelandcromwell.com |
| DIADEXUS INC | LEONE PATTERSON | lpatterson@diadexus.com |
| DURRETTE CRUMP PLC | KEVIN J FUNK | kfunk@durrettecrump.com |
| ENTEC SYSTEMS INC | ROBERT CANFIELD - CANFIELD BAER & HELLER LLP | bcanfield@canfieldbaer.com |
| EXCELLUS HEALTH PLAN, INC. | KELLY C GRIFFITH, ESQ. - HARRIS BEACH PLLC | kgriffith@harrisbeach.com; bkemail@harrisbeach.com |
| G3 FOUNDERS LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| GALESE & INGRAM PC | JEFFREY INGRAM | jeff@galese-ingram.com |
| GLOBAL GENOMICS GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| GOLIAS, JOE | CONNIE A LAHN - BARNES & THORNBURG LLP | connie.lahn@btlaw.com |

*SERVICE BY ELECTRONIC MAIL*

| Party Name | ATTN | Email |
|---|---|---|
| HALFPENNY TECHNOLOGIES INC | JOHN LUCIAN - BLANK ROME LLP | lucian@blankrome.com |
| HANOVER MOB LLC | C/O VALERIE P MORRISON | VAL.MORRISON@NELSONMULLINS.COM |
| HANOVER MOB LLC | C/O VALERIE P MORRISON | VAL.MORRISON@NELSONMULLINS.COM |
| HARRIS BEACH PLLC | KELLY C GRIFFITH, ESQ | kgriffith@harrisbeach.com; bkemail@harrisbeach.com |
| HDL LIQUIDATING TRUST | CULLEN SPECKHART- WOLCOTT RIVERS GATES | CSPECKHART@WOLRIV.COM |
| HDL LIQUIDATING TRUST | ROBERT WESTERMAN, EMILY M SCOTT & RACHEL A GREENLEAF-HIRSCHLER FLEISCHER PC | rwestermann@hf-law.com; rgreenleaf@hf-law.com;ESCOTT@HF-LAW.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC | JOSEPH CORRIGAN | bankruptcy2@ironmountain.com |
| JOHNSON, ROBERT BRADFORD | PARKER POLLARD WILTON & PEADEN PC | treid@parkerpollard.com; sbryant@parkerpollard.com |
| JOSEPH L MANSON III ESQ | | JMANSON@JMANSONLAW.COM |
| KANSAS BIOSCIENCE AUTHORITY | JOHN PERYMAN - GENERAL COUNSEL | peryam@kansasbioauthority.org |
| KRONUS INC | Solomon Ward Seidenwurm & Smith LLP | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| LEMBERG LAW LLC | SERGEI LEMBERG | SLEMBERG@LEMBERGLAW.COM |
| MALLORY, LATONYA S | ATTN WHITEFORD TAYLOR & PRESTON LLP | mhastings@wtplaw.com; brapp@wtplaw.com; khroblak@wtplaw.com |
| MALLORY, LATONYA S | ATTN WHITEFORD TAYLOR & PRESTON LLP | khroblak@wtplaw.com |
| MALLORY, TONYA | ROBYN F POLLACK ESQ - SAUL EWING LLP | rpollack@saul.com |
| MCCONNELL, JOSEPH P | KEPLEY BROSCIOUS & BIGGS PLC | wbroscious@kbbplc.com; ktaylor@kbbplc.com |
| MCGUIRE WOODS | K ELIZABETH SEIG, ESQ | bsieg@mcguirewoods.com |
| MCGUIREWOODS | DION W HAYES | dhayes@mcguirewoods.com |
| MCKEAN, ANNA | STEPHANIE N GILBERT - WILCOX & SAVAGE PC | sgilbert@wilsav.com |
| MedTest DX | Gary Eisenberg; John Roche - Perkins Coie LLP | jroche@perkinscoie.com; geisenberg@perkinscoie.com |
| MedTest DX | ATTN JOHN ROCHE; GARY EISENBERG - PERKINS COIE LLP | jroche@perkinscoie.com; geisenberg@perkinscoie.com |
| MERCODIA INC | | carissa.jones@mercodia.com |
| METABOLON INC | DAVID RUBY ; WILLIAM PRINCE IV - THOMPSON MCMULLAN PC | druby@t-mlaw.com; wprince@t-mlaw.com |
| MONUMENT CONSULTING LLC | WILLIAM A GRAY; ROY M TERRY - SANDS ANDERSON PC | bgray@sandsanderson.com; rterry@sandsanderson.com |
| MURPHY & MCGONIGLE, P.C. | JAMES A. MURPHY, ESQ | jmurphy@mmlawus.com |
| Murphy Goldammer & Prendergast LLP | Matthew S McCaulley | matt@mgplawfirm.com |
| Murphy Goldammer & Prendergast LLP | Matthew S McCaulley | matt@mgplawfirm.com |
| NUMARES AG AND NUMARES GROUP CORPORATION | Williams Mullen | tschwarz@williamsmullen.com; pbliley@williamsmullen.com; aburnett@williamsmullen.com |
| NUMARES GROUP CORPORATION | CLAUS BOTZLER | claus.botzler@numares.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ROBERT VAN ARSDALE | robert.b.van.arsdale@usdoj.gov |
| ONCIMMUNE LIMITED | GEOFFREY HAMILTON FAIRLEY | geoffrey@hamilton-fairley.co.uk |
| ONCIMMUNE USA LLC | ANTHONY PORCELLI - POLSINELLI PC | aporcelli@polsinelli.com |
| ONCIMMUNE USA LLC | CHRISTOPHER WARD; JARRETT VINE - POLSINELLI PC | cward@polsinelli.com |
| ONCIMMUNE USA LLC | GEORGE KOSTEL - POLSINELLI PC | gkostel@polsinelli.com |
| ORCHARD SOFTWARE | James P Moloy - Bose McKinney & Evans LLP | jmoloy@boselaw.com |

