**United States Bankruptcy Court**
**Eastern District of Virginia**
____Richmond____ **Division**

In re: Health Diagnostic Laboratory, Inc.   Case No. 15-32919-KRH

Adv. Proceeding No. _____

Debtor(s)

**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on October 28, 2016.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S): LaTonya S. Mallory

ATTORNEY: Michael E. Hastings
114 S. Market Street, Suite 210
Roanoke, VA 24011

APPELLEE(S): Richard Arrowsmith, Liquidating Trustee

ATTORNEY: Cullen D. Speckhart
919 E. Main Street, Suite 1040
Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Order Approving Settlement Agreement and Release

Date Judgment/Order Entered: October 14, 2016

1. Filing Fees:  A. Notice of Appeal – Filing Fee $5.00   (✓) Paid   ( ) Not Paid
                B. Appeal Docket Fee - $293.00         (✓) Paid   ( ) Not Paid   ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court

By /s/ Candace Manley , Deputy Clerk

Date transmitted: October 31, 2016     Telephone No. 804-916-2410

........................................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER: 3:16CV00877
DATE: October 31, 2016   BY: S. Beal, Deputy Clerk

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]