**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

## NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 9, 2017, Richard Arrowsmith, in his capacity as Liquidating Trustee ("**Liquidating Trustee**") of the HDL Liquidated Trust (the "**Trust**"), appointed pursuant to the Debtors' confirmed Modified Second Amended Plan of Liquidation (the "**Plan**") in these jointly administered bankruptcy cases (the "**Chapter 11 Cases**" or the "**Cases**"), by his undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") the following motion in Adversary Proceeding Number 16-03260 (KRH)[Docket Item No. 20]:

1) Motion for Order Approving Settlement Agreement Between Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust, and GeneNews (USA), Inc. (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in the Chapter 11 cases. (If you do not have an attorney, you may wish to consult one.)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Cullen D. Speckhart (VSB No. 79096)<br>**WOLCOTT RIVERS GATES**<br>919 E. Main Street, Richmond, VA 23219<br>200 Bendix Road, Ste. 300 Virginia Beach, VA 23452<br>Telephone: (757) 497-6633<br>Direct: (757) 470-5566<br>Email: cspeckhart@wolriv.com<br><br>*Counsel to Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust* | Richard S. Kanowitz (admitted pro hac vice)<br>**COOLEY LLP**<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: rkanowitz@cooley.com<br><br>*Counsel to Richard Arrowsmith, Liquidating Trustee, and the Liquidating Trust Oversight Committee.* |

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2016, the Court entered its <u>Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures</u> [Docket No. 1261] (the "**Post-Confirmation Case Management Order**"), which approved the Notice and Case Management and Administrative Procedures attached as Exhibit 1 to the Post-Confirmation Case Management Order (the "**Case Management Procedures**"). The Post-Confirmation Case Management Order, among other things, proscribes the manner in which Objections must be filed and served and sets fourth when certain hearings will be conducted. Copy of the Post-Confirmation Case Management Order may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, by 4:00 p.m. prevailing Eastern Time on **March 20, 2017** (the "**Objection Deadline**"), you or your attorney must:

☒ File with the Court, either electronically or at the address shown below, a written response pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.

**If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> Suite 4000
> Richmond, VA 23219

In accordance with Case Management Procedures, you must also serve a copy of your written Objection to the Core Parties, the 2002 List Parties, and any Affected Entity so that the Objection is received on or before the Objection Deadline.

☒ Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (prevailing Eastern Time) on March 23, 2017**, at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Post-Confirmation Case Management Order before filing any written response.

Dated: March 9, 2017                                  Respectfully submitted,

/s/  *Cullen D. Speckhart*

| | |
|---|---|
| Cullen D. Speckhart (VSB No. 79096) | Richard S. Kanowitz (admitted pro hac vice) |
| **WOLCOTT RIVERS GATES** | **COOLEY LLP** |
| 919 E. Main Street, Richmond, VA 23219 | 1114 Avenue of the Americas |
| 200 Bendix Road, Ste. 300 Virginia Beach, VA 23452 | New York, New York 10036 |
| Telephone: (757) 497-6633 | Telephone: (212) 479-6000 |
| Direct: (757) 470-5566 | Facsimile: (212) 479-6275 |
| Email: cspeckhart@wolriv.com | Email: rkanowitz@cooley.com |
| *Counsel to Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust* | *Counsel to Richard Arrowsmith, Liquidating Trustee, and the Liquidating Trust Oversight Committee.* |