**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY INC. *et. al.*, | Case No. 15-32919 (KRH) |
| Debtors. | (Jointly Administered) |

**LATONYA S. MALLORY'S LIMITED OBJECTION TO MOTION FOR ORDER
PURSUANT TO 11 U.S.C. §§ 105 AND 502 AUTHORIZING THE LIQUIDATING
TRUSTEE TO ENTER INTO A PROPOSED AGREEMENT WITH THE UNITED
STATES DEPARTMENT OF JUSTICE CIVIL DIVISION, TO (I) ALLOW A
PREPETITION PROOF OF CLAIM, AND (II) AUTHORIZE THE LIMITED WAIVER
OF THE ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT PROTECTION, AND
ANY OTHER APPLICABLE EVIDENTIARY PRIVILEGES**

Latonya S. Mallory ("Mallory") respectfully submits this limited objection to the

Liquidating Trustee's Motion for Order Pursuant to 11 U.S.C. §§ 105 and 502 Authorizing the

Liquidating Trustee to Enter into a Proposed Agreement with the United States Department of

Justice Civil Division, to (i) Allow a Prepetition Proof of Claim, and (ii) Authorize the Limited

Waiver of the Attorney-Client Privilege, Work Product Protection, and Any Other Applicable

Evidentiary Privileges (the "Motion"), and respectfully states as follows:

1.      On March 9, 2017, the Liquidating Trustee filed his Motion seeking approval of a

*proposed* agreement (the "Agreement") between himself and the United States Department of

Justice (the "DOJ").   *See* Docket No. 1766.   The Motion did not contain a copy of the

Agreement, and the Motion indicated that the *proposed* Agreement was subject to "terms in the

form approved by DOJ" and further disclosed that the terms identified in the Motion were "not

an exhaustive list of the terms in the Proposed Waiver Agreement."  Motion at ¶ 17, n.3.

2.      The following morning, on March 10, the undersigned counsel for Mallory requested a copy of the proposed waiver agreement from the Trustee in light of the Trustee having scheduled a hearing on the Motion for March 23, 2017.  The Trustee refused to provide Mallory with a copy of the Agreement, indicating that it would be filed when it was approved by the DOJ.

3.      On March 15, and then again on March 20, counsel for Mallory inquired with the Trustee about the status and availability of the proposed Agreement for review and was informed that the DOJ was still reviewing the Agreement.  As a result, Mallory has been unable to see the actual proposed Agreement or its terms that were not disclosed in the Motion.

4.      Nevertheless, in good faith, Mallory circulated edits to the proposed order approving the Agreement clarifying the extent of the waiver and Mallory's ability to produce documents, answer interrogatory questions, testify in depositions and at trial, and use the materials in pleadings and as exhibits.  Mallory also suggested that the order be made effective upon entry.  The Trustee and the DOJ agreed to all of the proposed language requested by Mallory.

5.      Mallory is in favor of the relief sought as described in the Motion as clarified in the revised proposed order agreed to by the parties, and stands ready to produce discovery in the *qui tam* action that she is currently prevented from doing by this Court's prior order protecting the debtor's purported privilege; however, Mallory was compelled to file this limited objection because the actual Agreement subject to the Motion that is set for hearing in just three days has yet to be provided to Mallory and other parties in interest.

6.      Mallory's request for an extension to file an objection to a time that was just 24 hours after the Agreement was received by her for review was denied by the Trustee.  Therefore,

Mallory objects to entry of an order on the Motion until she has been provided a copy of the Agreement, in final form, and a reasonable opportunity to review and consider it.

WHEREFORE, Latonya S. Mallory respectfully requests that the Court provide her a reasonable opportunity to review the Agreement, in final form, prior to the hearing, and allow any objections by Mallory to be heard at the hearing on the Motion in light of the Agreement having not been provided for review to date.

Dated:  March 20, 2017                     Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.
Kevin G. Hroblak (*admitted pro hac vice*)
Edward M. Buxbaum *(admitted pro hac vice)*
7 Saint Paul Street
Baltimore, MD 21202-1626
(410) 347-9405 Tel.
khroblak@wtplaw.com
ebuxbaum@wtplaw.com

and

/s/ *Michael E. Hastings*
Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
114 S. Market Street, Suite 210
Roanoke, Virginia 24011
(540) 759-3579 Tel.
(540) 759-3569 Fax
mhastings@wtplaw.com
brapp@wtplaw.com
*Counsel for LaTonya S. Mallory*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I caused a copy of the foregoing Limited Objection to be served via first-class mail, postage prepaid or electronically via e-mail on the attached Service List in accordance with the Court's *Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures* entered on June 29, 2016 (Docket No. 1261).

