**Exhibit 1**

## Assigning Creditors

Aetna
B & B Printing Co., Inc.
Biovendor, LLC
Brenda Sims
Cavalier International Airfrieght, Inc.
Cigna
Cleveland Heart Lab
Cleveland HeartLab, Inc.
Deborah B Camp
Economic Development Authority of the City of Richmond
Entec Systems
Joe Shaheen
KS Dept of Commerce
Laurie JW Goetz
Medical Isotopes, Inc.
MG1 Enterprises, Inc.
Michelle N Stickland
Mobile Phlebotomy Services
Numares
Pro Football
Sun Diagnostics
The Horton Group
United Healthcare Insurance Company
Victoria J Taxter
Virginia Advance Health Services dba AnyLab Test Now
Wako Life Sciences, Inc.