**<u>Exhibit 2</u>**

## Health Diagnostic Laboratory, Inc.
## Payment Listing for Middle Georgia Primary Care PC

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 40773 | 1/10/2013 | $1,920.00 |
| 42843 | 2/4/2013 | $3,000.00 |
| 41342 | 2/6/2013 | $2,300.00 |
| 44797 | 3/6/2013 | $3,440.00 |
| 47161 | 4/8/2013 | $3,220.00 |
| 49368 | 5/7/2013 | $2,860.00 |
| 51862 | 6/6/2013 | $2,300.00 |
| 54160 | 7/5/2013 | $2,340.00 |
| 56639 | 8/5/2013 | $1,340.00 |
| 59173 | 9/5/2013 | $1,880.00 |
| 61592 | 10/8/2013 | $1,800.00 |
| 64078 | 11/5/2013 | $2,360.00 |
| 66835 | 12/3/2013 | $1,240.00 |
| 69637 | 1/7/2014 | $1,640.00 |
| 72171 | 2/11/2014 | $1,440.00 |
| 74491 | 3/6/2014 | $2,120.00 |
| 76946 | 4/4/2014 | $1,680.00 |
| 78292 | 4/18/2014 | $20.00 |
| 79995 | 5/5/2014 | $2,120.00 |
| 82692 | 6/5/2014 | $2,180.00 |
| 85357 | 7/14/2014 | $1,220.00 |
| | | $42,420.00 |