IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

### NOTICE OF MOTION OF THE LIQUIDATING TRUSTEE TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)

**PLEASE TAKE NOTICE** that on June 23, 2017, Richard Arrowsmith, in his capacity as the Liquidating Trustee of the HDL Liquidating Trust (the "**Liquidating Trustee**"), by counsel, filed his Motion of the Liquidating Trustee to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) (the "**Motion**"). The Motion seeks approval of a Settlement Agreement with C3 Nexus, LLC, whereby C3 Nexus, LLC shall convey certain assets to the Liquidating Trustee and shall assign certain intellectual property to the Liquidating Trustee in settlement of various claims alleged by the Liquidating Trustee.

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2016, the Court entered its Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures [Docket No. 1261] (the "**Case Management Order**"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Order, among other things, proscribe the manner in which Objections must be filed and served and sets forth when certain hearings will be conducted.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

---

Robert S. Westermann (VSB No. 43294)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  (804) 771-9500
Facsimile:  (804) 644-0957
E-mail:   rwestermann@hf-law.com
           rgreenleaf@hf-law.com

*Counsel for Richard Arrowsmith, Liquidating Trustee*

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Case Management Order may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in these Chapter 11 cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then by **4:00 p.m. prevailing Eastern Time** on **July 7, 2017** (the "**Objection Deadline**") you or your attorney must:

1. File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H) and the Case Management Order. If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the Objection Deadline.

   > Clerk of the Court
   > United States Bankruptcy Court
   > 701 East Broad Street, Suite 4000
   > Richmond, VA 23219

   In accordance with the Case Management Order, you must also serve a copy of your written response to the Core Parties, the 2002 List Parties, and any Affected Entity so that it is received on or before the Objection Deadline.

2. If a written response is timely and properly filed to the Motion, attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

If you do not timely file and serve a written objection to the relief requested in the Motion, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Order before filing any written response.

[*Remainder of Page Intentionally Left Blank*]

Dated:  June 23, 2017        /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  (804) 771-9500
Facsimile:   (804) 644-0957
E-mail: rwestermann@hf-law.com
        rgreenleaf@hf-law.com

*Counsel for Richard Arrowsmith, Liquidating Trustee*