**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

**ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)**

Upon the motion (the "**Motion**")[2] filed by Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust (the "**Liquidating Trustee**"), appointed pursuant to the confirmed Modified Second Amended Plan of Liquidation (the "**Plan**") of Health Diagnostic Laboratory, Inc., et al. (the "**Debtors**") in these jointly administered bankruptcy cases (the "**Chapter 11 Cases**" or the "**Cases**"), seeking authorization pursuant to Rule 9019 (a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for the Liquidating Trustee to enter into the Settlement Agreement; and the Court having considered the pleadings, evidence,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] All capitalized terms used herein but which are not defined shall have the meanings ascribed to them in the Motion.

---

Robert S. Westermann (VSB No. 43294)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:  rwestermann@hf-law.com
             rgreenleaf@hf-law.com

*Counsel for Richard Arrowsmith
Liquidating Trustee of the HDL Liquidating Trust*

and/or arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper notice of the Motion having been provided to all necessary and appropriate parties; and for good and sufficient cause shown;

**IT IS HEREBY ADUJDGED, ORDERED, AND DECREED THAT:**

1. The Motion is **GRANTED** in its entirety and the Settlement Agreement is approved.

2. The Liquidating Trustee is hereby authorized, but not directed, to enter into the terms of the Settlement Agreement.

3. The Liquidating Trustee, C3 Nexus, and the Individuals are hereby authorized to take any and all steps necessary to consummate and implement the Settlement Agreement.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Settlement Agreement.

Dated: Jul 14 2017　　　　　　　/s/ Kevin R Huennekens
Richmond, Virginia　　　　　　　UNITED STATES BANKRUPTCY JUDGE

　　　　　　　　　　　　　　　　Entered on Docket:  Jul 14 2017

We ask for this:

  /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail:    rwestermann@hf-law.com
             rgreenleaf@hf-law.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

**CERTIFICATE OF ENDORSEMENT
PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1**

    I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

                                    /s/ Robert S. Westermann