**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Health Diagnostic Laboratory, Inc.,** *et al.***,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 15-32919 (KRH)**<br>**(Jointly Administered)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on September 7, 2017, True Health Diagnostics, LLC, by its undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") *True Health Diagnostics, LLC's Motion to Enforce Release, Covenant Not to Sue and Sale Injunction* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at no charge at www.americanlegal.com/HDL or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the Motion carefully and discuss it with your attorney, if you have one in the Chapter 11 cases. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** on June 29, 2016, the Court entered its Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures [Docket No. 1261] (the "**Post-Confirmation Case Management Order**"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Post-Confirmation Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, proscribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Post-Confirmation Case Management Order may be obtained at no charge at www.americanlegal.com/HDL or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, on or before **September 21, 2017** (the "**Objection Deadline**"), you or your attorney must:

☒ File with the Court, either electronically or at the address shown below, a written response pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Post-Confirmation Case Management

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

136879520.1

Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will *receive it* on or before the Objection Deadline.

**If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

>    Clerk of the Court
>    United States Bankruptcy Court 701 East Broad Street
>    Suite 4000
>    Richmond, VA 23219

In accordance with Post-Confirmation Case Management Procedures, you must also serve a copy of your written Objection to the Core Parties, the 2002 List Parties, and any Affected Entity so that the Objection is received on or before the Objection Deadline.

☒    Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, at **10:00 a.m. (prevailing Eastern Time) on September 28, 2017**, at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Post-Confirmation Case Management Procedures before filing any written response.

Dated:  September 7, 2017

By: */s/ H. Slayton Dabney, Jr.*
Dabney, PLLC
H. Slayton Dabney, Jr. (VSB No. 14145)
303 Grande Court
Richmond, VA 23229
Phone: (646) 549-1181
sdabney@dabneypllc.com

-and-

Eric E. Walker
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

*Attorneys for True Health Diagnostics, LLC*