**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on December 7, 2017, the HDL Liquidating Oversight Committee (the "**Oversight Committee**") and Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidated Trust (the "**Liquidating Trustee**"), appointed pursuant to the Debtors' confirmed Modified Second Amended Plan of Liquidation (the "**Plan**")[2] in these jointly administered bankruptcy cases (the "**Chapter 11 Cases**" or the "**Cases**"), by and through their undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") a Motion to (I) Appoint a Permanent Liquidating Trustee and (II) Extend Deadline to Object to Claims (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss them with your attorney, if you have one in the Chapter 11 cases. (If you do not have an attorney, you may wish to consult one.)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

| | |
|---|---|
| Cullen D. Speckhart (VSB No. 79096)<br>**WOLCOTT RIVERS GATES**<br>919 E. Main Street, Ste. 2010<br>Richmond, VA 23219<br>200 Bendix Road, Ste. 300<br>Virginia Beach, VA 23452<br>Telephone: (757) 497-6633<br>Direct: (757) 470-5566<br>Email: cspeckhart@wolriv.com<br><br>*Counsel to Richard Arrowsmith, Liquidating Trustee*<br>*of the HDL Liquidating Trust* | Richard S. Kanowitz (admitted pro hac vice)<br>**COOLEY LLP**<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: rkanowitz@cooley.com<br><br>*Counsel to Richard Arrowsmith, Liquidating Trustee,*<br>*and the Liquidating Trust Oversight Committee.* |

**PLEASE TAKE FURTHER NOTICE** on June 29, 2016, the Court entered its <u>Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures</u> [Docket No. 1261] (the "**Post-Confirmation Case Management Order**"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Post-Confirmation Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, proscribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Post-Confirmation Case Management Order may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, by **December 18, 2017** (the **"Objection Deadline"**), you or your attorney must:

- ☒ File with the Court, either electronically or at the address shown below, a written response pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Protocol Orders. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.

    **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter appropriate orders granting the requested relief without further notice or hearing.**

    Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Suite 4000
    Richmond, VA 23219

    In accordance with Case Management Procedures, you must also serve a copy of your written Objection to the Core Parties, the 2002 List Parties, and any Affected Entity so that the Objection is received on or before the Objection Deadline.

- ☒ Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (prevailing Eastern Time) on December 21, 2017**, at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Post-Confirmation Case Management Procedures before filing any written response.

Dated: December 7, 2017                             Respectfully submitted,

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart (VSB No. 79096)                 Richard S. Kanowitz (admitted pro hac vice)
**WOLCOTT RIVERS GATES**                            **COOLEY LLP**
919 E. Main Street, Ste. 2010                       1114 Avenue of the Americas
Richmond, VA 23219                                  New York, New York 10036
200 Bendix Road, Ste. 300                           Telephone: (212) 479-6000
Virginia Beach, VA 23452                            Facsimile: (212) 479-6275
Telephone: (757) 497-6633                           Email: rkanowitz@cooley.com
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com                        *Counsel to Richard Arrowsmith, Liquidating*
                                                    *Trustee, and the Liquidating Trust Oversight*
*Counsel to Richard Arrowsmith, Liquidating*        *Committee.*
*Trustee of the HDL Liquidating Trust*