Form 210A (10/06)

# United States Bankruptcy Court
# Eastern District of Virginia (Richmond Division)

In re:      Health Diagnostic Laboratory, Inc.,
Case No.     15-32919

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**<br>  As assignee of Kansas Biocience Authority , LLC | **Kansas Biocience Authority , LLC as assignee of Kansas Bioscience Authority** |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  1153<br>Amount of Claim:  $1,616,048.84<br>Date Claim Filed: |
|---|---|
| **Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY  10023** | Name and Address of Transferor:<br><br>Kansas Biocience Authority , LLC as assignee of Kansas Bioscience Authority<br>c/o Origami Opportunities Fund III LP and Origami Opportunities Fund II Offshore Master LP<br>191 N Wacker Dr Suite 2350<br>Chicago, IL  60606 |
| Phone: ___ 212 967 4035 _____<br>Last Four Digits of Acct #: _____n/a_____ | Phone:<br>Last Four Digits of Acct. #: ___n/a____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____ Date:____June 22, 2018_____
     Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District of Virginia (Richmond Division)

In re:     Health Diagnostic Laboratory, Inc.,
Case No.   15-32919

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  1153 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 22, 2018.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**<br>**as** assignee of Kansas Biocience Authority , LLC | **Kansas Biocience Authority , LLC**<br>**as assignee of Kansas**<br>**Bioscience Authority** |
| **Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY  10023** | Name and Address of Alleged Transferor:<br><br>Kansas Biocience Authority , LLC as assignee of Kansas Bioscience Authority<br>c/o Origami Opportunities Fund III LP and Origami Opportunities Fund II Offshore Master LP<br>191 N Wacker Dr Suite 2350<br>Chicago, IL  60606 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                            _____
                                                  Clerk of the Court

Kansas Bioscience Authority, LLC ("Seller") sells, transfers and assigns unto Argo Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Health Diagnostic Laboratory, Inc.** or any of its co-debtor subsidiaries or affiliates (the "Debtor" in the aggregate amount of not less than $ 1,616,048.84, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Eastern District of Virginia (Richmond Division), Case No 15-32919, Jointly Administered Under Case No. 15-32919 (KRH). Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Wherof,** Kansas Bioscience Authority, LLC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**Kansas Bioscience Authority, LLC ("Seller")**

191 N. Wacker Drive
Suite 2350
Chicago, IL 60606

Print Name: Joelle Kellam Title: Authorized Signatory

Signature: _____ Date: 6/21/18

Phone: 312-263-7800
Email: joelle@origamicapital.com

Origami Capital Partners
191 N Wacker Drive
Suite 2350
Chicago, IL 60606

Print Name: Joelle Kellam
Title: Authorized Signatory

Signature: _____ Date: 6/21/18

Phone: 312-263-7800
Email: joelle@origamicapital.com

**Fair Harbor Capital, LLC ("Purchaser")**

1841 Broadway, 10th Fl
New York, NY 10023

Signature: _____

Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox