McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775–1000
Dion W. Hayes (VSB No. 34304)
Ryan D. Frei (VSB No. 70996)
K. Elizabeth Sieg (VSB No. 77314)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No. 15–32919 (KRH)** |
| *Debtors*. | **(Jointly Administered)** |

### NOTICE OF ATTORNEYS' CHARGING LIENS

Please take notice of the attached Notice of Attorneys' Charging Liens, which was served on behalf of McGuireWoods LLP on June 21, 2017.

Dated: July 31, 2018  
Richmond, Virginia

RESPECTFULLY SUBMITTED,

*/s/ Dion W. Hayes*  
Dion W. Hayes (VSB No. 34304)  
Ryan D. Frei (VSB No. 70996)  
K. Elizabeth Sieg (VSB No. 77314)  
McGUIREWOODS LLP  
800 East Canal Street  
Richmond, Virginia 23219  
Telephone: (804) 775–1000  
Email: dhayes@mcguirewoods.com  
          rfrei@mcguirewoods.com  
          bsieg@mcguirewoods.com

**CERTIFICATE OF SERVICE**

      I certify that on this 31st day of July, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, including counsel for the Liquidating Trustee (cspeckhart@wolriv.com and rkanowitz@cooley.com).

      /s/ *Dion W. Hayes*
      Dion W. Hayes (VSB No. 34304)

**EXHIBIT A**

**NOTICE OF ATTORNEYS' CHARGING**

**LIENS SERVED JUNE 21, 2017**

McGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1000
Dion W. Hayes (VSB No. 34304)
Ryan D. Frei (VSB No. 70996)
K. Elizabeth Sieg (VSB No. 77314)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | Case No. 15–32919 (KRH) |
| Debtors. | **(Jointly Administered)** |
| **RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 16–3271 (KRH) |
| **LATONYA MALLORY,** *et al.*, | |
| Defendants. | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,** | |
| **Interpleader-Plaintiff/Counterclaim-Defendant,** | |
| v. | Adv. Pro. No. 17–3029 (KRH) |
| **RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** *et al.*, | |
| **Interpleader-Defendants/Counterclaim-Plaintiffs.** | |

## NOTICE OF ATTORNEY'S CHARGING LIENS

NOTICE IS HEREBY GIVEN that, pursuant to Va. Code Ann. § 54.1–3932 and other applicable law, McGuireWoods LLP, attorneys for defendant and counterclaim-plaintiff G. Russell Warnick, has and is asserting statutory and common law attorney charging liens for outstanding fees and costs, which are still accruing, against any claims that Warnick possesses—whether presently asserted or not—for: (1) prepetition, administrative, and other claims against the Health Diagnostic Laboratory, Inc. bankruptcy estate and Liquidating Trust; (2) contribution and other claims against all alleged joint tortfeasors, whether presently parties to the above-captioned adversary proceedings or not; and (3) breach of contract, damages, and other claims against National Union Fire Insurance Company of Pittsburgh, Pa., Federal Insurance Company, and other relevant insurers.

Dated: June 21, 2017
      Richmond, Virginia

McGUIREWOODS LLP

*/s/ Dion W. Hayes*
Dion W. Hayes (VSB No. 34304)
Ryan D. Frei (VSB No. 70996)
K. Elizabeth Sieg (VSB No. 77314)
McGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775–1000
Facsimile: (804) 775–1061
Email: dhayes@mcguirewoods.com
      rfrei@mcguirewoods.com
      bsieg@mcguirewoods.com

*Counsel for G. Russell Warnick*

91108785

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2017, I served the foregoing document via email and USPS First-Class mail on the parties identified below.

