UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Health Diagnostic Laboratory, Inc.                Case No. 15-32919

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Chrom Tech Inc.**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>Email: bbrager@bradfordcapitalmgmt.com<br>Phone: (862) 249-1349 | Scheduled Claim Amount: $127,110.33 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                Date: 03/28/2019
Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court
                  Eastern District of Virginia, Richmond Division
                  Attention: Clerk

AND TO:    Health Diagnostic Laboratory, Inc. ("Debtor")
                  Case No. 15-32919

Proof of Claim # n/a
Schedule #: 25

Chrom Tech Inc., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this __15th__ day of __March__ 20_19_.

Chrom Tech Inc.                                    Bradford Capital Holdings, LP
                                                    By: Bradford Capital GP, LLC, its General Partner

By: *[signature]*                               By: *[signature]*
Name: Jeanette Morrison                Name: Brian Brager
Title: Secretary/Treasurer                 Title: Managing Member

B6F (Official Form 6F) (12/07) - Cont.

In re  **Health Diagnostic Laboratory, Inc.**,  Case No. __15-32919__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No.<br>Christy Birchell<br>220 High Street<br>Westerly, RI 02891 | - | Trade Debt | | | | 820.63 |
| Account No.<br>Chrom Tech Inc<br>PO Box 240248<br>Apple Valley, MN 55124 | - | Trade Debt | | | | 127,110.33 |
| Account No.<br>Cigna Healthcare<br>Attn Refund - HRA<br>PO Box 19425<br>Oaks, PA 19456 | - | Trade Debt | | | | 1,862.17 |
| Account No.<br>Citrix Online LLC<br>File 50264<br>Los Angeles, CA 90074-0264 | - | Trade Debt | | | | 24,662.07 |
| Account No.<br>CLCS Test LLC<br>13636 N Meridian St<br>Carmel, IN 46032 | - | Trade Debt | | | | 300.00 |

Sheet no. __22__ of __113__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   154,755.20

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy