UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Health Diagnostic Laboratory, Inc.    Case No. 15-32919

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP** <br> Name of Transferee | **Laboratory Corporation of America** <br> Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent: <br><br> c/o Bradford Capital Management, LLC <br> PO Box 4353 <br> Clifton, NJ 07012 <br> Attn: Brian Brager <br> Email: bbrager@bradfordcapitalmgmt.com <br> Phone: (862) 249-1349 | Allowed Proof of Claim Amount: <br> $218,923.06 <br><br> Proof of Claim Number: 1014 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                    Date: 03/28/2019
Transferee/Transferee's Agent

## United States Bankruptcy Court
### Eastern District of Virginia, Richmond Division

In re: Health Diagnostic Laboratory, Inc.　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-32919

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

　　　　PLEASE TAKE NOTICE that Laboratory Corporation of America, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Laboratory Corporation of America
c/o Johnson Legal Network, PLLC
535 Wellington Way, Suite 380
Lexington KY, 40503

New Address
Laboratory Corporation of America
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

　　　　I declare that the foregoing is true and correct.

Authorized Signatory for:

Laboratory Corporation of America
By: /s/
Name: Neil Stalter
Title: VP
Date: 2/26/19