| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Brittany B. Falabella (VSB No. 80131)<br>HIRSCHLER FLEISCHER, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500<br>Telephone:    804.771.9500<br>Facsimile:    804.644.0957<br>E-mail:    rwestermann@hirschlerlaw.com<br>        bfalabella@hirschlerlaw.com | David I. Swan (VSB No. 75632)<br>Allison P. Klena (VSB No. 96400)<br>HIRSCHLER FLEISCHER, P.C.<br>1676 International Drive, Suite 1350<br>Tysons, Virginia 22102<br>Telephone:    703.584.8900<br>Facsimile:    703.584.8901<br>E-mail:    dswan@hirschlerlaw.com<br>        aklena@hirschlerlaw.com |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No.: 15-32919-KRH**<br><br>(Jointly Administered) |

## NOTICE OF ADDITIONAL OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, has scheduled omnibus hearings on the following dates and times in the above-captioned case:

- November 28, 2023 at 1:00 p.m. (prevailing Eastern Time)

- December 21, 2023 at 1:30 p.m. (prevailing Eastern Time)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

- January 23, 2024 at 1:00 p.m. (prevailing Eastern Time)

The omnibus hearings will be held at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, in the Courtroom for the Honorable Kevin R. Huennekens, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

Dated: October 11, 2023

Respectfully submitted,

RICHARD ARROSWMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:     804.644.0957
E-mail:         rwestermann@hirschlerlaw.com
                    bfalabella@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:     703.584.8901
E-mail:         dswan@hirschlerlaw.com
                    aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*