# MH MERRITTHILL, PLLC

919 E. Main Street, Suite 1000 | Richmond, Virginia 23219
Tel: 804.916.1600 | www.merrittfirm.com



RICHMOND DIVISION

FILED OCT 19 2023 FILED
CLERK
U.S. BANKRUPTCY COURT

CRAIG T. MERRITT
Direct Dial: 804.916.1601
E-mail: cmerritt@merrittfirm.com

October 17, 2023

The Hon. William C. Redden, Clerk
United States Bankruptcy Court
 Eastern District of Virginia
 Richmond Division
701 E. Broad Street
Richmond, VA 23219

        In re:  Health Diagnostic Laboratory, Inc. aka HDL, Inc.
                Case No. 15-32919-KRH

Dear Mr. Redden:

    As an attorney practicing before this Court, I continue to receive notices related to the above-referenced bankruptcy case. (They are sent to my former firm, Christian & Barton, L.L.P.) I have had no active connection with this case for a significant period of time, and my representation of the former LeClairRyan law firm has ended.

    I would be obliged if you remove my name from the list of counsel to be noticed in this case. If this requires a formal filing with the Clerk, please let us know.

                                                  Respectfully,

                                                  Craig T. Merritt

CTM/jya