Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
              bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING MOTION TO EXTEND CLAIMS OBJECTION DEADLINE

Upon the motion (the "**Motion**")[2] of Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust (the "**Liquidating Trustee**"), appointed pursuant to the Debtors' confirmed *Modified Second Amended Plan of Liquidation* (the "**Plan**") in these jointly administered bankruptcy cases (the "**Chapter 11 Cases**" or the "**Cases**"), by and through the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

undersigned counsel, for entry of an order extending the Claims Objection Deadline, or the deadline by which the Liquidating Trustee must file objections to Claims previously set forth in the Court's *Order Granting Motion to Extend Claims Objection Deadline* [Bankr. Dkt. No. 5607]; and in consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and having received no response, objection or other responsive pleading; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED**:

1. The Motion is **GRANTED**.

2. The Claims Objection Deadline is extended to December 30, 2024.

3. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. This Order is made without prejudice to the Liquidating Trustee's further right to request additional extensions of the Claims Objection Deadline.

5. This Order shall be immediately enforceable and effective and any applicable stay is hereby waived.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Nov 2 2023
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: November 3, 2023

**WE ASK FOR THIS:**

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:   804.771.9500
Facsimile:   804.644.0957
E-mail:       rwestermann@hirschlerlaw.com
              bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:   703.584.8900
Facsimile:   703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**CERTIFICATE OF ENDORSEMENT**

    I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

    */s/ Brittany B. Falabella*
    Brittany B. Falabella