Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9500
Facsimile:      804.644.0957
E-mail:         rwestermann@hirschlerlaw.com
                bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:      703.584.8900
Facsimile:      703.584.8901
E-mail:         dswan@hirschlerlaw.com
                aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee
of the HDL Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 15-32919-KRH |
| **HEALTH DIAGNOSTIC LABORATORY,** | ) |
| **INC.,** *et al.*, | ) Jointly Administered |
| | ) |
| Debtors.[1] | ) |
| | ) |

## ORDER EXTENDING THE TERM OF THE HDL LIQUIDATING TRUST

Upon the motion (the "Motion")[2] of Richard Arrowsmith, in his capacity as Liquidating

Trustee of the HDL Liquidating Trust (the "Liquidating Trustee"), appointed pursuant to the

Debtors' confirmed *Modified Second Amended Plan of Liquidation* (the "Plan") in these jointly

administered bankruptcy cases (the "Chapter 11 Cases" or the "Cases"), by and through his

undersigned counsel, for entry of an order extending the term of the Liquidating Trust; and in

---

[1]    The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and finding that cause exists as identified in the Motion; and notice of the Motion having

been adequate and appropriate under the circumstances; and having received no response,

objection, or other responsive pleading; and after due deliberation and sufficient cause appearing

therefore, it is **HEREBY ORDERED**:

    1.      The Motion is **GRANTED**.

    2.      The term of the Liquidating Trust shall be, and hereby is, extended to May 13, 2025.

    3.      The Liquidating Trustee is authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order.

    4.      This Order is made without prejudice to the Liquidating Trustee's further right to

request additional extensions of the term of the Liquidating Trust.

    5.      This Order shall be immediately enforceable and effective and any applicable stay

is hereby waived.

    6.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the interpretation and/or implementation of this Order.

Dated:     Nov 2 2023
Richmond, Virginia

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: November 3, 2023

2

**WE ASK FOR THIS:**

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                    bfalabella@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:     703.584.8900
Facsimile:      703.584.8901
E-mail:          dswan@hirschlerlaw.com
                    aklena@hirschlerlaw.com

*Counsel to Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Order

has been endorsed by and/or served upon all necessary parties.

*/s/ Brittany B. Falabella*
Brittany B. Falabella