Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
HIRSCHLER FLEISCHER, P.C.  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:    804.771.9500  
Facsimile:    804.644.0957  
E-mail:    rwestermann@hirschlerlaw.com  
     bfalabella@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, P.C.  
1676 International Drive, Suite 1350  
Tysons, Virginia 22102  
Telephone:    703.584.8900  
Facsimile:    703.584.8901  
E-mail:    dswan@hirschlerlaw.com  
     aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
**Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

**PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR**  
**NOVEMBER 28, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME)**

**I.    STATUS UPDATES**

1. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters.

2. In re Blue Eagle Farming, LLC, *et al.*, Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

## II. ADJOURNED MATTERS IN RELATED ADVERSARY PROCEEDINGS

3. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Wolf Creek Baptist Church Building Corporation, Inc. d/b/a Wolf Creek Baptist Church - Adversary Proceeding Case No. 22-03079-KRH – Motion for Default Judgment, or In the Alternative, Summary Judgment [Docket No. 23] and Notice Thereof [Docket No. 24]

*Related Documents*:

    (a) Complaint [Docket No. 1]

    (b) Certificates of Service [Docket Nos. 4, 6, and 7]

    (c) Answer to Complaint [Docket No. 5]

    (d) Pre-Trial Discovery Scheduling Order [Docket No. 11]

    (e) Answer to Complaint – STRICKEN [Docket No. 15]

    (f) Order Granting Motion to Withdraw as Attorney [Docket No. 19]

*Response*:
    None.

*Status*:
    The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time) to allow time for the Trustee to properly effectuate service of the Motion and/or otherwise resolve the matter.

4. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. National Humane Society - Adversary Proceeding Case No. 22-03083-KRH – Motion for Entry of Default and Default Judgment [Docket No. 5] and Notice Thereof [Docket No. 6]

*Related Documents*:

    (a) Complaint [Docket No. 1]

    (b) Certificate of Service [Docket No. 4]

*Response*:
    None.

*Status*:

The Liquidating Trustee has resolved this matter and requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time) to allow time to carry out the terms of the agreement.

5.     Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Floyd Calhoun Dent, III - Adversary Proceeding Case No. 22-03033– Motion for Summary Judgment and Memorandum in Support [Docket No. 9] and Notice thereof [Docket No. 10]

*Related Documents:*

(a) Motion for Authority to File Under Seal Exhibit G to the Motion for Summary Judgment [Docket No. 11]

(b) Notice of Motion to Seal [Docket No. 12]

(c) Reply Memorandum in Support of Motion for Summary Judgment filed by the Liquidating Trustee [Docket No. 15]

*Response:*

(a) Objection of Defendant Floyd Calhoun Dent, III to the Liquidating Trustee's Motion for Summary Judgment [Docket No. 14]

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time).

### III.    GARNISHMENTS TO BE DISMISSED

6.     Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Junaluska Internal Medicine, PC, et al. - Adversary Proceeding Case No. 17-03254

6.1    Garnishment Summons re: Judgment against Junaluska Internal Medicine, PC [Docket Item No. 88] (the "**Junaluska Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to U.S. Bank, National Association [Docket No. 87]

(b) Order Granting Default Judgment [Docket No. 13]

(c) Writ of Execution [Docket No. 89]

(d) Certificate of Service [Docket No. 97]

*Response:*

  (e) U.S. Bank filed an Answer [Docket No. 101] stating no accounts found.

*Status:*

  The Liquidating Trustee requests that this matter be dismissed.

 6.2 Garnishment Summons re: Judgment against Rebecca Daniell [Docket Item No. 91] (the "**Daniell Garnishment**")

*Related Documents:*

  (a) Suggestion for Summons in Garnishment to U.S. Bank, National Association [Docket No. 90]

  (b) Order Granting Default Judgment [Docket No. 13]

  (c) Writ of Execution [Docket No. 92]

  (d) Certificate of Service [Docket No. 96]

*Response:*

  (e) U.S. Bank filed an Answer [Docket No. 100] stating no accounts found.

*Status:*

  The Liquidating Trustee requests that this matter be dismissed

### IV. ADJOURNED GARNISHMENTS

 7. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

 7.1 Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

  (a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

  (b) Order Granting Default Judgment [Docket No. 13]

  (c) Writ of Execution [Docket No. 41]

  (d) Certificate of Service [Docket No. 43]

*Response:*

To date, an Answer has not yet been received from Together Credit Union.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer.

8. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Thomas H. Kanegae, M.D, A Medical Corporation, et al. - Adversary Proceeding Case No. 17-03338

8.1 Garnishment Summons re: Judgment against Thomas H. Kanegae, A Medical Corporation [Docket Item No. 16] (the "**Kanegae MD Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to U.S. Bank National Association [Docket No. 15]

(b) Order Granting Default Judgment [Docket No. 9]

(c) Writ of Execution [Docket No. 17]

(d) Certificate of Service [Docket No. 20]

*Response:*

To date, an Answer has not yet been received from U.S. Bank.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer.

8.2 Garnishment Summons re: Judgment against Thomas H. Kanegae [Docket Item No. 13] (the "**Kanegae Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to U.S. Bank National Association [Docket No. 12]

(b) Order Granting Default Judgment [Docket No. 9]

5

    (c) Writ of Execution [Docket No. 14]

    (d) Certificate of Service [Docket No. 19]

*Response:*

U.S. Bank filed an Answer [Docket No. 25] stating no accounts found.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer as to the practice in the above-associated matter.

### V.    ADJOURNED MATTERS IN LEAD CASE

9.    Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

    (a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180]. An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197]. The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for December 21, 2023 at 1:30 p.m. (Prevailing Eastern Time).

[*Remainder of Page Left Intentionally Blank*]

Dated: November 22, 2023          Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:     804.644.0957
E-mail: rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:     703.584.8901
E-mail:       dswan@hirschlerlaw.com
        aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*