| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Allison P. Klena (VSB No. 96400) |
| Brittany B. Falabella (VSB No. 80131) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone:  703.584.8900 |
| Post Office Box 500 | Facsimile:  703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail:  aklena@hirschlerlaw.com |
| Telephone:  804.771.9500 | |
| Facsimile:  804.644.0957 | |
| E-mail:  rwestermann@hirschlerlaw.com | |
| bfalabella@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR NOVEMBER 28, 2023 AT 1:00 P.M.

**PLEASE TAKE NOTICE** that the hearing scheduled for November 28, 2023, at 1:00 p.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on November 28, 2023, at 1:00 p.m. (prevailing Eastern Time) have either been resolved or are adjourned to the hearing scheduled for **December 21, 2023 at 1:30 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: November 27, 2023	Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com

Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*