# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 15−32919−KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Health Diagnostic Laboratory, Inc.
aka HDL, Inc.
737 N. 5th Street, Suite 103
Richmond, VA 23219

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: 26−3740119

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on December 19, 2023 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 12/5/2023, regarding TRANSCRIPT OF HEARING ON 15 MOTION TO FILE DOCUMENT(S) UNDER SEAL MOTION FOR AUTHORITY TO FILE UNDER SEAL EXHIBITS TO LIQUIDATING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND OPENING MEMORANDUM IN SUPPORT THEREOF (RELATED DOCUMENT(S)14 MOTION FOR SUMMARY JUDGMENT FILED BY RICHARD ARROWSMITH, LIQUIDATING TRUSTEE) FILED BY BRITTANY BERLAUK FALABELLA OF HIRSCHLER FLEISCHER, A PROFESSIONAL CORP ON BEHALF OF RICHARD ARROWSMITH, LIQUIDATING TRUSTEE. 14 MOTION FOR SUMMARY JUDGMENT LIQUIDATING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND OPENING MEMORANDUM IN SUPPORT THEREOF FILED BY BRITTANY BERLAUK FALABELLA OF HIRSCHLER FLEISCHER, A PROFESSIONAL CORP ON BEHALF OF RICHARD ARROWSMITH, LIQUIDATING TRUSTEE. Remote electronic access to the transcript is restricted until 03/14/2024. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers LLC, Telephone number 4805615027.] [Transcript Purchased by Robin Henderson.] (RE: related document(s) 32 Hearing held and continued; Motion GRANTED on Interim Basis; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)14 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor., 33 Hearing held and continued; Motion GRANTED on Interim Basis; Order to be submitted; (Re: related document(s)15 Motion to Approve Use of Cash Collateral filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Robert Westermann, Tyler Brown for Debtor; Richard Hagerty for BB&T; Curtis Manchester for Fulton Bank., 59 Transcript filed Re: Hearing Held 6/8/2015, regarding MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER SETTING AN EXPEDITED HEARING ON "FIRST-DAY MOTIONS" AND RELATED RELIEF [#16]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF THEIR RELATED CHAPTER 11 CASES [#3]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE OF COMMENCEMENT OF THE CHAPTER 11 CASES [#5]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER APPOINTING AMERICAN LEGAL CLAIMS SERVICES, LLC AS CLAIMS, NOTICING AND BALLOTING AGENT [#6]; MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO (I) PREPARE A LIST OF CREDITORS IN LIEU OF SUBMITTING A FORMATTED MAILING MATRIX AND (II) FILE A CONSOLIDATED LIST OF DEBTORS' 30 LARGEST UNSECURED CREDITORS [#7]; MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) EXTENDING THE TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) EXTENDING THE TIME TO SCHEDULE THE MEETING OF CREDITORS [#8]; MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER ESTABLISHING CERTAIN NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES [#9]; MOTION OF THE DEBTORS AND DEBTORS-IN-

POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM; (II) GRANTING ADMINISTRATIVE EXPENSE STATUS FOR INTERCOMPANY CLAIMS; AND (III) WAIVING THE REQUIREMENTS OF SECTION 345(B) OF THE BANKRUPTCY CODE [#10]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY PRE-PETITION WAGES, SALARIES AND BENEFITS; (II) AUTHORIZING DEBTORS TO CONTINUE EMPLOYEE-BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; (III) AUTHORIZING CURRENT AND FORMER EMPLOYEES TO PROCEED WITH WORKERS' COMPENSATION CLAIMS; AND (IV) DIRECTING APPLICABLE FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [#11]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE [#12]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO CONTINUE AND RENEW THEIR LIABILITY, PROPERTY, CASUALTY AND OTHER INSURANCE PROGRAMS AND HONOR ALL OBLIGATIONS IN RESPECT THEREOF AND (II) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [#13]; MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO PAY CERTAIN PRE-PETITION TAXES AND FEES AND (II) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [#14]; MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION [#15]. Remote electronic access to the transcript is restricted until 09/9/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973-406-2250.] [Transcript Purchased by Beth Friedman.] (RE: related document(s) 21 Hearing held; Motion to Expedite Hearing GRANTED (Re: related document(s)16 Motion to Expedite Hearing filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 22 Hearing held; Motion GRANTED; Order incorporating requested changes from U.S. Trustee to be submitted; (Re: related document(s)3 Motion for Joint Administration filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 23 Hearing held; Motion GRANTED; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)5 Motion of Debtors in Possession for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Chapter 11 Cases) filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 24 Hearing held; Application GRANTED; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)6 Application to Employ American Legal Claims Services, LLC as Claims, Noticing and Balloting Agent) filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 25 Hearing held; Motion GRANTED; Order to be submitted (Re: related document(s)7 Motion to Authorize Debtors to (I) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (II) File a Consolidated List of Debtors 30 Largest Unsecured Creditors filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 26 Hearing held; Motion GRANTED; Order to be submitted (Re: related document(s)8 Motion to Extend Time to File Lists, Schedules and/or Statements filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 27 Hearing held; Motion GRANTED; Order to be submitted (Re: related document(s)9 Motion to Approve filed by Health Diagnostic Laboratory, Inc.) Toby Long for Debtor., 28 Hearing held and continued; Motion GRANTED on Interim Basis; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)10 Motion of the Debtors and Debtors in Possession for Entry of an Order (I) Authorizing Debtors to Maintain Existing Bank Accounts and Business Forms and Continue to Use Existing Cash Management System; (II) Granting Administrative Expense Status for Intercompany Claims; and (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor; Shannon Pecoraro for U.S. Trustee., 29 Hearing held and continued; Motion GRANTED on an Interim Basis; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)11 Motion of Debtors and Debtors in Possession for Entry of an Order (I) Authorizing Debtors To Pay Prepetition Wages, Salaries and Benefits; (II) Authorizing Debtors to Continue Employee Benefit Programs in the Ordinary Course of Business; (III) Authorizing Current and Former Employees to Proceed With Workers Compensation Claims; and (IV) Directing Applicable Financial Institutions to Honor and Process Related Checks and Transfers, Inc.) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor; Richard Hagerty for BB&T., 30 Hearing held and continued; Motion GRANTED on Interim Basis; Order to be submitted (Re: related document(s)12 Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.Jason Harbour for Debtor., 31 Hearing held and continued; Motion GRANTED on Interim basis; Order incorporating changes requested by U.S. Trustee to be submitted; (Re: related document(s)13 Motion of Debtors and Debtors in Possession for Entry of an Order Authorizing (I) Debtors to Continue and Renew Their Liability, Property, Casualty and Other Insurance Programs and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process

