Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:     804.644.0957
E-mail:        rwestermann@hirschlerlaw.com
               bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:     703.584.8900
Facsimile:     703.584.8901
E-mail:        dswan@hirschlerlaw.com
               aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

## PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
## DECEMBER 21, 2023 AT 1:30 P.M. (PREVAILING EASTERN TIME)

**I.      STATUS UPDATES**

1.      Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2.      In re Blue Eagle Farming, LLC, *et al.*, Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

**II.     MATTERS GOING FORWARD IN RELATED ADVERSARY PROCEEDINGS**

3.      Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Wolf Creek Baptist Church Building Corporation, Inc. d/b/a Wolf Creek Baptist Church - Adversary Proceeding Case No. 22-03079-KRH – Motion for Default Judgment, or In the Alternative, Summary Judgment [Docket No. 23] and Notice Thereof [Docket No. 24]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

*Related Documents*:

> (a) Complaint [Docket No. 1]

> (b) Certificates of Service [Docket Nos. 4, 6, and 7]

> (c) Answer to Complaint [Docket No. 5]

> (d) Pre-Trial Discovery Scheduling Order [Docket No. 11]

> (e) Answer to Complaint – STRICKEN [Docket No. 15]

> (f) Order Granting Motion to Withdraw as Attorney [Docket No. 19]

> (g) Amended Notice of Motion and Notice of Hearing [Docket No. 27]

> (h) Certificate of Service of Motion and Amended Notice of Hearing [Docket No. 28]

*Response*:

> None.

*Status*:

> This matter is going forward.

## III.    ADJOURNED MATTERS IN RELATED ADVERSARY PROCEEDINGS

4.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Cornerstone Revival Center - Adversary Proceeding Case No. 21-03111– Liquidating Trustee's Motion for Summary Judgment and Opening Memorandum in Support Thereof [Docket No. 16] and Notice thereof [Docket No. 19]

*Related Documents:*

> (a) Motion for Authority to File Documents Under Seal to the Motion for Summary Judgment [Docket No. 17]

> (b) Notice of Motion to Seal [Docket No. 20]

> (c) Liquidating Trustee's Reply in Further Support of Motion for Summary Judgment [Docket No. 25]

> (d) Amended Notice of Hearing on Motion for Summary Judgment [Docket No. 26]

*Response:*

(a) Defendant's Response in Opposition to Motion for Summary Judgment [Docket No. 21] and Affidavits in Support [Docket Nos. 22-24]

*Status:*

This matter has been resolved, but the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time to carry out the terms of the settlement agreement.

5.      Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Cavalry Missionary Baptist Church - Adversary Proceeding Case No. 21-03138– Liquidating Trustee's Motion for Summary Judgment and Opening Memorandum in Support Thereof [Docket No. 19] and Notice thereof [Docket No. 23]

*Related Documents:*

(a) Motion for Authority to File Documents Under Seal to the Motion for Summary Judgment [Docket No. 20]

(b) Notice of Motion to Seal [Docket No. 22]

(c) Amended Notice of Hearing on Motion for Summary Judgment [Docket No. 27]

*Response:*

(d) Defendant's Response in Opposition to Motion for Summary Judgment [Docket No. 24] and Affidavits in Support [Docket Nos. 25-26]

*Status:*

This matter has been resolved, but the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time to carry out the terms of the settlement agreement.

6.      Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. St. Andrews United Methodist Church Foundation, Inc. d/b/a St. Andrews United Methodist Church - Adversary Proceeding Case No. 22-03025– Liquidating Trustee's Motion for Summary Judgment and Opening Memorandum in Support Thereof [Docket No. 16] and Notice thereof [Docket No. 19]

*Related Documents:*

(a) Motion for Authority to File Documents Under Seal to the Motion for Summary Judgment [Docket No. 17]

(b) Notice of Motion to Seal [Docket No. 20]

(c) Amended Notice of Hearing on Motion for Summary Judgment [Docket No. 24]

*Response:*

(d) Defendant's Response in Opposition to Motion for Summary Judgment [Docket No. 21] and Affidavits in Support [Docket Nos. 22-23]

*Status:*

This matter has been resolved, but the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time to carry out the terms of the settlement agreement.

