Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
HIRSCHLER FLEISCHER, P.C.  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:    804.771.9500  
Facsimile:    804.644.0957  
E-mail:    rwestermann@hirschlerlaw.com  
    bfalabella@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, P.C.  
1676 International Drive, Suite 1350  
Tysons, Virginia 22102  
Telephone:    703.584.8900  
Facsimile:    703.584.8901  
E-mail:    dswan@hirschlerlaw.com  
    aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING**  
**SCHEDULED FOR JANUARY 23, 2024 AT 1:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for January 23, 2024, at 1:00 p.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on January 23, 2024, at 1:00 p.m. (prevailing Eastern Time) have either been resolved or are adjourned to the hearing scheduled for **February 20, 2024 at 1:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: January 22, 2024 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Brittany B. Falabella*
　　　　　　　　　　　　　　　　　　Robert S. Westermann (VSB No. 43294)
　　　　　　　　　　　　　　　　　　Brittany B. Falabella (VSB No. 80131)
　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.
　　　　　　　　　　　　　　　　　　The Edgeworth Building
　　　　　　　　　　　　　　　　　　2100 East Cary Street
　　　　　　　　　　　　　　　　　　Post Office Box 500
　　　　　　　　　　　　　　　　　　Richmond, Virginia 23218-0500
　　　　　　　　　　　　　　　　　　Telephone:　　804.771.9515
　　　　　　　　　　　　　　　　　　Facsimile:　　804.644.0957
　　　　　　　　　　　　　　　　　　E-mail: rwestermann@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　bfalabella@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　David I. Swan (VSB No. 75632)
　　　　　　　　　　　　　　　　　　Allison P. Klena (VSB No. 96400)
　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.
　　　　　　　　　　　　　　　　　　1676 International Drive, Suite 1350
　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　Telephone:　　703.584.8900
　　　　　　　　　　　　　　　　　　Facsimile:　　703.584.8901
　　　　　　　　　　　　　　　　　　E-mail:　　　dswan@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　aklena@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Richard Arrowsmith,*
　　　　　　　　　　　　　　　　　　*Liquidating Trustee of the HDL Liquidating Trust*