| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone:  703.584.8900 |
| Post Office Box 500 | Facsimile:  703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail:  dswan@hirschlerlaw.com |
| Telephone:  804.771.9500 |       aklena@hirschlerlaw.com |
| Facsimile:  804.644.0957 | |
| E-mail:  rwestermann@hirschlerlaw.com | |
|       bfalabella@hirschlerlaw.com | |
|       kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR APRIL 25, 2024 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for April 25, 2024, at 11:00 a.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on April 25, 2024, at 11:00 a.m. (prevailing Eastern Time) have either been resolved or are adjourned to the hearing scheduled for **May 23, 2024 at 11:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: April 24, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brittany B. Falabella*
　　　　　　　　　　　　　　　　　　　　Robert S. Westermann (VSB No. 43294)
　　　　　　　　　　　　　　　　　　　　Brittany B. Falabella (VSB No. 80131)
　　　　　　　　　　　　　　　　　　　　Kollin G. Bender (VSB No. 98912)
　　　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.
　　　　　　　　　　　　　　　　　　　　The Edgeworth Building
　　　　　　　　　　　　　　　　　　　　2100 East Cary Street
　　　　　　　　　　　　　　　　　　　　Post Office Box 500
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23218-0500
　　　　　　　　　　　　　　　　　　　　Telephone:　　804.771.9515
　　　　　　　　　　　　　　　　　　　　Facsimile:　　804.644.0957
　　　　　　　　　　　　　　　　　　　　E-mail: rwestermann@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　bfalabella@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　kbender@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　　　David I. Swan (VSB No. 75632)
　　　　　　　　　　　　　　　　　　　　Allison P. Klena (VSB No. 96400)
　　　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.
　　　　　　　　　　　　　　　　　　　　1676 International Drive, Suite 1350
　　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　　　Telephone:　　703.584.8900
　　　　　　　　　　　　　　　　　　　　Facsimile:　　703.584.8901
　　　　　　　　　　　　　　　　　　　　E-mail:　　　dswan@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　aklena@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Richard Arrowsmith,*
　　　　　　　　　　　　　　　　　　　　*Liquidating Trustee of the HDL Liquidating Trust*