### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

### NOTICE OF EFFECTIVE DATE OF SETTLEMENT AGREEMENT
### WITH THE DENT PARTIES

Richard Arrowsmith, in his capacity as the Liquidating Trustee of the HDL Liquidating Trust ("the "Liquidating Trustee"), by counsel, hereby gives notice that **April 26, 2024** is the effective date of the settlement agreement between the Liquidating Trustee on the one hand and Floyd Calhoun Dent, III and related business entities and individuals on the other hand (collectively, the "Dent Parties") which was approved by and attached as an exhibit to the final settlement approval order of this Court entered on September 5, 2023 at Docket no. 5760.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                    bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:     dswan@hirschlerlaw.com
                aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

Dated: April 29, 2024

Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:  dswan@hirschlerlaw.com
aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2024, a true and complete copy of the foregoing Notice was filed electronically using the Court's CM/ECF system which thereby sent the foregoing Notice electronically to all parties receiving ECF notice in this matter.

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)