| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Brittany B. Falabella (VSB No. 80131)<br>Kollin G. Bender (VSB No. 98912)<br>HIRSCHLER FLEISCHER, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500<br>Telephone:    804.771.9500<br>Facsimile:    804.644.0957<br>E-mail:    rwestermann@hirschlerlaw.com<br>         bfalabella@hirschlerlaw.com<br>         kbender@hirschlerlaw.com | David I. Swan (VSB No. 75632)<br>Allison P. Klena (VSB No. 96400)<br>HIRSCHLER FLEISCHER, P.C.<br>1676 International Drive, Suite 1350<br>Tysons, Virginia 22102<br>Telephone:    703.584.8900<br>Facsimile:    703.584.8901<br>E-mail:    dswan@hirschlerlaw.com<br>         aklena@hirschlerlaw.com |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No.: 15-32919-KRH**<br><br>(Jointly Administered) |

## AMENDED NOTICE OF JUNE OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, has rescheduled the omnibus hearing previously scheduled for June 18, 2024, at 1:00 p.m. (prevailing Eastern Time) [Docket No. 5843] to now be heard on June 11, 2024, at 1:00 p.m. (prevailing Eastern Time) in the above-captioned case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

The omnibus hearing will be held at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, in the Honorable Kevin R. Huennekens's Courtroom, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

Dated:  May 7, 2024

Respectfully submitted,

RICHARD ARROSWMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com
         kbender@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
         aklena@hirschlerlaw.com

*Counsel to Plaintiff Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*