Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9500
Facsimile:      804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                 bfalabella@hirschlerlaw.com
                 kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:      703.584.8900
Facsimile:      703.584.8901
E-mail:          dswan@hirschlerlaw.com
                 aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | **Jointly Administered** |

**PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
MAY 23, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

## I.    STATUS UPDATES

1.     Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2.     In re Blue Eagle Farming, LLC, *et al*., Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

## II.      MATTERS GOING FORWARD IN LEAD CASE

3.       *In re Health Diagnostic Laboratory, Inc.*, Case No. 15-32919-KRH – Motion of the Liquidating Trustee for Order (I) Authorizing the Transfer of Debtors' Patient Records to MetalQuest, Inc. and (II) Approving the Proposed Agreement between the Liquidating Trustee and MetalQuest [Docket No. 5855] (the "Record Transfer Motion")

*Related Documents*:

(a) Motion of the Liquidating Trustee for an Expedited Hearing and to Shorten Notice Period on the Record Transfer Motion  [Docket No. 5856] (the "Expedited Motion" and together with the Record Transfer Motion, the "Motions")

(b) Notice of Motions [Docket No. 5857]

(c) Certificate of Service [Docket No. 5858]

*Response*:

None.

*Status*:

This matter is going forward.

## III.      MATTER GOING FORWARD IN RELATED ADVERSARY PROCEEDING

4.       *Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. National Humane Society* - Adversary Proceeding Case No. 22-03083-KRH – Motion for Entry of Default and Default Judgment [Docket No. 5] and Notice Thereof [Docket No. 6]

*Related Documents*:

(a) Complaint [Docket No. 1]

(b) Certificate of Service [Docket No. 4]

*Response*:

None.

*Status*:

This matter is going forward.

## IV.    ADJOURNED MATTER IN RELATED ADVERSARY PROCEEDING

5.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Floyd Calhoun Dent, III - Adversary Proceeding Case No. 22-03033– Motion for Summary Judgment and Memorandum in Support [Docket No. 9] and Notice thereof [Docket No. 10]

*Related Documents:*

(a) Motion for Authority to File Under Seal Exhibit G to the Motion for Summary Judgment [Docket No. 11]

(b) Notice of Motion to Seal [Docket No. 12]

(c) Reply Memorandum in Support of Motion for Summary Judgment filed by the Liquidating Trustee [Docket No. 15]

*Response:*

(a) Objection of Defendant Floyd Calhoun Dent, III to the Liquidating Trustee's Motion for Summary Judgment [Docket No. 14]

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for June 11, 2024 at 1:00 p.m. (Prevailing Eastern Time).

## V.    ADJOURNED GARNISHMENT

6.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

6.1    Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

(b) Order Granting Default Judgment [Docket No. 13]

(c) Writ of Execution [Docket No. 41]

(d) Certificate of Service [Docket No. 43]

*Response:*

To date, an Answer has not yet been received from Together Credit Union.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for June 11, 2024 at 1:00 p.m. (Prevailing Eastern Time) to allow time for the Credit Union to issue an Answer.

## VI.    ADJOURNED MATTER IN LEAD CASE

7.    Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

(a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180].  An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197].  The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for June 11, 2024 at 1:00 p.m. (Prevailing Eastern Time).

Dated: May 21, 2024                        Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:     703.584.8900
Facsimile:     703.584.8901
E-mail:          dswan@hirschlerlaw.com
                    aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*