# United States Bankruptcy Court

**Eastern District of Virginia**

Richmond Division

701 East Broad Street

Richmond, VA 23219

**Case Number**   15−32919−KRH

**Chapter**   11

**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Health Diagnostic Laboratory, Inc.

aka HDL, Inc.

737 N. 5th Street, Suite 103

Richmond, VA 23219

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):

Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):

Debtor:  26−3740119

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on  May 31, 2024  in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 5/23/2024, regarding Hearing. Remote electronic access to the transcript is restricted until 08/28/2024. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, LLC, Telephone number 800−257−0885.] [Transcript Purchased by Brittany B Falabella.] (RE: related document(s) [5864] Hearing continued per agenda filed in case; (Re: related document(s)5097 Objection to Claim filed by Richard Arrowsmith) Hearing scheduled for 6/11/2024 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.). Notice of Intent to Request Redaction Deadline Due By 06/6/2024. Redaction Request Due By 06/20/2024. Redacted Transcript Submission Due By 07/1/2024. Transcript access will be restricted through 08/28/2024. (Gottlieb, Jason)

The parties have [until  June 7, 2024 ] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ June 21, 2024] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [ July 1, 2024] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ August 29, 2024] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 31, 2024

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 15-32919-KRH

Health Diagnostic Laboratory, Inc.                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                        User: Nathaniel                              Page 1 of 99

Date Rcvd: May 31, 2024                     Form ID: redacttr                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Kollin G. Bender, Esq., The Edgeworth Building, 2100 E. Cary Street, Richmond,, VA 23223-7270 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Bart | on behalf of Defendant Jason Dupin abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Michael H. Samadani abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Julie Harding abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Heather Lockhardt abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Thomas Carnaggio abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Kyle Martel abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 2 of 99

Total Noticed: 1

Alan D. Bart

on behalf of Defendant John Coffman abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart

on behalf of Defendant Charles Maimone abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart

on behalf of Defendant Robert "Burt" Lively abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart

on behalf of Defendant Kevin Carrier abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart

on behalf of Defendant Jerry Carroll abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alexander McDonald Laughlin

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Alexander McDonald Laughlin

on behalf of Trustee Richard Arrowsmith alex.laughlin@ofplaw.com  marse.hammond@ofplaw.com

Alexander McDonald Laughlin

on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee alex.laughlin@ofplaw.com,
marse.hammond@ofplaw.com

Amanda Jill Katzenstein

on behalf of Defendant Marineta Saunderson akatzenstein@polsinelli.com  dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant AMERICAN HEART ASSOCIATION  INC. akatzenstein@polsinelli.com,
dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant James S. Hoff  MD, A Medical Corporation akatzenstein@polsinelli.com,
dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant Majad Ali akatzenstein@polsinelli.com  dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant Michele L. Ali akatzenstein@polsinelli.com  dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant Advanced Primary Health Care  S.C. akatzenstein@polsinelli.com,
dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Defendant James Hoff akatzenstein@polsinelli.com  dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amy Michelle Simon

on behalf of Defendant Somashekar Pallegar amy.simon@hklaw.com
karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Amy Michelle Simon

on behalf of Defendant Geetha Pallegar amy.simon@hklaw.com
karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Amy Michelle Simon

on behalf of Defendant Somashekar Pallegar  M.D., P.L. amy.simon@hklaw.com,
karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Andrea Campbell Davison

on behalf of Defendant American Cancer Society Cancer Action Network  Inc. ADavison@beankinney.com,
kriddle@beankinney.com

Andrew Ramsey Newby

on behalf of Defendant School Board of Henrico County d/b/a Henrico County Public Schools d/b/a Virginia Randolph Education
Center new23@henrico.us

Ann E. Schmitt

on behalf of Interested Party UnitedHealthcare Insurance Company aschmitt@culbert-schmitt.com

Ann W. Matthews

on behalf of Defendant Board of Governors of the University of North Carolina d/b/a University of North Carolina at Wilmington
amatthews@ncdoj.gov

Augustus C. Epps, Jr.

on behalf of Creditor Union Bank & Trust aepps@williamsmullen.com

Billy B. Ruhling, II

on behalf of Defendant Stanley P. Sharp bruhling@dimuro.com
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

District/off: 0422-7                    User: Nathaniel                    Page 3 of 99

Date Rcvd: May 31, 2024                 Form ID: redacttr                  Total Noticed: 1

Billy B. Ruhling, II
                    on behalf of Defendant Vicki Sharp bruhling@dimuro.com  dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Billy B. Ruhling, II
                    on behalf of Defendant Stanley Sharp  M.D., L.C., A Kansas Professional Limited Liabilty Company, Successor by Merger to
                    Stanley Sharp, M.D., L.C., A Missouri Limited Liability Company bruhling@dimuro.com,
                    dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Blackwell N. Shelley, Jr.
                    on behalf of Creditor Paul Spicer shelley@scs-work.com  liz@scs-work.com

Bradley Canter
                    on behalf of Defendant Thomson Reuters (Tax & Accounting) Inc. dba Thomson Reuters Inc bcanter@roncanterllc.com

Brandy M. Rapp
                    on behalf of Defendant Scott Mallory brapp@whitefordlaw.com  twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com

Brandy M. Rapp
                    on behalf of Defendant LaTonya S. Mallory brapp@whitefordlaw.com
                    twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com

Brian Paul Waagner
                    on behalf of Defendant Katia Meier brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Kristine Beck brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Kurt W. Lesh brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Maryann Fulton brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Sharon Ann Ortiz brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Maryann Fulton brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Preventative Cardiovascular Nurses Association  Inc. brian.waagner@huschblackwell.com,
                    eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Susanne Galvin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Mile High Family Medicine  Inc. brian.waagner@huschblackwell.com,
                    eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Michelle Reed brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Marc H. Tanenbaum brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Marc H. Tanenbaum brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Michelle Reed brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Sweetwater Medical Associates  PLLC brian.waagner@huschblackwell.com,
                    eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Leah Derksen brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Sheldon J. Ravin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Sheldon J. Ravin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Michael A. Schindel brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Defendant Gary J. Klein brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner
                    on behalf of Interested Party Katherine M. Scally brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 4 of 99

Total Noticed: 1

| Brian Paul Waagner | on behalf of Defendant "The Rock" Internal Medicine Professional Corporation brian.waagner@huschblackwell.com eddie.l.edwards@huschblackwell.com |
|---|---|
| Brian Paul Waagner | on behalf of Interested Party Susanne Galvin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Charles A. Evans  M.D., P.A. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Msonthi Levine  M.D., P.A. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant C. David Bird brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Katherine M. Scally brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party Marc H. Tanenbaum  M.D., P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party Kurt W. Lesh brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party Sharon Ann Ortiz brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Michelle Koenig brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Clear Sky Medical  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Chad E. Boekes brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Age Management MD  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Charles A. Evans brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Lawrence Wilner brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party Gary J. Klein brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Castle Rock Family Physicians  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Msonthi B. Levine brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Louis B. Kasunic brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Donna Clarkin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party Colorado Springs Family Practice  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant William Lee brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Marc H. Tanenbaum  M.D., P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Interested Party C. David Bird brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Colorado Springs Family Practice  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com |
| Brian Paul Waagner | on behalf of Defendant Leah Derksen brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com |

District/off: 0422-7                                                                    User: Nathaniel                                                         Page 5 of 99

Date Rcvd: May 31, 2024                                                            Form ID: redacttr                                                     Total Noticed: 1

Brittany Berlauk Falabella
on behalf of Defendant Calvary Missionary Baptist Church of Blountsville bfalabella@hirschlerlaw.com
rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee bfalabella@hirschlerlaw.com,
rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
on behalf of Trustee Richard Arrowsmith bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
on behalf of Defendant Cornerstone Revival Center bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Brittany Bolton Wilson
on behalf of Defendant Board of Regents of the University System of Georgia d/b/a University of North Georgia f/k/a North
Georgia College and State University bbolton@law.ga.gov

Charles B. Molster, III
on behalf of Interested Party H. Lucius Laffitte , Jr. cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
on behalf of Defendant H. Lucius Laffitte  Jr., M.D., LLC cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
on behalf of Interested Party H. Lucius Laffitte  Jr., M.D., LLC cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
on behalf of Defendant H. Lucius Laffitte , Jr. cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles M. Allen
on behalf of Defendant Thomas Lenns callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Cedar Ridge Advisors  LLC callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Warnick Management  LLC callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant The Warnick Family  LLC callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Joanne M. Keller callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Interested Party Mansi H. Amin callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Interested Party Kathryn J. Wood callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Interested Party Christopher Dowd callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant David Russell Warnick callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Cornerstone Private Practice  P.C. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Interested Party Thomas Lenns callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Kathryn J. Wood callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Interested Party Columbus Physicians Associates  P.C. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
on behalf of Defendant Columbus Physicians Associates  P.C. callen@goodmanallen.com,

tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant John Nieters callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party John Nieters callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant The Warnick Family 2012 Irrevocable Trust callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Warnick F. Karl callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Cornerstone Private Practice  P.C. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Mansi H. Amin callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Theodora Saddoris callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Theodora Saddoris callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Joanne M. Keller  ARNP Women's Health & Wellness Practice, P.A. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Joanne M. Keller ARNP Womens' Health & Wellness Practice  P.A. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Joanne M. Keller callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Kathryn J. Wood M.D. P.A. callen@goodmanallen.com
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kathryn Jones callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Maren Longhurst callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kathryn J. Wood  M.D., P.A. callen@goodmanallen.com,
tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Larry Longhurst callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kristan Warnick callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Christopher Dowd callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Christian K. Vogel

on behalf of Interested Party CVF Beadsea  LLC kvogel@vogelandcromwell.com

Christian K. Vogel

on behalf of Mediator Christian K. Vogel kvogel@vogelandcromwell.com

Christian K. Vogel

on behalf of Mediator Christian K Vogel kvogel@vogelandcromwell.com

Christopher Julian Hoctor

on behalf of Defendant Doctors of Internal Medicine  P.A. choctor@mrcpclaw.com

Christopher Julian Hoctor

on behalf of Defendant Ladan Bakhtari choctor@mrcpclaw.com

Clark J. Belote

on behalf of Defendant Sally Ryan cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Jeffrey "Boomer" Cornwell cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant PartnerMD  PC cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant James D Mumper cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Walter W. Austin  Jr. cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Riverside Physician Services  Inc. cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant JP Cornwell Inc. cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Internal Medicine Associates of Charlotte  P.A. cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Karl Geddes cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Cecile Q. Nguyen cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Matthew Acampora cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Lynne Geisz cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Charles O. Frazier cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Stephen T Nardo cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant Georgia Healthier Solutions  LLC cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant PartnerMD North Carolina  P.C. cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant The Center for Nutrition & Preventive Medicine  PLLC cjbelote@kaufcan.com

Clark J. Belote

on behalf of Defendant William B. Downey cjbelote@kaufcan.com

Courtney J. Hull

on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Cullen Drescher Speckhart

on behalf of Counter-Claimant Dennis M. Ryan cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Aesthetics Medical Spa LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant "The Rock" Internal Medicine Professional Corporation cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Dennis M. Ryan cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Trustee Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant FOUNDATION FOR HEALTH IMPROVEMENT AND TECHNOLOGY cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

District/off: 0422-7                          User: Nathaniel                              Page 8 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                            Total Noticed: 1

Cullen Drescher Speckhart
    on behalf of Other Professional Richard Arrowsmith cspeckhart@cooley.com
    efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
    on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY FOUNDATION cspeckhart@cooley.com
    efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Daniel A Lowenthal
    on behalf of Creditor General Atomics dalowenthal@pbwt.com  mcolitigation@pbwt.com

Daniel J. Dugan
    on behalf of Interested Party AROC Enterprises LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Crosspoint Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Blue Eagle Farm  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Eagle Ray Investments LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Blue Smash Investments  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Trini "D" Island LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Riverland Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Forse Medical Inc.  ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Helm-Station Investments LLLP ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Blue Eagle Farming LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Lakelin Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Crosspoint Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Lakelin Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Hisway of South Carolina  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Forse Investments  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Trini "D" Island LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Riverland Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Debtor Health Diagnostic Laboratory  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant CAE Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Hisway of South Carolina  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant AROC Enterprises LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Interested Party Floyd Calhoun Dent  III ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant War-Horse Properties  LLLP ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
    on behalf of Defendant Helm-Station Investments LLLP ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

District/off: 0422-7    User: Nathaniel    Page 9 of 99
Date Rcvd: May 31, 2024    Form ID: redacttr    Total Noticed: 1

Daniel J. Dugan
on behalf of Defendant Floyd Calhoun Dent III ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party CAE Properties LLC ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Bluewave Healthcare Consultants Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Cobalt Healthcare Consultants Inc. ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Blue Eagle Farm LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Robert Bradford Johnson ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Royal Blue Medical Inc. ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant H J Farming LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Forse Medical Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Bluewave Healthcare Consultants Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Royal Blue Medical Inc. ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Cobalt Healthcare Consultants Inc. ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Robert Bradford Johnson ddugan@sgrvlaw.com jkagan@sgrvlaw.com

Daniel M. Press
on behalf of Defendant Dr. Stefana Pecher LLC dpress@chung-press.com, pressdm@gmail.com

Daniel M. Press
on behalf of Defendant Edward McKeithan dpress@chung-press.com pressdm@gmail.com

Daniel M. Press
on behalf of Defendant Stefana Pecher dpress@chung-press.com pressdm@gmail.com

Daniel M. Press
on behalf of Defendant McKeithan Health PA dpress@chung-press.com, pressdm@gmail.com

Daniel R Schimizzi
on behalf of Creditor Beckman Coulter Inc. dschimizzi@wtplaw.com

David Ludwig
on behalf of Defendant Barry S. Bryant dludwig@dbllawyers.com
csmith@dbllawyers.com,ecf@dbllawyers.com;casedriverecf@casedriver.com,3295273420@filings.docketbird.com,4854925420
@filings.docketbird.com,casedriverecfg@gmail.com

David Ludwig
on behalf of Defendant Georgia Christian Medical LLC dludwig@dbllawyers.com,
csmith@dbllawyers.com,ecf@dbllawyers.com;casedriverecf@casedriver.com,3295273420@filings.docketbird.com,4854925420
@filings.docketbird.com,casedriverecfg@gmail.com

David B. Lacy
on behalf of Defendant LeClairRyan A Professional Corporation dlacy@cblaw.com

David B. Lacy
on behalf of Interested Party LeClairRyan A Professional Corporation dlacy@cblaw.com

David C. Whitridge
on behalf of Creditor Bank OZK david@whitridgelaw.com ctiller@tokn.com

David D. Hopper
on behalf of Defendant John Hierholzer ddhopper@chlhf.com bhale@chlhf.com

David G. Browne
on behalf of Defendant Anthony J. Winstead d/b/a Winstead Motorsports dbrowne@sblawva.com

David G. Browne
on behalf of Defendant Labtech Diagnostics LLC dbrowne@sblawva.com

