**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-32919 (KRH) |
| **HEALTH DIAGNOSTIC** ) | Chapter 11 |
| **LABORATORY, INC.,** *et al.*, ) | |
| ) | |
| Debtors.[1] ) | |
| ) | |

**ORDER SETTING AN EXPEDITED HEARING AND RELATED RELIEF**

Upon the motion (the "Motion") of Richard T. Arrowsmith, Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust (the "Trust"), by and through his undersigned counsel, pursuant to section 105(a) of the Bankruptcy Code, Rule 9006(c) of the Bankruptcy Rules, Rules 9013-1(N) and (O) of the Local Bankruptcy Rules, and the Case Management Order (i) deeming the *Notice of (A) Motion for Expedited Hearing and to Shorten the Notice Period on the Liquidating Trustee's Motion and (B) Motion of the Liquidating Trustee for Order Authorizing the Transfer of Debtors' Patient Records to MetalQuest, Inc. and (II) Approving the Proposed Agreement Between the Liquidating Trustee*, attached hereto as **Exhibit 1** (the "**Notice**"), to be adequate and appropriate under the circumstances; and (ii) setting an expedited hearing on the

---

[1] The Debtors along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
Kollin G. Bender (VSB No. 98912)  
HIRSCHLER FLEISCHER, PC  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:  804.771.9515  
Facsimile:  804.644.0957  
E-mail:          rwestermann@hirschlerlaw.com  
                    bfalabella@hirschlerlaw.com  
                    kbender@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, PC  
1676 INTERNATIONAL DRIVE, SUITE 1350  
Tysons, Virginia 22102  
Telephone:  703.584.8900  
Facsimile:  703.584.8901  
E-mail:      dswan@hirschlerlaw.com  
                  aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

Record Transfers Motion for May 23, at 11:00 a.m.; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and requested relief being a core proceeding under 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Trust, creditors, and parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion to establish just cause for the relief granted herein; and the Court having determined that immediate relief is appropriate; upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is hereby **GRANTED**;

2. A hearing will be held on May 23, 2024, at 11:00 a.m. (prevailing Eastern time) to hear and consider the Record Transfer Motion;

3. The Form of the Notice attached hereto as **Exhibit 1** is approved in all respects.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

5. The Parties are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and

6. This Court shall retain exclusive jurisdiction over any and all matters arising from and/or related to the implementation and/or interpretation of this Order.

Dated: Jun 6 2024

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Jun 6 2024

WE ASK FOR THIS:

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:       rwestermann@hirschlerlaw.com
              bfalabella@hirschlerlaw.com
              kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER**
**LOCAL BANKRUPTCY RULE 9022-1(C)**

I hereby certify that the foregoing Order has been endorsed by and/or served on all necessary parties.

*/s/ Brittany B. Falabella*
Counsel