Wyatt B. Durrette, Jr. (VSB No. 04719)
Kevin J. Funk (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

Robert S. Hertzberg (admitted *pro hac vice*)
Deborah Kovsky-Apap (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
4000 Town Center, Suite 1800
Southfield, Michigan  48075-1505
Tel:  (248) 359-7300
Fax:  (248) 359-7700
robert.hertzberg@troutman.com
deborah.kovsky@troutman.com

*Counsel to Golias Defendants*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY INC. *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32919 (KRH)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF DEBORAH KOVSKY-APAP AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

Please take notice that Deborah Kovsky-Apap, of Troutman Pepper Hamilton Sanders LLP, hereby withdraws her appearance on behalf of Noel L. Bartlett, Jr., Robert S. Galen

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

1

Associates, Tipton Golias, Joseph Golias, Donald Golias, Karla Falgout, Helena Laboratories Corporation, Tipton Golias in His Capacity as Trustee of the Wyndell L. Golias Voting Trust, Eric Petersen, David Mayes, John Tessler, and Pamela Oates (the "Golias Defendants") in the above captioned cases.  Ms. Kovsky requests that she be removed from all service lists, including the list of persons receiving electronic notice of filings, in the above captioned cases.

Dated: June 7, 2024

Respectfully submitted,

By /s/ Kevin J. Funk
Wyatt B. Durrette, Jr. (VSB No. 04719)
Kevin J. Funk (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

Robert S. Hertzberg (admitted *pro hac vice*)
Deborah Kovsky-Apap (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
4000 Town Center, Suite 1800
Southfield, Michigan  48075-1505
Tel:  (248) 359-7300
Fax:  (248) 359-7700
robert.hertzberg@troutman.com
deborah.kovsky@troutman.com

*Counsel for the Golias Parties*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. mail.

                                                         /s/  Kevin J. Funk
                                                 Kevin J. Funk (VSB No. 65465)
                                                 DURRETTE, ARKEMA, GERSON & GILL PC
                                                 1111 East Main Street, 16th Floor
                                                 Richmond, Virginia  23219
                                                 Tel:  (804) 775-6900
                                                 Fax:  (804) 775-6911
                                                 kfunk@dagglaw.com