UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| In re: | Case No.: 15-32919 |
| Health Diagnostic Laboratory, Inc., et al. | BK |
| Debtors.1 | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Demetrius Jenkins, certify that I am a Case Manager at American Legal Claim Services, LLC, claims and noticing agent for the Debtor in the above-captioned case.

On June 7, 2024, under my direction and supervision, the following documents were served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- Proposed Agenda For Hearing Scheduled For June 11, 2024 At 1:00 P.M. (Prevailing Eastern Time) **[Docket No. 5875]**

- Notice Of Omnibus Hearing **[Docket No. 5876]**

Respectfully Submitted:

Demetrius Jenkins
American Legal Claim Services, LLC

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (2434)

**Exhibit A**

## Exhibit A

## Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 1 | AETNA INC | ELLIOTT GREENLEAF PC - JOHN P ELLIOTT | jpe@elliottgreenleaf.com |
| 2 | AETNA INC | JAMES MCCARRIE II (COUNSEL) | mccarrieiij@aetna.com |
| 3 | BAKER & HOSTETLER LLP | JOHN J CARNEY, ESQ, FERVE E OZTURK, ESQ | jcarney@bakerlaw.com; fkhan@bakerlaw.com |
| 4 | BANK OF THE WEST | FRIEDBERG PC - JEREMY FRIEDBERG | jeremy@friedberg.legal |
| 5 | BB&T | RICHARD E HAGERTY ESQ - TROUTMAN SANDERS LLP | richard.hagerty@troutmansanders.com |
| 6 | BIOTECH 8 LLC | Lynn Tavenner & Paula Beran - Tavenner & Beran PLC | ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com |
| 7 | BRYANT, BARRY S | DAVID LUDWIG, W. CALVIN SMITH | dludwig@dbllawyers.com; csmith@dbllawyers.com |
| 8 | CERBERUS BUSINESS FINANCE LLC | LAWRENCE GELBER - SCHULTE ROTH & ZABEL LLP | lawrence.gelber@srz.com |
| 9 | CHILDS MCCUNE LLC | STEVEN A MICHALEK | smichalek@childsmccune.com |
| 10 | CHILIVIS COCHRAN LARKINS AND BEVER LLP | LAUREN ANN WARNER | lwarner@cclblaw.com |
| 11 | CHILIVIS COCHRAN LARKINS AND BEVER LLP | SCOTT ROBERT GRUBMAN | sgrubman@cclblaw.com |
| 12 | CIGNA HEALTH AND LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com; |
| 13 | CIGNA HEALTH AND LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| 14 | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS | COURTNEY J HULL | courtney.hull@oag.texas.gov |
| 15 | CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | MICHAEL CONDYLES; JEREMY WILLIAMS - KUTAK ROCK LLP | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| 16 | CONNECTICUT GENERAL LIFE INSURANCE COMAPNY | Clement Farley; Jeffrey Testa - McCarter & English LLP | cfarley@mccarter.com; jtesta@mccarter.com |
