IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC., et al., | Case No.: 15-32919-KRH |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR TERMINATION OF NOTICE

PLEASE TAKE NOTICE that the attorney listed herein has appeared as counsel to SunTrust Bank, now known as Truist, in the above-referenced bankruptcy case. The undersigned has no further interest in this proceeding.

TAKE FURTHER NOTICE that the undersigned now withdraws his appearance and his previous request for service of notices and papers in this case and requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

/s/ Richard E. Biemiller            .

### CERTIFICATE OF SERVICE

I certify that the foregoing Notice was filed electronically and will be served via ECF upon all necessary parties through the Court's CM/ECF System.

/s/ Richard E. Biemiller

Richard E. Biemiller (VSB #29017)
Pender & Coward
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: 757-490-6281
Email: rbiemiller@pendercoward.com