*SERVICE BY ELECTRONIC MAIL*

| Party Name | ATTN | Email |
|---|---|---|
| ORCHARD SOFTWARE | Roy Terry; Williams Gray; John Smith - Sands Anderson PC | rterry@sandsanderson.com; bgray@sandsanderson.com; jsmith@sandsanderson.com |
| ORCHARD SOFTWARE | Roy Terry; Williams Gray; John Smith - Sands Anderson PC | rterry@sandsanderson.com; bgray@sandsanderson.com; jsmith@sandsanderson.com |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP | RICHARD J PARKS ESQ | rjp@pietragallo.com |
| PNC BANK | LISA TANCREDI - GEBHARDT & SMITH LLP | ltancredi@gebsmith.com |
| PNC EQUIPMENT FINANCE LLC | MICHAEL D NORD, ESQ - GEBHARDT & SMITH LLP | MNORD@gebsmith.com |
| RANGARAJAN, SATYANARAIN | JOHN J CARNEY | jcarney@bakerlaw.com; |
| ROCHE DIAGNOSTIC CORPORATION | DAVID POWLEN; KEVIN COLLINS - BARNES & THORNBURG LLP | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| RONALD PAGE PLC | RONALD A PAGE JR | rpage@rpagelaw.com |
| RYAN, DENNIS | TIMOTHY C BASS, THOMAS J MCKEE JR - GREENBERG TRAURIG LLP | basst@gtlaw.com; mckeet@gtlaw.com |
| RYAN, DENNIS | HARRIS L KAY, ESQ - GREENBERG TRAURIG, LLP | kayh@gtlaw.com |
| Securities & Exchange Commission | Sharon Binger - Regional Director | philadelphia@sec.gov |
| SOLOMON WARD SEIDENWURM & SMITH, LLP | MICHAEL D BRESLAUER, ESQ. | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| SPICER, PAUL | BLACKWELL N SHELLEY JR - SHELLEY CUPP SCHULTE PC | shelley@scs-work.com |
| SPIRO AND BROWNE PLC | DAVID G BROWNE | DBROWNE@SBLAWVA.COM |
| Stradley Ronon Stevens & Young, LLP | Zeenat Iqbal, Esquire (VSB 83213) | ziqbal@stradley.com |
| SUNTRUST BANK | Richard E Biemiller Esq - Wolcott Rivers Gates | biemiller@wolriv.com |
| SYDNEY INVESTMENT GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| TN DEPT OF REVENUE C/O TN ATTORNEY GENERALS OFFICE | BANKRUPTCY DIVISION | gina.hantel@ag.tn.gov |
| TROUTMAN SANDERS LLP | CHRISTOPHER E VINYARD | chris.vinyard@troutmansanders.com |
| TROUTMAN SANDERS LLP | JONATHAN L HAUSER ESQ | jonathan.hauser@troutmansanders.com |
| TRUE HEALTH DIAGNOSTICS LLC | ERIC E WALKER - PERKINS COIE LLP | ewalker@perkinscoie.com |
| TRUE HEALTH DIAGNOSTICS LLC | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| TRUE HEALTH DIAGNOSTICS LLC | H. SLAYTON DABNEY, JR - DABNEY, PLLC | sdabney@dabneypllc.com |