/s/  Michael E. Hastings

*SERVICE BY ELECTRONIC MAIL*

| Party Name | ATTN | Email |
|---|---|---|
| AETNA INC | James C Crumlish III - Elliott Greenleaf PC | jcc@elliottgreenleaf.com |
| AETNA INC | JAMES MCCARRIE II (COUNSEL) | mccarrieiij@aetna.com |
| AETNA INC | Rafael Zahralddin - Elliott Greenleaf PC | rxza@elliottgreenleaf.com |
| AETNA INC | John M Elliott - Elliott Greenleaf PC | gsv@elliottgreenleaf.com |
| AMERICAN LEGAL CLAIMS SERVICES, LLLC | JEFFREY PIRRUNG | jeff.pirrung@americanlegalclaims.com |
| BAKER & HOSTETLER LLP | John J CARNEY, ESQ, , FERVE E OZTURK, ESQ | jcarney@bakerlaw.com; fozturk@bakerlaw.com |
| BAKER AND HOSTELLER LLP | DENA S KESSLER ESQ | dkessler@bakerlaw.com |
| BANK OF THE WEST | Jeremy Friedberg & Pierce Murphy - Leitess Friedberg PC | jeremy.friedberg@lf-pc.com; pierce.murphy@lf-pc.com |
| BB&T | RICHARD E HAGERTY ESQ - TROUTMAN SANDERS LLP | richard.hagerty@troutmansanders.com |
| BEAN, KINNEY & KORMAN, P.C. | JENNIFER A BRUST, ESQ | jbrust@beankinney.com |
| BECKMAN COULTER INC | Daniel Schimizzi - Bernstein-Burkley PC | dschimizzi@bernsteinlaw.com |
| BIOTECH 8 LLC | Lynn Tavenner & Paula Beran - Tavenner & Beran PLC | ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com |
| BLUEWAVE HEALTHCARE CONSULTANTS, INC | Jesse N Silverman, Esq - Dilworth Paxon LLP | jsliverman@dilworthlaw.com |
| CERBERUS BUSINESS FINANCE LLC | LAWRENCE GELBER - SCHULTE ROTH & ZABEL LLP | lawrence.gelber@srz.com |
| CERBERUS BUSINESS FINANCE LLC | WILLIAM BROSCIOUS - KEPLEY BROSCIOUS & BIGGS PLC | wbroscious@kbbplc.com |
| CIGNA HEALTH AND LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| CIGNA HEALTH AND LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| CLEVELAND HEART LAB INC | JAKE ORVILLE | jorville@clevelandheartlab.com |
| CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| CORNWELL, JEFFREY | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com; ewalker@perkinscoie.com |
| CORNWELL, JEFFREY | H SLAYTON DABNEY JR - DABNEY PLLC | sdabney@dabneypllc.com |
| COUNSEL TO HEALTH DIAGNOSTIC LABORATORY INC ET AL (DEBTORS) | JUSTIN PAGET; SHANNON DAILY; JASON HARBOUR | jharbour@hunton.com;sdaily@hunton.com; jpaget@hunton.com; hlong@hunton.com; tcanada@hunton.com |
| COUNSEL TO THE UNSECURED CREDITORS COMMITTEE | DOUGLAS P LOBEL - COOLEY LLP | dlobel@cooley.com |
| COUNSEL TO THE UNSECURED CREDITORS COMMITTEE | RICHARD KANOWITZ; JAY INDYKE - COOLEY LLP | rkanowitz@cooley.com; jindyke@cooley.com |
| CVF Beadsea LLC | Christian K Vogel | kvogel@vogelandcromwell.com |
| DENT, III, FLOYD CALHOUN | Jesse N Silverman, Esq - Dilworth Paxon LLP | jsliverman@dilworthlaw.com |
| DIADEXUS INC | LEONE PATTERSON | lpatterson@diadexus.com |
| DURRETTE CRUMP PLC | KEVIN J FUNK | kfunk@durrettecrump.com |
| EXCELLUS HEALTH PLAN, INC. | KELLY C GRIFFITH, ESQ. - HARRIS BEACH PLLC | kgriffith@harrisbeach.com; bkemail@harrisbeach.com |
| G3 FOUNDERS LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| GALESE & INGRAM PC | JEFFREY INGRAM | jeff@galese-ingram.com |
| GEBHARDT AND SMITH LLP | MICHAEL D NORD, ESQ - GEBHARDT & SMITH LLP | MNORD@gebsmith.com |
| GLOBAL GENOMICS GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| HALFPENNY TECHNOLOGIES INC | JOHN LUCIAN - BLANK ROME LLP | lucian@blankrome.com |
| HANOVER MOB LLC | C/O VALERIE P MORRISON | VAL.MORRISON@NELSONMULLINS.COM |
| HARRIS BEACH PLLC | KELLY C GRIFFITH, ESQ | kgriffith@harrisbeach.com; bkemail@harrisbeach.com |