                                      /s/ *Dion W. Hayes*
                                      Dion W. Hayes (VSB No. 34304)

| | |
|---|---|
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | Scott Schreiber<br>Rosa Evergreen<br>Arthur Luk<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>scott.schreiber@apks.com<br>rosa.evergreen@apks.com<br>arthur.luk@ apks.com |
| **Federal Insurance Company** | Kimberly Melvin<br>Matthew Beato<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>kmelvin@wileyrein.com<br>mbeato@wileyrein.com |
| **Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust** | Cullen Speckhart<br>Wolcott Rivers Gates<br>919 E. Main Street, Suite 1040<br>Richmond, Virginia 23219<br>cspeckhart@wolriv.com<br><br>Richard Kanowitz<br>Cooley LLP<br>1114 Avenue of the Americas<br>46th Floor<br>New York, New York 10036<br>rkanowitz@cooley.com |
| **LaTonya Mallory** | Kevin Hroblak<br>Whiteford Taylor Preston LLP<br>7 St. Paul Street<br>Baltimore, Maryland 21202 |

3

| | |
|---|---|
| | khroblak@wtplaw.com<br><br>Michael Hastings<br>Whiteford Taylor Preston LLP<br>114 Market Street, Suite 210<br>Roanoke, Virginia 24011<br>mhastings@wtplaw.com |
| **Joseph McConnell** | Oliver Garcia<br>Ridgeview Law PLLC<br>1750 Tysons Blvd, Suite 1500<br>McLean, Virginia 22102<br>ogarcia@ridgeviewlaw.com |
| **Dennis Ryan** | James Crumlish<br>John Elliot<br>Rafael Zahralddin-Aravena<br>Elliot Greenleaf, P.C.<br>925 Harvest Drive, Suite 300<br>Blue Bell, Pennsylvania 19422<br>jccrumlish@elliottgreenleaf.com<br>jpe@elliottgreenleaf.com<br>rxza@elliottgreenleaf.com |
| **Satyanarain Rangarajan** | Joseph Manson<br>Law Offices of Joseph L. Manson III<br>600 Cameron Street<br>Alexandria, Virginia 22314<br>jmanson@jmansonlaw.com |
| **Noel Bartlett** | Robert Hertzberg<br>Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center, Suite 1800<br>Southfield, Michigan 48075<br>hertzbergr@pepperlaw.com<br>kovskyd@pepperlaw.com<br><br>Wyatt Durrette<br>Kevin Funk<br>DurretteCrump PLLC<br>1111 E. Main Street |

| | |
|---|---|
| | Richmond, Virginia 23219<br>wdurrette@durrettecrump.com<br>kfunk@durrettecrump.com |
| **Robert Galen** | Robert Hertzberg<br>Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center, Suite 1800<br>Southfield, Michigan 48075<br>hertzbergr@pepperlaw.com<br>kovskyd@pepperlaw.com<br><br>Wyatt Durrette<br>Kevin Funk<br>DurretteCrump PLLC<br>1111 E. Main Street<br>Richmond, Virginia 23219<br>wdurrette@durrettecrump.com<br>kfunk@durrettecrump.com |
| **Tipton Golias, Joseph Golias, Donald Golias, Karla Falgout, Tipton Golias (in his capacity as Trustee of The Wendell L. Golias Voting Trust), Eric Peterson, David Mayes, John Tessler, Pamela Oates, Galen Associates, Inc., and Helena Laboratories Corporation** | Robert Hertzberg<br>Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center, Suite 1800<br>Southfield, Michigan 48075<br>hertzbergr@pepperlaw.com<br>kovskyd@pepperlaw.com<br><br>Wyatt Durrette<br>Kevin Funk<br>DurretteCrump PLLC<br>1111 E. Main Street<br>Richmond, Virginia 23219<br>wdurrette@durrettecrump.com<br>kfunk@durrettecrump.com |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I certify that on this 2nd day of October, 2017, I served the foregoing document via email and USPS First-Class mail on the following parties:

Craig T. Merritt
David B. Lacy
Christian & Barton LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Phone: 804.697.4100
Email: cmerritt@cblaw.com
       dlacy@cblaw.com

*Counsel for LeClairRyan,*
*A Professional Corporation*

                                                /s/ *Ryan D. Frei*
                                                Ryan D. Frei (VSB No. 70996)