Related Checks and Transfers) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor., 32 Hearing held and continued; Motion GRANTED on Interim Basis; Order incorporating changes requested by U.S. Trustee to be submitted (Re: related document(s)14 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor., 33 Hearing held and continued; Motion GRANTED on Interim Basis; Order to be submitted; (Re: related document(s)15 Motion to Approve Use of Cash Collateral filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 6/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Robert Westermann, Tyler Brown for Debtor; Richard Hagerty for BB&T; Curtis Manchester for Fulton Bank.). Notice of Intent to Request Redaction Deadline Due By 06/18/2015. Redaction Request Due By 07/2/2015. Redacted Transcript Submission Due By 07/13/2015. Transcript access will be restricted through 09/9/2015., 192 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)14 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Apearance: Jason Harbour., 196 Hearing held; final hearing set; Motion GRANTED on Interim Basis; Order to be submitted (Re: related document(s)15 Motion to Approve Use of Cash Collateral filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 7/23/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Robert Westermann, Special Conflicts Counsel for Debtor; Richard Hagerty for BB&T; Richard Kanowitz for Committee of Unsecured Creditors; Paula Beran for Biotech 8, LLC., 224 Transcript filed Re: Hearing Held 6/30/2015, regarding CASH MANAGEMENT MOTION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM; (II) GRANTING ADMINISTRATIVE EXPENSE STATUS FOR INTERCOMPANY CLAIMS; AND (III) WAIVING THE REQUIREMENTS OF SECTION 345(B) OF THE BANKRUPTCY CODE [ECF NO. 10]; UTILITIES MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE [ECF NO. 12]; INSURANCE MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO CONTINUE AND RENEW THEIR LIABILITY, PROPERTY, CASUALTY AND OTHER INSURANCE PROGRAMS AND HONOR ALL OBLIGATIONS IN RESPECT THEREOF AND (II) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [ECF NO. 13]; TAXES MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING (I) DEBTORS TO PAY CERTAIN PREPETITION TAXES AND FEES AND (II) FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [ECF NO. 14]; REJECTION MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 365(A) OF THE BANKRUPTCY CODE AND RULE 6006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING REJECTION OF AN EXECUTORY CONTRACT WITH SZILARD VOROS, M.D. [ECF NO. 94]; "MOTION TO EXPEDITE CRO RETENTION MOTION" - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER EXPEDITING CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD APPLICABLE TO, MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) RETAIN ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (B) DESIGNATE MARTIN MCGAHAN AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF [ECF NO. 155]; WAGES MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY PREPETITION WAGES, SALARIES AND BENEFITS; (II) AUTHORIZING DEBTORS TO CONTINUE EMPLOYEE BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; (III) AUTHORIZING CURRENT AND FORMER EMPLOYEES TO PROCEED WITH WORKERS COMPENSATION CLAIMS; AND (IV) DIRECTING APPLICABLE FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS [ECF NO. 11]; CASH COLLATERAL MOTION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION [ECF NO. 15]; MOTION TO APPROVE UNITED STATES STIPULATION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING STIPULATION, (II) AUTHORIZING USE OF CASH COLLATERAL AND (III) GRANTING ADEQUATE PROTECTION TO THE UNITED STATES OF AMERICA [ECF NO. 76]; 2004 EXAMINATION MOTION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO CONDUCT RULE 2004 EXAMINATIONS OF TRUE HEALTH DIAGNOSTICS, LLC, JEFFREY (BOOMER) CORNWELL AND ROBERT BRADFORD JOHNSON [ECF NO. 89]; "APPLICATION TO EMPLOY HUNTON & WILLIAMS LLP - APPLICATION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HUNTON & WILLIAMS LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION EFFECTIVE AS OF THE PETITION DATE [ECF NO. 91]; APPLICATION TO EMPLOY HIRSCHLER FLEISCHER, P.C. - APPLICATION FOR ENTRY OF AN ORDER