7.       Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. National Humane Society - Adversary Proceeding Case No. 22-03083-KRH – Motion for Entry of Default and Default Judgment [Docket No. 5] and Notice Thereof [Docket No. 6]

*Related Documents*:

(a) Complaint [Docket No. 1]

(b) Certificate of Service [Docket No. 4]

*Response*:

None.

*Status*:

This matter has been resolved, but the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time to carry out the terms of the settlement agreement.

8.       Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Floyd Calhoun Dent, III - Adversary Proceeding Case No. 22-03033– Motion for Summary Judgment and Memorandum in Support [Docket No. 9] and Notice thereof [Docket No. 10]

*Related Documents:*

(a) Motion for Authority to File Under Seal Exhibit G to the Motion for Summary Judgment [Docket No. 11]

(b) Notice of Motion to Seal [Docket No. 12]

(c) Reply Memorandum in Support of Motion for Summary Judgment filed by the Liquidating Trustee [Docket No. 15]

*Response:*

(a) Objection of Defendant Floyd Calhoun Dent, III to the Liquidating Trustee's Motion for Summary Judgment [Docket No. 14]

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time).

## IV.    ADJOURNED GARNISHMENTS

9.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

9.1    Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

(b) Order Granting Default Judgment [Docket No. 13]

(c) Writ of Execution [Docket No. 41]

(d) Certificate of Service [Docket No. 43]

*Response:*

To date, an Answer has not yet been received from Together Credit Union.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer.

10.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Thomas H. Kanegae, M.D, A Medical Corporation, et al. - Adversary Proceeding Case No. 17-03338

10.1    Garnishment Summons re: Judgment against Thomas H. Kanegae, A Medical Corporation [Docket Item No. 16] (the "**Kanegae MD Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to U.S. Bank National Association [Docket No. 15]

(b) Order Granting Default Judgment [Docket No. 9]

(c) Writ of Execution [Docket No. 17]

(d) Certificate of Service [Docket No. 20]

*Response:*

To date, an Answer has not yet been received from U.S. Bank.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer.

10.2    Garnishment Summons re: Judgment against Thomas H. Kanegae [Docket Item No. 13] (the "**Kanegae Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to U.S. Bank National Association [Docket No. 12]

(b) Order Granting Default Judgment [Docket No. 9]

(c) Writ of Execution [Docket No. 14]

(d) Certificate of Service [Docket No. 19]

*Response:*

U.S. Bank filed an Answer [Docket No. 25] stating no accounts found.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time for the Bank to issue an Answer as to the practice in the above-associated matter.


**V.     ADJOURNED MATTERS IN LEAD CASE**

11.    Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

      (a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

      The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180].  An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197].  The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for January 23, 2024 at 1:00 p.m. (Prevailing Eastern Time).

Dated: December 19, 2023          Respectfully submitted,

                        */s/ Brittany B. Falabella*
                        Robert S. Westermann (VSB No. 43294)
                        Brittany B. Falabella (VSB No. 80131)
                        HIRSCHLER FLEISCHER, P.C.
                        The Edgeworth Building
                        2100 East Cary Street
                        Post Office Box 500
                        Richmond, Virginia 23218-0500
                        Telephone:    804.771.9515
                        Facsimile:    804.644.0957
                        E-mail: rwestermann@hirschlerlaw.com
                                bfalabella@hirschlerlaw.com

                        David I. Swan (VSB No. 75632)
                        Allison P. Klena (VSB No. 96400)
                        HIRSCHLER FLEISCHER, P.C.
                        1676 International Drive, Suite 1350
                        Tysons, Virginia 22102
                        Telephone:    703.584.8900
                        Facsimile:    703.584.8901
                        E-mail:     dswan@hirschlerlaw.com
                                  aklena@hirschlerlaw.com

                        *Counsel for Richard Arrowsmith,*
                        *Liquidating Trustee of the HDL Liquidating Trust*