David G. Browne

| | |
|---|---|
| | on behalf of Defendant Metro North Cardiovascular Associates P.A. dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant Advanced Healthcare Solutions LLC dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant Specialized Family Medicine P.A. f/k/a Portneuf Family Medicine, P.A. dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant TANNIKA CHRISTENSEN dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant Randy P Vawdrey dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant ERICA CHOWNING dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant Max Gerald Garoutte dbrowne@sblawva.com |
| David G. Browne | |
| | on behalf of Defendant Jordan L. Bailey dbrowne@sblawva.com |
| David I. Swan | |
| | on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee dswan@hirschlerlaw.com, ndysart@hirschlerlaw.com |
| David R. Ruby | |
| | on behalf of Defendant Mathew J. Priddy druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Roy Whittingham druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Creditor Metabolon Inc. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Metabolon Inc. druby@t-mlaw.com, mclaiborne@t-mlaw.com;druby@iq7technology.com;ecf.alert+Ruby@titlexi.com |
| David R. Ruby | |
| | on behalf of Cross-Claimant J&P Haririe Midlevel Healthcare Associates S.C. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Selbourne Goode druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Brenda Sanzobrino druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Priority Physicians PC druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant S. Craig Veatch druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Cross-Claimant Pauline Haririe druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| David R. Ruby | |
| | on behalf of Defendant Mary J. Crawford d/b/a Paris Family Medical Clinic druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant John Tessler deborah.kovsky@troutman.com janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant Noel Bartlett deborah.kovsky@troutman.com janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant David Mayes deborah.kovsky@troutman.com janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant Joseph Golias deborah.kovsky@troutman.com janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant Tipton Golias in his capacity as Trustee of The Wyndell L. Golias Voting Trust deborah.kovsky@troutman.com, janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |
| | on behalf of Defendant Karla Falgout deborah.kovsky@troutman.com janet.kusch@troutman.com |
| Deborah Kovsky-Apap | |

District/off: 0422-7

User: Nathaniel

Page 11 of 99

Date Rcvd: May 31, 2024

Form ID: redacttr

Total Noticed: 1

on behalf of Counter-Defendant Helena Laboratories Corp. deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Pamela Oates deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Robert S. Galen deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Noel D. Bartlett Jr. deborah.kovsky@troutman.com, janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Tipton Golias deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Eric Petersen deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Galen Associates Inc. deborah.kovsky@troutman.com, janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant Donald Golias deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Plaintiff Helena Laboratories Corp. deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap

on behalf of Defendant The Wyndell L Golias Voting Trust deborah.kovsky@troutman.com janet.kusch@troutman.com

Dennis T. Lewandowski

on behalf of Defendant JP Cornwell Inc. dtlewand@kaufcan.com kmduffy@kaufcan.com

Dennis T. Lewandowski

on behalf of Defendant Jeffrey "Boomer" Cornwell dtlewand@kaufcan.com kmduffy@kaufcan.com

Diana Lyn Curtis Shutzer

on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee dshutzer@foxrothschild.com, arcdocketing@foxrothschild.com

Diana Lyn Curtis Shutzer

on behalf of Defendant Alabama Family Medical Center LLC dshutzer@foxrothschild.com, arcdocketing@foxrothschild.com

Dion W. Hayes

on behalf of Other Professional McGuireWoods LLP dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes

on behalf of Defendant G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes

on behalf of Interested Party G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes

on behalf of Plaintiff G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Donald C. Schultz

on behalf of Creditor Anna McKean dschultz@cwm-law.com
wrsnow@cwm-law.com;cmatos@cwm-law.com;dsmith@cwm-law.com;tgoodman@cwm-law.com

Douglas E. Pittman

on behalf of Defendant John Coffman dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Charles Maimone dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Michael H. Samadani dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Jerry Carroll dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Kevin Carrier dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Julie Harding dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Heather Lockhardt dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Kyle Martel dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Jason Dupin dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

District/off: 0422-7                                    User: Nathaniel                                    Page 12 of 99
Date Rcvd: May 31, 2024                                 Form ID: redacttr                                 Total Noticed: 1

Douglas E. Pittman
on behalf of Defendant Robert "Burt" Lively  dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Thomas Carnaggio  dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas Paul Lobel
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Health Diagnostic Laboratory  Inc., et al.
hlaing@cooley.com;efilingnotice@cooley.com;efiling-notice@ecf.pacerpro.com

Duriya Dhinojwala
on behalf of Defendant Family Medical Care Plus  Inc. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Anurag William Kedia ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Bradley R. Sellers ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Paul A. Rich ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Elizabeth Houglan-Adkins ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Comprehensive Physician Associates  LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant James F. Shina  Jr. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Daniel A. Miller  M.D., LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Interested Party Daniel A. Miller  M.D., LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Community Medical Associates  LTD. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Angela L. Roberts ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Daniel A Miller ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Anthony S. Lattanzio ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Tolga Icli  MD, LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala
on behalf of Defendant Tolga Icli ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Dylan G. Trache
on behalf of Interested Party Sydney Investment Group  LLC dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
on behalf of Interested Party G3 Founders LLC dylan.trache@nelsonmullins.com
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
on behalf of Interested Party Global Genomics Group  LLC dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Edward Benton Keatley
on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee ebkeatley@polsinelli.com

Edward John Efkeman
on behalf of Defendant FedEx Corporation eefkeman@fedex.com

Elizabeth Scott Turner
on behalf of Defendant Monterey Financial Services  LLC elizabeth.turner@leclairryan.com

Emily M. Scott
on behalf of Debtor Health Diagnostic Laboratory  Inc. escott@hf-law.com, mmallory@hf-law.com

Eric C. Howlett
on behalf of Defendant Gorsco LLC ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

Eric C. Howlett

on behalf of Defendant Joseph M. Scott ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sarah Cottingham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Charles D Macaluso  Individually and Trading As Dayspring & Macaluso, MD's ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Amanda Haltiwanger ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant North Jersey Institute of Menopausal Lipidology LLC ehowlett@sandsanderson.com sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Mark Miles ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Family Physicians of Spartanburg  PC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Jaspaul S Bhangoo ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Michael Schoenwalder ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Keith E. Didyoung ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ashley Dwyer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Andrea Gatchair-Rose ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Cascade Family Medicine  P.S. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Palm Beach Cardiovascular Clinic  L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Kenneth S. Cheng ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant J.Frank Martin  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Winter Park Family Practice  LLC d/b/a Family Practice of Winter Park ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Holy Family Medical Associates  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lovelace Family Medicine  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Joseph A. Wehner  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant William Dixon ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant M. Wayne Peters ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Internal Medicine Associates of McMinn County  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sand Mountain Family Practice Center  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant CARLTON D. PAIGE ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Revitalife Wellness Center  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lisa Colasurdo ehowlett@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7                          User: Nathaniel                          Page 14 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                        Total Noticed: 1

Eric C. Howlett
                    on behalf of Defendant Lynn Kocian ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant James Frank Martin  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Robert L. Thomas  MD, FCCP, LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant J. Frank Martin  Jr., M.D., LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Jayne A. Koehler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Thomas J. Melham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Mark Woodruff ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Steven C Eldenburg ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Gaston O. Perez ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Harvey Weingarten  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Kathleen Archer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Rex A. Butler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Carey Weltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Jeffrey I. Barke ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Jarrod Warren ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Rhonda Cook ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Eldenburg Family Practice  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Michael Luther ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Lori Parker ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Southwest Family Physicians  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Ronald Ferris ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Ashwini Gore ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Rob D. Simmons ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Jaspaul S Bhangoo  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Nipun Arora ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Elizabeth Mary Jones ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant J. Marshall Dent  III. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                    on behalf of Defendant Douglas Wiley ehowlett@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7                                    User: Nathaniel                                    Page 15 of 99
Date Rcvd: May 31, 2024                                Form ID: redacttr                                Total Noticed: 1

Eric C. Howlett

on behalf of Defendant Glenda Martin ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gabriel Breuer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gesiotto  Henricks, Kordonowy and Simmons, MDs, P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Family Doctors  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Russell Ditzler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Michael Schoenwalder D.O.  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant J. Marshall Dent  III, M.D., P.C., d/b/a Synergy Wellness & Weight Loss ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Douglas G. Henricks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lawrence E. Foltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Oscar F. Lovelace  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ernest J. Gesiotto ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Carolina Prime Internal Medicine  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Varesh R. Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lee B. Taylor  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant John A. Pilcher ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Leslie Harvill ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Robert L Thomas ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant River Oaks Medical Clinic  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Rajesh H. Kedar ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant William D. Weeks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sherilyn Foltz-Cook ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Carolyn Bland ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Wellspring Family Medicine  PA ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Nancy K. Perry Children's Shelter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Chauncey Crandall  IV ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant John Belyeu ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas J. Melham  M.D., LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas D. Dayspring  Individually and Trading As Dayspring & Macaluso, MD's
ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Christina Robins f/k/a Christina Sowers ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Damon Daniels ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Hardeep S Dhaliwal ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Rajesh Shah ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Erma Foltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Steve Parker ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ramesh Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sambit Mondal ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Frank Morales  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Always Best Care Medical Center  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lisa Heichberger ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Hardeep S. Dhaliwal  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Nicholas F. Carulli  M.D., P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Familial Hypercholesterolemia Foundation ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Kevin Boyter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Metrolina Medical Associates  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas C. Jones ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Harvey S Weingarten ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gerard S. Issvoran ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Augusto Villa ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Boyan Georgiev ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Personalcare Physicians of Newport Beach  Inc. ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Advance Family Practice  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gregory S Cheatham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Fabricio J. Alarcon ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Barry Russell Johns ehowlett@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7                                    User: Nathaniel                                    Page 17 of 99
Date Rcvd: May 31, 2024                              Form ID: redacttr                                   Total Noticed: 1

Eric C. Howlett

on behalf of Defendant PFMOC  P.A., f/k/a Palmetto Family Medicine of Columbia, P.A., d/b/a Palmetto Family Medicine
ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Agustin Vargas ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Christine Stearman ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant South Central Medical Center  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lindsay Piersol ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ellen Weeks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Amanda Storey ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Stephen Yost ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Global Family Medicine  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Attorney Sands Anderson PC ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gonzalo Loveday ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Bhadrik Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Monterey Integrated Sports & Pain Associates ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant John H. Sink  II ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant CARL D. PAIGE  M.D., P.S.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ricardo J Martinez ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Nicholas F Carulli ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Brent E. Gorman ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Mark Knipfer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Christine Hunter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Vikas Verma ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Alfred Ratcliff  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant BCMW Investments  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas C. Jones  M.D., P.C., d/b/a The Jones Center for Diabetes and Endocrine Wellness and d/b/a The
Jones Center ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Kate Hurliman a/k/a Kate Nattier ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Bariatric Surgeons of San Antonio  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric E Walker

on behalf of Counter-Claimant True Health Diagnostics  LLC ewalker@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com;diane.young@cooley.com

District/off: 0422-7                                      User: Nathaniel                                   Page 18 of 99
Date Rcvd: May 31, 2024                                 Form ID: redacttr                                 Total Noticed: 1

Eric E Walker

on behalf of Defendant True Health Diagnostics LLC ewalker@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com;diane.young@cooley.com

Eric E. Walker

on behalf of Defendant True Health Diagnostics LLC ewalker@perkinscoie.com

Eric E. Walker

on behalf of Defendant Jeffrey P. Cornwell ewalker@perkinscoie.com

Eric Patrick Burns

on behalf of Defendant FOUNDATION FOR HEALTH IMPROVEMENT AND TECHNOLOGY eric.burns@wilsonelser.com
jenny.he@wilsonelser.com

Eric S. Goldstein

on behalf of Interested Party UnitedHealthcare Insurance Company egoldstein@goodwin.com
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Erik W. Fox

on behalf of Creditor CLAIMS RECOVERY GROUP LLC efox@reesbroome.com
rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Ethan G. Ostroff

on behalf of Unknown Bank Of America N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Unknown Bank of America N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Unknown BANK OF AMERICA N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Interested Party BANK OF AMERICA N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Unknown BANK OF AMERICA N.A ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Defendant BANK OF AMERICA N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff

on behalf of Unknown Bank of America NA ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Frances Leslie Christian Caruso

on behalf of Defendant Morris Lamar Brown fran@quinnlawcenters.com

Frank H. Griffin, IV

on behalf of Defendant David Mayes frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Pamela Oates frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Tipton Golias frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Joseph Golias frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Helena Laboratories Corporation frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Donald Golias frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Creditor Eric Petersen frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant The Wyndell L Golias Voting Trust frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Creditor Pamela Oates frank.griffin@troutman.com

Frank H. Griffin, IV

on behalf of Defendant Karla Falgout frank.griffin@troutman.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 19 of 99

Total Noticed: 1

| | |
|---|---|
| Frank H. Griffin, IV | on behalf of Defendant Eric Petersen frank.griffin@troutman.com |
| Frank H. Griffin, IV | on behalf of Creditor David Mayes frank.griffin@troutman.com |
| Frank H. Griffin, IV | on behalf of Creditor John Tessler frank.griffin@troutman.com |
| Frank H. Griffin, IV | on behalf of Defendant John Tessler frank.griffin@troutman.com |
| Franklin R. Cragle, III | on behalf of Plaintiff Richard Arrowsmith fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Creditor Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Defendant George Russell Warnick fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Counter-Claimant George Russell Warnick fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Plaintiff Richard Arrowsmith  as Liquidating Trustee of the HDL Liquidating Trust fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Trustee Richard Arrowsmith  Liquidating Trustee fcragle@hirschlerlaw.com |
| Franklin R. Cragle, III | on behalf of Trustee Richard Arrowsmith fcragle@hirschlerlaw.com |
| George E. Kostel | on behalf of Creditor Oncimmune (USA) LLC gkostel@polsinelli.com  gekostel@gmail.com |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Gina Baker Hantel | on behalf of Creditor Tennessee Dept. Of Revenue agbankcal@ag.tn.gov |
| Gordon Murphy Phillips | on behalf of Defendant LeClairRyan  A Professional Corporation gphillips@cblaw.com |
| Gordon Stewart Young | on behalf of Creditor Bank of the West gyoung@silvermanthompson.com  efiling@silvermanthompson.com |
| Gregory Delane Coleman | on behalf of Defendant Michele Sewell gregorycoleman@jhclawyers.com |
| Gregory N. Britto | on behalf of Creditor Nationstar Mortgage LLC LOGSECF@logs.com |
| Gregory S. Bean | on behalf of Defendant Pawmetto Lifeline  Inc. gbean@grsm.com, hbean@grsm.com;ksnow@grsm.com |
| H. Slayton Dabney, Jr. | on behalf of Defendant Jeffrey P. Cornwell sdabney@dabneypllc.com |
| H. Slayton Dabney, Jr. | on behalf of Interested Party Jeffrey P. Cornwell sdabney@dabneypllc.com |
| H. Slayton Dabney, Jr. | on behalf of Defendant True Health Diagnostics  LLC sdabney@dabneypllc.com |
| H. Slayton Dabney, Jr. | on behalf of Counter-Claimant True Health Diagnostics  LLC sdabney@dabneypllc.com |
| H. Slayton Dabney, Jr. | on behalf of Interested Party True Health Diagnostics  LLC sdabney@dabneypllc.com |
| Henry Pollard Long, III | on behalf of Debtor Health Diagnostic Laboratory  Inc. hlong@huntonAK.com, tcanada@huntonAK.com |
| Hunter R. Wells | on behalf of Defendant Amy Pike hunter@cwkllp.com  galen@cwkllp.com;jean@cwkllp.com;peggy@cwkllp.com |

District/off: 0422-7                                    User: Nathaniel                                    Page 20 of 99
Date Rcvd: May 31, 2024                              Form ID: redacttr                                   Total Noticed: 1

James K. Donaldson

on behalf of Defendant Cynthia B. Chambless jed.donaldson@wrvblaw.com

James K. Donaldson

on behalf of Defendant Monterey Financial Services  LLC jed.donaldson@wrvblaw.com

James K. Donaldson

on behalf of Defendant Prentiss Primary Care  P.A. jed.donaldson@wrvblaw.com

James K. Donaldson

on behalf of Defendant Cynthia B. Chambless  M.D., LLC jed.donaldson@wrvblaw.com

James K. Donaldson

on behalf of Interested Party Monterey Financial Services  LLC jed.donaldson@wrvblaw.com

James K. Donaldson

on behalf of Defendant Jaishankar Jagadeesan jed.donaldson@wrvblaw.com

James R. Schroll

on behalf of Defendant American Cancer Society Cancer Action Network  Inc. jschroll@beankinney.com,
ncoton@beankinney.com