| 17 | COOLEY LLP | OLYA ANTLE | oantle@cooley.com |
| 18 | COOLEY LLP | CULLEN D SPECKHART | cspeckhart@cooley.com |
| 19 | CORNWELL, JEFFREY | H SLAYTON DABNEY JR - DABNEY PLLC | sdabney@dabneypllc.com |
| 20 | CORNWELL, JEFFREY | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| 21 | COUNSEL TO HEALTH DIAGNOSTIC LABORATORY INC ET AL (DEBTORS) | JUSTIN PAGET; SHANNON DAILY; JASON HARBOUR- HUNTON & WILLIAMS | jharbour@hunton.com;sdaily@hunton.com; jpaget@hunton.com; hlong@hunton.com; tcanada@hunton.com |
| 22 | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE | JAY INDYKE - COOLEY LLP | jindyke@cooley.com |
| 23 | CRG FINANCIAL LLC | ATTN MICHAEL WILSON | mike@mgwilsonlaw.com |
| 24 | CVF Beadsea LLC | Christian K Vogel | kvogel@vogelandcromwell.com |
| 25 | DILWORTH PAXSON LLP | YONIT CAPLOW | ycaplow@dilworthlaw.com |
| 26 | DURRETTE ARKEMA GERSON AND GILL PC | KEVIN J FUNK | kfunk@dagglaw.com |
| 27 | EXCELLUS HEALTH PLAN, INC. | KELLY C GRIFFITH, ESQ. - HARRIS BEACH PLLC | mmcelroy@harrisbeach.com; bkemail@harrisbeach.com |
| 28 | G3 FOUNDERS LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP - LEE B HART, JOSH STEIN | lee.hart@nelsonmullins.com |
| 29 | GALESE & INGRAM PC | JEFFREY INGRAM | jeff@galese-ingram.com |
| 30 | GEORGIA CHRISTIAN MEDICAL LLC | DAVID LUDWIG, W. CALVIN SMITH | dludwig@dbllawyers.com; csmith@dbllawyers.com |
| 31 | GLOBAL GENOMICS GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP - LEE B HART, JOSH STEIN | lee.hart@nelsonmullins.com |
| 32 | HALFPENNY TECHNOLOGIES INC | JOHN LUCIAN - BLANK ROME LLP | lucian@blankrome.com |
| 33 | HARRIS BEACH PLLC | KELLY C GRIFFITH, ESQ | kgriffith@harrisbeach.com; bkemail@harrisbeach.com |
| 34 | HIRSCHLER FLEISCHER | ROBERT WESTERMAN, EMILY M SCOTT | rwestermann@hf-law.com; escott@hf-law.com |
| 35 | HIRSCHLER FLEISCHER PC | ROBERT WESTERMAN, EMILY M SCOTT | rwestermann@hirschlerlaw.com; escott@hf-law.com |
| 36 | IRON MOUNTAIN INFORMATION MANAGEMENT LLC | JOSEPH CORRIGAN | bankruptcy2@ironmountain.com |
| 37 | JOHNSON, ROBERT BRADFORD | PARKER POLLARD WILTON &AMP; PEADEN PC | treid@parkerpollard.com |
| 38 | JOSEPH L MANSON III ESQ | | jmanson@jmansonlaw.com |
| 39 | KAMIYA BIOMEDICAL COMPANY LLC | RONALD PAGE, PLC - RONALD A. PAGE, JR. | rpage@rpagelaw.com |
| 40 | KANSAS BIOSCIENCE AUTHORITY | GENERAL COUNSEL | robert.north@ks.gov |