| UNION BANK & TRUST | CHRISTIAN & BARTON LLP | aepps@cblaw.com; mmueller@cblaw.com; jmclemore@cblaw.com |
| UNITED HEALTH CARE INSURANCE COMPANY | Ann E. Schmitt - Culbert & Schmitt, PLLC | aschmitt@culbert-schmitt.com |
| UNITED HEALTH CARE INSURANCE COMPANY | ERIC GOLDSTEIN - SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| US DEPARTMENT OF JUSTICE | MARY A SCHMERGEL - TRIAL ATTORNEY | mary.schmergel@usdoj.gov |
| US Environmental Protection Agency | Bankruptcy Operations | r3public@epa.gov |
| WILLIAM HARRIS | | bill@omegaquant.com |
| WMPT Stone Oak LP | J Brandon Sieg; James Cosby - Vandeventer Black LLP | bsieg@vanblk.com; jcosby@vanblk.com |
| WOODS ROGERS PLC | RICHARD C MAXWELL, ESQ (COUNSEL FOR DELTA DENTAL OF VIRGINIA | rmaxwell@woodsrogers.com |

| SERVICE BY REGULAR US MAIL | | | | | | |
|---|---|---|---|---|---|---|
| Party Name | ATTN | Address 1 | Address2 | City | State | Zip |
| BANK OF THE WEST | WILLIAM COONEY | 475 SANSOME STREET | | SAN FRANCISCO | CA | 94111 |
| BANK OF THE WEST | ROBIN S OBERG | 13220 CALIFORNIA ST | | OMAHA | NE | 68154 |
| BANK OF THE WEST | | 306 S GRAND AVE 6TH FL | | LOS ANGELES | CA | 90071 |
| BB&T | BRUCE MCDONALD | 400 N. TAMPA STREET | 23RD FLOOR | TAMPA | FL | 33602 |
| BB&T | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 |
| BB&T EQUIPMENT FINANCE, LLC | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 |
| CARROLL, STEVE | | 1820 PADDOCK DR APT 106-1 | | MIDLOTHIAN | VA | 23113 |
| CHAO-SHERN, CONNIE | | 99 PILGRIM LOOP | | FREMONT | CA | 94539 |
| DEPARTMENT OF THE TREASURY | | INTERNAL REVENUE SERVICE CENTER | | OGDEN | UT | 84201-0012 |
| DEPARTMENT OF THE TREASURY | | INTERNAL REVENUE SERVICE CENTER | | OGDEN | UT | 84201-0013 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101 |
| HUMANA INC | Christopher M Todoroff - Senior VP and General Counsel | 500 W MAIN ST | | LOUISVILLE | KY | 40202 |
| LeClairRyan | | PO Box 2499 | | Richmond | VA | 23218 |
| MERCODIA INC | | 1590 WESTBROOK PLAZA DRIVE | STE 201 | WINSTON SALEM | NC | 27103 |
| US Environmental Protection Agency | US EPA Region 3 | 1650 Arch St | | Philadelphia | PA | 19103-2029 |