*SERVICE BY ELECTRONIC MAIL*

| Party Name | ATTN | Email |
|---|---|---|
| HDL LIQUIDATING TRUST | CULLEN SPECKHART- WOLCOTT RIVERS GATES | CSPECKHART@WOLRIV.COM |
| HDL LIQUIDATING TRUST | ROBERT WESTERMAN, EMILY M SCOTT & RACHEL A GREENLEAF-HIRSCHLER FLEISCHER PC | rwestermann@hf-law.com; rgreenleaf@hf-law.com;ESCOTT@HF-LAW.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC | JOSEPH CORRIGAN | bankruptcy2@ironmountain.com |
| JOHNSON, ROBERT BRADFORD | Jesse N Silverman, Esq - Dilworth Paxon LLP | jsliverman@dilworthlaw.com |
| JOHNSON, ROBERT BRADFORD | PARKER POLLARD WILTON & PEADEN PC | treid@parkerpollard.com; sbryant@parkerpollard.com |
| JONES AND ASSOCIATES | NISHA SINGH, ROLAND JONES, JANE RAMOS | rgj@rolandjones.com |
| JONES DAY | KEVYN D ORR, KERRI L RUTTENBERG, DANIEL T MOSS, TARA LYNN ZURAWSKI | korr@jonesday.com; dtmoss@jonesday.com; kruttenberg@jonesday.com; TZURAWSKI@JONESDAY.COM |
| JOSEPH L MANSON III ESQ | | JMANSON@JMANSONLAW.COM |
| KAMIYA BIOMEDICAL COMPANY LLC | RONALD A PAGE JR | rpage@rpagelaw.com |
| KANSAS BIOSCIENCE AUTHORITY | JOHN PERYMAN - GENERAL COUNSEL | peryam@kansasbioauthority.org |
| KEPLEYY BROSCIOUS AND BIGGS PLC | WILLIAM A BROSCIOUS, ESQ, KIMBERLY A TAYLOR, ESQ | wbroscious@kbbplc.com; ktaylor@kbbplc.com |
| KRONUS INC | Solomon Ward Seidenwurm & Smith LLP | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| KUTAK ROCK LLP | JEREMY S WILLIAMS, ESQ | jeremy.williams@kutakrock.com |
| LECLAIRRYAN A PROFESSIONAL CORPORATION | CRAIG T MERRITT, MICHAEL D MUELLER, DAVID D LACY - CHRISTIAN AND BARTON LLP | cmerritt@cblaw.com; mmueller@cblaw.com; dlacy@cblaw.com |
| LEMBERG LAW LLC | SERGEI LEMBERG | SLEMBERG@LEMBERGLAW.COM |
| MALLORY, LATONYA S | ATTN WHITEFORD TAYLOR & PRESTON LLP | mhastings@wtplaw.com; brapp@wtplaw.com; khroblak@wtplaw.com |
| MALLORY, TONYA | ROBYN F POLLACK ESQ - SAUL EWING LLP | rpollack@saul.com |
| MCGUIRE WOODS | K ELIZABETH SEIG, ESQ AND RYAN FREI, ESQ | bsieg@mcguirewoods.com; RFREI@MCGUIREWOODS.COM |
| MCGUIREWOODS | DION W HAYES | dhayes@mcguirewoods.com |
| MCKEAN, ANNA | STEPHANIE N GILBERT - WILCOX & SAVAGE PC | sgilbert@wilsav.com |
| MedTest DX | Gary Eisenberg; John Roche - Perkins Coie LLP | jroche@perkinscoie.com; geisenberg@perkinscoie.com |
| MedTest DX | ATTN JOHN ROCHE; GARY EISENBERG - PERKINS COIE LLP | jroche@perkinscoie.com; geisenberg@perkinscoie.com |
| METABOLON INC | DAVID RUBY ; WILLIAM PRINCE IV - THOMPSON MCMULLAN PC | druby@t-mlaw.com; wprince@t-mlaw.com |
| MONUMENT CONSULTING LLC | WILLIAM A GRAY; ROY M TERRY - SANDS ANDERSON PC | bgray@sandsanderson.com; rterry@sandsanderson.com |
| MURPHY & MCGONIGLE, P.C. | JAMES A. MURPHY, ESQ AND CAMERON S. MATHESON | jmurphy@mmlawus.com; CMATHESON@MMLAWUS.COM |
| NUMARES AG AND NUMARES GROUP CORPORATION | Williams Mullen | tschwarz@williamsmullen.com; pbliley@williamsmullen.com; aburnett@williamsmullen.com |
| NUMARES GROUP CORPORATION | CLAUS BOTZLER | claus.botzler@numares.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ROBERT VAN ARSDALE | robert.b.van.arsdale@usdoj.gov; USTPRegion04.RH.ECF@usdoj.gov |
| ONCIMMUNE LIMITED | GEOFFREY HAMILTON FAIRLEY | geoffrey@hamilton-fairley.co.uk |
| ONCIMMUNE USA LLC | ANTHONY PORCELLI - POLSINELLI PC | aporcelli@polsinelli.com |