AUTHORIZING EMPLOYMENT AND RETENTION OF HIRSCHLER FLEISCHER, P.C. AS SPECIAL CONFLICTS COUNSEL TO THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE [ECF NO. 86]; ORDINARY COURSE PROFESSIONALS MOTION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER APPROVING PROCEDURES FOR THE RETENTION AND COMPENSATION OF ORDINARY COURSE PROFESSIONALS EFFECTIVE AS OF THE PETITION DATE [ECF NO. 92]; INTERIM COMPENSATION PROCEDURES MOTION - MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION TO ESTABLISH PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RETAINED PROFESSIONALS [ECF NO. 93]; CRO RETENTION MOTION - MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) RETAIN ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (B) DESIGNATE MARTIN MCGAHAN AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF [ECF NO. 154]. Remote electronic access to the transcript is restricted until 10/5/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, LLC, Telephone number 973-406-2250.] [Transcript Purchased by Selena Hislop.] (RE: related document(s) 189 Hearing held; Motion GRANTED on a Final Basis; Order to be submitted (Re: related document(s)10 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor., 190 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)12 Motion to Approve filed by Health Diagnostic Laboratory, Inc.) Appearance: Jason Harbour for Debtor., 191 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)13 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Appearance: Jason Harbour for Debtor., 192 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)14 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Apearance: Jason Harbour., 193 Hearing held; Motion GRANTED; Order to be submitted (Re: related document(s)94 Motion to Reject filed by Health Diagnostic Laboratory, Inc.) Appearance: Jason Harbour for Debtor., 194 Hearing held; Motion GRANTED (Re: related document(s)155 Motion to Expedite Hearing filed by Health Diagnostic Laboratory, Inc.) Appearance: Jason Harbour for Debtor., 195 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)11 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Richard Kanowitz for Committee of Unsecured Creditors., 196 Hearing held; final hearing set; Motion GRANTED on Interim Basis; Order to be submitted (Re: related document(s)15 Motion to Approve Use of Cash Collateral filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 7/23/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Robert Westermann, Special Conflicts Counsel for Debtor; Richard Hagerty for BB&T; Richard Kanowitz for Committee of Unsecured Creditors; Paula Beran for Biotech 8, LLC., 197 Hearing held; Motion GRANTED on Final Basis; Order to be submitted (Re: related document(s)76 Motion for Approval of Agreement filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Mary Schmergel (telephonically) for U.S. Dept of Justice, 198 Hearing held; Motion GRANTED; Objections Overruled (Re: related document(s)89 Motion for 2004 Examination filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Slayton Dabney, Eric Walker for True Health Diagnostics, LLC, Jeffrey (Boomer) Cornwell; Trevor Reid for Robert Bradford Johnson; Richard Kanowitz for Committee of Unsecured Creditors, 199 Hearing held; Motion GRANTED; Order to be submitted incorporating requested changes as set out in open court (Re: related document(s)91 Application to Employ filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Robert Van Arsdale for Office of U.S. Trustee, 200 Hearing held; Motion GRANTED; Order to be submitted incorporating requested changes as set out in open court (Re: related document(s)86 Application to Employ filed by Health Diagnostic Laboratory, Inc.) Appearances: Rachel Greenleaf, Special Conflicts Counsel for Debtor; Robert Van Arsdale for Office of U.S. Trustee., 201 Hearing held; Motion GRANTED; Order to be submitted incorporating requested changes as set out in open court (Re: related document(s)92 Motion to Approve filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Robert Van Arsdale for Office of U.S. Trustee; Richard Hagerty for BB&T., 202 Hearing held; Motion GRANTED; Order to be submitted incorporating requested changes as set out in open court (Re: related document(s)93 Motion to Approve filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Robert Van Arsdale for Office of U.S. Trustee; Richard Hagerty for BB&T., 203 Hearing held; Motion GRANTED; Order to be submitted incorporating requested changes as set out in open court (Re: related document(s)154 Motion to Authorize filed by Health Diagnostic Laboratory, Inc.) Appearances: Jason Harbour for Debtor; Robert Van Arsdale for Office of the U.S. Trustee; Richard Hagerty for BB&T.). Notice of Intent to Request Redaction Deadline Due By 07/13/2015. Redaction Request Due By 07/27/2015. Redacted Transcript Submission Due By 08/6/2015. Transcript access will be restricted through 10/5/2015. (Gottlieb, Jason) **Modified** on 7/9/2015 to edit text., 295 Hearing continued; (Re: related document(s)15 Motion to Approve Use of Cash Collateral filed by Health Diagnostic Laboratory, Inc.) Hearing scheduled for 7/30/2015 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Jason Harbour for Debtor., 320 Hearing held and continued; Motion GRANTED on Interim Basis (related document(s): 15 Motion to Approve Use of Cash Collateral) Hearing scheduled for 08/04/2015 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearances: Tyler Brown for Debtor; Richard Hagerty for BB&T. (oliverb)). Notice of Intent to Request Redaction Deadline Due By 12/22/2023. Redaction Request Due By 01/5/2024. Redacted Transcript Submission Due By 01/16/2024. Transcript access will be restricted through 03/14/2024. (Gottlieb, Jason)

  The parties have [until  December 26, 2023] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ January 9, 2024] [21 days from the date of filing of the transcript].

  If a request for redaction is filed, the redacted transcript is due [ January 19, 2024] [31 days from the date of filing of the transcript].

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ March 18, 2024] [90 calendar days from the date of filing of the transcript] unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                  **William C. Redden**
                  **Clerk, United States Bankruptcy Court**

Date:   December 19, 2023

[ntctranredact.jsp 3/2009]