James Stephen DelSordo

on behalf of Defendant Maria Nakamura delsordo@arguslawfirm.com

James Stephen DelSordo

on behalf of Defendant West Marion Family Practice PA delsordo@arguslawfirm.com

James Stephen DelSordo

on behalf of Defendant Carlos E. Lara delsordo@arguslawfirm.com

Jason Meyer Krumbein

on behalf of Defendant Age Management Medicine Group  A Division of Red River Solutions, Inc.,
jkrumbein@krumbeinlaw.com, a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Jason William Harbour

on behalf of Defendant Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour

on behalf of Defendant Integrated Health Leaders  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour

on behalf of Debtor Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour

on behalf of Debtor Central Medical Laboratory  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour

on behalf of Debtor Integrated Health Leaders  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour

on behalf of Plaintiff Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jeffery T. Martin, Jr.

on behalf of Defendant Janet Mallory Curtin jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffrey L. Tarkenton

on behalf of Defendant Andrew Binamira Jeffrey.tarkenton@wbd-us.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;charlie.livermon@wbd-us.com;njohnson@spectorjohnson.com

Jennifer A. Brust

on behalf of Interested Party DC CareFirst Blue Cross jbrust@beankinney.com  mshinko@beankinney.com

Jennifer A. Brust

on behalf of Interested Party Maryland and DC Blue Cross jbrust@beankinney.com  mshinko@beankinney.com

Jennifer A. Brust

on behalf of Debtor Health Diagnostic Laboratory  Inc. jbrust@beankinney.com, mshinko@beankinney.com

Jennifer McLain McLemore

on behalf of Creditor Union Bank & Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer Tennille Langley

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee jlangley@langleymaskell.com, jenniferlangleyecf@gmail.com

Jennifer Tennille Langley

on behalf of Attorney Jennifer Langley jlangley@langleymaskell.com  jenniferlangleyecf@gmail.com

Jeremy S. Friedberg

on behalf of Creditor Bank of the West jeremy@friedberg.legal  ecf@friedberg.legal

Jeremy S. Friedberg

on behalf of Defendant BNP Paribas d/b/a BNP Paribas Leasing Solutions jeremy@friedberg.legal  ecf@friedberg.legal

Jeremy S. Williams

on behalf of Interested Party Kirk D. Miller  P.S. jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Defendant Kirk Miller  P.S. jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party Women's Health Connection  PS jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Creditor Atlantic Corrugated Box Company  Incorporated jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Defendant Kristin Wickstrom jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams

on behalf of Unknown Kristin Wickstrom jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jesse N. Silverman

on behalf of Defendant Helmstation Investments LLLP jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Royal Blue Medical Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Floyd Calhoun Dent III jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant AROC Enterprises LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Blue Eagle Farming LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant CAE Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Riverland Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Cobalt Healthcare Consultants Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Bluewave Healthcare Consultants  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant War-Horse Properties  LLLP jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Royal Blue Medical Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Blue Smash Investments  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Trini "D" Island LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant H J Farming  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Forse Investments  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

District/off: 0422-7                          User: Nathaniel                          Page 22 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                         Total Noticed: 1

Jesse N. Silverman

on behalf of Interested Party Blue Eagle Farm  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Robert Bradford Johnson jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party CAE Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Cobalt Healthcare Consultants Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Riverland Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Floyd Calhoun Dent  III jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Floyd Calhoun Dent  III jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Hisway of South Carolina  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant POWERVAR  INC. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Eagle Ray Investments LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Lakelin Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Crosspoint Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Lakelin Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Forse Medical Inc.  jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Hisway of South Carolina  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Forse Medical Inc.  jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Crosspoint Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Robert Bradford Johnson jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party AROC Enterprises LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Trini "D" Island LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Blue Eagle Farm  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Helm-Station Investments LLLP jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

John B. Sieg

on behalf of Creditor WMPT Stone Oak  L.P. bsieg@ohaganmeyer.com, trobinson@ohaganmeyer.com

John C. Altmiller

on behalf of Defendant Eric Tiblier john@pesner.com

John C. Altmiller

on behalf of Defendant Dr. Eric Tiblier  P.A. john@pesner.com

John C. Smith

on behalf of Interested Party Shamil DBA Rosenhill Family Care jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Angela G. Reeves jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Rhonda Davis jsmith@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7                     User: Nathaniel                          Page 23 of 99
Date Rcvd: May 31, 2024                  Form ID: redacttr                        Total Noticed: 1

John C. Smith
     on behalf of Defendant St. Mary's Medical Clinic  PC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Alabama Family Medical Center  LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Duane J. Henk jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant RICHARD A. BANKS  JR. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Suwarna M. Tilak jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Mukesh M. Gandhi jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Randi K. Popp jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Well Family Medicine  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Harry I. Geisberg jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Michael K. Johnson jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant North Huntsville Family Care  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant David Bruce Coffey jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Northeast Family Practice P.C. jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant OAKTREE MEDICAL CENTRE  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant GGD  Inc., jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Endocrinology Associates of Montgomery  P.A. jsmith@sandsanderson.com,
sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Horizon Family Medicine  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Mukesh M. Gandhi  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Thomas A. Malone jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party North Huntsville Family Care  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Ronald H. Littlefield  MD, LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Doctors Inlet Pediatrics & Primary Care jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Milind V. Tilak jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Coffey Family Medical Clinic  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party Bethesda Family Practice Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Defendant Albert M. Edwards  II jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
     on behalf of Interested Party GGD  Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 24 of 99

Total Noticed: 1

John C. Smith

on behalf of Interested Party St. Mary's Medical Clinic PC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Hansen A. Chang  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Sing Ye Rebecca Chang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Regina Wang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Mag Mutual Insurance Company jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Well Family Medicine  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Marshall L. Meadors  III. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Hansen A. Chang  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party William Joseph Hollins jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Bethesda Family Practice Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Mukesh M. Gandhi  M.D., P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Coffey Family Medical Clinic  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Creditor Orchard Software Corporation jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Rebecca W. Norris jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Doctors Inlet Pediatrics and Primary Care  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Liberty University  Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Linda G Early jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Newman W. Harter  Jr. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Endocrinology Associates of Montgomery  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Joel Kevin Price jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ronald H. Littlefield jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant William Campbell Cromwell jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Jack Thomas Saltz jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Primary Care Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Thaddeus J. Bell jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ronald H. Littlefield  MD, LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Bruce S. Trippe jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Parul P. Patel jsmith@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 25 of 99

Total Noticed: 1

John C. Smith

on behalf of Defendant Jesse C. Pittard jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Hansen A. Chang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Northeast Family Practice P.C. jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Oaktree Medical Centre  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ingrid L. Isakov jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant RICO ARAGON jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Shamil  P.C., d/b/a Rosehill Family Care jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Sumathi Puttu jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Primary Care Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Piyush B. Patel jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Patricia L. Young jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ramesh B. Peramsetty jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Erin L. Cooksey jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Awawu E. Igbinadolor jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Thaddeus J. Bell Family Practice  LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Horizon Family Medicine  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John D. McIntyre

on behalf of Defendant Elmwood Family Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Howton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Richland Primary Care Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Network for Effective Women's Services  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan Ashley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jinsong Zhang  MD, PHD, PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant MICHAEL CRIMI  JR jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil Warren Hirschenbein jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anglyn Family Medical Center  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant University Family Medicine Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nanacy Dulisse jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jack Pieniazek jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                              User: Nathaniel                              Page 26 of 99
Date Rcvd: May 31, 2024                          Form ID: redacttr                            Total Noticed: 1

John D. McIntyre

on behalf of Defendant Maureen E. Mays jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Bateman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara N. Garcia  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Natalie A. Doyle  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elizabeth Seymour jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rich Cazin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant DOUGLAS EPPS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jense Benjamin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Roshnie Hardowar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant MD One on One  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Institute for Cardiovascular Disease  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita M. Oganwu  M.D., S.C., d/b/a Healthier Shape jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan M. Dimick jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Health Clinic of Grenada  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Barbara Dean jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Franca Gardner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Vinay Kumar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant KOTA J. REDDY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant My Personal MD  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey Reed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Zafer H. Haydar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John Roberts jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Shawn S. Dhillon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Herbert Rudolph jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sonia Otero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan Gilinsky jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patricia Deckert jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia M. Watson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bountiful Family Healthcare  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raj Kandvanam jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Salvatore Fratianni  D.O., A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kathleen Nassberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven D. Stahle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Marvin D. Rodgers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil F. Neimark  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Donald E. Baker jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lisa Long jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Amy L. Chisholm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lucio R. Gonzales  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ali Maqsood Mohiuddin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant JONATHAN S. LOWN jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LEWIN  FAGEN & LOWN, M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jerry N. Keele jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Neuenschwander jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Moore  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Perry Krichmar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy Mark jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sanjay Pethkar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hector Malave jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel S Berger jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gower Family Care Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Central California Family Medicine  A Medical Corporation jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kirby Reinecke jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario A Mendizabal jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Home Visiting Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7                              User: Nathaniel                              Page 28 of 99
Date Rcvd: May 31, 2024                        Form ID: redacttr                            Total Noticed: 1

on behalf of Defendant M.D. Healthcare  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John A. Pettay jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jenifer L. Branson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pat Woo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Practical Management  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Diemphuong Pham a/k/a/ Nina D. Pham jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant HARRIETT SMITH-MCKINNEY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Paul Reid Altsheler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elite Family Health and Wellness Center  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Martin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter Ruggiero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy E. Bell  D.O., P.A., d/b/a Kingston Health Associates jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven Schnur jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Medical and Urgent Care Clinic of McDonough  LLC d/b/a Family Medical Clinic
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Augusta Family Medicine Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Venkatesh P. Nagalapadi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Internal Medicine Associates of Johns Creek  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mujahed M. Ahmed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lee A. Fischer  M.D., P.A., d/b/a Palm Beach Family Physicians jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mahrukh Subhani  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Allen Imes jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kirkwood Diagnostic & Orthopedic Associates  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mackenzie Pennington jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alison Garb  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jack Goldman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Medical Family Circle  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stacy L. Waneka jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant K. Paul Gerstenberg  D.O., P.A., T/A Gerstenberg Clinic and F/K/A Lifecare Family Medicine Clinic
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Health Solutions Family Practic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hope Clinic  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LAWRENCE RICHARD VAN METER jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeff Harris jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Harish R. Chandra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dr. Michael C. Souza  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Community Family Healthcare jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant BIG FROG PRODUCTION  LTD. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patrick Kenney jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tracy L. Asher jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Natalie A. Doyle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Awisa Monsefan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert Luther Schubert  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Interested Party Wilson & McIntyre  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Optimized Living Center  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher S. Hall jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen L. Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kathryn Retzler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rodney Carter jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nassberg Diabetes Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Garcia Medial Clinic  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Oasis Family Medicine Inc. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Genesis Health & Wellness  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Larry Levinson  D.O., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Premier Medical Associates All Florida  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John M. Hill jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Jacques jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristin L. Sanders jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Noah J. Lee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Supino jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Solomon Paley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Medicine Liberty Lake  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita Samir Bhatt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anna Patrice Carty jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant SI Medical Weight Loss Inc.  d/b/a SI Medical Weight Loss Clinic, Inc., SI Weight Loss, Inc., and SI Medical, Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Matthew Teltser jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Vinaya Kumar P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carolina East Family Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robin Moore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Marx jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Renee Brushwood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wanda Simmons a/k/a Wanda Clemmons jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James R. Gore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gore Medical Management  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chandrakant G. Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy F. Tramontana jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mary E. Markle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luis S. Ulloa M.D.  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey J. Guillory jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Deborah Harding jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hetal Shah jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark A. Earhart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lauren R. Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                          User: Nathaniel                          Page 31 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                        Total Noticed: 1

John D. McIntyre

    on behalf of Defendant Southern Ocean Primary Care Associates  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Kenneth L. Crump jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Salvatore Fratianni jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Larry Levinson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Michael R. Jackson  M.D., P.S. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Rachel N. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Nicholas J. Michalski  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Intermountain Heart Center  P.C jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Forest Conley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Williston Family Practice  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Jason Wren jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Mountain Island Family Medicine  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Ildefonso Cruz  M.D., A Professional Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Brian J. Rodgers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Internal Medicine West  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Eastside Medical Group/Eastside Family Medicine jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Athena C. Mason jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Schwartz and Promes  a Professional Limited Company jmcintyre@msa.law,
    wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Ernesto Urdaneta jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Alacia Tarpley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Joann Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Tracey Askari jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Debra Mercer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Rajan Sood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Louise Connolly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant William B. Martin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Dhanalakshmi P. Ganesan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Dangovian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rodrigo Sanchez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory A. Ennis jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kenneth L. Crump  M.D., P.C., d/b/a Lakeview Family Medicine and d/b/a Crossroads Family Medicine jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Laura MacKenzie-Tangredi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Regina Z Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kinny Delay jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kenneth Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Macer Medical jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jinsong Zhang jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Practice Physicians  A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Eric Lin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey E. Askew jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Burris jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ruben R. Garcia  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiovascular Consultants  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant EAGLES LANDING DIABETES & ENDOCRINOLOGY  P.C jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Meena Malhotra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmed S. Ahmed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Russell P. Carter  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeremy S. Pepper jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ana English jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sandra Elaine Weibley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Andy Dibattista jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chad Edwards jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Roberta Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Felix Tarm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Wing Inn Fong jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant KOTA JAGDISH REDDY  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles Weatherby jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gretchen Daniels jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lost Mountain Internal Medicine  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Private Physicians Medical Practice  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher B. Cave jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia L. Detlefs jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara T. Folden jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant West Volusia Family and Sports Medicine  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Radley L. Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carolina Family Healthcare  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Graham Medical Clinic PLLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven E. Cox  D.O., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bowie Town Behavioral Services  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert A. Steinberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mahrukh Subhani jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Oconee Family Practice  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nicholas J. Michalski jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alison Garb jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Flagler Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carol Villanueva jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael P. Varveris  M.D. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant American Health Network of Indiana  LLC t/a American Health Network Westfield jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cory Rice jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tracy Wolfe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Enrique Rodriguez Paz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara N. Garcia jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7 | User: Nathaniel | Page 34 of 99
Date Rcvd: May 31, 2024 | Form ID: redacttr | Total Noticed: 1

John D. McIntyre

on behalf of Defendant Faisal Amir Pirzada jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Portland Preventive Cardiology  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario H. Paez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela McDonald jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant William Sanders jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant PPMA D/B/A PRIVATE PHYSICIANS MEDICAL ASSOCIATES jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carrie A. Prowell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Amanda Muir jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Virginia Cardiovascular Consultants  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cedar Argo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Shawn Dhillon  M.D., PC d/b/a Calvert Medical Group jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas L. Kirkland  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiology of Atlanta  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Murray I. Wellner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles E. Jahrsdorfer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Clayton Bailey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Quality Care Medical Clinic  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Adrian L. Burrowes jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cheryle Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mary Greiner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ildefonso Cruz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nora E. Teltser jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil W. Hirschenbein  M.D. Optimal Health and Wellness Medical Center, Inc., T/A The La Jolla Institute
For Integrative Medicine jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leroy O. Jeske jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Central Oklahoma Early Detection Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LISA TAUGER-LAZER jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7 | User: Nathaniel | Page 35 of 99
Date Rcvd: May 31, 2024 | Form ID: redacttr | Total Noticed: 1