# Exhibit A

## Served Via Electronic Mail

| Creditor Name | Notice Name | Email Address |
|---|---|---|
| 41 KEPLEY BROSCIOUS AND BIGGS PLC | WILLIAM A BROSCIOUS, ESQ, KIMBERLY A TAYLOR, ESQ | ktaylor@kbbplc.com |
| 42 KRONUS INC | Solomon Ward Seidenwurm & Smith LLP | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| 43 KUTAK ROCK LLP | JEREMY S WILLIAMS, ESQ | jeremy.williams@kutakrock.com |
| 44 LECLAIRRYAN A PROFESSIONAL CORPORATION | CRAIG T MERRITT, DAVID B LACY - CHRISTIAN AND BARTON LLP | dlacy@cblaw.com |
| 45 LEECH TISHMAN FUSCALDO AND LAMPL LLC | PATRIC W CAROTHERS, GREGORY W HAUSWIRTH | pcarothers@leechtishman.com; ghauswirth@leechtishman.com |
| 46 MALLORY, LATONYA S | WHITEFORD TAYLOR AND PRESTON LLP | brapp@wtplaw.com; khroblak@wtplaw.com |
| 47 MALLORY, LATONYA S | Kevin G Hroblak - Whitefor Taylor & Preston LLP | khroblak@wtplaw.com |
| 48 MCGUIRE WOODS | K ELIZABETH SEIG, ESQ | bsieg@mcguirewoods.com |
| 49 MCGUIREWOODS | DION W HAYES | dhayes@mcguirewoods.com |
| 50 MEDTEST DX | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| 51 METABOLON INC | DAVID RUBY ; WILLIAM PRINCE IV - THOMPSON MCMULLAN PC | druby@t-mlaw.com; wprince@t-mlaw.com |
| 52 MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | KATHERINE KAKISH | kakishk@michigan.gov |
| 53 NUMARES AG AND NUMARES GROUP CORPORATION | Williams Mullen | pbliley@williamsmullen.com; aburnett@williamsmullen.com |
| 54 NUMARES GROUP CORPORATION | CLAUS BOTZLER | claus.botzler@numares.com |
| 55 ODIN FELDMAN AND PITTLEMAN PC | ALEXANDER M LAUGHLIN | Alex.Laughlin@ofplaw.com |
| 56 OFFICE OF THE UNITED STATES TRUSTEE | ROBERT VAN ARSDALE | ustpregion04.rh.ecf@usdoj.gov |
| 57 ONCIMMUNE LIMITED | GEOFFREY HAMILTON FAIRLEY | geoffrey@hamilton-fairley.co.uk |
| 58 ONCIMMUNE USA LLC | ANTHONY PORCELLI - POLSINELLI PC | aporcelli@polsinelli.com |
| 59 ONCIMMUNE USA LLC | CHRISTOPHER WARD; JARRETT VINE - POLSINELLI PC | cward@polsinelli.com |
| 60 ORCHARD SOFTWARE | James P Moloy - Bose McKinney & Evans LLP | jmoloy@boselaw.com |
| 61 PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP | RICHARD J PARKS ESQ | rjp@pietragallo.com |
| 62 PNC EQUIPMENT FINANCE LLC | THOMAS C OTTO | thomas.otto@pnc.com |
| 63 RANGARAJAN, SATYANARAIN | JOHN J CARNEY | jcarney@bakerlaw.com |
| 64 RONALD PAGE PLC | RONALD A PAGE JR | rpage@rpagelaw.com |
| 65 SAUL EWING LLP | ROBERT C. GILL | rgill@saul.com |
| 66 Securities & Exchange Commission | Sharon Binger - Regional Director | philadelphia@sec.gov |
| 67 SHULMAN HODGES AND BASTIAN LLP | RONALD S HODGES, RYAN D O'DEA | rhodges@shbllp.com; rodea@shbllp.com |
| 68 SOLOMON WARD SEIDENWURM & SMITH, LLP | MICHAEL D BRESLAUER, ESQ. | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| 69 SPECTOR GADON ROSEN VINCI PC | DANIEL J DUGAN | ddugan@sgrvlaw.com |
| 70 SPICER, PAUL | BLACKWELL N SHELLEY JR - SHELLEY CUPP SCHULTE PC | shelley@scs-work.com |
| 71 SPOTTS FAIN PC | NEIL E MCCULLAGH | nmccullagh@spottsfain.com |
| 72 SYDNEY INVESTMENT GROUP LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP - LEE B HART, JOSH STEIN | lee.hart@nelsonmullins.com; |
| 73 TN DEPT OF REVENUE C/O TN ATTORNEY GENERALS OFFICE | BANKRUPTCY DIVISION | gina.hantel@ag.tn.gov |
| 74 TROUTMAN SANDERS LLP | CHRISTOPHER E VINYARD | chris.vinyard@troutmansanders.com |
| 75 TRUE HEALTH DIAGNOSTICS LLC | JOHN ROCHE - PERKINS COIE LLP | jroche@perkinscoie.com |
| 76 TRUE HEALTH DIAGNOSTICS LLC | H. SLAYTON DABNEY, JR - DABNEY, PLLC | sdabney@dabneypllc.com |
| 77 UNITED HEALTH CARE INSURANCE COMPANY | ERIC GOLDSTEIN - SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| 78 UNITED HEALTH CARE INSURANCE COMPANY | STEPHEN LEACH - LEACH TRAVELL BRITT PC | sleach@ltblaw.com |
| 79 UNITEDHEALTHCARE INSURANCE COMPANY | ANN E SCHMITT - CULBERT & SCHMITT, PLLC | aschmitt@culbert-schmitt.com |
| 80 US DEPARTMENT OF JUSTICE | MARY A SCHMERGEL - TRIAL ATTORNEY | mary.schmergel@usdoj.gov |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 2

Exhibit A

Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 81 | WOODS ROGERS PLC | RICHARD C MAXWELL, ESQ | rmaxwell@woodsrogers.com |
| 82 | WOZNY, RYAN D | ATTN RYAN D WOZNY | ryan.wozny@qpwblaw.com |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 3