| SERVICE BY ELECTRONIC MAIL | | |
|---|---|---|
| Party Name | ATTN | Email |
| ONCIMMUNE USA LLC | CHRISTOPHER WARD; JARRETT VINE - POLSINELLI PC | cward@polsinelli.com |
| ONCIMMUNE USA LLC | GEORGE KOSTEL - POLSINELLI PC | gkostel@polsinelli.com |
| ORCHARD SOFTWARE | James P Moloy - Bose McKinney & Evans LLP | jmoloy@boselaw.com |
| ORCHARD SOFTWARE | Roy Terry; Williams Gray; John Smith - Sands Anderson PC | rterry@sandsanderson.com; bgray@sandsanderson.com; jsmith@sandsanderson.com |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP | RICHARD J PARKS ESQ | rjp@pietragallo.com |
| PNC BANK | LISA TANCREDI - GEBHARDT & SMITH LLP | ltancredi@gebsmith.com |
| PNC EQUIPMENT FINANCE LLC | LISA TANCREDI - GEBHARDT & SMITH LLP | ltancredi@gebsmith.com |
| PNC EQUIPMENT FINANCE LLC | Thomas C. Otto | thomas.ott@pnc.com |
| RANGARAJAN, SATYANARAIN | JOHN J CARNEY | jcarney@bakerlaw.com; |
| REED SMITH LLP | S MILES DUMVILLE, JUSTIN M SIZEMORE | mdumville@reedsmith.com; jsizemore@reedsmith.com |
| ROCHE DIAGNOSTIC CORPORATION | DAVID POWLEN; KEVIN COLLINS - BARNES & THORNBURG LLP | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| RONALD PAGE PLC | RONALD A PAGE JR | rpage@rpagelaw.com |
| RYAN, DENNIS | TIMOTHY C BASS, THOMAS J MCKEE JR - GREENBERG TRAURIG LLP | basst@gtlaw.com; mckeet@gtlaw.com |
| RYAN, DENNIS | HARRIS L KAY, ESQ - GREENBERG TRAURIG, LLP | kayh@gtlaw.com |
| SAUL EWING | Robert C. Gill | rgill@saul.com; rpollack@saul.com |
| Securities & Exchange Commission | Sharon Binger - Regional Director | philadelphia@sec.gov |
| SOLOMON WARD SEIDENWURM & SMITH, LLP | MICHAEL D BRESLAUER, ESQ. | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| SPICER, PAUL | BLACKWELL N SHELLEY JR - SHELLEY CUPP SCHULTE PC | shelley@scs-work.com |
| SUNTRUST BANK | Richard E Biemiller Esq - Wolcott Rivers Gates | biemiller@wolriv.com |
| SYDNEY INVESTMENT GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | richard.herzog@nelsonmullins.com |
| TN DEPT OF REVENUE C/O TN ATTORNEY GENERALS OFFICE | BANKRUPTCY DIVISION | gina.hantel@ag.tn.gov |
| TROUTMAN SANDERS LLP | CHRISTOPHER E VINYARD | chris.vinyard@troutmansanders.com |
| TROUTMAN SANDERS LLP | JONATHAN L HAUSER ESQ | jonathan.hauser@troutmansanders.com |
| TRUE HEALTH DIAGNOSTICS LLC | ERIC E WALKER - PERKINS COIE LLP | ewalker@perkinscoie.com |
| TRUE HEALTH DIAGNOSTICS LLC | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| TRUE HEALTH DIAGNOSTICS LLC | H. SLAYTON DABNEY, JR - DABNEY, PLLC | sdabney@dabneypllc.com |
| UNION BANK & TRUST | CHRISTIAN & BARTON LLP | aepps@cblaw.com; mmueller@cblaw.com; jmclemore@cblaw.com |
| UNITED HEALTH CARE INSURANCE COMPANY | Ann E. Schmitt - Culbert & Schmitt, PLLC | aschmitt@culbert-schmitt.com |
| UNITED HEALTH CARE INSURANCE COMPANY | Stephen Leach | sleach@ltblaw.com |
| UNITED HEALTH CARE INSURANCE COMPANY | ERIC GOLDSTEIN - SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| US DEPARTMENT OF JUSTICE | MARY A SCHMERGEL - TRIAL ATTORNEY | mary.schmergel@usdoj.gov |
| WILLKIE FARR AND GALLAGHER LLP | Joseph G. Davis, Kevin B. Clark, Matthew Worth Evans | jdavis@willkie.com; kclark@willkie.com; medwards@willkie.com |
| WMPT Stone Oak LP | J Brandon Sieg; James Cosby - Vandeventer Black LLP | bsieg@vanblk.com; jcosby@vanblk.com |
| WOLCOTT RIVERS GATES | CULLEN D SPECHART | CSPECKHART@WOLRIV.COM |
| WOODS ROGERS PLC | RICHARD C MAXWELL, ESQ (COUNSEL FOR DELTA DENTAL OF VIRGINIA) | rmaxwell@woodsrogers.com |