John D. McIntyre

on behalf of Defendant Rene Alberto Alarcon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Middle Georgia Internal Medicine  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Donald Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Yoshi P. Rahm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jimson Tharayil jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Care of Broken Arrow  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wallace B. Sarver jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joseph Clancy jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant San Diego Center for Integrative Medicine  Inc., A California Professional Corporation
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bibi Tasleyma Sattar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Riaz A. Sirajuddin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Janis M. Frisch jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Odessa Consultants  PLLC d/b/a Center for Hypertension & Internal Medicine jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristine Norden a/k/a Kristine Corbin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Carolina Santos jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Francisco S. Palacios jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leon E. Brown  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raghu Lolabhattu jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant C.G.Patel  MD, PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leonard Mennen jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LeConte Family Practice  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald R. Hopkins jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jack Tarr jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Matthew Teltser MD PLLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita N. Oganwu jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Forys  Birn & Associates, P.C., d/b/a Central Medical Clinic of Chicago jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jennifer Goss jmcintyre@msa.law  wedwards@mcintyrestein.com

Case 15-32919-KRH    Doc 5870    Filed 06/02/24    Entered 06/03/24 00:16:39    Desc
Imaged Certificate of Notice    Page 37 of 100
District/off: 0422-7                                    User: Nathaniel                                    Page 36 of 99
Date Rcvd: May 31, 2024                                 Form ID: redacttr                                 Total Noticed: 1

John D. McIntyre

    on behalf of Defendant Joseph Aiello jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Ebon Bourne jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Pamela Moore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Francis T. West  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Roots Medical  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Associates in Internal Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant APRIL KOOY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Greg Ross jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant ERS Medical Associates of Denton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Chandra G. Higginbotham T/A The Women's Health Solution jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Benjamin Medical Associates-Forney  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Brandi Wright F/K/A Brandi Hubert jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Diabetes & Endocrine Institute  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Juan Escobar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Elizabeth L. Schultz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Daniel S. Berger  M.D., LTD jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Advanced Internal Medicine  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Alliance Healthcare System  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Sand Lake Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Leon E. Brown jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Patricia M. Disharoon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Cape Family Practice  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Suman Banerjee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Daniel K. Wooster jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Barbara A. Schwartz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Tabernacle Family Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Steven E. Cox jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Riaz A. Sirajuddin M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeff Harris  M.D., a Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Liv L. Alderman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant RICHARD B. LEWIN jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant East Coast Medical Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mobjack Medical Group  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wise Health Services d/b/a Wise Health System jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter R. Honig jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Fernanda De Oliveira jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Waukegan Clinic Corp.  d/b/a Vista Physician Group jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant BURKE JACKSON jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Polk jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Berland & McConnell  M.D.'s, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory D. Pirkle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant CFP Physicians Group  P.L. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant FirstThePatient  Inc., f/k/a Trumed Ed, Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Healthy Heart & Vascular  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nandkishore Ranadive jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joyce Adedugbe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luna Beck jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald R. Hopkins  D.O., PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Henry J. Weiss jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samir Naran Bhatt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel Soule jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter R. Honig DO PC T/A Honig Family Practice jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher Jenny jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Monica Bertram jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wilson Community Family Practice  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

District/off: 0422-7
Date Rcvd: May 31, 2024

John D. McIntyre

on behalf of Defendant Benjamin C. Huddleston jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Total Nutrition and Therapeutics P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Akila Balasubramanian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michele Martin-Jones jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sandra Fallon  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chad W. Hammett jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alexander Goldman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles D. Otero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Laura Teplitz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven Brushwood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Marvin D. Rodgers  D.O., A Professional Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen E.T. Rader jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mohamed L. Shalaby jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tyler Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant JAGDISH K. REDDY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Louis A. Fernandez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel Fortier jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas Wheeler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Heal N Cure S.C. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John R. Jones jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Atkinson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Murray I. Wellner  M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory Berland jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mathew J. Wilson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Julie Lynn Reihsen jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant REDDY BREAD LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Larry Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Parag Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Henry Locus jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Boone Heart Institute  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hospital Transformers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rolf Knapp jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ethel Thompson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Hirt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy E. Bell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nitin Bawa jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Douglas Gill jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raouf Maoud jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmad Emami jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen L. Smith  MD PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan Wellner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Paula Jackson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Omar Akhras jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samantha B. Benson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stamps.com Inc jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Practice & Surgery  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sheri Weinstein jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario A Mendizabal  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stephen Summers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Full Circle Health Clinics  Incorporated jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Conroe Family Medicine  P.A. d/b/a Texas Lipid Clinic jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Delta Convenient Care  P.C., jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward Condon  Medical, P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant DJ Quality Care  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Creekside Osteopathic Family Practice  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

John D. McIntyre

on behalf of Defendant Sheldon Nassberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Allergy Specialty Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dalinda Reese jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Francisco Smith Palacios P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher B. Cave  M.D., PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lori Esarey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Mark Frisch jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jasmine Moghissi  M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant EXPRESS CARE OF BELLEVIEW  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Randall M. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmed Cardiology  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas W. Kupferer  D.O., t/a/ Murphysboro Family Medicine jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kemille Walters jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sudhir Malhotra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Erika Bradshaw jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lori Moyers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Julie Ly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Meditech Medical Centers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott R. English jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Blissful Wellness Medical Weightloss Centers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant E.P. Premier Medical Group  P.A., d/b/a El Paso Premier Medical Group jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hormonesynergy Clinic LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anthony Keele jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Benjamin Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Denise Panuccio  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samir N. Bhatt  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiovascular Interventions  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7                                        User: Nathaniel                                        Page 41 of 99
Date Rcvd: May 31, 2024                              Form ID: redacttr                                     Total Noticed: 1

on behalf of Defendant Jonathan Humphrey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dinesh Khanna jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sobel Medical Associates  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mitch Hibbard jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sarasota Wellness & Medical Center  LLC d/b/a Sarasota Wellness & Internal Medicine
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dida Ganjoo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mirta Galante jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kelly N. Krug jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Simon Henry F. Clemo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Hirt  M.D., A Professional Corporation T/A The Center for Integrative Medicine
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas Martyak jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald Ray Burns jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Access Internal Medicine  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Internal Medicine Specialists  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark Anderson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant ANNA TRUONG jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant RONALD S. WATTS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario Paez Lancheros jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ella Family Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia Macer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Trinity Family Medicine  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles T. McCrory  D.C., M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristen Spratt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Comprecare Medical  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant K. Paul Gerstenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jane-Marie Raley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Melissa Haglund  f/k/a Melissa Jean Robledo jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7                          User: Nathaniel                          Page 42 of 99
Date Rcvd: May 31, 2024                    Form ID: redacttr                      Total Noticed: 1

on behalf of Defendant South Florida Cardiology Associates  P.A., d/b/a Elite Health Medical Group jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Latchman Hardowar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Eric I-Hung Lin  D.O., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David M. Frisch  M.D., A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kerrie Aiello jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Lee Sneed t/a Austin Family Medicine Associates jmcintyre@msa.law wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward W. Condon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory J. Facemyer  M.D., LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Walter Miller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elyssa A. Blissenbach jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Frans A. Vossenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luis S. Ulloa jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil F. Neimark jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jenks Health Team  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Russell P. Carter Jr. MD  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott Kelly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Holly Stewart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patricia Bell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nitin Bawa P.A.  a/k/a Dr. Bawa and Associates jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wilmington Primary Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Parker Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bryan L. Dalton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bryan Frank jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Victor H. Harding jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Monika Dhillon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark D. Rattinger jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maryann Newell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 43 of 99
Total Noticed: 1

on behalf of Defendant Derrell W. Anglyn  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Douglas Gill  M.D., S.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Oakmont Wellness Center  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jasmine Moghissi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant REDDY CARDIAC CELLNESS  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Orlando Heart Specialists  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Victor Forys jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant South Tampa Medical Associates  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ocotlan Montoya jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kathryn E. White jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Solo Doc  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Meditech  Inc.c/o Ernesto Urdaneta jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Janelle Brown Taft jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bio Energy Medical Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael C. Souza jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Adam Sobel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pradip M. Jamnadas jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Esteban N. Berberian  MD, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles T. McCrory jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ankita Bagaria jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jackie Wurtz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Penscott Medical Corporation jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas H. Brister  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Primary Care Northwest  P.L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Padma Pamganamamula jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jackson Primary Care  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Emmanuel Arhin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Esteban N. Berberian jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7    User: Nathaniel    Page 44 of 99
Date Rcvd: May 31, 2024    Form ID: redacttr    Total Noticed: 1

John D. McIntyre

on behalf of Defendant Shane Ashford jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Denise Panuccio jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Midland Medical-Broward  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elizabeth Buselli jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert G. Bass  Jr., M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jose Rios jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pasan Health Administration Services  Inc., c/o Mario H. Paez jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Allisandro Castillo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James E. Wortman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant NP Health Clinic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Clear Lake Cardiovascular Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Analuz C. Rodriguez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luna Beck  M.D. & Associates, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert G. Bass jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara Folden  M.D., P.A., d/b/a Folden Family Practice jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Rufin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Briscoe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stacy L. Waneka  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sandra Fallon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sherryl B. Earhart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rebecca Appleton Castillo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samuel Carlis jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sadaf S. Sabzali jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant New Beginnings Health Care  A Professional Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rajiv Chandra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Babak Vakili jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant George R. Paz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Radley L. Griffin  M.D., P.L. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anna Pare-Monderson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert B. Vranian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dr. Rachel West  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dino P. Kanelos jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Goar De Lamerens jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joy Franks jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Revolution Health & Wellness Clinic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wayne C. Johnson  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michele A. Morrison jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Sharp jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Madhu Pamganamamula jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gerald D. Wootan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susanne Goeb jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Gilinsky jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sanjay Pethkar M.D. S.C. dba Suburban Healthcare Associates jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lucy Donna King jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael J. Culoota jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael R. Jackson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rana Hall jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stephen L Miller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John E. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Janet Rudderham jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Conley Clinic  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rumki Banerjee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Junitha Benjamin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joshua A. Nguyen jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7                          User: Nathaniel                          Page 46 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                        Total Noticed: 1

on behalf of Defendant Jay Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Apex MD LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Gregory J. Facemyer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Ashley Vanzant jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Christine Kuida jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Riverside Medical Associates  P.L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Charles F. Benson  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Fred H. Van Nynatten jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Frederick A. Brown jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant FamilyCare Specialists  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Jeffrey L. Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Restore Health Center  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Daniel Greenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Pamela Gray jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Bradley D. Templeton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant JAMES M. WEISS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Juan Carlos Gonzalez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Dhanalakshmi P. Ganesan  M.D., S.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
                  on behalf of Defendant Blackhawk Medical Group  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John David Taliaferro
                  on behalf of Interested Party Cedar Glade CGIC  LP jtaliaferro@loeb.com, dbesikof@loeb.com;whawkins@loeb.com

John E. Lucian
                  on behalf of Defendant HALFPENNY TECHNOLOGIES  INC. lucian@blankrome.com

John E. Lucian
                  on behalf of Creditor Halfpenny Technologies  Inc. lucian@blankrome.com

John H. Maddock III
                  on behalf of Interested Party Antonia Bunker-Huertas jmaddock@mcguirewoods.com

John H. Maddock III
                  on behalf of Defendant Antonio Bunker-Huertas jmaddock@mcguirewoods.com

John H. Maddock III
                  on behalf of Defendant Data Innovations  LLC jmaddock@mcguirewoods.com

John Kuropatkin Roche
                  on behalf of Interested Party Jeffrey P. Cornwell jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche
                  on behalf of Interested Party True Health Diagnostics  LLC jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche
                  on behalf of Defendant MedTest DX  Inc. jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 47 of 99

Total Noticed: 1

John Kuropatkin Roche
on behalf of Defendant Adobe Systems Incorporated jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John P. Van Beek
on behalf of Defendant American Diabetes Association jvanbeek@goldmanvanbeek.com
gschifano@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com

John Stanfield Buford
on behalf of Defendant L. Keith Granger jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Youngstown Ohio Hospital Company  LLC d/b/a Valleycare Health System of Ohio and d/b/a Northside
Medical Center jbuford@hdjn.com, dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Patricia Trueblood jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Page Vaughan jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Julie Soekoro jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant David Randell jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Affinity Hospital  LLC d/b/a Labfirst jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant Freddie Johnston jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant The Chester County Hospital and Nursing Center  Inc. jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
on behalf of Defendant David J. Randell  D.O., P.A. jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Tucker Farnum
on behalf of Defendant Preetam Jolepalem jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

John Tucker Farnum
on behalf of Defendant Gitika Dhillon jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Johnathan Caleb Jones
on behalf of Defendant Lake Murray Baptist Church jcjones@simmsshowerslaw.com

Johnathan Caleb Jones
on behalf of Defendant Christian Life Assembly of Columbia  South Carolina, Inc. d/b/a Christian Life Church and South Carolina
School of Leadership jcjones@simmsshowerslaw.com

Johnie Rush Muncy
on behalf of Creditor Atlantic Resource Group  Inc. jmuncy@siwpc.com,
dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@si
wpc.com

Johnie Rush Muncy
on behalf of Creditor Toyota Lease Trust jmuncy@siwpc.com
dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@si
wpc.com

Jonathan A. Grasso
on behalf of Defendant Petar N Novakovic jon@piercemccoy.com

Jonathan A. Grasso
on behalf of Defendant W. Kevin Watterson jon@piercemccoy.com

Jonathan A. Grasso
on behalf of Defendant Brian C. Moraes  D.O., P.A. jon@piercemccoy.com

Jonathan A. Grasso
on behalf of Defendant Douglas Hall jon@piercemccoy.com

Jonathan A. Grasso
on behalf of Defendant Vera Muin Dugom jon@piercemccoy.com

Jonathan A. Grasso
on behalf of Defendant Curtis Page jon@piercemccoy.com

District/off: 0422-7                                      User: Nathaniel                                      Page 48 of 99
Date Rcvd: May 31, 2024                                  Form ID: redacttr                                  Total Noticed: 1

Jonathan A. Grasso

    on behalf of Defendant Gerianne Geszler jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Breezewood Healthcare  P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Shawn Mollica jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Donna S. Judson jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Gurprit Sekhon jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Jeffrey Donohue jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Cranford L. Scott jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant James J. Caserio  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant WNC Internal Medicine  PLLC jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Linda F. Delo  D.O., P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Mark Goldberg jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Kadye B. McCaslin jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Connor's Heroes Foundation jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Interested Party Melinda Jezierski jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Cantonment Family Medicine  P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Munni R. Selagamsetty  M.D., A Professional Corporation jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Interested Party Central Coast Family Care Medical Associates  Inc. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Oviedo Family Health Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Jeffrey Donohue MD  LLC jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Ralph J. LaGuardia  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Ralph J. LaGuardia jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Lawson Eugene McClung jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Goldsboro Medical Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Hanriet Minasian-Arakelian  D.O., Inc. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Charles A. Moss jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Your Good Health Medical Group  P.A. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant James J Caserio  Jr. jon@piercemccoy.com

Jonathan A. Grasso

    on behalf of Defendant Pinkal Patel jon@piercemccoy.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 49 of 99

Total Noticed: 1

Jonathan A. Grasso

on behalf of Defendant JOHN PHILIP OKERBLOM jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Julio C. Ugarte jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Maria U. Tedtaotao jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Deerwood Family Practice  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Eleanor Davina jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Rockwell Physicians of Salisbury  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Le Salveo Care Corp. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Healthy Heart Cardiology  PLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shailaja Gunnala  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Uma Gunnala jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cranford L. Scott  M.D., Inc. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cardiology Center  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant David L. Vastola jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Helga Lisa McClung jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Thomas J. Wolf jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Maria Uncangco Tedtaotao M.D.  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Dawsonville Family Medicine  P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Page Family Practice  P.L.L.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant MELINDA JEZIERSKI jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Linda Delo jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Chistopher J. Labban jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jacqueline N. Le jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Hamby & Hamby Family Wellness Clinic  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Nu Wave Medical Center P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jeffrey D. Hamby jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Hanriet Minasian-Arakelian jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shamir Quraeshi jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Roy E. Smith jon@piercemccoy.com