**Exhibit B**

## Exhibit B

## Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | AETNA INC | Rafael Zahralddin - Elliott Greenleaf PC | 1105 N MARKET ST STE 1700 | | WILMINGTON | DE | 19801 | |
| 2 | AFMS LLC | MICHAEL ERICKSON | 10260 SW GREENBURG RD STE 1020 | | TIGARD | OR | 97223 | |
| 3 | AFMS LLC | TAMMY L SOSSIE - COATES AND DAVENPORT PC | 5206 MARKEL RD STE 200 | | RICHMOND | VA | 23230 | |
| 4 | BAKER AND HOSTELLER LLP | DONALD A WORKMAN | 1050 CONNECTICUT AVE NW | WASHINGTON SQUARE STE 1100 | WASHINGTON | DC | 20036 | |
| 5 | BANK OF THE WEST | ROBIN S OBERG | 13220 CALIFORNIA ST | | OMAHA | NE | 68154 | |
| 6 | BANK OF THE WEST | | 306 S GRAND AVE 6TH FL | | LOS ANGELES | CA | 90071 | |
| 7 | BANK OF THE WEST | WILLIAM COONEY | 475 SANSOME STREET | | SAN FRANCISCO | CA | 94111 | |
| 8 | BB&T | BRUCE MCDONALD | 400 N. TAMPA STREET | 23RD FLOOR | TAMPA | FL | 33602 | |
| 9 | BB&T | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 | |
| 10 | BB&T EQUIPMENT FINANCE, LLC | SUMMER RUFFIN | 200 WEST SECOND STREET | FLOOR 17 | WINSTON SALEM | NC | 27101 | |
| 11 | BEAN, KINNEY & KORMAN, P.C. | JENNIFER A BRUST, ESQ | 2300 WILSON BLVD 7TH FL | | ARLINGTON | VA | 22201 | |
| 12 | BECKMAN COULTER INC | | 601 GRANT  ST FL 9 | | PITTSBURGH | PA | 15219-4430 | |
| 13 | BLUEWAVE HEALTHCARE CONSULTANTS INC | | 1500 MARKET ST STE 3500E | | PHILADELPHIA | PA | 19102 | |
| 14 | CARROLL, STEVE | | 16200 SAVILLE CHASE LN | | MIDLOTHIAN | VA | 23112 | |
| 15 | CHAO-SHERN, CONNIE | | 99 PILGRIM LOOP | | FREMONT | CA | 94539 | |
| 16 | CLEVELAND HEART LAB INC | JAKE ORVILLE | 6701 CARNEGIE AVE STE 500 | | CLEVELAND | OH | 44103 | |
| 17 | COOLEY LLP | KRAIG DOUGLAS JENNETT | 1299 PENNSYLVANIA AVE NW STE 700 | | WASHINGTON | DC | 20004-2400 | |
| 18 | CORNWELL, JEFFREY | ERIC E WALKER - PERKINS COIE LLP | 131 S DEARBORN ST STE 1700 | | CHICAGO | IL | 60603 | |
| 19 | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE | DOUGLAS P LOBEL - COOLEY LLP | ONE FREEDOM SQUARE - RESTON TOWN CENTER | 11951 FREEDOM DR | RESTON | VA | 20190 | |
| 20 | DENT, III, FLOYD CALHOUN | | 1500 MARKET ST STE 3500E | | PHILADELPHIA | PA | 19102 | |
| 21 | DEPARTMENT OF THE TREASURY | | INTERNAL REVENUE SERVICE CENTER | | OGDEN | UT | 84201-0012 | |
| 22 | DEPARTMENT OF THE TREASURY | | INTERNAL REVENUE SERVICE CENTER | | OGDEN | UT | 84201-0013 | |
| 23 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101 | |
| 24 | DIADEXUS INC | LEONE PATTERSON | 349 OYSTER POINT BLVD | | SOUTH SAN FRANCISCO | CA | 94080 | |
| 25 | DILWORTH PAXSON LLP | JAY E KAGAN | 1500 MARKET ST STE 3500E | | PHILADELPHIA | PA | 19102 | |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 1