*SERVICE BY REGULAR US MAIL*

| Party Name | ATTN | Address 1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BANK OF THE WEST | WILLIAM COONEY | 475 SANSOME STREET | | SAN FRANCISCO | CA | 94111 |
| BANK OF THE WEST | ROBIN S OBERG | 13220 CALIFORNIA ST | | OMAHA | NE | 68154 |
| BANK OF THE WEST | | 306 S GRAND AVE 6TH FL | | LOS ANGELES | CA | 90071 |
| BB&T | BRUCE MCDONALD | 400 N. TAMPA STREET | 23RD FLOOR | TAMPA | FL | 33602 |
| BB&T | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 |
| BB&T EQUIPMENT FINANCE, LLC | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 |
| CARROLL, STEVE | | 16200 SAVILLE CHASE LN | | MIDLOTHIAN | VA | 23112 |
| CHAO-SHERN, CONNIE | | 99 PILGRIM LOOP | | FREMONT | CA | 94539 |
| DEPARTMENT OF THE TREASURY | | INTERNAL REVENUE SERVICE CENTER | | OGDEN | UT | 84201-0012 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101 |
| ENTEC SYSTEMS INC | ROBERT CANFIELD - CANFIELD BAER & HELLER LLP | 2201 LIBBIE AVE STE 200 | | RICHMOND | VA | 23230 |
| HUMANA INC | Christopher M Todoroff - Senior VP and General Counsel | 500 W MAIN ST | | LOUISVILLE | KY | 40202 |
| M LOONEY CONSULTING INC | | 2276 BRITTANY GRACE | | NEW BRAUNFELS | TX | 78130-8923 |
| MCCONNELL, JOSEPH P | | 286 RUNNING CEDAR TRIAL | | MANAKIN SABOT | VA | 23103 |
| MERCODIA INC | | 1590 WESTBROOK PLAZA DRIVE | STE 201 | WINSTON SALEM | NC | 27103 |
| REES BROOME PC | ERIK W FOX | 1900 GALLOWS RD STE 700 | | TYSONS CORNER | VA | 22182 |
| ROCHE DIAGNOSTICS CORPORATION | ALEX CHERLIN | PO BOX 105046 | | ATLANTA | GA | 30348 |
| STRADLEY RONON STEVENS & YOUNG LLP | ZEENAT IQBAL, ESQUIRE | 1250 CONNECTICUT AVE NW | SUITE 500 | WASHINGTON | DC | 20036 |
| US Environmental Protection Agency | US EPA Region 3 | 1650 Arch St | | Philadelphia | PA | 19103-2029 |
| US Environmental Protection Agency | BANKRUPTCY OPERATIONS | 1200 PENNSYLVANIA AVE SW | ARIEL RIOS BLDG | WASHINGTON | DC | 20460 |