District/off: 0422-7    User: Nathaniel    Page 50 of 99
Date Rcvd: May 31, 2024    Form ID: redacttr    Total Noticed: 1

Jonathan A. Grasso

on behalf of Defendant Dr. Ugarte Aesthetic Center LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shailaja Gunnala jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lewis H. Semel  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gregory Keyes jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Christopher J. Labban  D.O., P.C., d/b/a Southwest Medical Center jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Rapha Medical Center  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shirley Nagel jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Muin Mousa Dugom jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Baxter D. Montgomery jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Charles A. Moss  M.D., A Professional Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Timothy Scharold jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Highland Medical Associates  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Alan D. Justice jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julio C. Ugarte jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Robert Page jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Royal Palm Beach Medical Group  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Physicians Medical Group LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cristal L. Semel jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant JERRY BACK jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party John Philip Okerblom jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cleveland W. Randolph  Jr., M.D., P.A., d/b/a Dr. Randolph's Ageless and Wellness Medical Center jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Petar N. Novakovic  M.D., PC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Munni Selagamsetty jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Ocmulgee Physicians  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Anibal F. Rossel d/b/a All-Care Medical Center jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Miguel A. Chamah jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Timothy Scharold MD LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julian Marquez jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Houston Associates of Cardiovascular Medicine  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Brian Moraes jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Creditor Lawson E. McClung M.D.  A Professional Medical Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Steven Horvitz  D.O., Family Medicine, P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant MICHAEL SCHRAGER jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Poplar Physicians  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of blank CENTRAL COAST FAMILY CARE MEDICAL ASSOCIATES  INC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Sandeep Khurana jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Steven Horvitz jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant CENTRAL COAST FAMILY CARE MEDICAL ASSOCIATES  INC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Miguel A. Chamah  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lawson E. McClung M.D.  A Professional Medical Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Aashiv Hari jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julian Marquez  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Angel's Star Wellness Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Alta Mesa Family Medical Center  Ltd jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cleveland W. Randolph  Jr. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Robert E. Briggs jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Dr. Uma Gunnala  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Velda Rose Phlebotomy  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gregory Keyes  M.D., P.S. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant William J. Keating jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Earl J. Carstensen jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Beth Tarkington jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Amish Mahendra Parikh jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Michael Schrager jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Kelly McDonald jon@piercemccoy.com

District/off: 0422-7
Date Rcvd: May 31, 2024
User: Nathaniel
Form ID: redacttr
Page 52 of 99
Total Noticed: 1

Jonathan A. Grasso

on behalf of Defendant Tina Saiani jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Dr. Ugarte Aesthetic Center  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lewis H. Semel jon@piercemccoy.com

Jorge A. Ortiz

on behalf of Defendant MD Logic  Inc. jorgeortiz0411@gmail.com

Joseph Corrigan

on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

Joseph E.H. Atkinson

on behalf of Defendant Michael Q. Karam  M.D., P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Vickery Family Medicine  PLLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Piedmont Family Practice  PLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Obinna C. Oriaku eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Family Wellness Clinic  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant VIP Primary Care Associates  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Hope Clinic  LLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Francis Obeng eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Stephen W. Jones eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Virginia Physicians  Inc. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Robert A. Briskin eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Samuel I. Fink  M.D., Inc. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Dr. Phillip Y. Shou  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Debra C Keith eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Maria A. Jurado eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Steven W. Von Elten eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Samuel I. Fink eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Benjamin Mayer eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Generations Family Practice  PA, f/k/a Hygeia Healthcare, PLLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Christian E. Martin eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Regina M. Jensen  MD, P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant David C. Evans eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Vikas Gupta eatkinson@hdjn.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 53 of 99
Total Noticed: 1

Joseph E.H. Atkinson

on behalf of Defendant Mian Daud eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Michael Q. Karam eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Shahnaz Daud eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Patrick M Woodward eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Jason Newman eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant JUSTIN GLODOWSKI eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Praveen Bolarum  MD LLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Thomas G. Ahn eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Alfa Medical Clinic  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Northside Medical Professionals  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Phillip Y. Shou eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Kellie Annette Cochran eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Temisan L. Etikerentse eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant WENDY EDDS eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Regina M. Jensen eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Endocrine Partners  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant CARINNE MCKEEVER eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Limor Briskin eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Thomas G. Ahn  M.D., A Professional Medical Corporation eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Anesta & Silver MDS d/b/a Intracoastal Cardiology Center eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant ROBIN VIVIANO eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Arthur L. Stein eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant David A. Vickery eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Lara Hoffman eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Weston Family Clinic  LLC eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Cary Family Practice and Walk-in Clinic  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Nicole Crane eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Emily Crandall eatkinson@hdjn.com

District/off: 0422-7

User: Nathaniel

Date Rcvd: May 31, 2024

Form ID: redacttr

Joseph E.H. Atkinson

on behalf of Defendant Jamie Darby eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Alex Harrison  M.D., Inc., A California Professional Medical Corporation eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Central Virginia Internal Medicine  P.L.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Maria A. Jurado  M.D., P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Maribeth Pollock Loynes eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Gil U. Kim  M.D., P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Gil U. Kim eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Jones Family Practice  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Michael J. Anesta eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant MELANIE MINTZER eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Rebecca J. Love eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant KIMBERLY JOY HARDWICK eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Robert S. Jones  Sr. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Mitchell D. Silver eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Arthur Leslie Stein  M.D., A Medical Corporation eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Betsey Sorensen eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Lorena Lewy-Alterbaum eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Alex Harrison eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Shannon Mooring eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant JASON BHAN eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Mazen Khusayem eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Crown Clinic  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant KATHRYN NEWELL eatkinson@hdjn.com

Joseph E.H. Atkinson

on behalf of Defendant Bhavna Vaidya-Tank a/k/a Bhavna Tank eatkinson@hdjn.com

Joseph F. Jackson

on behalf of Defendant EDWARDS BUSINESS MACHINES  INC. jjackson@rothjackson.com

Joseph F. Jackson

on behalf of Creditor Edwards Business Machines  Inc. jjackson@rothjackson.com

Joseph Lloyd Manson, III

on behalf of Defendant Satyanarain Rangarajan jmanson@jmansonlaw.com  sschiller@jmansonlaw.com

Joseph Lloyd Manson, III

on behalf of Interested Party Satyanarain Rangarajan jmanson@jmansonlaw.com  sschiller@jmansonlaw.com

| | |
|---|---|
| Joseph S. Sheerin | on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY  D/B/A VCU SCHOOL OF ALLIED HEALTH PROFESSIONS, D/B/A VCU SCHOOL OF DENTISTRY, D/B/A VCU SCHOOL OF BUSINESS, D/B/A VCU MASSEY CANCER CENTER jsheerin@mcguirewoods.com |
| Joseph S. Sheerin | on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY SCHOOL OF BUSINESS FOUNDATION jsheerin@mcguirewoods.com |
| Joseph S. Sheerin | on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY FOUNDATION jsheerin@mcguirewoods.com |
| Joseph S. Sheerin | on behalf of Defendant MEDICAL COLLEGE OF VIRGINIA FOUNDATION  INC. jsheerin@mcguirewoods.com |
| Joseph S. Sheerin | on behalf of Defendant SP Plus Corporation dba Standard Parking jsheerin@mcguirewoods.com |
| Joshua D. Headley | on behalf of Defendant Oliver Gospel Mission d/b/a Oliver Gospel joshua.headley@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Joshua D. Headley | on behalf of Defendant The Animal Mission joshua.headley@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Joshua David Stiff | on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee jstiff@wtplaw.com, eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Judy A. Robbins | USTPRegion04.RH.ECF@usdoj.gov |
| Justin F. Paget | on behalf of Debtor Health Diagnostic Laboratory  Inc. jpaget@huntonAK.com, tcanada@huntonAK.com |
| Justin Michael Sizemore | on behalf of Defendant Quasi Maturi LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant WCBLUE Lab LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Charles Maimone justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant El Medical Consulting Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Jerry Carroll justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Leah Bouton justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Jason Dupin justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Heather Lockhardt justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Kristin Dukes justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Patrick Colberg justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Leigha Greenwood justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Kyle Martel justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Southhill Consulting Group  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Disease Testing & Management LLC justin.sizemore@hklaw.com suzanne.hicks@hklaw.com;hapi@hklaw.com |
| Justin Michael Sizemore | on behalf of Defendant Seneca Garrett justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com |

District/off: 0422-7 | User: Nathaniel | Page 56 of 99
Date Rcvd: May 31, 2024 | Form ID: redacttr | Total Noticed: 1

Justin Michael Sizemore

on behalf of Defendant RBLIV Consulting  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Nibar Health Consultants  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant DX Sales  LLC justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Remember Pember Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant MRT Health Consultants Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Meade Medical Group  LLC justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Erika Guest justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Advanced Medical Sales  L.L.C. justin.sizemore@hklaw.com,
suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Nicole Tice justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant EELLS Consulting Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Thomas Carnaggio justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Christo Consulting Corp. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Jennifer Speer justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Michael H. Samadani justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant David Pember justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Courtney Love justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Southeast Healthcare Consultants LLC justin.sizemore@hklaw.com
suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant JBH Marketing  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Med-Con-EC LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant John Coffman justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Robert "Burt" Lively justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Robert Younger justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Kevin Carrier justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Medcentric LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Julie Harding justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Infinity Medical Consulting LLC justin.sizemore@hklaw.com
suzanne.hicks@hklaw.com;hapi@hklaw.com

Karen Elizabeth Sieg

on behalf of Interested Party G. Russell Warnick bsieg@mcguirewoods.com

District/off: 0422-7                          User: Nathaniel                          Page 57 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                        Total Noticed: 1

Karen M. Crowley
                on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com  jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Karen M. Crowley
                on behalf of Mediator Karen M. Crowley kcrowley@crowleylawpc.com
                jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Katherine A. Kakish
                on behalf of Creditor State of Michigan  Department of Treasury kakish@michigan.gov

Kathryn R. Montgomery
                on behalf of U.S. Trustee Judy A. Robbins Kathryn.Montgomery@usdoj.gov
                june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
                @usdoj.gov

Kathryn R. Montgomery
                on behalf of U.S. Trustee Gerard R. Vetter Kathryn.Montgomery@usdoj.gov
                june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
                @usdoj.gov

Kathryn R. Montgomery
                on behalf of U.S. Trustee John P. Fitzgerald Kathryn.Montgomery@usdoj.gov
                june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
                @usdoj.gov

Kelly C. Griffith
                on behalf of Attorney Harris Beach PLLC kgriffith@harrisbeach.com  bkemail@harrisbeach.com

Kelly C. Griffith
                on behalf of Interested Party Excellus Health Plan Inc. kgriffith@harrisbeach.com  bkemail@harrisbeach.com

Kelly Megan Barnhart
                on behalf of Mediator Kelly Megan Barnhart barnhart@rgblawfirm.com  janice@rgblawfirm.com

Kenneth M. Misken
                on behalf of Interested Party David Livinstone Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Saba Shabnam Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Sharhonda Martin Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Scott Neumann Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Priti Palvadi Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Tamyra Y. Comeaux Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Manuel Hababag  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Neal D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Scott Neumann  D.O., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Interested Party Eva Mina Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Interested Party Sharonda Martin Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Fiju Koshy Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Defendant Kaiser Yammine Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Interested Party Rafael Prado Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Interested Party Stephanie Schwartz Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
                on behalf of Interested Party Susan Hunter Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

District/off: 0422-7                          User: Nathaniel                          Page 58 of 99
Date Rcvd: May 31, 2024                       Form ID: redacttr                        Total Noticed: 1

Kenneth M. Misken

on behalf of Defendant ROBERT MEGNA Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Shavano Family Practice  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Carrie Anderson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Neumann Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant University of Notre Dame du Lac Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Lyn Berutti Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Dillon Mathew Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party James Evans Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Laura Spain a/k/a Laura M. Howard Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Florence Tomasic Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kimberly Posey Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant David Livingstone Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Susan D. Hunter Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party David B. Kaner Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Spain Healthcare Group  P.A., d/b/a Familywise Healthcare Kenneth.m.misken@usdoj.gov,
jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Mitchell F. Finnie Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Priti Palvadi Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Munawar Haider Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Munawar Haider Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant The Carroll Clinic  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kelly Jones Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Lym Berruti Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant David B. Kaner Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kaner Medical Group  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kaiser Yammine Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant James M. Carroll Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Reshma Markan Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Manuel Hababag Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

District/off: 0422-7                                    User: Nathaniel                                    Page 59 of 99
Date Rcvd: May 31, 2024                            Form ID: redacttr                            Total Noticed: 1

Kenneth M. Misken

on behalf of Defendant Shavano Family Practice  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Neal D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant FERRIS FAMILY MEDICINE  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Amy McDonald Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Nofal Musfy Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant DAVEY PERRIN Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Eva Mina Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Glen G. Guillet Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Family Medicine of Texas  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Carrie Anderson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Tamyra Comeaux  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Mitchell F. Finnie Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Nuemann  D.O., P. A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kevin Epple Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kimberly Gonzalez Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Sarah N. Payberah Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Robert D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Glen G. Guillet Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kimberly Posey Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Neal D. Johnson  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Anu Rao Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant CAROLYN MILLIGAN Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Wen Tung Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Neumann  D.O., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Michelle Fredericks Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Ricardo Prado Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kevin Epple Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Florence Tomasic Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

District/off: 0422-7                                      User: Nathaniel                                      Page 60 of 99
Date Rcvd: May 31, 2024                               Form ID: redacttr                               Total Noticed: 1

Kenneth M. Misken

on behalf of Interested Party Kaner Medical Group  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Manual Hababag Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kesha L Tanabe

on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin J. Funk

on behalf of Movant First Baptist Church of Oneonta  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Innovative Diagnostic Laboratory  LLP kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant David Mayes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Jennifer Lingergelt  RPN kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Life Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Cornerstone Revival Center kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Tipton Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Richard L. Overmeyer kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party David Mayes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Absalom H. Tilley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Noel Bartlett kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant The Wyndell L Golias Voting Trust kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Otto C. Goyco Internal Medicine  M.D., LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Pamela Oates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant San Antonio Preventive & Diagnostic Medicine  P.A. kfunk@dagglaw.com,
bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Locust Fork Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Karla Falgout kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Calvary Missionary Baptist Church of Blountsville kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Helena Laboratories Corporation kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Calvary Missionary Baptist Church of Blountsville kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Tipton Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Eric Petersen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant County of Blount  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First Baptist Church of Cleveland  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