## Exhibit B

### Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 26 | ENTEC SYSTEMS INC | | 4124 E PARHAM RD | | HENRICO | VA | 23228-3745 | |
| 27 | FRIEDBERG PC | GORDON S YOUNG | 10045 RED RUN BLVD STE 160 | | BALTIMORE | MD | 21117 | |
| 28 | GEBHARDT AND SMITH LLP | MICHAEL D NORD, ESQUIRE | ONE SOUTH ST STE 2200 | | BALTIMORE | MD | 21202 | |
| 29 | HANOVER MOB LLC | ATTN ELIZABETH B ALPHIN | FULTZ MADDOX DICKENS PLC | 101 S 5TH ST 27TH FLOOR | LOUISVILLE | KY | 40202 | |
| 30 | HUMANA INC | Christopher M Todoroff - Senior VP and General Counsel | 500 W MAIN ST | | LOUISVILLE | KY | 40202 | |
| 31 | HUSCH BLACKWELL LLP | | 511 N BROADWAY | | MILWAUKEE | WI | 53202-5502 | |
| 32 | HUSCH BLACKWELL LLP | CHRISTINA W STEPHENSON | 2001 ROSS AVE STE 2000 | | DALLA | TX | 75201 | |
| 33 | JOHNSON, ROBERT BRADFORD | | 1500 MARKET ST STE 3500E | | PHILADELPHIA | PA | 19102 | |
| 34 | LEBOW, JOAN M | | 115 S LA SALLE ST FL 31 | | CHICAGO | IL | 60603-3903 | |
| 35 | M LOONEY CONSULTING INC | | 2276 BRITTANY GRACE | | NEW BRAUNFELS | TX | 78130-8923 | |
| 36 | MCCONNELL, JOSEPH P | | 10770 NW 66TH ST APT 305 | | DORAL | FL | 33178 | |
| 37 | MERCODIA INC | | 1590 WESTBROOK PLAZA DRIVE STE 201 | | WINSTON SALEM | NC | 27103 | |
| 38 | MISKEN, KENNETH M | ATTN KENNETH M MISKEN | MILES AND STOCKBRIDGE PC | 1751 PINNACLE DR | TYSONS CORNER | VA | 22102 | |
| 39 | MONUMENT CONSULTING LLC | WILLIAM A GRAY; ROY M TERRY - SANDS ANDERSON PC | PO BOX 1998 | | RICHMOND | VA | 23218-1998 | |
| 40 | MURPHY & MCGONIGLE, P.C. | JAMES A. MURPHY, ESQ | 4870 SADLER RD STE 301 | | GLEN ALLEN | VA | 23060 | |
| 41 | OHIO DEPARTMENT OF TAXATION | | 8040 HASBROOK RD STE 300 | | CINCINNATI | OH | 45236-2908 | |
| 42 | ONCIMMUNE USA LLC | GEORGE KOSTEL - POLSINELLI PC | 1401 EYE ST NW STE 800 | | WASHINGTON | DC | 20005 | |
| 43 | ORCHARD SOFTWARE | ROY TERRY AND WILLIAMS GRAY | SANDS ANDERSON PC | PO BOX 1998 | RICHMOND | VA | 23218-1998 | |
| 44 | ORCHARD SOFTWARE | ROY TERRY AND WILLIAMS GRAY | SANDS ANDERSON PC | 1111 E MAIN ST | RICHMOND | VA | 23219 | |
| 45 | PNC BANK | LISA TANCREDI - GEBHARDT & SMITH LLP | 1 SOUTH ST, STE 2200 | | BALTIMORE | MD | 21202 | |
| 46 | PNC EQUIPMENT FINANCE LLC | LISA BITTLE TANCREDI, ESQ - GEBHARDT & SMITH LLP | ONE SOUTH ST STE 2200 | | BALTIMORE | MD | 21202 | |
| 47 | REED SMITH LLP | S MILES DUMVILLE | RIVERFRONT PLAZA WEST TOWER | 901 E BYRD ST STE 1900 | RICHMOND | VA | 23219-4068 | |
| 48 | REED SMITH LLP | S MILES DUMVILLE | 901 E BYRD ST STE 1900 | RIVERFRONT PLAZA WEST TOWER | RICHMOND | VA | 23219-4068 | |
| 49 | REES BROOME PC | ERIK W. FOX, ESQUIRE | 1900 GALLOWS RD STE 700 | | TYSONS CORNER | VA | 22182 | |
| 50 | SANDS ANDERSON PC | WILLIAM A GRAY, JOHN C SMITH | PO BOX 1998 | | RICHMOND | VA | 23218-1998 | |
| 51 | Stradley Ronon Stevens & Young, LLP | | 2000 K ST NW STE 700 | | WASHINGTON | DC | 20006-1866 | |
| 52 | SUNTRUST BANK | | 222 CENTRAL PARK AVE STE 400 | | VIRGINIA BEACH | VA | 23462 | |
| 53 | TRUE HEALTH DIAGNOSTICS LLC | ERIC E WALKER - PERKINS COIE LLP | 131 S DEARBORN ST STE 1700 | | CHICAGO | IL | 60603 | |
| 54 | UNION BANK & TRUST | CHRISTIAN AND BARTON LLP | 909 E MAIN ST STE 1200 | | RICHMOND | VA | 23219-3095 | |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 2

## Exhibit B

## Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 55 | US Environmental Protection Agency | US EPA Region 3 | 1650 Arch St | | Philadelphia | PA | 19103-2029 | |
| 56 | US Environmental Protection Agency | Bankruptcy Operations | Ariel Rios Bldg | 1200 Pennsylvania Ave NW | Washington | DC | 20460 | |
| 57 | WMPT Stone Oak LP | J Brandon Sieg; James Cosby - Vandeventer Black LLP | PO Box 1558 | 707 E Main St Ste 1700 | Richmond | VA | 23218-1558 | |
| 58 | WOLCOTT RIVERS GATES | CULLEN D SPECHART | 200 BENDIX RD STE 300 | | VIRGINIA BEACH | VA | 23452 | |
| 59 | WOLCOTT RIVERS GATES | JOSHUA D STIFF | 200 BENDIX RD STE 300 | | VA BEACH | VA | 23452-1396 | |

In re: Health Diagnostic Laboratory, Inc., et al.
Case No.: 15-32919

Page 3