Kevin J. Funk
    on behalf of Defendant Gayathri K. Kumar kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Creditor Pamela Oates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Evan Dicken kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Locust Fork Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Cornerstone Revival Center kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Murtaza Mussaji kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Interested Party Helena Laboratories Corporation kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Versailles Family Medicine  PLLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Ramaswamy Nithya kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant The Virginia Biotechnology Association kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Bald Knob Healthcare Center  PA d/b/a Access Medical Home kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Tipton Golias  in his capacity as Trustee of The Wyndell L. Golias Voting Trust kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Allen Haddix kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Otto Goyco kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant West Point First Baptist Church of West Point  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant The Blountsville Baptist Church of Blountsville  Blount County, Alabama a/k/a Blountsville Baptist Church kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Karla Falgout kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Amanda D. Brodie  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Eastside Family Medicine  P.S.C. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Lee Davis Medical Associates  P.C. a/k/a Lee Davis Medical Center kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Mildred Zayas kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Bandera Family Health Care  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Union Point Church  Inc. d/b/a Union Point Church kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Movant First Baptist Church of Cullman  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Defendant Sarah Mae Nunuz Wilt  M.D. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of 3rd Party Plaintiff Robert S. Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
    on behalf of Creditor Eric Petersen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Hire Power  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Robert Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Daniel C. Ripley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Worth Higgins & Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant St. Andrews United Methodist Church Foundation  Inc. d/b/a St. Andrews United Methodist Church
kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Galen Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Tipton Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Eric Petersen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Pamela Oates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Beaufort Family Care  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Samuel M. Janney  II kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Faran Hearyman kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Beaufort Family Care  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Lesley A. Looper kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Rosa United Methodist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Fowler Springs Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Plaintiff Helena Laboratories Corp. kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Jason H. Looper  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Rock Creek Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Robert S. Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor David Mayes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Wendell L. Golias Voting Trust kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Fowler Springs Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Tilley Diagnostic Clinic  P.A., d/b/a Pinnacle Physician's Group kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Daniel C. Ripley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Union: The Church at Chelsea Park a/k/a Union United Methodist Church kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Wyndell L. Golias Voting Trust kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Murtaza Mussaji  D.O., P.A., d/b/a Shadow Creek Medical Clinic and Fairway Medical Clinic kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant West Point First Baptist Church of West Point  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Marty Hearyman kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Ramon G. Reyes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Counter-Defendant Helena Laboratories Corp. kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Noel D. Bartlett  Jr. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Roger W. Cappello kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Church on the Rock of Gadsden  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Helena Laboratories Corporation kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Noel Bartlett kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First United Methodist Church of Hanceville  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Richard Clemons kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Brian A Smith kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant C. Frederick Payne kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Blount County Agribusiness Center f/k/a Blount County-Oneonta Agri Business Association kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Galen Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Douglas J. Nesbitt kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

District/off: 0422-7    User: Nathaniel    Page 64 of 99
Date Rcvd: May 31, 2024    Form ID: redacttr    Total Noticed: 1

on behalf of Defendant Gina Z. Tilley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Karla Falgout kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First Baptist Church of Cullman  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Lester Memorial United Methodist Church  Inc. d/b/a Lester Memorial UMC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of 3rd Party Plaintiff Noel Bartlett kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First United Methodist Church Centre  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Kenneth H. Roberts kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First Baptist Church of Oneonta  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Hong Vo  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kimberly A. Taylor

on behalf of Defendant SLP 1  Inc. ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant Sheila Patterson ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant R. Graham Reedy  M.D., P.S. ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Creditor Joseph McConnell ktaylor@kbtrvalaw.com

Kimberly A. Taylor

on behalf of Defendant Michelle Murphy-Gaul ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant R. Graham Reedy ktaylor@kbbplc.com

Klementina Vasileva Pavlova

on behalf of Other Professional Jane H. Downey kpavlova@sandsanderson.com  sryan@sandsanderson.com

Klementina Vasileva Pavlova

on behalf of Defendant L.D. kpavlova@sandsanderson.com  sryan@sandsanderson.com

Lisa Bittle Tancredi

on behalf of Creditor PNC Equipment Finance  LLC ltancredi@gebsmith.com

Lisa P. Sumner

on behalf of Defendant FLORES & ASSOCIATES  LLC lsumner@maynardnexsen.com, afranklin@maynardnexsen.com

Lisa Yonka Stevens

on behalf of Defendant Total Family Care  LLC lisa.y.stevens@usdoj.gov

Lisa Yonka Stevens

on behalf of Defendant Simita U Talwar lisa.y.stevens@usdoj.gov

Loc Pfeiffer

on behalf of Defendant David L Liporace  D.O., P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Karen R Kutikoff loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant South Lake Hospital  Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Richard G. Michal loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Sanjiv Sharadchandra Dalvi loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jose R. Gonzalez loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant William O. Passarelli loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 65 of 99

Total Noticed: 1

Loc Pfeiffer

on behalf of Defendant Robert Sherman loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Craig S. Purcell loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Wendy Gaston loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Clinton Wilburn loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Sharon Johnson loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Rosa M. Marin loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Sumedha Dalvi loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David B. Sills loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Mahmoud H. Zayed loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Karen Kutifkoff  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Shipley & Sills Family Practice  PLLC d/b/a Shipley & Sills Family Doctors loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jorge L. Macia  MD and Rosa M. Marin, MD, PA loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Donna Shipley loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Cary D'Ortona loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Wellington Medical Care Associates  LLC loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Village Internal Medicine  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jorge L. Macia loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Pedro Nam loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Cumberland Medical Associates  P.C. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Piedmont Healthcare  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Southern Mississippi Heart Center  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Toni D Meeks loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David Bateman loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David Liporace loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant John A. Moore loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Rocky Mount Family Medical Center  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Mark Abel loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

District/off: 0422-7        User: Nathaniel        Page 66 of 99

Date Rcvd: May 31, 2024        Form ID: redacttr        Total Noticed: 1

Loc Pfeiffer
on behalf of Defendant Lushantha Gunasekera loc.pfeiffer@kutakrock.com lynda_wood@kutakrock.com

Loc Pfeiffer
on behalf of Defendant Hugo A. Quintana loc.pfeiffer@kutakrock.com lynda.wood@kutakrock.com

Loc Pfeiffer
on behalf of Defendant Robert Berens Jr. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Louis E. Dolan, Jr.
on behalf of Defendant Inova Diagnostics Inc. ldolan@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Lynn L. Tavenner
on behalf of Creditor Biotech 8 LLC ltavenner@tb-lawfirm.com, pberan@tb-lawfirm.com;amorris@tb-lawfirm.com

Mark K. Ames
on behalf of Defendant Virginia Department of Taxation mames@taxva.com atevis@taxva.com

Martin C Conway
on behalf of Defendant West Huntsville United Methodist Church martinecf@conwaylegal.com
ConwayLawGroupPC@jubileebk.net;martin@conwaylegal.com;conwaynotices@gmail.com

Martin C. Conway
on behalf of Defendant DEBRA OREILLY martin@conwaylegal.com
pwilmer@conwaylegal.com;ConwayLawGroupPC@jubileebk.net;andrew@conwaylegal.com;rebecca@conwaylegal.com;conway
notices@gmail.com

Mary A. Schmergel
on behalf of Defendant United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Creditor United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Interested Party United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Creditor Centers for Medicare & Medicaid Services mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Creditor Office of Inspector General of the Department of Health and Human Services mary.schmergel@usdoj.gov
lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Creditor The Department of Defense's Defense Health Agency on behalf of the TRICARE program
mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel
on behalf of Creditor The United States Office of Personnel Management mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Matthew D. Foster
on behalf of Creditor Robert Galen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Helena Laboratories Corporation Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Robert S. Galen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Karla Falgout Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor John Tessler Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Eric Petersen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Eric Petersen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Tipton Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant The Wyndell L Golias Voting Trust Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Helena Laboratories Corporation Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

District/off: 0422-7                                    User: Nathaniel                                    Page 67 of 99
Date Rcvd: May 31, 2024                              Form ID: redacttr                                  Total Noticed: 1

on behalf of Creditor Pamela Oates Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant John Tessler Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Tipton Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Galen Associates Inc. Fosterm@pepperlaw.com, kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Joseph Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Karla Falgout Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Wyndell L. Golias Voting Trust Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Noel Bartlett Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Pamela Oates Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Donald Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Joseph Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor David Mayes Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Creditor Noel Bartlett Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Donald Golias Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant David Mayes Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster
on behalf of Defendant Galen Associates Inc. Fosterm@pepperlaw.com, kovskyd@pepperlaw.com

Matthew D. Huebschman
on behalf of Defendant MML Equipment Inc. mhuebsch@shenlegal.com bwheeler@shenlegal.com

Melissa Yvonne York
on behalf of Defendant Praxair Distribution Inc myork@hccw.com, creeves@hccw.com

Michael A. Condyles
on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
michael.condyles@kutakrock.com lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael D. Mueller
on behalf of Creditor Union Bank & Trust mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
on behalf of Interested Party LeClairRyan A Professional Corporation mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Nord
on behalf of Creditor PNC Equipment Finance LLC mnord@gebsmith.com

Michael E. Hastings
on behalf of Interested Party Joyce Meyer Ministries Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael E. Hastings
on behalf of Counter-Claimant Latonya Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings
on behalf of Defendant Latonya Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings
on behalf of Defendant LaTonya S. Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings
on behalf of Defendant Scott Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings

  on behalf of Defendant Joyce Meyer Ministries  Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael E. Hastings

  on behalf of Defendant South Carolina Philharmonic  Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael Earl Barnsback

  on behalf of Defendant LISA CASH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant DONALD CARVER mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant KENT WILLYARD mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant CHRISTINE CONLEY mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant ELLEN MONTGOMERY mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant KIMBERLY W. GIPSON mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant DARANY TOY mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant GEORGE MCBEATH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant MARY JO HILL mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant DOUGLAS ROSS mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant Wounded Warrior Project  Inc. d/b/a Wounded Warrior Project mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant MARK WINTERS mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant EUGENE LINK mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant JOY GIANVITTORIO mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant PAMELA MARLENE CAPPS mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant ALLEN FENDERSON mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant JENNIFER MCLEAN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant RYAN LIGHT mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant SARAH YOUNGER mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant FRED N. THOMAS  III mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant KAREN PATTERSON mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant AMY HATOK mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant JOHN HOLLINGSWORTH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant CHARLOTTE MOORE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

  on behalf of Defendant CHRISTOPHER CICCONE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

District/off: 0422-7                                     User: Nathaniel                                     Page 69 of 99

Date Rcvd: May 31, 2024                                  Form ID: redacttr                                  Total Noticed: 1

on behalf of Defendant LINDA G. P. SCHNEIDER mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant YU GUAN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ROBERT LAIBSTAIN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant GLORIA JACKSON mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CHARLES SEAGER mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SARAH BUSHEY mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant LARRY KAGAN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOANNE CHRISTIE mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant RUTH INNES mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SCOTT J. BANNING mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SAUNORA PROM mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOHN P. BRYANT mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant APOSTOLOS HIOTELLIS mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JESUS LIZARZABURU mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant TIDEWATER PHYSICIANS MULTISPECALITY GROUP  P.C., t/a DENBIGH FAMILY MEDICINE,
COLONIAL FAMILY MEDICINE, HAMPTON FAMILY MEDICINE, ROMERO FAMILY PRACTICE, WEST POINT
FAMILY MEDICINE, mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KIMBERLY SMITH mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CARL LINDEMANN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KATHERINE DEVRIES mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SUSAN ANTHONY mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JENNIFER SHARP-WARTH mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant AMUDHA PALANI mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ELENA VITERBO-NOBLE mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant DANNY V. CANTWELL mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JEFFREY BLANCHARD mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant LONNA KROUT-COLE mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ERIC BYMAN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Gregory Wilson

on behalf of Defendant Essential Health and Wellness  PLLC f/k/a Executive Health Professionals, PLLC
mike@mgwilsonlaw.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 70 of 99
Total Noticed: 1

Michael Gregory Wilson
on behalf of Defendant RICHARD M. MAURIELLO mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant HARRIS TWERSKY mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant CRG Financial LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant KELLY COSTA mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant MICHAEL HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Creditor CRG Financial  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant DAVID HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant James R. Stevens mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant Michael P Heim  D.O. LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant Michael P. Heim mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant STACEY FORD mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant BERLIN MEDICAL ASSOCIATES  P.A., CORP. D/B/A SOUTHAMPTON MEDICAL ASSOCIATES,
F/K/A SOUTH HAMPTON MEDICAL ASSOCIATES mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant JOSEPH HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant Madhavi Patt mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant FHG ACQUISITION  LLC D/B/A CCR TRIALS, LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant CHRISTOPHER COLOPINTO mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant BERLIN MEDICAL ASSOCIATES  P.A., mike@mgwilsonlaw.com

Michael Gregory Wilson
on behalf of Defendant JULIUS MINGRONI mike@mgwilsonlaw.com

Michael Todd Freeman
on behalf of Defendant Lisa C. Robbins Michaelfreeman@rosmanlaw.com

Michael Todd Freeman
on behalf of Defendant The Robbins Group  Inc., d/b/a The Robbins Health Alliance Michaelfreeman@rosmanlaw.com

Michael Todd Freeman
on behalf of Defendant Dawsonville Family Medicine  P.C. Michaelfreeman@rosmanlaw.com

Michael Todd Freeman
on behalf of Defendant Dawn Warner Michaelfreeman@rosmanlaw.com

Michael Todd Freeman
on behalf of Defendant William J. Keating Michaelfreeman@rosmanlaw.com

Michael Todd Freeman
on behalf of Defendant Atlantic Resource Group  Inc Michaelfreeman@rosmanlaw.com

Miles Jarrad Wright
on behalf of Defendant Stanley P. Sharp mjwright@dimuro.com
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Miles Jarrad Wright
on behalf of Defendant Stanley Sharp  M.D., L.C., A Kansas Professional Limited Liabilty Company, Successor by Merger to
Stanley Sharp, M.D., L.C., A Missouri Limited Liability Company mjwright@dimuro.com,
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Miles Jarrad Wright

| District/off: 0422-7 | User: Nathaniel | Page 71 of 99 |
| Date Rcvd: May 31, 2024 | Form ID: redacttr | Total Noticed: 1 |

on behalf of Defendant Vicki Sharp mjwright@dimuro.com  dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Neil E. McCullagh

on behalf of Defendant Blountsville United Methodist Church a/k/a Blountsville First United Methodist Church nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Hospital Hospitality House of Richmond  Inc. d/b/a The Doorways nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Richmond Express  Inc. dba Richmond Express Courier Service nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant SCIENCE MUSEUM OF VIRGINIA FOUNDATION  INC. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Le Family Practice and Health Center  P.L.L.C. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Interested Party Science Museum of Virginia Foundation  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant The Allstate Corporation dba Allstate nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Hospital Hospitality House of Richmond  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Richmond Express  Inc. dba Richmond Express Courier Service nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Truc Le nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant BioPool U.S.  Inc. d/b/a Trinity Biotech nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor BioPool U.S.  Inc. d/b/a Trinity Biotech nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Alex Hart Raley  Jr. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Oliver Garcia

on behalf of 3rd Party Plaintiff Robert S. Galen ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Defendant Robert S. Galen ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of 3rd Party Plaintiff Noel Bartlett ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Defendant Noel Bartlett ogarcia@ridgeviewlaw.com

Oliver Garcia
on behalf of Defendant Joseph McConnell ogarcia@ridgeviewlaw.com

Oliver Garcia
on behalf of Counter-Claimant Joseph McConnell ogarcia@ridgeviewlaw.com

Olya Antle
on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee oantle@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Patrick John Curran, Jr.
on behalf of Defendant ROSALEE ALLAN patcurran@dwt.com

Patrick John Curran, Jr.
on behalf of Interested Party Satyanarain Rangarajan patcurran@dwt.com

Patrick John Curran, Jr.
on behalf of Defendant Amazon.com LLC patcurran@dwt.com

Patrick John Curran, Jr.
on behalf of Defendant PATHOLOGY ASSOCIATES MEDICAL LABORATORIES  LLC patcurran@dwt.com

Paul A. Driscoll
on behalf of Defendant Daniel A Miller paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Coastal Urgent Care  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Family Medical Care Plus  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Anurag William Kedia paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Comprehensive Physician Associates  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Tolga Icli paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Family Healthcare Practice  PLLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Daniel A. Miller  M.D., LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Tolga Icli  MD, LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Andrea Sciberras paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Daniel A. Miller paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Community Medical Associates  LTD. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Anthony S. Lattanzio paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Drs. Berg and Wen  L.L.C. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Paul A. Rich paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Angela L. Roberts paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Gerald Congdon paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Kimberly Cline paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Anurag William Kedia paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Comprehensive Physician Associates  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Family Medical Care Plus  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party James F. Shina  Jr. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Angela L. Roberts paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Elizabeth Houglan-Adkins paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Community Medical Associates  LTD paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant James F. Shina  Jr. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Bradley R. Sellers paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Susan Debin paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Sciberras Internal Medicine  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Bradley R. Sellers paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Richard Berg paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Tolga Icli paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Elizabeth Houglan-Adkins paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Paul A. Rich paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Julia Wen paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul S. Bliley, Jr.

on behalf of Creditor Numares AG pbliley@comcast.net  rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.

District/off: 0422-7                         User: Nathaniel                         Page 74 of 99
Date Rcvd: May 31, 2024                      Form ID: redacttr                       Total Noticed: 1

on behalf of Defendant Middle School Renaissance 2020 LLC pbliley@comcast.net,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.

on behalf of Creditor Numares Group Corporation pbliley@comcast.net
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.

on behalf of Defendant Benedictine High School of Richmond Inc. pbliley@comcast.net,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.

on behalf of blank Benedictine High School of Richmond Inc. pbliley@comcast.net,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.

on behalf of blank Middle School Renaissance 2020 LLC pbliley@comcast.net,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Peter J. Barrett

on behalf of Defendant KENNETH E. NYMAN M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant LAWRENCE A. MAY M.D., INC. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Robert Megna peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Nathan D. Granger peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Lawrence Liebmann M.D., P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Ozark Medical Clinic LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Advanced Medical Associates P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Kirk Jackson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant CAROLYN MILLIGAN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Sally Frankl peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Clay-Platte Family Medicine Clinic P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Thomas D. Harris M.D., P.A. a/k/a Harris Internal Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Jeffrey R. Kramer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Pinnacle Health Group P.A. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Middle Georgia Primary Care P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ozark Medical Clinic LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 75 of 99

Total Noticed: 1

Peter J. Barrett

on behalf of Interested Party Appavuchetty Soundappan peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Thomas D. Harris peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ROBERT MEGNA peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant William T. Bartels  M.D., Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Spain Healthcare Group  P.A., d/b/a Familywise Healthcare peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Internal Medicine of Walterboro  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Kanjana Jayaraman peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Covenant Family Medicine  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ASHLEIGH SARTOR peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVEY PERRIN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Camilo Paredes peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Thomas D. Harris  M.D., P.A. a/k/a Harris Internal Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVID ARTHUR BURROWS peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Charles Swafford peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DOUGLAS HANSEN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Paul S. Worrell peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ian Lewis Slavich peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant LAWRENCE A. MAY  M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant MARY RUTHERFORD peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party LAWRENCE A. MAY  M.D., INC. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Walter E. Koppenbrink peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Laura Spain a/k/a Laura M. Howard peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party William T Bartels peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Keith A. Coward peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Paul S. Worrell  D.O., P.A., d/b/a Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Shara Hansen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Camilo Paredes peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Debra Mercer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party ALTITUDE FAMILY & INTERNAL MEDICINE  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party FERRIS FAMILY MEDICINE  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party William T. Bartels  M.D., Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Jeffrey R. Kramer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Keith A. Coward peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Spain Healthcare Group  P.A., d/b/a Familywise Healthcare peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Ashleigh Sartor peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ALTITUDE FAMILY & INTERNAL MEDICINE  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DFW Family Clinic  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Lawrence E. Kramer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ian Levenson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Davey Perrin peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Comprehensive Family Medical Center  P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Scott H. Kuennen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7                                      User: Nathaniel                                      Page 77 of 99
Date Rcvd: May 31, 2024                                   Form ID: redacttr                                   Total Noticed: 1

Peter J. Barrett

on behalf of Interested Party Thomas D. Harris peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Helar Campos  MD & Associates Family Medical Center, LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Covenant Family Medicine  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Kenneth Nyman peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Paul S. Worrell  D.O., P.A., d/b/a Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Internal Medicine of Walterboro  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Jackson's Point of Light Family Medicine  Inc., d/b/a JPL Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party LAWRENCE A. MAY  M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Helar Campos peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVID BURROWS  MD, P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Douglas Hansen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of blank Advanced Medical Associates  P.C., et al peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Sam Diasti peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Appavuchetty Soundappan peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Adila Siddiqui peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Puneet Puri peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Joan Koppenbrink peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant David J. Gehring peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Henry S. Moon peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Molly Rutherford peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7                      User: Nathaniel                          Page 78 of 99
Date Rcvd: May 31, 2024                   Form ID: redacttr                        Total Noticed: 1

Peter J. Barrett
      on behalf of Interested Party Henry S. Moon peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant FERRIS FAMILY MEDICINE  PA peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Adila N. Siddiqi peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party DAVID BURROWS  MD, P.C. peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party DFW Family Clinic  PA peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Comprehensive Family Medical Center  P.C. peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Cheryl Liebmann peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant William T Bartels peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Frank Lockwood peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Sam Diasti peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Derric Jackson peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party David A. Burrows peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Pinnacle Health Group  P.A. peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Ian Levenson peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Carolyn Milligan peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Creditor Atlantic Corrugated Box Company  Incorporated peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Kanjana Jayaraman peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Paul S. Worrell peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Kimberly A. Funches-Jackson peter.barrett@kutakrock.com
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Interested Party Middle Georgia Primary Care  P.C. peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
      on behalf of Defendant Highland Medical Center  P.C. peter.barrett@kutakrock.com,
      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7          User: Nathaniel          Page 79 of 99

Date Rcvd: May 31, 2024          Form ID: redacttr          Total Noticed: 1

Peter J. Barrett
on behalf of Defendant Aruna Pillai peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Walter E. Koppenbrink M.D., LTD. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Interested Party Laura Howard peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Charles Swafford peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant SALLY FRANKL M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Cheryl Liebmann peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant SHARA HANSEN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Lawrence Liebmann M.D., P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter James Glazer
on behalf of Defendant Faris Ghani pjglazer@glazerlawfirm.com

Pierce Christopher Murphy
on behalf of Creditor Bank of the West pmurphy@mdattorney.com dlawal@mdattorney.com

Rachel A. Greenleaf
on behalf of Plaintiff Richard Arrrowsmith rgreenleaf@hf-law.com, rmcburney@hf-law.com

Rachel A. Greenleaf
on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee rgreenleaf@hf-law.com, rmcburney@hf-law.com

Rachel R. Obaldo
on behalf of Defendant Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov elizabeth.martin@oag.texas.gov

Rafael X. Zahralddin
on behalf of Creditor Aetna Inc. rzahralddin@atllp.com

Rafael X. Zahralddin
on behalf of Defendant Dennis M. Ryan rzahralddin@atllp.com

Rafael X. Zahralddin
on behalf of Counter-Claimant Dennis M. Ryan rzahralddin@atllp.com

Rafael X. Zahralddin-Aravena
on behalf of Defendant Dennis M. Ryan rxza@elliottgreenleaf.com

Renee Marie Knudsen
on behalf of Defendant National Medal of Honor Museum Foundation rknudsen@bakerlaw.com

Richard C. Maxwell
on behalf of Creditor Tigers Unlimited Foundation rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Defendant Tigers Unlimited Foundation rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Defendant Delta Dental of Virginia rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Creditor Delta Dental of Virginia rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard E. Biemiller
on behalf of Creditor SunTrust Bank rbiemiller@pendercoward.com

Richard E. Biemiller
on behalf of Defendant SunTrust Bank Biemiller@wolriv.com

Richard E. Hagerty
on behalf of Creditor BB&T Equipment Finance Corporation richard.hagerty@troutmansanders.com
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 80 of 99
Total Noticed: 1

Richard E. Hagerty
 on behalf of Creditor Branch Banking and Trust Company richard.hagerty@troutmansanders.com
 sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert A. Canfield
 on behalf of Defendant Entec Systems  Inc. bcanfield@canfieldbaer.com,
 jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert A. Canfield
 on behalf of Creditor Entec Systems  Inc. bcanfield@canfieldbaer.com,
 jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert B. Hill
 on behalf of Creditor VWR International  LLC bankruptcy@hillrainey.com,
 kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert B. Hill
 on behalf of Defendant VWR International  LLC bankruptcy@hillrainey.com,
 kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert H. Chappell, III
 on behalf of Defendant Singulex  Inc. rchappell@spottsfain.com,
 eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.com
 ;churley@spottsfain.com

Robert H. Chappell, III
 on behalf of Creditor Spotts Fain PC rchappell@spottsfain.com
 eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.com
 ;churley@spottsfain.com

Robert Kenneth Minkoff
 on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert M. Marino
 on behalf of Interested Party Cardiovascular Center of South Florida  LLC rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant ThinCenters MD  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Ana Linares-Stauch rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Jonathan A. Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Jonathan A Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Thin Centers MD  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Cardiovascular Center of South Florida  LLC rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Rachel King rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Anthony L. Capasso rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Anthony L. Capasso  rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Heartwell  LLP rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Ana Linares-Stauch rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Defendant Jonathan A. Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Bi-City Medical Ministries  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Daryl A. Ellis rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
 on behalf of Interested Party Heartwell  LLP rmmarino@rpb-law.com, rmmarino1@aol.com

Robert R. Vieth
 on behalf of Counter-Claimant George Russell Warnick RVieth@hirshchlerlaw.com  DHowes@hirschlerlaw.com

District/off: 0422-7                                    User: Nathaniel                                    Page 81 of 99
Date Rcvd: May 31, 2024                                 Form ID: redacttr                                 Total Noticed: 1

Robert R. Vieth
                    on behalf of Defendant George Russell Warnick RVieth@hirschlerlaw.com  DHowes@hirschlerlaw.com

Robert S. Hertzberg
                    on behalf of Defendant Pamela Oates robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Counter-Defendant Helena Laboratories Corp. robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Robert S. Galen robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Eric Petersen robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Noel Bartlett robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant David Mayes robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Donald Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Galen Associates  Inc. robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Karla Falgout robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Plaintiff Helena Laboratories Corp. robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Tipton Golias  in his capacity as Trustee of The Wyndell L. Golias Voting Trust
                    robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Helena Laboratories Corporation robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant John Tessler robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Noel D. Bartlett  Jr. robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant The Wyndell L Golias Voting Trust robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Tipton Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg
                    on behalf of Defendant Joseph Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Westermann
                    on behalf of Plaintiff Richard Arrowsmith  as Liquidating Trustee of the HDL Liquidating Trust rwestermann@hf-law.com,
                    rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee rwestermann@hf-law.com,
                    rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Trustee Richard Arrowsmith  Liquidating Trustee rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Plaintiff Richard Arrrowsmith  rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Debtor Health Diagnostic Laboratory  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Plaintiff Richard Arrowsmith rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Trustee Richard Arrowsmith rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Robert S. Westermann
                    on behalf of Counter-Claimant George Russell Warnick rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann
                    on behalf of Defendant George Russell Warnick rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

    on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Robert Taggart Hall

    on behalf of Plaintiff Latonya Mallory RTH@rthallattorneys.com

Roland Gary Jones

    on behalf of Defendant Brian A Smith rgj@rolandjones.com

Roland Gary Jones

    on behalf of Defendant Versailles Family Medicine  PLLC rgj@rolandjones.com

Ronald A. Page, Jr.

    on behalf of Interested Party The Consumers rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Terri Barbano rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Joseph Delfino rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant GENENEWS (USA)  INC. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Leah Volesky rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant University of Utah rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Toni Merriott rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Plaintiff Christina Lagrou rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Dani Schurger rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Unknown M. Looney Consulting Inc. rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Nicolette Caldwell rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Lemberg Law  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Creditor Kamiya Biomedical Company  LLC dba Kamiya Biomedical Company rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Kimberly Dixon rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Attorney Ronald Page  PLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Lara Tebo rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Cynthia Porter rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Barbara K. Marks rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Emily Reed rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Korynne Bray rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Linda Cancel rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Defendant Richmond Raiders  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

    on behalf of Creditor Roche Diagnostics Corporation rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Jolene Wixom rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Kelly Porter rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Calico Svendsen rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Eileen Arendt rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Tiffanie Papich rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Kamiya Biomedical Company  LLC dba Kamiya Biomedical Company rpage@rpagelaw.com,
r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Christina Lagrou rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor GENENEWS (USA)  INC. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Tara Roecks rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Lorinnet Chance rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald J. Drescher

on behalf of Defendant Worth Higgins & Associates  Inc. ecfdrescherlaw@gmail.com,
myecfdrescher@gmail.com,284@notices.nextchapterbk.com

Rosa J. Evergreen

on behalf of Counter-Defendant National Union Fire Insurance Company of Pittsburgh  PA rosa_evergreen@aporter.com

Rosa J. Evergreen

on behalf of Plaintiff National Union Fire Insurance Company of Pittsburgh  PA rosa_evergreen@aporter.com

Rosa J. Evergreen

on behalf of Unknown National Union Fire Insurance Company of Pittsburgh  Pa rosa_evergreen@aporter.com

Roy M. Terry, Jr.

on behalf of Defendant Jax's Family Care & Research Center  P.A. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Jax's Family Care & Research Center  P.A. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Defendant Boyan Georgiev rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Interested Party Jairo De La Hoz roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Jairo A. De La Hoz  Jr. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Prime Healthcare Physician Services Providence  Inc. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Defendant Carolina Prime Internal Medicine  P.A. rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Defendant Prem Reddy rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Creditor Orchard Software Corporation roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Prem Reddy roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Defendant Prime Healthcare Physician Services Providence  Inc. rterry@sandsanderson.com

S. Miles Dumville

on behalf of Defendant MRT Health Consultants Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Courtney Love mdumville@reedsmith.com

District/off: 0422-7           User: Nathaniel           Page 84 of 99

Date Rcvd: May 31, 2024           Form ID: redacttr           Total Noticed: 1

shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Medcentric LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Nicole Tice mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jerry Carroll mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Leah Bouton mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant El Medical Consulting Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Remember Pember Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leigha Stream mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Med-Con-EC LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant John Coffman mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Courtney Love mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant WCBLUE Lab LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kevin Carrier mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jennifer Speer mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant EELLS Consulting Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Richard Yunger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Julie Harding mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 85 of 99

Total Noticed: 1

S. Miles Dumville

on behalf of Interested Party Kyle Martel mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Charles Maimone mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jason Dupin mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Heather Lockhardt mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant David Pember mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party John Coffman mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Advanced Medical Sales  L.L.C. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Tara Dall mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Charles Maimone mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Erika Guest mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Seneca Garrett mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Tara Dall mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Heather Lockhardt mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Michael H. Samadani mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Robert "Burt" Lively mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Quasi Maturi LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Meade Medical Group  LLC mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill

e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kyle Martel mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Disease Testing & Management LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Christo Consulting Corp. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party David Pember mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Infinity Medical Consulting LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jerry Carroll mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Richard Yunger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Michael H. Samadani mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Nicole Finn mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Patrick Colberg mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leah Bouton mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Southhill Consulting Group  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Southeast Healthcare Consultants LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Kevin Carrier mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Julie Harding mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Thomas Carnaggio mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant DX Sales  LLC mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jason Dupin mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leigha Greenwood mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kristin Dukes mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Patrick Colberg mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Nicole Finn mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant RBLIV Consulting  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jennifer Speer mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Robert Younger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Seneca Garrett mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Leigha Stream mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Robert "Burt" Lively mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Thomas Carnaggio mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant JBH Marketing  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Erika Guest mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Nibar Health Consultants  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Kristin Dukes mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

District/off: 0422-7

Date Rcvd: May 31, 2024

User: Nathaniel

Form ID: redacttr

Page 88 of 99

Total Noticed: 1

Sarah Beckett Boehm

on behalf of Defendant Solstas Lab Partners Group  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant William J. O'Shaughnessy  Jr. sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant Solstas Lab Partners  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant Catherine T. Doherty sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant Teresa L. Cinco-Abela sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant Stephen A. Calamari sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant Paul Solomon sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Defendant David Weavil sboehm@mcguirewoods.com

Scott Andrew Simmons

on behalf of Counter-Claimant Dennis M. Ryan simmons@mg-law.com

Scott Andrew Simmons

on behalf of Defendant Dennis M. Ryan simmons@mg-law.com

Scott J. Newton

on behalf of Defendant Courtney McLeod newton@manassaslaw.com  newtonsr72518@notify.bestcase.com

Shannon Pecoraro

on behalf of U.S. Trustee Judy A. Robbins Shannon.pecoraro@usdoj.gov
june.e.turner@usdoj.gov;nisha.r.patel@usdoj.gov;shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov

Shannon Eileen Daily

on behalf of Plaintiff Health Diagnostic Laboratory  Inc. sdaily@huntonAK.com

Shannon Eileen Daily

on behalf of Debtor Health Diagnostic Laboratory  Inc. sdaily@huntonAK.com

Shannon Eileen Daily

on behalf of Defendant Health Diagnostic Laboratory  Inc. sdaily@huntonAK.com

Shannon Eileen Daily

on behalf of Defendant Integrated Health Leaders  LLC sdaily@huntonAK.com

Stephan William Milo

on behalf of Defendant Benjamin M. Duffey smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Eris Thomas smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Robert Thomas smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Bonnie P Jenkins MD  PC smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Keith B. Banton  M.D., P.A. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Keith B. Banton smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Litchfield Medical Center  PC smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant CertifAGift Company smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Coral Gables Executive Physicians  LLC smilo@wawlaw.com,

District/off: 0422-7                                 User: Nathaniel                                 Page 89 of 99
Date Rcvd: May 31, 2024                             Form ID: redacttr                                 Total Noticed: 1

jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephen A. Metz
                        on behalf of Defendant Peggy E. Mignini smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen W. Nichols
                        on behalf of Defendant Monisola A. Adeyemo snichols@offitkurman.com

Stephen W. Nichols
                        on behalf of Defendant Darmon Medical Services  Inc. snichols@offitkurman.com

Tabrica C. Rentz
                        on behalf of Creditor City of Richmond tabrica.rentz@richmondgov.com

Tabrica C. Rentz
                        on behalf of Creditor Economic Development Authority of the City of Richmond tabrica.rentz@richmondgov.com

Tammy L. Sossei
                        on behalf of Creditor AFMS  LLC tammy.sossei@sosseilaw.com, sosseitr93094@notify.bestcase.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Pamela Oates tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor David Mayes tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Tipton Golias tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Galen Associates  Inc. tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Noel Bartlett tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor Robert Galen tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor Helena Laboratories Corporation tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Helena Laboratories Corporation tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Karla Falgout tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant John Tessler tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor Eric Petersen tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant The Wyndell L Golias Voting Trust tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Robert S. Galen tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor John Tessler tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor Noel Bartlett tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Donald Golias tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Creditor Pamela Oates tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Joseph Golias tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant David Mayes tarazurawski@gmail.com

Tara Lynn R. Zurawski
                        on behalf of Defendant Eric Petersen tarazurawski@gmail.com

Thomas John McKee, Jr.
                        on behalf of Creditor Dennis M. Ryan mckeet@gtlaw.com  smedsa@gtlaw.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 90 of 99
Total Noticed: 1

Thomas Joseph Moran

on behalf of Defendant Milena Lombardi  D.O. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Allen Gamble  D.O. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Shirlene Davis  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Ronald Tollison  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Clovis Pierce  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Dharmendra Bhaskaran  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Dean Vicario  R.N. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Florencia Barron  N.P. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Nayan R. Desai tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Paul B. Skinner tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Rebecca C. Tummons  M.C. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Maduka Odogwu  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Sushil Mittal  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Ann P. Fessler  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Ashish Gajanan Shanbhag  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Victoria McDonald  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant North Hills Medical Center  LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Vidya Ajaradder  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Uchenna Dike  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Shaym Puppula  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Defendant Nitin Gaikwad  M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Timothy C. Bass

on behalf of Creditor Dennis M. Ryan basst@gtlaw.com  smedsa@gtlaw.com

Timothy G. Moore

on behalf of Defendant Monterey Financial Services  LLC tmoore@spottsfain.com,
rchappell@spottsfain.com;jwest@spottsfain.com;eanderson@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.com;churley@spottsfain.com

Todd David Ross

on behalf of Defendant Peak 10  Inc. toross@wcsr.com

Tracey Michelle Ohm

on behalf of Creditor Verizon Communications Inc. tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm

on behalf of Defendant Verizon Communications Inc. tracey.ohm@stinson.com  porsche.barnes@stinson.com

Travis A. Knobbe

on behalf of Defendant Beckman Coulter  Inc. tknobbe@spilmanlaw.com, jsteer@spilmanlaw.com

District/off: 0422-7 | User: Nathaniel | Page 91 of 99
Date Rcvd: May 31, 2024 | Form ID: redacttr | Total Noticed: 1

Travis A. Knobbe
on behalf of Creditor Beckman Coulter Inc. tknobbe@spilmanlaw.com, jsteer@spilmanlaw.com

Tyler P. Brown
on behalf of Debtor Health Diagnostic Laboratory Inc. tpbrown@huntonak.com, tcanada@huntonak.com

Tyler P. Brown
on behalf of Debtor Central Medical Laboratory LLC tpbrown@huntonak.com, tcanada@huntonak.com

Tyler P. Brown
on behalf of Debtor Integrated Health Leaders LLC tpbrown@huntonak.com, tcanada@huntonak.com

Victoria D. Garry
on behalf of Creditor Ohio Department of Taxation victoria.garry@ohioattorneygeneral.gov

William Gray
on behalf of Defendant Lee B. Taylor Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Steve Parker bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Jayne A. Koehler bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Gregory S Cheatham bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of blank Winter Park Family Practice LLC d/b/a Family Practice of Winter Park bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Rajesh Shah bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Agustin Vargas bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Ernest J. Gesiotto bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Keith E. Didyoung bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant John A. Pilcher bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Steven C Eldenburg bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Lori Parker bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Southwest Family Physicians P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of blank Agustin Vargas M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Gabriel Breuer bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of blank Jaspaul S. Bhangoo M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of blank Hardeep S. Dhaliwal M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Darren Pearson bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant BCMW Investments LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Sambit Mondal bgray@sandsanderson.com sryan@sandsanderson.com

William Gray
on behalf of Defendant Global Family Medicine L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
on behalf of Defendant Sarah Cottingham bgray@sandsanderson.com sryan@sandsanderson.com

William Gray

on behalf of Defendant Gerard S. Issvoran bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Nicholas F Carulli bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Monument Consulting  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Jeffrey I. Barke bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Oscar F. Lovelace  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Christine Stearman bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas C. Jones  M.D., P.C., d/b/a The Jones Center for Diabetes and Endocrine Wellness and d/b/a The
Jones Center bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Damon Daniels bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Sand Mountain Family Practice Center  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Hardeep S Dhaliwal bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant North Jersey Institute of Menopausal Lipidology LLC bgray@sandsanderson.com
sryan@sandsanderson.com

William Gray

on behalf of Defendant Always Best Care Medical Center  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Lowhorn bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ronald Ferris bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Gonzalo Loveday  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Fabricio J. Alarcon bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gonzalo Loveday bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Boyan Georgiev bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Winter Park Family Practice  LLC d/b/a Family Practice of Winter Park bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

on behalf of blank Chauncey Crandall  IV, MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant South Central Medical Center  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lisa Colasurdo bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant M. Wayne Peters bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Carolina Prime Internal Medicine  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Family Physicians of Spartanburg  PC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant William Joseph Hollins bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas J. Melham bgray@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 93 of 99
Total Noticed: 1

William Gray

on behalf of Defendant Rob D. Simmons bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas D. Dayspring  Individually and Trading As Dayspring & Macaluso, MD's bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Kathleen Archer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant The Family Doctors  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Joseph M. Scott bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Creditor Monument Consulting  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Barry Russell Johns bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Attorney Sands Anderson PC bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Woodruff bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Richmond Kickers Youth Soccer Club  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Ann Giles bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Kenneth S. Cheng bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lindsay Piersol bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lisa Heichberger bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Schoenwalder D.O.  L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Metrolina Medical Associates  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Andrea Gatchair-Rose bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Jarrod Warren bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gaston O. Perez bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Nicholas F. Carulli  M.D., P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Bariatric Surgeons of San Antonio  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank BCMW Investments  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Robert L. Thomas  MD, FCCP, LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Vikas Verma bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant J. Frank Martin  Jr., M.D., LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Cascade Family Medicine  P.S. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Douglas Wiley bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant CARLTON D. PAIGE bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Varesh R. Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Gabriel Breuer  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lynn Kocian bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Russell Ditzler bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Elizabeth Mary Jones bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Milind V. Tilak bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ellen Weeks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant John Belyeu bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Christina Robins f/k/a Christina Sowers bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Hardeep S. Dhaliwal  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Kate Hurliman a/ka Kate Nattier bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas J. Melham  M.D., LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Sherilyn Foltz-Cook bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Dr. Elizabeth L. Schultz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Advance Family Practice  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Harvey Weingarten M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant CARL D. PAIGE  M.D., P.S.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Christine Hunter bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lovelace Family Medicine  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Knipfer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Joseph A. Wehner  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Rhonda Cook bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Personalcare Physicians of Newport Beach  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Varesh R. Patel  DO bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Alfred Ratcliff  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Charles D Macaluso  Individually and Trading As Dayspring & Macaluso, MD's
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant River Oaks Medical Clinic  L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 95 of 99
Total Noticed: 1

William Gray

on behalf of Creditor Aetna  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant J. Marshall Dent  III. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Leslie Harvill bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant PFMOC  P.A., f/k/a Palmetto Family Medicine of Columbia, P.A., d/b/a Palmetto Family Medicine
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Robert L. Thomas  MD, FCCP, LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Bhadrik Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Chauncey Crandall  IV bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Augusto Villa bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Palm Beach Cardiovascular Clinic  L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Robert L Thomas bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Fabricio J. Alarcon  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant J.Frank Martin  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant William Dixon bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Internal Medicine Associates of McMinn County  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Ashley Dwyer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Luther bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Stephen Yost bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Robert L. Thomas  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Creditor St. Louis Medical Clinic  P.C., Michael Lowhorn, Darren Pearson, Timothy Cloninger and Rebecca Peck
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Internal Medicine Associates of McMinn County  P.C. bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

on behalf of Defendant Rebecca Peck bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Brent E. Gorman bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gorsco LLC bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Wellspring Family Medicine  PA bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lawrence E. Foltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Monterey Integrated Sports & Pain Associates bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Jaspaul S Bhangoo  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Nipun Arora bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Augusto Villa  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Amanda Haltiwanger bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Revitalife Wellness Center  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Rex A. Butler bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant James Frank Martin  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Associates in Cardiology  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Schoenwalder bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gesiotto  Henricks, Kordonowy and Simmons, MDs, P.A. bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

on behalf of Defendant Douglas G. Henricks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Rajesh H. Kedar bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant William D. Weeks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Eldenburg Family Practice  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Harvey S Weingarten bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Carey Weltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ramesh Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ricardo J Martinez bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank The Maggie L. Walker Governor's School for Government & International Studies Foundation  Inc.
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Carolyn Bland bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Miles bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant St. Louis Medical Clinic  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Erma Foltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Jaspaul S. Bhangoo  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Holy Family Medical Associates  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Kevin Boyter bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Frank Morales  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Network for Effective Women's Services  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7
Date Rcvd: May 31, 2024

User: Nathaniel
Form ID: redacttr

Page 97 of 99
Total Noticed: 1

William Gray

on behalf of Defendant Ashwini Gore bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant J. Marshall Dent  III, M.D., P.C., d/b/a Synergy Wellness & Weight Loss bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Richmond Kickers Youth Soccer Club  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas C. Jones bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Creditor Orchard Software Corporation bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Timothy Cloninger bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Suwarna M. Tilak bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Amanda Storey bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Jaspaul S Bhangoo bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant John H. Sink  II bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Palm Beach Cardiovascular Clinic  L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Hardeep S. Dhaliwal  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Glenda Martin bgray@sandsanderson.com  sryan@sandsanderson.com

William A. Broscious

on behalf of Interested Party Cerberus Business Finance  LLC wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Joseph McConnell wbroscious@brosciouslaw.com

William A. Burnett

on behalf of Creditor Numares Group Corporation aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett

on behalf of Defendant The Hertz Corporation DBA Hertz aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett

on behalf of Defendant Rasky Baerlein Strategic Communications  Inc aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Numares AG aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett

on behalf of Transferee Kansas Bioscience Authority  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Defendant Attronica Computers  Inc aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Ropes & Gray LLP aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett

on behalf of Defendant Agilent Technologies  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Rasky Baerlein Strategic Communications  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William C. Crenshaw

on behalf of Defendant Unlimited Medical Services of Florida  P.L. bill.crenshaw@akerman.com, deborah.coleman@akerman.com

William Daniel Prince, IV

on behalf of Interested Party Nicole Finn wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

District/off: 0422-7                                          User: Nathaniel                                          Page 98 of 99
Date Rcvd: May 31, 2024                                    Form ID: redacttr                                        Total Noticed: 1

on behalf of Defendant Muhammad A. Khan wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Defendant Cardiac Center of Texas  P.A. wprince@t-mlaw.com, mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Defendant Metabolon  Inc. wprince@t-mlaw.com, mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Interested Party Patrick Colberg wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Creditor Metabolon  Inc. wprince@t-mlaw.com, mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Interested Party Medcentric LLC wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Interested Party EELLS Consulting Inc. wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Creditor UAB Medical West wprince@t-mlaw.com  mcamp@t-mlaw.com

William Daniel Prince, IV

on behalf of Interested Party Leigha Stream wprince@t-mlaw.com  mcamp@t-mlaw.com

William Edward Callahan, Jr.

on behalf of Defendant Killingsworth callahan@gentrylocke.com  knicely@gentrylocke.com

William H. Schwarzschild, III

on behalf of Creditor Numares Group Corporation tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor Numares AG tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor Numares  AG tschwarz@williamsmullen.com

William M. Savage

on behalf of Creditor Nationstar Mortgage LLC LOGSECF@logs.com

William R. Baldwin, III

on behalf of Defendant James River Drywall LLC billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com

William R. Baldwin, III

on behalf of Defendant Staci Appleton billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com

William R. Baldwin, III

on behalf of Defendant Tates Chapel Baptist Church billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Jerry Carroll wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Robert "Burt" Lively wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant David Mayes wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Plaintiff Helena Laboratories Corp. wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant John Coffman wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Tipton Golias wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Donald Golias wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Charles Maimone wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Joseph Golias wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Helena Laboratories Corporation wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Heather Lockhardt wdurrette@dagglaw.com  rwright@dagglaw.com

District/off: 0422-7                          User: Nathaniel                          Page 99 of 99
Date Rcvd: May 31, 2024                     Form ID: redacttr                      Total Noticed: 1

Wyatt Beazley Durrette, Jr
    on behalf of Defendant John Tessler wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Kevin Carrier wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant The Wyndell L Golias Voting Trust wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Michael H. Samadani wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Thomas Carnaggio wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Eric Petersen wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Pamela Oates wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Kyle Martel wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Julie Harding wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Counter-Defendant Helena Laboratories Corp. wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Jason Dupin wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr
    on behalf of Defendant Karla Falgout wdurrette@dagglaw.com  rwright@dagglaw.com

Zeenat Asra Iqbal
    on behalf of Creditor Randox Laboratories Ltd ziqbal@stradley.com  ycho@stradley.com

TOTAL: 2530