**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| **HEALTH DIAGNOSTIC** | ) |
| **LABORATORY, INC.**, *et al.*, | ) |
| | ) |
| Debtors.¹ | ) |
| | ) |

**Case No. 15-32919 (KRH)**
**Chapter 11**

**ORDER GRANTING MOTION OF THE LIQUIDATING TRUSTEE**
**FOR ORDER (I) AUTHORIZING THE TRANSFER OF DEBTORS' PATIENT**
**RECORDS TO METALQUEST, INC. AND (II) APPROVING THE PROPOSED**
**AGREEMENT BETWEEN THE LIQUIDATING TRUSTEE AND METALQUEST**

In consideration of the *Motion of the Liquidating Trustee for Order (I) Authorizing the*
*Transfer of Debtors' Patient Records to MetalQuest, Inc. and (II) Approving the Proposed*
*Agreement between the Liquidating Trustee and MetalQuest* (the "Motion")² [Docket No. 5855];
and the Court having entered an order on June 6, 2024 [Docket No. 5871], continuing the hearing
on the Motion to June 11, 2024, and directing the United States Trustee to appoint an

---

¹ The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic
Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)
(referred to herein collectively as "HDL").

² Capitalized terms that are not defined in this Order have the meaning scribed to them in the Motion.

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9515
Facsimile:      804.644.0957
E-mail: rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:   703.584.8900
Facsimile:   703.584.8901
E-mail:    dswan@hirschlerlaw.com
           aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*

ombudsperson for the purpose of reviewing the proposed transfer of the Records; and the United

States Trustee having appointed Ms. Elise S. Frejka as the consumer privacy ombudsperson (the

"CPO") on May 30, 2024; and the Liquidating Trustee having filed the *Notice of Supplemental*

*Exhibits to the Motion of the Liquidating Trustee for Order (I) Authorizing the Transfer of Debtors'*

*Patient Records to MetalQuest, Inc. and (II) Approving the Proposed Agreement Between the*

*Liquidating Trustee and MetalQuest* (the "Notice") [Docket No. 5880]; and having considered the

*Report of Consumer Privacy Ombudsman* prepared by the CPO, attached as Exhibit A to the

Notice, and the *Business Associate Agreement* (the "BAA"), attached as Exhibit B to the Notice;

and having found that no showing was made that the transfer of the Records would violate

applicable nonbankruptcy law; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper notice of the

Motion having been provided to all necessary and appropriate parties; and for good and sufficient

cause shown;

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:**

1.      The Motion is **GRANTED** pursuant to the terms of this Order; and it is further

2.      **ORDERED** that the Liquidating Trustee is hereby authorized to transfer the

Records to MetalQuest; and it is further

3.      **ORDERED** that the Agreement between the Liquidating Trustee and MetalQuest,

attached hereto as Exhibit A, is approved; and it is further

4.    **ORDERED** that the BAA, attached hereto as <u>Exhibit B</u>, between the Liquidating

Trustee and MetalQuest is approved; and it is further

5.    **ORDERED** that the Liquidating Trustee is authorized to pay MetalQuest a one-

time fee of $49,911 in exchange for the services provided by MetalQuest; and it is further

6.    **ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, this Order

shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order

is waived; and it is further

7.    **ORDERED** that this Court retains jurisdiction with respect to any of the terms

contained in this Order and set forth in the Motion.

Jun 17 2024                    /s/ Kevin R Huennekens
_____        _____
Richmond, Virginia            UNITED STATES BANKRUPTCY COURT JUDGE

Entered On Docket: Jun 18 2024

**WE ASK FOR THIS:**

*/s/ Kollin G. Bender*
_____
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:        rwestermann@hirschlerlaw.com
                 bfalabella@hirschlerlaw.com
                 kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901

E-mail:        dswan@hirschlerlaw.com
               aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*


**SEEN AND NO OBJECTION:**

*/s/ Kathryn R. Montgomery* (by Kollin G. Bender with permission based on 6/12/24 email)
Kathryn R. Mongomery, Esq.
Office of United States Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*United States Trustee*


## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9002-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


/s/ Kollin G. Bender

<u>Exhibit A</u>

The Agreement

Exhibit B

The BAA

# <u>Lifecycle Management of Medical Data Trust Agreement</u>

Prepared
for

**HDL Liquidating Trust**
**Attn: Richard Arrowsmith**
**Liquidating Trustee**
**c/o Robert S. Westermann**
**Hirschler Fleischer, P.C.**
**2100 East Cary Street P.O Box 500**
**Richmond, Virginia 23223**



**P.O. Box 46364**
**Cincinnati, Ohio 45246-0364**

Contact

**William L. Jansen**
**Tel: 513.693.4363**
**Email: WLJansen@MetalQuest.com**

## INFORMATION MANAGEMENT SERVICES AND TRUST AGREEMENT

THIS INFORMATION MANAGEMENT SERVICES AND TRUST AGREEMENT

("Agreement") is entered into on this __14__ day of May  2024 between MetalQuest, Inc. ("MetalQuest" or the "Trustee"), an Ohio corporation, and the HDL Liquidating Trust, ("Liquidating Trustee"), representative of the chapter 11 bankruptcy estate of Health Diagnostic Laboratory, Inc., case no. 15-32919-KRH, filed in the Eastern District of Virginia (the "Estate").  MetalQuest and Liquidating Trustee may hereinafter be collectively referred to as the "Parties".

1.    Background.  MetalQuest is a Subcontractor Business Associate of the Liquidating Trustee as the term is defined under *Health Insurance Portability and Accountability Act of 1996* ("HIPAA") and *HIPAA Privacy and Security Rules 45 CFR Parts 160 and 164*, as amended ("HIPAA Privacy and Security Rules").  Health Diagnostic Laboratory, Inc. ("Laboratory") was a Covered Entity under HIPAA and the HIPAA Privacy and Security Rules, and filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 6, 2015, in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") (Case No. 15-32919-KRH11) (the "Bankruptcy Case").  Liquidating Trustee the is representative of the Estate pursuant to the Liquidating Trust Agreement established under the *Order Confirming the Debtors' Second Amended Plan of Liquidation* entered on May 12, 2016, by the United States Bankruptcy Court for the Eastern District of Virginia (the "Plan") [Docket No. 1095].  The effectiveness of this Agreement is subject to the entering of an order of the Bankruptcy Court, in form and substance reasonably satisfactory to the Parties, approving this Agreement and the transactions contemplated hereby (the "Approval Order") and such Approval Order becoming final and non-appealable (fifteen days following its entry so long as no appeal is filed in connection therewith).  In connection with seeking the entry of the Approval Order, this Agreement may be filed with the Bankruptcy Court and served on parties in the Bankruptcy Case.

2.    Term.  The term of this Agreement (the "Term") shall begin on the date on which the Approval Order is entered by the Bankruptcy Court and becomes final and non-appealable (the "Effective Date") and shall continue until all Records (as defined below) have been destroyed in accordance with Applicable Medical Record Laws (as defined below), which destruction the Trustee shall perform as mandated by State of Virginia, Federal, Law, or any other applicable law at the time of contract execution unless sooner terminated as provided herein.

3.    Scope of Services.  The Liquidating Trustee maintains or has maintained certain health information, electronic protected health information and business records (the "Records"). Liquidating Trustee hereby engages MetalQuest, and MetalQuest hereby accepts such engagement, to permanently store, maintain, provide access to, transmit, catalog, index and periodically destroy the Records, all in accordance with the requirements of HIPAA, the HIPAA Privacy and Security Rules, other Federal law, including Medicare and Medicaid law, and Virginia State law (collectively, "Applicable Medical Record Laws").  MetalQuest has

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

established policies and procedures to incorporate HIPAA standards and will exercise administrative, physical and technical safeguards in order to assure confidentiality, integrity and availability of the Records.

      a.   <u>Trust</u>.  The Liquidating Trustee hereby creates an Express Trust under the Ohio Trust Code, ORC Chapter 5801, as amended, and designates MetalQuest as the Trustee of the Trust and the Records, for the benefit of the individuals to and for whom Laboratory provided covered health care services.

      b.   <u>Trust Purpose</u>.  Liquidating Trustee hereby creates this Trust under the Ohio Trust Code, ORC Chapter 5801, in order to meet Laboratory's obligations as a Covered Entity, and Liquidating Trustee's obligations as a Business Associate under HIPAA and Applicable Medical Record Laws. The purpose of the Trust is to provide for Records previously maintained by the Laboratory in the normal course of its business as a Covered Entity to be deposited with MetalQuest as Trustee, for their storage, allowance of access to, and transmission and destruction, all in accordance with Applicable Medical Record Laws.  The Trustee hereby agrees to maintain, store, catalog, access, transmit and destroy such Records in accordance with Applicable Medical Record Laws and the terms and provisions hereinafter set forth. This Agreement shall supersede any previous trust agreements between the Parties, and shall be binding upon the Parties and their respective heirs, executors, administrators, successors and assigns.

      c.   <u>Disposal of Records</u>.  Trustee shall maintain, store, catalog, index, permit access to and transmit the Records as required under Applicable Medical Record Laws.   Trustee shall satisfy its continuing compliance obligations under Applicable Medical Record Laws.  Liquidating Trustee transfers all custodial rights and privileges with respect to the Records to the Trustee and authorizes the Trustee to destroy the Records upon expiration of the maintenance obligations with respect to such Records under Applicable Medical Record Laws.

    4.   <u>Independent Contractor Status</u>.  It is understood that MetalQuest, its employees and agents are independent contractors and not employees, agents, or representatives of Liquidating Trustee, and no employee or agent of MetalQuest shall hold herself/himself out to the public as an employee, agent or representative of Liquidating Trustee.   As an independent contractor, MetalQuest is responsible to pay all workers' compensation insurance, disability benefits insurance, and other benefits and insurance as required by law for its employees.

    5.   <u>Trustee Fees</u>.  Liquidating Trustee agrees to pay MetalQuest the Trustee Fees set forth in the schedule attached hereto and incorporated herein as <u>Exhibit A</u>, which Trustee Fees shall not exceed the amount set forth in Exhibit A.

    6.   <u>Duties of MetalQuest</u>.  MetalQuest hereby agrees to (a) p r o v i d e the services described in <u>Exhibit A</u> and elsewhere in this Agreement; and (b) permanently store, maintain, provide access to, transmit, catalog, index and periodically destroy the Records stored in Trustee's Cincinnati facility as described in Exhibit A and according to the

Page 3 of 15

requirements of Applicable Medical Record Laws.

7.    <u>MetalQuest's Covenants, Representations and Warranties</u>.  MetalQuest represents, warrants, and covenants to Liquidating Trustee as to the following matters:

a.    <u>No Consents Necessary</u>.  MetalQuest has the legal right, power, capacity and authority to enter into and perform its obligations under this Agreement, and no approval or consent of any other person or entity is necessary to authorize the execution of this Agreement  by MetalQuest.    MetalQuest  represents that it is licensed to do business in the State of Ohio and is authorized to do business in the State of Virginia, and MetalQuest agrees to maintain the currency of such license and authorization. MetalQuest represents that it is familiar with its legal obligations under Applicable Medical Record Laws and covenants to maintain, store, access and destroy the Records in compliance with Applicable Medical Record Laws.  The execution and delivery of the  Agreement by MetalQuest have been duly authorized and validly executed and delivered by MetalQuest.

b.    <u>No Violations</u>.  MetalQuest has not received any written notice of any violations of law, rule, regulation, order or ordinance that would impair its ability to do business in the States of Ohio or Virginia or impair its ability to perform the terms of this Agreement.

c.    <u>Compliance with Applicable Medical Record Laws</u>.    MetalQuest represents that it is familiar with its legal obligations as Trustee of the Records under Applicable Medical Record Laws. MetalQuest hereby agrees to maintain comprehensive indexes of the Records it maintains on behalf of Liquidating Trustee and will provide such indexes for inspection at its offices in Cincinnati, Hamilton County, Ohio.  MetalQuest covenants and warrants to Liquidating Trustee that it will maintain currency and compliance with its obligations under Applicable Medical Record Laws.

8.    <u>Indemnification by MetalQuest</u>.  MetalQuest agrees to maintain the Records in compliance  with Applicable Medical Record  Laws.  MetalQuest shall indemnify, defend and hold harmless Liquidating Trustee and Liquidating Trustee's affiliates, officers, directors, employees, agents, independent contractors, medical staff, successors and assigns from and against any loss or damage incurred or suffered by such indemnified parties relating to any breach by MetalQuest, its employees, agents or independent contractors, of its obligations hereunder.

9.    <u>Duties of Liquidating Trustee</u>.  Following the Effective Date, records currently stored by the Liquidating Trustee with other storage organizations will be made available at the other organization's storage facility as soon as reasonably practicable.  Liquidating Trustee shall pay to MetalQuest all Trustee Fees, in full, in the manner set forth in <u>Exhibit A</u>. The Parties hereby acknowledge that no Express Trust shall be deemed to exist with respect to any Records until some of the Records are removed by Trustee from the storage facility utilized by Liquidating Trustee and  the  Trustee Fees have been paid to MetalQuest

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

as provided in <u>Exhibit A</u>.

10.    <u>Liquidating Trustee's Covenants, Representations and Warranties</u>.  Liquidating Trustee represents, warrants, and covenants to MetalQuest as to the following matters:

a.    <u>No Consents Necessary</u>.  Subject to the Approval Order being entered and becoming final and non-appealable, Liquidating Trustee has the legal right, power, capacity and authority to enter into and perform their obligations under this Agreement.  The execution and delivery of the Agreement have been duly authorized and validly executed and delivered by Liquidating Trustee.

b.    <u>No Third-Party Rights</u>.  Subject to the Approval Order being entered and becoming final and non-appealable, Liquidating Trustee represents that this Agreement will not conflict with or violate any other agreement between Liquidating Trustee and any third-party or any obligation owed by Liquidating Trustee to any third-party.  Except for the rights of patients and other third parties to retrieve copies of Records with respect to which they are entitled under Applicable Medical Record Laws, the Parties agree that this Agreement is not intended to, and will not, create rights of any type in third parties.  Nothing in this Agreement shall limit the rights of third parties under Applicable Medical Record Laws.

11.    <u>Default</u>.

a.    <u>By MetalQuest</u>.  If MetalQuest breaches any material obligation hereunder and fail to cure such breach within thirty (30) days of receipt of written notice of such default, MetalQuest agrees that the Liquidating Trustee shall have all remedies available at law or in equity.

b.    <u>By Liquidating Trustee</u>.  If Liquidating Trustee breaches any material obligation hereunder and fail to cure such breach within thirty (30) days of receipt of written notice of such default, Liquidating Trustee agrees that MetalQuest shall have all remedies available at law or in equity.

12.    <u>Termination of this Agreement</u>.  This Agreement and the express Trust created hereunder shall terminate by operation of law upon completion of all of Trustee's obligations hereunder and the destruction of all Records held in trust by Trustee in accordance with Applicable Medical Record Laws.

13.    <u>Notices</u>.  Any notice required under this Agreement shall be deemed given if in writing and sent by certified mail, return receipt requested, or via reputable overnight courier to MetalQuest's principal office or the office of the Liquidating Trustee or the Liquidating Trustee's heirs, assigns or successors, as the case may be, with a copy of all such notices to Liquidating Trustee also being so delivered

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

to:                    Richard Arrowsmith
                       Liquidating Trustee
                       c/o Robert S. Westermann, Esq.
                       Hirschler Fleisher, P.C.
                       The Edgeworth Building
                       2100 East Cary Street
                       Richmond, Virginia 23223
                       Tel: 804-771-5610
                       rwestermann@hirschlerlaw.com

                       and

                       MetalQuest, Inc.
                       Trust Services Department
                       PO Box 46364
                       Cincinnati, Ohio 45246-0364
                       Tel: 513-898-1022
                       Secure Fax: 513-242-5059
                       Email: Retrieve@MetalQuest.com

    14.    <u>Miscellaneous</u>.  This Agreement shall be binding upon the respective Parties, their, agents, assigns, executors, administrators and successors-in-interest.

    15.    <u>Entire Agreement</u>.  This Agreement contains the entire understanding of the Parties.  It may not be changed orally but only by written agreement signed by both Parties.

    16.    <u>Submission to Jurisdiction; Consent to Service of Process</u>.  Without limiting any Party's right to appeal any order of the Bankruptcy Court, as to any disputes or claims between them, the Parties agree (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, this Agreement, or any breach or default hereunder, and (ii) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the parties hereby consent to and submit to the jurisdiction and venue of the Bankruptcy Court and shall receive notices at such locations as indicated in Section 13 hereof; *provided, however*, that if the Bankruptcy Case has closed, the Parties agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the United States District Court for the Southern District of Ohio in Hamilton County and any appellate court from any thereof, for the resolution of any such claim or dispute.  The Parties hereby irrevocably waive, to the fullest extent permitted by applicable law, any objection which they may now or hereafter have to the laying of venue of any such dispute brought in such court or any defense of inconvenient forum for the maintenance of such dispute.  Each of the Parties agrees that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law.  Each of the Parties hereby consents to process being served by any of the Parties to this Agreement in any suit, action or proceeding by delivery of a copy thereof in accordance with the provisions of Section 13.

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

17.    <u>Governing Law</u>.  This Agreement and any dispute between the Parties shall be subject to and governed by the laws of the State of Ohio, without regard to choice of law principles.

18.    <u>Headings and  Capitalized Terms</u>.    Headings in  this Agreement are f o r convenience only and shall not be used to interpret or construe any of the provisions or terms hereof.  Capitalized terms that are not otherwise defined in this Agreement shall have the same definitions as under HIPAA or 45 CFR Part 160, et seq.

19.    <u>Waiver</u>.  The waiver by either of the Parties of a breach of any provision of this Agreement shall not operate as, or be construed as, a waiver of any subsequent breach.

20.    <u>Modification</u>.  No change, modification or waiver of any term of this Agreement shall be valid unless it is in writing and signed by both Parties.

21.    <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements or understandings between MetalQuest and Liquidating Trustee.

22.    <u>Execution of this Agreement</u>.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  The exchange of copies of this Agreement and of signature pages by facsimile or other electronic transmission shall constitute effective execution and delivery of this Agreement as to the Parties and may be used in lieu of the original Agreement for all purposes.

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

In witness whereof, the Parties have executed this Agreement this ___14___ day of May 2024

**LIQUIDATING TRUSTEE**                    **TRUSTEE**

HDL Liquidating Trust                           MetalQuest, Inc.

By: _____        By: _____
            5-15-24                                         William L. Jansen

            Richard Arrowsmith                        William L. Jansen

The:    Liquidating Trustee                  Its:        President and CEO

Page 8 of 15

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

**EXHIBIT A**

Explanation of Services and Schedule of Fees

**A. Access to Medical Record Information**

1. Hardcopy Medical Record Information

1.1.    Patients directly requesting their medical records and not using any third-party will not be denied access to their medical or clinical information for treatment purposes due to an inability to pay reproduction fees. Proof of inability to pay is required at the discretion of MetalQuest.

1.2.    Except for an emergent request, the turnaround time for a valid medical release of information request is 30 days, after the first three months from assuming custody of the records.

1.3.    Any record the Liquidating Trustee requests shall be provided to the Liquidating Trustee at a cost of $0.75 per page, $1.00 per file index, a $13.00 per file transfer per PDF file and a $25.00 search fee. Trustee shall use its best efforts to fulfill the Liquidating Trustee's request with 72 hours after receipt of a valid request.

1.4.    Patients requesting their medical record are required to pay a minimum of $35.00 This is a non-refundable deposit.

1.5.    When requesting patient data, a minimum of a $125.00 non-refundable deposit must be paid by third-party requestors including a third-party requestors representing a patient.

**Delivery Methods and Address for Submitting a Request for Medical Records**

| |
|---|
| Delivery of Requested Medical Records<br><br>MetalQuest provides requested information in digital format via encrypted USB drive or secure on-line electronic transfer. MetalQuest does not provide information in hardcopy form. MetalQuest will not release the original hardcopy records. |

| |
|---|
| Email Request to:<br><br>Request@MetalQuest.com (not case sensitive) |

| |
|---|
| Fax Request to:<br><br>HDLINC Release of Information<br><br>Telephone Number: 513-242-5059 |

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

Mail Request to:

MetalQuest
Attn: HDLINC Release of Information
P.O. Box 46364
Cincinnati, Ohio 45246-0364

---

Courier Request to:

MetalQuest
Attn: HDLINC Release of Information
4900 Spring Grove Avenue
Cincinnati, Ohio 45232-1900

---

Customer Service Hours:

Monday – Friday, 9:00 A.M. to 5:00 P.M. Eastern Time

Telephone Number: 513-898-1022

## B. Record Formats

MetalQuest has the ability to store and access a myriad of hardcopy and electronic record formats including microforms. Presently, in addition to traditional hardcopy storage, MetalQuest operates an electronic archive consisting of subsystems including PACS designed to handle a wide variety of file formats including but not limited to:

**Electronic Formats**

| DICOM | PDF | JPEG | VIDEO | TIFF | PST | PNG | BMP | HTML | XML |
|-------|-----|------|-------|------|-----|-----|-----|------|-----|
| RAW | GIF | DOC | XLS | XPS | EPS | DWG | DXF | MP3 | MPEG |

**Hardcopy Formats**

| ANALOG "FLAT" X-RAY | PAPER DOCUMENTS | MICROFICHE | MICROFILM JACKET | ROLLFILM |
|---------------------|-----------------|------------|------------------|----------|
| 35MM CINE FILM | FETAL MONITOR | | | |

**Special Formats and Containers**

| PATHOLOGY: GLASS SLIDES | PATHOLOGY: PARAFFIN TISSUE BLOCKS | CD | DVD |
|-------------------------|-----------------------------------|-----|-----|

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

| VHS VIDEO TAPE | MAGNETO-OPTICAL DISK | MAGNETIC TAPE | RIGID AND FLEXIBLE DISK |
|---|---|---|---|
| COMPUTER HARD DRIVE | OTHER OPTICAL DISK | USB DRIVES | |

### C. Information Security

Information security is a top priority at MetalQuest. To protect our customer's data and the privacy of individuals, MetalQuest begins with its people. All employees are subjected to a thorough background check before hire and periodic checks throughout their employment. Each employee is required to attend mandatory information security and HIPAA classes.

**Facility Security**

MetalQuest provides physical access control at its facility along with fire suppression and fire and intrusion alarm and monitoring service.

**Electronic Data Security**

Digital data residing with MetalQuest is secured while in motion and at rest. This means data being transmitted both internally and externally is encrypted using AES 256 encryption including data transmitted by removable media such as a USB drive. (The data on the USB drive is encrypted in the event off loss or theft. The user is provided the password to access the encrypted data. The password is sent separately from the USB drive.) All data access and transmission is logged.

To further protect the data, MetalQuest creates three live mirrors of all data plus a backup. Furthermore, upon receipt of electronic data, each file has a hash generated and is securely stored, so routine data integrity checks can be performed. Data failing a hash test is replaced by restoring from backup or original data, as necessary.

### D. Accepted Records, Retention Schedules and Destruction

MetalQuest will accept all hardcopy clinical, business and administrative records generated by the Liquidating Trustee and Debtor generated through the final dissolution of the estate including Liquidating Trustee's records stored with the following vendors:

1. Iron Mountain
   Richmond, Virginia
2. Iron Mountain
   Baltimore, Maryland
3. Iron Mountain
   Norfolk, Virginia

**Health Record Retention**

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

MetalQuest will follow Applicable Medical Record Laws destruction of the health records at the time the trust agreement is executed.

**Record Destruction**

The one-time fee payable hereunder covers the HIPAA compliant destruction of stored records (records are shredded, baled and recycled) at the end of their mandated retention period, including, but not limited to, records received from the following storage vendor:

1. Iron Mountain
   Richmond, Virginia
2. Iron Mountain
   Baltimore, Maryland
3. Iron Mountain

   Norfolk, Virginia

**E. Start Date and Project Duration**

1. MetalQuest will commence the organized removal of records on a mutually agreed date not later than 10 days after the Effective Date and payment to MetalQuest for services. Additional phases of project will commence upon mutually agreed dates.
2. The transfer of boxes from Iron Mountain to MetalQuest is approximately 90 work days.

**F. Notification of Patients and Website Maintenance**

To the extent required by Applicable Medical Record Laws, it is the responsibility of the Liquidating Trustee to notify the patients of the transfer of medical record information to MetalQuest.

MetalQuest will maintain a webpage for the duration of the Term, subject to Liquidating Trustee's approval, which approval shall not be unreasonably withheld, using the Laboratory's domain name, if available, which will provide detailed instructions regarding medical record retrieval and general retrieval instructions for other non-clinical records.
To the extent allowed by applicable law, the Liquidating Trustee will make best efforts to transfer the Laboratory's domain name to MetalQuest. Following such transfer, it shall be the sole responsibility, financial and otherwise, of MetalQuest to renew and maintain the domain name during the term of this Agreement.

As applicable, the website will display

1. Laboratory's logo (If available)
2. "Facility Closed" banner
3. Medical records/clinical information disposition and request instruction section

4900 Spring Grove Avenue ● Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 ● Fax: 513.488.8614
Email: Info@MetalQuest.com ● Web: MetalQuest.com

4. Bankruptcy information
5. MetalQuest logo
6. MetalQuest role as trustee
7. The primary website language will be English

**G. Freight**

1. MetalQuest is responsible for all freight required to move hardcopy records from the Liquidating Trustee's facilities and their storage vendor facilities to a MetalQuest facility, when moved in accordance with section "I" of this exhibit.

**H. Contaminated Records**

1. Records deemed contaminated by MetalQuest with mildew, fecal matter, asbestos, acute water damage, urine, or otherwise rendered illegible and/or unusable will be destroyed.
2. Destroyed records will be identified with one or more of the following data:
   2.1. Record type/name
   2.2. Date range
   2.3. Filing system range, e.g. terminal digit, alphabetical, etc.
   2.4. Contamination description

**I. Liquidating Trustee Hardcopy Records Stored by Liquidating Trustee's Record Storage Vendor**

1. When moved in full tractor trailer loads (a minimum of 24 pallets with 40 legal/letter boxes or equivalent per pallet) until the last potentially partial shipment from each storage vendor location, MetalQuest will be responsible for all freight required to move the Liquidating Trustee's records stored with a current record storage vendor to its storage facility.
2. MetalQuest shall work with the Liquidating Trustee's storage vendor in an effort to ensure that Liquidating Trustee's records are moved to MetalQuest's storage facility.
3. The Liquidating Trustee is responsible for the payment of any and all fees required to permanently remove records and any other preparation necessary including all shipping and packing materials and supplies from the storage vendor.
4. The Liquidating Trustee is  responsible to deliver a softcopy index from the storage vendor in either Microsoft Excel or CSV file format containing all captured and stored data pertaining to each box and file stored.
5. Liquidating Trustee will provide a contact for the storage vendor.
6. MetalQuest will manage the record transfer process.

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

## J. Additional Services

Additional services requested and not covered under this agreement must be added by addendum or separately contracted.

### K. One-time Information Lifecycle Management Fee

| Description | Fee | Total |
|---|---|---|
| **Hardcopy Records**<br><br>Lifecycle management of approximately 6,746 boxes of records currently stored with Iron Mountain. | $49,911.00 | $49,911.00<br><br>Accepted (initial below) |
| **Total** | | **$49,911.00** |

### L. Payment Terms

The one time-fee is payable following the Effective Date, as shown.  Additional phases of project will commence upon mutually agreed dates.

1.  $49,911.00 due within ten (10) days of the Effective Date.

| Remittance by Wire Transfer | Remittance by Check |
|---|---|
| MetalQuest<br>Bank: Fifth Third Bank, Cincinnati, Ohio<br>Route: 042000314<br>Account: Provided at time of remittance | MetalQuest<br>Attn: Accounts Receivable<br>PO Box 46364<br>Cincinnati, Ohio 45246-0364 |

4900 Spring Grove Avenue • Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 • Fax: 513.488.8614
Email: Info@MetalQuest.com • Web: MetalQuest.com

**M. Contacts**

| Contract Administration | William L. Jansen<br>Email: WLJansen@MetalQuest.com<br>Tel: 513-693-4363 |
|---|---|
| Operations | Jennifer A. Carol<br>JACarol@MetalQuest.com<br>Tel: 513-693-4367 |
| Compliance and Privacy | Natalie A. Manning<br>Email: NLManning@MetalQuets.com<br>Tel: 513-693-4371 |
| Technical | Nicolas R. Haas<br>Email: NRHaas@MetalQuest.com<br>Tel: 513-693-4360 |
| Finance | Patricia R. Lohmiller<br>Email: PRLohmiller@MetalQuest.com<br>Tel: 513-693-4366 |

**N. Acceptance Period**

1. This agreement is effective until May 31, 2024.

4900 Spring Grove Avenue ● Cincinnati, Ohio 45232-1900
Tel: 513.693.4000 ● Fax: 513.488.8614
Email: Info@MetalQuest.com ● Web: MetalQuest.com



## BUSINESS ASSOCIATE AGREEMENT

This Business Associate Agreement ("Agreement"), effective on the date in which an order entered by the United States Bankruptcy Court for the Eastern District of Virginia approving the *Information Management Services and Trust Agreement,* signed by the Parties on May 14, 2024 (the "Trust Agreement"), becomes a final and non-appealable order ("Effective Date"), is entered into by and between MetalQuest, Inc. ("Business Associate"), with an address at 4900 Spring Grove Avenue, Cincinnati, Ohio 45232-1900 and the Liquidating Trustee of the HDL Liquidating Trust ("Liquidating Trustee" or "Covered Entity"), with an address at Hirschler Fleischer, P.C. c/o Robert S. Westermann, 2100 East Cary Street P.O. Box 500 Richmond, VA 23223 (each a "Party" and collectively the "Parties").

BACKGROUND:

Liquidating Trustee is a Covered Entity, as defined by the federal Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191 ("HIPAA"), the Health Information Technology for Economic and Clinical Health Act, Title XIII of the American Recovery and Reinvestment Act of 2009 ("HITECH Act") and related regulations promulgated by the Secretary ("HIPAA Regulations"). Covered Entity complies with the HIPAA Privacy and Security Rules and the HITECH Act and requires that Business Associates of Covered Entity agree to and comply with said rules and regulations as condition of doing business with Covered Entity.

WITNESSETH:

WHEREAS, Business Associate and its employees, affiliates, agents or representatives may access paper and/or electronic records containing PHI in carrying out their obligations to Covered Entity; and

WHEREAS, the Parties desire to enter into this Agreement to protect PHI and EPHI, and to amend any agreements between them, whether oral or written, with the execution of this Agreement;

NOW, THEREFORE, for and in consideration of the premises and mutual covenants and agreements contained herein the parties agree as follows:

1.    **Definitions**

    1.1    General. Terms used, but not otherwise defined, in this Business Associate Agreement shall have the same meaning given to those terms by HIPAA, the HITECH Act and HIPAA Regulations as in effect or as amended from time to time.

    1.2    Specific.

        1.2.1    Breach. "Breach" shall have the same meaning as the term "breach" in the HITECH Act, Section 13400(1).

        1.2.2    Covered Entity. "Covered Entity" shall have the same meaning as the term "covered entity" in 45 CFR § 160.103.

        1.2.3    Electronic Health Record. "Electronic Health Record" shall have the same

meaning as the term "electronic health record" in the HITECH Act, Section 13400(5).

1.2.4    <u>Electronic Protected Health Information.</u> "Electronic Protected Health Information" shall have the same meaning as the term "electronic protected health information" in 45 CFR § 160.103, limited to the information that Business Associate created, received, maintains, or transmits from or on behalf of Business Associate or a Covered Entity.

1.2.5    <u>Individual</u>. "Individual" shall have the same meaning as the term "individual" in 45 CFR § 160.103 and shall include a person who qualifies as a personal representative in accordance with 45 CFR § 164.502(g).

1.2.6    <u>Privacy Rule</u>. "Privacy Rule" shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 CFR Part 160 and Part 164.

1.2.7    <u>Protected Health Information</u>. "Protected Health Information" shall have the same meaning as the term "protected health information "in 45 CFR 160.103, limited to the information created or received by Business Associate from or on behalf of Business Associate or a Covered Entity.

1.2.8    <u>Required By Law.</u> "Required by Law" shall have the same meaning as the term "required by law" in 45 CFR 164.103.

1.2.9    <u>Secretary</u>. "Secretary" shall mean the Secretary of the U.S. Department of Health and Human Services or his designee.

1.2.10   <u>Security Rule</u>. "Security Rule" shall mean the Security Standards at 45 CFR Part 160 and Part 164.

1.2.11   <u>Services Agreement</u>. "Services Agreement" shall mean any present or future agreements, either written or oral, including, but not limited to, the Trust Agreement between Business Associate and Covered Entity under which BusinessAssociate provides services to Covered Entity or its clients which involve the use or disclosure of Protected Health Information. The Business Associate Agreement is amended by and incorporates the terms of this Business Associate Agreement.

1.2.12   <u>Unsecured Protected Health Information</u>. "Unsecured Protected Health Information" shall have the same meaning as the term "unsecured protected health information" in the HITECH Act, Section 13402(h) (1).

2.    **Permitted Uses and Disclosures**. Business Associate agrees not to use or disclose Protected Health Information other than as permitted or required by the Business Associate Agreement or as Required by Law. Notwithstanding the foregoing sentence, Business Associate agrees to adhere to the terms and conditions of any Business Associate agreements between Business Associate and any Covered Entity which apply to Protected Health Information and all present and future provisions of HIPAA, the HITECH Act and HIPAA Regulations that relate to the privacy and security of Protected Health Information and that are applicable to Covered Entity and/or Business Associate. Business Associate represents and warrants that he/she/it is familiar with the requirements of HIPAA or HITECH Act regarding Business Associates and Business Associate agreements. Business Associate shall comply with the provisions of this Business Associate Agreement related to privacy and security of PHI and all present and future provisions of HIPAA, the HITECH Act and HIPAA Regulations that relate to the privacy and security of

PHI that are applicable to Covered Entity and/or Business Associate.

2.1   <u>Services Agreement</u>. The terms of this Business Associate Agreement are hereby incorporated into the Services Agreement (including present and future agreements). In the event of conflict between the terms of the Services Agreement and this Agreement, the terms and conditions of this Business Associate Agreement shall govern. The Services Agreement together with this Agreement constitutes the entire agreement between the parties with respect to the subject matter contained herein.

2.2   <u>Use and Disclosure of PHI to Provide Services</u>. The Business Associate will not use or further disclose PHI or EPHI (as such terms are defined in the HIPAA Privacy and Security Rules) other than as permitted or required by the terms of the Services Agreement or as Required By Law, provided that such use or disclosure would not violate HIPAA, the HITECH Act or HIPAA Regulations if done by Business Associate or a Covered Entity, or the minimum necessary policies and procedures of the Business Associate. Except as otherwise provided in this document, the Business Associate may make any and all uses of PHI necessary to perform its obligations under the applicable Services Agreement. All other uses not authorized by this Agreement are prohibited.

3.   **Additional Business Associate Activities**. Except as otherwise limited in this Agreement, the Business Associate may also:

3.1   use PHI in its possession for its proper management and administration and/or to fulfill any present or future legal responsibilities of the Business Associate, provided that such uses are permitted under state and federal privacy and security laws.

3.2   disclose PHI in its possession for the purpose of its proper management and administration and/or to fulfill any present or future legal responsibilities of the Business Associate. Business Associate represents to Covered Entity that (i) any disclosure it makes is Required by Law, and (ii) the Business Associate will obtain reasonable written assurances from any person to whom the PHI will be disclosed that the PHI will be held confidentially and used or further disclosed only as Required by Law or for the purpose for which it was disclosed to the person, that any such person agrees to be governed by the same restrictions and conditions contained in this Agreement, and that such person will notify the Covered Entity of any instances of which it is aware in which the confidentiality of the PHI has been breached.

4.   **Business Associate Covenants**. Business Associate agrees to:

4.1   use or further disclose only the minimum necessary PHI in performing the activities called for under the Services Agreement;

4.2   not to use or further disclose PHI except as permitted under this Agreement, the HIPAA Privacy Rule and Security Rule, and applicable State law, each as amended from time to time;

4.3   use appropriate safeguards to prevent the use or disclosure of PHI other than as provided for in this Agreement. Without limiting the generality of the foregoing, Business Associate will: implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of Electronic Protected Health Information as required by the Security Rule; and ensure that any agent, including a subcontractor, to whom Business Associate provides Electronic Protected Health Information agrees to implement reasonable and appropriate safeguards to protect Electronic Protected Health

3

Information;

4.4     report to Covered Entity any security incident (as defined by the Security Rule) of
which Business Associate becomes aware and any Breach, or use or disclosure of PHI
not permitted by this Agreement within three (3) days following the discovery of such
use or disclosure. A Breach is considered "discovered" as of the first day on which the
Breach is known, or reasonably should have been known, to Business Associate or any
employee, officer or agent of Business Associate, other than the individual committing
the Breach. Any notice of a Security Incident or Breach of Unsecured Protected Health
Information shall include the identification of each Individual whose Protected Health
Information has been, or is reasonably believed by Business Associate to have been,
accessed, acquired, or disclosed during such Security Incident or Breach as well as any
other relevant information regarding the Security Incident or Breach;

4.5     mitigate, to the extent practicable, any harmful effect that is known to Business
Associate of a use or disclosure of PHI by Business Associate or its employees, officers
or agents in violation of the requirements of this Agreement (including, without
limitation, any Security Incident or Breach of Unsecured Protected Health
Information). Business Associate agrees to reasonably cooperate and coordinate with
Covered Entity in the investigation of any violation of the requirements of this
Agreement and/or any Security Incident or Breach. Business Associate shall also
reasonably cooperate and coordinate with Covered Entity in the preparation of any
reports or notices to the Individual, a regulatory body or any third party required to
be made under HIPAA, HIPAA Regulation, the HITECH Act, or any other federal or State
laws, rules or regulations, provided that any such reports or notices shall be subject to
the prior written approval of Covered Entity;

4.6     shall ensure that any of its agents, including any subcontractor, to whom it provides PHI
received from, or created or received by, Business Associate on behalf of a Business
Associate or a Covered Entity agrees to all of the same restrictions and conditions
contained that apply to PHI pursuant to this Agreement;

4.7     maintain the integrity of any PHI transmitted by or received from Covered Entity;

4.8     represents and warrants that all of its employees, agents, representatives, and
members of its workforce, whose services may be used to fulfill obligations under this
Agreement are or shall be appropriately informed of the terms of this Agreement and
are under legal obligations to the Business Associate, by contract or otherwise,
sufficient to enable the a to comply with all provisions of this Agreement;

4.9     comply with Business Associate policies and procedures with respect to the privacy
and security of PHI and other Covered Entity records, as well as policies and
procedures with respect to access and use of Covered Entity's equipment and
facilities; and

4.10    provide the rights of access, amendment, and accounting as set forth in **Sections 5, 6**
and **8**.

5.      **Access to PHI**. Upon receipt of a request by Covered Entity for access to PHI about an
Individual contained in a Designated Record Set, as such term is defined in the HIPAA Privacy
Rule, the Business Associate shall in the time and manner reasonably requested by Covered
Entity, make available to Covered Entity, or, as directed by a Business Associate, to a Covered
Entity or an Individual to whom such PHI relates or his or her authorized representative, such

4

PHI for so long as such information is maintained in the Designated Record Set as defined in 45CFR 164.524. In the event any Individual requests access to PHI directly from the Business Associate, the Business Associate shall, within three (3) days, forward such request to Covered Entity. Any denials of access to the PHI requested shall be the responsibility of Business Associate.

6.    **Amendment of PHI**. Upon receipt of a request from Covered Entity for the amendment of Individual's PHI or a record regarding an Individual contained in a Designated Record Set, the Business Associate agrees to make any amendment(s) to Protected Health Information in a Designated Record Set that Business Associate or a Covered Entity directs or agrees to pursuant to 45 CFR 164.526, and in the time and manner reasonably requested by Business Associate or a Covered Entity.

7.    **Accountings**. Business Associate agrees to document such disclosures of Protected Health Information and information related to such disclosures as would be required for Covered Entities to respond to a request by an Individual for an accounting of disclosures of PHI in accordance with HIPAA, HIPAA Regulations and the HITECH Act.

8.    **Requests for Accounting for Disclosures of PHI**. Upon receipt of a request by Covered Entity to the Business Associate, the Business Associate shall make available to Covered Entity, or at the direction of Covered Entity, to a Covered Entity or an Individual, in the time and manner reasonably requested by Covered Entity, such information as is in the Business Associate's possession and is required for Covered Entity to make the accounting required by 45 CFR 164.528. In the event the request for an accounting is delivered directly to the Business Associate, the Business Associate shall, within three (3) days, forward the request to Covered Entity.

9.    **Access to Books and Records Regarding PHI**. Business Associate agrees to make its internal practices, books, and records, including policies and procedures and PHI relating to the use and disclosure of PHI received from, or created or received by the Business Associate on behalf of Covered Entity available to Covered Entity, or the request of Business Associate to a Covered Entity  or to the Secretary, in a time and manner reasonably requested by Business Associate or designated by the Secretary, for purposes of Secretary determining the Business Associate or Covered Entity's compliance with the Privacy Rule.

10.    **Term.** Unless otherwise terminated as provided in **Section 12**, this Agreement shall become effective on the Effective Date and shall terminate when all of the PHI provided by Covered Entity or a Covered Entity to Business Associate, or created or received by Business Associate on behalf of Business Associate or a Covered Entity, is destroyed or returned to Business Associate, or, if it is infeasible to return or destroy Protected Health Information, protections are extended to such information, in accordance with the termination provisions in this Section.

11.    **Termination**

11.1    <u>Termination by Covered Entity</u>. As provided for under 45 CFR 164.504(e)(2)(iii), Covered Entity may immediately terminate this Agreement, all relevant Services Agreement(s) and any related agreements if Covered Entity makes the determination that Business Associate has breached a material term of this Agreement. Alternatively, and in the sole discretion of Covered Entity, Covered Entity may choose to provide Business Associate with written notice of the existence of the breach and provide Business Associate an opportunity to cure said breach upon mutually agreeable terms. Failure by Business Associate to cure said breach or violation in the manner set forth above  shall  be  grounds  for  immediate  termination  of  the  Services  Agreement  by

5

Covered Entity. If cure or termination is not feasible, Covered Entity shall report the problem to the Secretary.

12.     **Disposition of PHI Upon Termination/Effect of Termination**. Upon termination pursuant to Section 11, Business Associate agrees to return to Covered Entity or destroy all PHI received from Covered Entity or a Covered Entity, or created or received by Business Associate on behalf of Covered Entity or a Covered Entity pursuant to 45 CFR§ 164.504(e)(2)(I). This provision shall apply to PHI that is in the possession of subcontractors or agents of Business Associate. Business Associate shall retain no copies of the PHI. Prior to doing so, the Business Associate further agrees to recover any PHI in the possession of its subcontractors or agents. If it is not feasible for the Business Associate to return or destroy all PHI, the Business Associate will notify Covered Entity in writing. Such notification shall include: (i) a statement that the Business Associate has determined that it is infeasible to return or destroy the PHI in its possession, and (ii) the specific reasons for such determination. Upon mutual agreement of the parties that return or destruction of Protected Health Information is infeasible, Business Associate further agrees to extend any and all protections, limitations and restrictions contained in this Agreement to the Business Associate's use and/or disclosure of any PHI retained after the termination of this Agreement, and to limit any further uses and/or disclosures of PHI to the purposes that make the return or destruction of the PHI not feasible, for so long as Business Associate maintains such PHI. This Section 12 shall survive the termination of the Services Agreement or this Agreement.

13.     **Permissible Requests by Covered Entity**. Except as set forth in Sections 3 and 4 of this Agreement, Covered Entity shall not request Business Associate to use or disclose Protected Health Information in any manner that would not be permissible under the Privacy Rule if done by the Covered Entity.

14.     **Regulatory References**. A reference in this Business Associate Agreement to a section in HIPAA, HIPAA Regulations or the HITECH Act means the section as in effect or as amended or modified from time to time, including any corresponding provisions of subsequent superseding laws or regulations.

15.     **Amendments/Waiver**. Except as set forth herein, this Agreement may not be modified, nor shall any provision be waived or amended, except in a writing duly signed by authorized representatives of the Parties. Upon enactment of any law, regulation, court decision or relevant government publication and/or interpretive policy affecting the use or disclosure of PHI, Covered Entity, by written notice to Business Associate may amend this Agreement in such manner as Covered Entity deems necessary to comply with same. The failure of either Party to enforce at any time any provision of this Agreement shall not be construed to be a waiver of such provision, nor in any way to affect the validity of this Agreement or the right of either Party thereafter to enforce each and every such provision.

16.     **Notices**. Any notice required or permitted under this Agreement shall be given in writing and delivered by hand, via a nationally recognized overnight delivery services (e.g., Federal Express), or via registered mail or certified mail, postage pre-paid and return receipt requested, to the following:

Business Associate:                     MetalQuest, Inc.
                                        P.O. Box 46364
                                        Cincinnati, OH 45246
                                        Attn: William L. Jansen
                                        President

Covered Entity:                           Richard Arrowsmith, Liquidating Trustee of the
                                          HDL Liquidating Trust
                                          Hirschler Fleischer, P.C.
                                          2100 East Cary Street, P.O. Box 500
                                          Richmond, VA 23223
                                          Attn: Robert S. Westermann, Esq.

Notice of a change in address of one of the parties shall be given in writing to the other party as provided above.

17.    **Counterparts/Facsimiles**. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original. Facsimile copies hereof shall be deemed to be originals.

18.    **Choice of Law**. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Ohio except to the extent federal law applies. The parties hereby submit to the jursdiction of the courts located in the State of Ohio, Hamilton County including any appellate court thereof.

19.    **Indemnification**. Business Associate agrees to indemnify, defend and hold harmless Covered Entity and it owners, employees, directors/trustees, members, professional staff, representatives and agents (collective, the "Indemnitees") from and against any and all claims (whether in law or in equity), obligations, actions, causes of action, suits, debts, judgments, losses, fines, penalties, damages, expenses (including attorney's fees), liabilities, lawsuits or costs incurred by the Indemnitees which arrive or result from a breach of the terms and conditions of this Business Associate Agreement or a violation of HIPAA, the HITECH Act or HIPAA Regulations by Business Associate or its employees or agents. Business Associate's indemnification obligations hereunder shall not be subject to any limitations of liability or remedies in the Services Agreement.

20.    **Third Party Beneficiaries**. Nothing in this Agreement shall be construed to create any third party beneficiary rights in any person.

21.    **Interpretation**. Any ambiguity in this Agreement shall be resolved to permit Business Associate and its client Covered Entities to comply with HIPAA, HIPAA Regulations and the HITECH Act.

[Signature Page Follows]

**INTENDING TO BE LEGALLY BOUND**, the Parties hereto have duly executed this Agreement as of the Effective Date.

**Business
Associate**

Signed: _____

Print   Name:   William L. Jansen

Title:   President & CEO

**Covered Entity**

Signed: _____

Print Name:   Richard Arrowsmith

Title:   Liquidating Trustee

8

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 15-32919-KRH

Health Diagnostic Laboratory, Inc.                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: MichelleS | Page 1 of 99 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jun 21 2024 08:09:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024                          Signature:                 /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Bart | on behalf of Defendant Jason Dupin abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Michael H. Samadani abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Julie Harding abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Heather Lockhardt abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Alan D. Bart | on behalf of Defendant Thomas Carnaggio abart@reedsmith.com  sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |

District/off: 0422-7 | User: MichelleS | Page 2 of 99
Date Rcvd: Jun 20, 2024 | Form ID: pdford9 | Total Noticed: 1

Alan D. Bart
on behalf of Defendant Kyle Martel abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart
on behalf of Defendant John Coffman abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart
on behalf of Defendant Charles Maimone abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart
on behalf of Defendant Robert "Burt" Lively abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart
on behalf of Defendant Kevin Carrier abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alan D. Bart
on behalf of Defendant Jerry Carroll abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com

Alexander McDonald Laughlin
on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Alexander McDonald Laughlin
on behalf of Trustee Richard Arrowsmith alex.laughlin@ofplaw.com marse.hammond@ofplaw.com

Alexander McDonald Laughlin
on behalf of Liquidator HDL Liquidating Trust Richard Arrowsmith, Liquidating Trustee alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Amanda Jill Katzenstein
on behalf of Defendant Marineta Saunderson akatzenstein@polsinelli.com dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant AMERICAN HEART ASSOCIATION INC. akatzenstein@polsinelli.com, dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant James S. Hoff MD, A Medical Corporation akatzenstein@polsinelli.com, dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant Majad Ali akatzenstein@polsinelli.com dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant Michele L. Ali akatzenstein@polsinelli.com dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant Advanced Primary Health Care S.C. akatzenstein@polsinelli.com, dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein
on behalf of Defendant James Hoff akatzenstein@polsinelli.com dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amy Michelle Simon
on behalf of Defendant Somashekar Pallegar amy.simon@hklaw.com karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Amy Michelle Simon
on behalf of Defendant Geetha Pallegar amy.simon@hklaw.com karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Amy Michelle Simon
on behalf of Defendant Somashekar Pallegar M.D., P.L. amy.simon@hklaw.com, karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Andrea Campbell Davison
on behalf of Defendant American Cancer Society Cancer Action Network Inc. ADavison@beankinney.com, kriddle@beankinney.com

Andrew Ramsey Newby
on behalf of Defendant School Board of Henrico County d/b/a Henrico County Public Schools d/b/a Virginia Randolph Education Center new23@henrico.us

Ann E. Schmitt
on behalf of Interested Party UnitedHealthcare Insurance Company aschmitt@culbert-schmitt.com

Ann W. Matthews
on behalf of Defendant Board of Governors of the University of North Carolina d/b/a University of North Carolina at Wilmington amatthews@ncdoj.gov

Augustus C. Epps, Jr.
on behalf of Creditor Union Bank & Trust aepps@williamsmullen.com

Billy B. Ruhling, II

District/off: 0422-7                              User: MichelleS                              Page 3 of 99
Date Rcvd: Jun 20, 2024                           Form ID: pdford9                             Total Noticed: 1

on behalf of Defendant Stanley P. Sharp bruhling@dimuro.com
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Billy B. Ruhling, II

on behalf of Defendant Vicki Sharp bruhling@dimuro.com  dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Billy B. Ruhling, II

on behalf of Defendant Stanley Sharp  M.D., L.C., A Kansas Professional Limited Liabilty Company, Successor by Merger to
Stanley Sharp, M.D., L.C., A Missouri Limited Liability Company bruhling@dimuro.com,
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Blackwell N. Shelley, Jr.

on behalf of Creditor Paul Spicer shelley@scs-work.com  liz@scs-work.com

Bradley Canter

on behalf of Defendant Thomson Reuters (Tax & Accounting) Inc. dba Thomson Reuters Inc bcanter@roncanterllc.com

Brandy M. Rapp

on behalf of Defendant Scott Mallory brapp@whitefordlaw.com  twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com

Brandy M. Rapp

on behalf of Defendant LaTonya S. Mallory brapp@whitefordlaw.com
twhitt@whitefordlaw.com;brandy-rapp-0816@ecf.pacerpro.com

Brian Paul Waagner

on behalf of Defendant Katia Meier brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Kristine Beck brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Kurt W. Lesh brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Sharon Ann Ortiz brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Maryann Fulton brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Maryann Fulton brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Preventative Cardiovascular Nurses Association  Inc. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Susanne Galvin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Mile High Family Medicine  Inc. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Michelle Reed brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Marc H. Tanenbaum brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Marc H. Tanenbaum brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Michelle Reed brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Sweetwater Medical Associates  PLLC brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Leah Derksen brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Sheldon J. Ravin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Sheldon J. Ravin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Michael A. Schindel brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Gary J. Klein brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Katherine M. Scally brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant "The Rock" Internal Medicine Professional Corporation brian.waagner@huschblackwell.com
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Susanne Galvin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Charles A. Evans  M.D., P.A. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Msonthi Levine  M.D., P.A. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant C. David Bird brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Katherine M. Scally brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Marc H. Tanenbaum  M.D., P.C. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Kurt W. Lesh brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Sharon Ann Ortiz brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Michelle Koenig brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Clear Sky Medical  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Chad E. Boekes brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Age Management MD  P.C. brian.waagner@huschblackwell.com, eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Charles A. Evans brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Lawrence Wilner brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Gary J. Klein brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Castle Rock Family Physicians  P.C. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Msonthi B. Levine brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Louis B. Kasunic brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Donna Clarkin brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party Colorado Springs Family Practice  P.C. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant William Lee brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Marc H. Tanenbaum  M.D., P.C. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Interested Party C. David Bird brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brian Paul Waagner

on behalf of Defendant Colorado Springs Family Practice  P.C. brian.waagner@huschblackwell.com,
eddie.l.edwards@huschblackwell.com

District/off: 0422-7                                      User: MichelleS                                      Page 5 of 99
Date Rcvd: Jun 20, 2024                                  Form ID: pdford9                                     Total Noticed: 1

Brian Paul Waagner
    on behalf of Defendant Leah Derksen brian.waagner@huschblackwell.com  eddie.l.edwards@huschblackwell.com

Brittany Berlauk Falabella
    on behalf of Defendant Calvary Missionary Baptist Church of Blountsville bfalabella@hirschlerlaw.com
    rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
    on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee bfalabella@hirschlerlaw.com,
    rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
    on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
    on behalf of Trustee Richard Arrowsmith bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
    on behalf of Defendant Cornerstone Revival Center bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Brittany Bolton Wilson
    on behalf of Defendant Board of Regents of the University System of Georgia d/b/a University of North Georgia f/k/a North
    Georgia College and State University bbolton@law.ga.gov

Charles B. Molster, III
    on behalf of Interested Party H. Lucius Laffitte , Jr. cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
    on behalf of Defendant H. Lucius Laffitte  Jr., M.D., LLC cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
    on behalf of Interested Party H. Lucius Laffitte  Jr., M.D., LLC cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles B. Molster, III
    on behalf of Defendant H. Lucius Laffitte , Jr. cmolster@molsterlaw.com, andrea@twlawfirm.com

Charles M. Allen
    on behalf of Defendant Thomas Lenns callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant Cedar Ridge Advisors  LLC callen@goodmanallen.com,
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant Warnick Management  LLC callen@goodmanallen.com,
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant The Warnick Family  LLC callen@goodmanallen.com,
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant Joanne M. Keller callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Interested Party Mansi H. Amin callen@goodmanallen.com
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Interested Party Kathryn J. Wood callen@goodmanallen.com
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Interested Party Christopher Dowd callen@goodmanallen.com
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant David Russell Warnick callen@goodmanallen.com
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant Cornerstone Private Practice  P.C. callen@goodmanallen.com,
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Interested Party Thomas Lenns callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Defendant Kathryn J. Wood callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen
    on behalf of Interested Party Columbus Physicians Associates  P.C. callen@goodmanallen.com,
    tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Columbus Physicians Associates  P.C. callen@goodmanallen.com, tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant John Nieters callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party John Nieters callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant The Warnick Family 2012 Irrevocable Trust callen@goodmanallen.com tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Warnick F. Karl callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Cornerstone Private Practice  P.C. callen@goodmanallen.com, tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Mansi H. Amin callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Theodora Saddoris callen@goodmanallen.com tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Theodora Saddoris callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Joanne M. Keller  ARNP Women's Health & Wellness Practice, P.A. callen@goodmanallen.com, tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Joanne M. Keller ARNP Womens' Health & Wellness Practice  P.A. callen@goodmanallen.com, tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Joanne M. Keller callen@goodmanallen.com tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Interested Party Kathryn J. Wood M.D. P.A. callen@goodmanallen.com tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kathryn Jones callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Maren Longhurst callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kathryn J. Wood  M.D., P.A. callen@goodmanallen.com, tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Larry Longhurst callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Kristan Warnick callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Charles M. Allen

on behalf of Defendant Christopher Dowd callen@goodmanallen.com  tbethel@goodmanallen.com;jbarder@goodmanallen.com

Christian K. Vogel

on behalf of Interested Party CVF Beadsea  LLC kvogel@vogelandcromwell.com

Christian K. Vogel

on behalf of Mediator Christian K. Vogel kvogel@vogelandcromwell.com

Christian K. Vogel

on behalf of Mediator Christian K Vogel kvogel@vogelandcromwell.com

Christopher Julian Hoctor

on behalf of Defendant Doctors of Internal Medicine  P.A. choctor@mrcpclaw.com

Christopher Julian Hoctor

on behalf of Defendant Ladan Bakhtari choctor@mrcpclaw.com

Clark J. Belote

on behalf of Defendant Sally Ryan cjbelote@kaufcan.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 7 of 99
Total Noticed: 1

Clark J. Belote
on behalf of Defendant Jeffrey "Boomer" Cornwell cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant PartnerMD  PC cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant James D Mumper cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Walter W. Austin  Jr. cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Riverside Physician Services  Inc. cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant JP Cornwell Inc. cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Internal Medicine Associates of Charlotte  P.A. cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Karl Geddes cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Cecile Q. Nguyen cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Matthew Acampora cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Lynne Geisz cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Charles O. Frazier cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Stephen T Nardo cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant Georgia Healthier Solutions  LLC cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant PartnerMD North Carolina  P.C. cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant The Center for Nutrition & Preventive Medicine  PLLC cjbelote@kaufcan.com

Clark J. Belote
on behalf of Defendant William B. Downey cjbelote@kaufcan.com

Courtney J. Hull
on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Cullen Drescher Speckhart
on behalf of Counter-Claimant Dennis M. Ryan cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Defendant Aesthetics Medical Spa LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Defendant "The Rock" Internal Medicine Professional Corporation cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Defendant Dennis M. Ryan cspeckhart@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Trustee Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Defendant FOUNDATION FOR HEALTH IMPROVEMENT AND TECHNOLOGY cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart
on behalf of Defendant Richard Arrowsmith  Liquidating Trustee cspeckhart@cooley.com,

District/off: 0422-7                    User: MichelleS                         Page 8 of 99
Date Rcvd: Jun 20, 2024                 Form ID: pdford9                        Total Noticed: 1

efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Other Professional Richard Arrowsmith cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY FOUNDATION cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Daniel A Lowenthal

on behalf of Creditor General Atomics dalowenthal@pbwt.com  mcolitigation@pbwt.com

Daniel J. Dugan

on behalf of Interested Party AROC Enterprises LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Crosspoint Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Blue Eagle Farm  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Eagle Ray Investments LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Blue Smash Investments  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Trini "D" Island LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Riverland Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Forse Medical Inc.  ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Helm-Station Investments LLLP ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Blue Eagle Farming LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Lakelin Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Crosspoint Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Lakelin Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Hisway of South Carolina  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Forse Investments  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Trini "D" Island LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Riverland Pines LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Debtor Health Diagnostic Laboratory  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant CAE Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Hisway of South Carolina  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant AROC Enterprises LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Interested Party Floyd Calhoun Dent  III ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant War-Horse Properties  LLLP ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan

on behalf of Defendant Helm-Station Investments LLLP ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Floyd Calhoun Dent  III ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party CAE Properties LLC ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Bluewave Healthcare Consultants  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Cobalt Healthcare Consultants Inc. ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Blue Eagle Farm  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Robert Bradford Johnson ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Royal Blue Medical Inc. ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant H J Farming  LLC ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Forse Medical Inc.  ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Bluewave Healthcare Consultants  Inc. ddugan@sgrvlaw.com, jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Interested Party Royal Blue Medical Inc. ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Cobalt Healthcare Consultants Inc. ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel J. Dugan
on behalf of Defendant Robert Bradford Johnson ddugan@sgrvlaw.com  jkagan@sgrvlaw.com

Daniel M. Press
on behalf of Defendant Dr. Stefana Pecher  LLC dpress@chung-press.com, pressdm@gmail.com

Daniel M. Press
on behalf of Defendant Edward McKeithan dpress@chung-press.com  pressdm@gmail.com

Daniel M. Press
on behalf of Defendant Stefana Pecher dpress@chung-press.com  pressdm@gmail.com

Daniel M. Press
on behalf of Defendant McKeithan Health  PA dpress@chung-press.com, pressdm@gmail.com

Daniel R Schimizzi
on behalf of Creditor Beckman Coulter  Inc. dschimizzi@wtplaw.com

David Ludwig
on behalf of Defendant Barry S. Bryant dludwig@dbllawyers.com
csmith@dbllawyers.com,ecf@dbllawyers.com;casedriverecf@casedriver.com,3295273420@filings.docketbird.com,4854925420
@filings.docketbird.com,casedriverecfg@gmail.com

David Ludwig
on behalf of Defendant Georgia Christian Medical  LLC dludwig@dbllawyers.com,
csmith@dbllawyers.com,ecf@dbllawyers.com;casedriverecf@casedriver.com,3295273420@filings.docketbird.com,4854925420
@filings.docketbird.com,casedriverecfg@gmail.com

David B. Lacy
on behalf of Defendant LeClairRyan  A Professional Corporation dlacy@cblaw.com

David B. Lacy
on behalf of Interested Party LeClairRyan  A Professional Corporation dlacy@cblaw.com

David C. Whitridge
on behalf of Creditor Bank OZK david@whitridgelaw.com  ctiller@tokn.com

David D. Hopper
on behalf of Defendant John Hierholzer ddhopper@chlhf.com  bhale@chlhf.com

David G. Browne
on behalf of Defendant Anthony J. Winstead d/b/a Winstead Motorsports dbrowne@sblawva.com

David G. Browne
on behalf of Defendant Labtech Diagnostics  LLC dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Metro North Cardiovascular Associates  P.A. dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Advanced Healthcare Solutions  LLC dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Specialized Family Medicine  P.A. f/k/a Portneuf Family Medicine, P.A. dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant TANNIKA CHRISTENSEN dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Randy P Vawdrey dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant ERICA CHOWNING dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Max Gerald Garoutte dbrowne@sblawva.com

David G. Browne

    on behalf of Defendant Jordan L. Bailey dbrowne@sblawva.com

David I. Swan

    on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee dswan@hirschlerlaw.com, ndysart@hirschlerlaw.com

David R. Ruby

    on behalf of Defendant Mathew J. Priddy druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Roy Whittingham druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Creditor Metabolon  Inc. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Metabolon  Inc. druby@t-mlaw.com,
mclaiborne@t-mlaw.com;druby@iq7technology.com;ecf.alert+Ruby@titlexi.com

David R. Ruby

    on behalf of Cross-Claimant J&P Haririe Midlevel Healthcare Associates  S.C. druby@t-mlaw.com,
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Selbourne Goode druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Brenda Sanzobrino druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Priority Physicians  PC druby@t-mlaw.com,
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant S. Craig Veatch druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Cross-Claimant Pauline Haririe druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby

    on behalf of Defendant Mary J. Crawford d/b/a Paris Family Medical Clinic druby@t-mlaw.com
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

Deborah Kovsky-Apap

    on behalf of Defendant John Tessler deborah.kovsky@troutman.com  janet.kusch@troutman.com

Deborah Kovsky-Apap

    on behalf of Defendant Noel Bartlett deborah.kovsky@troutman.com  janet.kusch@troutman.com

Deborah Kovsky-Apap

    on behalf of Defendant David Mayes deborah.kovsky@troutman.com  janet.kusch@troutman.com

Deborah Kovsky-Apap

    on behalf of Defendant Joseph Golias deborah.kovsky@troutman.com  janet.kusch@troutman.com

Deborah Kovsky-Apap

    on behalf of Defendant Tipton Golias  in his capacity as Trustee of The Wyndell L. Golias Voting Trust
deborah.kovsky@troutman.com, janet.kusch@troutman.com

Deborah Kovsky-Apap

    on behalf of Defendant Karla Falgout deborah.kovsky@troutman.com  janet.kusch@troutman.com

District/off: 0422-7

User: MichelleS

Page 11 of 99

Date Rcvd: Jun 20, 2024

Form ID: pdford9

Total Noticed: 1

Deborah Kovsky-Apap
on behalf of Counter-Defendant Helena Laboratories Corp. deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Pamela Oates deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Robert S. Galen deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Noel D. Bartlett Jr. deborah.kovsky@troutman.com, janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Tipton Golias deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Eric Petersen deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Galen Associates Inc. deborah.kovsky@troutman.com, janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant Donald Golias deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Plaintiff Helena Laboratories Corp. deborah.kovsky@troutman.com janet.kusch@troutman.com

Deborah Kovsky-Apap
on behalf of Defendant The Wyndell L Golias Voting Trust deborah.kovsky@troutman.com janet.kusch@troutman.com

Dennis T. Lewandowski
on behalf of Defendant JP Cornwell Inc. dtlewand@kaufcan.com kmduffy@kaufcan.com

Dennis T. Lewandowski
on behalf of Defendant Jeffrey "Boomer" Cornwell dtlewand@kaufcan.com kmduffy@kaufcan.com

Diana Lyn Curtis Shutzer
on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee dshutzer@foxrothschild.com, arcdocketing@foxrothschild.com

Diana Lyn Curtis Shutzer
on behalf of Defendant Alabama Family Medical Center LLC dshutzer@foxrothschild.com, arcdocketing@foxrothschild.com

Dion W. Hayes
on behalf of Other Professional McGuireWoods LLP dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Defendant G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Interested Party G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Plaintiff G. Russell Warnick dhayes@mcguirewoods.com kcain@mcguirewoods.com

Donald C. Schultz
on behalf of Creditor Anna McKean dschultz@cwm-law.com
wrsnow@cwm-law.com;cmatos@cwm-law.com;dsmith@cwm-law.com;tgoodman@cwm-law.com

Douglas E. Pittman
on behalf of Defendant John Coffman dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Charles Maimone dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Michael H. Samadani dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Jerry Carroll dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Kevin Carrier dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Julie Harding dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Heather Lockhardt dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman
on behalf of Defendant Kyle Martel dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

District/off: 0422-7                                    User: MichelleS                                    Page 12 of 99
Date Rcvd: Jun 20, 2024                                 Form ID: pdford9                                  Total Noticed: 1

on behalf of Defendant Jason Dupin   dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Robert "Burt" Lively   dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas E. Pittman

on behalf of Defendant Thomas Carnaggio   dlynch@reedsmith.com;cvalente@reedsmith.com;docketingecf@reedsmith.com

Douglas Paul Lobel

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Health Diagnostic Laboratory  Inc., et al.
hlaing@cooley.com;efilingnotice@cooley.com;efiling-notice@ecf.pacerpro.com

Duriya Dhinojwala

on behalf of Defendant Family Medical Care Plus  Inc. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Anurag William Kedia ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Bradley R. Sellers ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Paul A. Rich ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Elizabeth Houglan-Adkins ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Comprehensive Physician Associates  LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant James F. Shina  Jr. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Daniel A. Miller  M.D., LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Interested Party Daniel A. Miller  M.D., LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Community Medical Associates  LTD. ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Angela L. Roberts ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Daniel A Miller ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Anthony S. Lattanzio ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Tolga Icli  MD, LLC ddhinojwala@bmdllc.com, lalewis@bmdllc.com

Duriya Dhinojwala

on behalf of Defendant Tolga Icli ddhinojwala@bmdllc.com  lalewis@bmdllc.com

Dylan G. Trache

on behalf of Interested Party Sydney Investment Group  LLC dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache

on behalf of Interested Party G3 Founders LLC dylan.trache@nelsonmullins.com
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache

on behalf of Interested Party Global Genomics Group  LLC dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Edward Benton Keatley

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee ebkeatley@polsinelli.com

Edward John Efkeman

on behalf of Defendant FedEx Corporation eefkeman@fedex.com

Elizabeth Scott Turner

on behalf of Defendant Monterey Financial Services  LLC elizabeth.turner@leclairryan.com

Emily M. Scott

on behalf of Debtor Health Diagnostic Laboratory  Inc. escott@hf-law.com, mmallory@hf-law.com

Eric C. Howlett

on behalf of Defendant Gorsco LLC ehowlett@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Eric C. Howlett

on behalf of Defendant Joseph M. Scott ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sarah Cottingham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Charles D Macaluso  Individually and Trading As Dayspring & Macaluso, MD's
ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Amanda Haltiwanger ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant North Jersey Institute of Menopausal Lipidology LLC ehowlett@sandsanderson.com
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Mark Miles ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Family Physicians of Spartanburg  PC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Jaspaul S Bhangoo ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Michael Schoenwalder ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Keith E. Didyoung ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ashley Dwyer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Andrea Gatchair-Rose ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Cascade Family Medicine  P.S. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Palm Beach Cardiovascular Clinic  L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Kenneth S. Cheng ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant J.Frank Martin  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Winter Park Family Practice  LLC d/b/a Family Practice of Winter Park ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Holy Family Medical Associates  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lovelace Family Medicine  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Joseph A. Wehner  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant William Dixon ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant M. Wayne Peters ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Internal Medicine Associates of McMinn County  P.C. ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sand Mountain Family Practice Center  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant CARLTON D. PAIGE ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Revitalife Wellness Center  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

District/off: 0422-7                                    User: MichelleS                                    Page 14 of 99
Date Rcvd: Jun 20, 2024                                 Form ID: pdford9                                   Total Noticed: 1

on behalf of Defendant Lisa Colasurdo ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Lynn Kocian ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant James Frank Martin  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Robert L. Thomas  MD, FCCP, LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant J. Frank Martin  Jr., M.D., LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Jayne A. Koehler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Thomas J. Melham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Mark Woodruff ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Steven C Eldenburg ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Gaston O. Perez ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Harvey Weingarten  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Kathleen Archer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Rex A. Butler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Carey Weltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Jeffrey I. Barke ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Jarrod Warren ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Rhonda Cook ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Eldenburg Family Practice  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Michael Luther ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Lori Parker ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Southwest Family Physicians  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Ronald Ferris ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Ashwini Gore ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Rob D. Simmons ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Jaspaul S Bhangoo  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Nipun Arora ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant Elizabeth Mary Jones ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
                on behalf of Defendant J. Marshall Dent  III. ehowlett@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 15 of 99
Total Noticed: 1

Eric C. Howlett

on behalf of Defendant Douglas Wiley ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Glenda Martin ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gabriel Breuer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gesiotto  Henricks, Kordonowy and Simmons, MDs, P.A. ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Family Doctors  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Russell Ditzler ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Michael Schoenwalder D.O.  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant J. Marshall Dent  III, M.D., P.C., d/b/a Synergy Wellness & Weight Loss ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Douglas G. Henricks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lawrence E. Foltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Oscar F. Lovelace  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ernest J. Gesiotto ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Carolina Prime Internal Medicine  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Varesh R. Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lee B. Taylor  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant John A. Pilcher ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Leslie Harvill ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Robert L Thomas ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant River Oaks Medical Clinic  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Rajesh H. Kedar ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant William D. Weeks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sherilyn Foltz-Cook ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Carolyn Bland ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Wellspring Family Medicine  PA ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Nancy K. Perry Children's Shelter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Chauncey Crandall  IV ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant John Belyeu ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas J. Melham  M.D., LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas D. Dayspring  Individually and Trading As Dayspring & Macaluso, MD's
ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Christina Robins f/k/a Christina Sowers ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Damon Daniels ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Hardeep S Dhaliwal ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Rajesh Shah ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Erma Foltz ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Steve Parker ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Ramesh Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Sambit Mondal ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Frank Morales  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Always Best Care Medical Center  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Lisa Heichberger ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Hardeep S. Dhaliwal  M.D., P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Nicholas F. Carulli  M.D., P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant The Familial Hypercholesterolemia Foundation ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Kevin Boyter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Metrolina Medical Associates  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Thomas C. Jones ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Harvey S Weingarten ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gerard S. Issvoran ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Augusto Villa ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Boyan Georgiev ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Personalcare Physicians of Newport Beach  Inc. ehowlett@sandsanderson.com,
sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Advance Family Practice  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Gregory S Cheatham ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett

on behalf of Defendant Fabricio J. Alarcon ehowlett@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7

User: MichelleS

Date Rcvd: Jun 20, 2024

Form ID: pdford9

Eric C. Howlett
on behalf of Defendant Barry Russell Johns ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant PFMOC  P.A., f/k/a Palmetto Family Medicine of Columbia, P.A., d/b/a Palmetto Family Medicine
ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Agustin Vargas ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Christine Stearman ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant South Central Medical Center  P.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Lindsay Piersol ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Ellen Weeks ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Amanda Storey ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Stephen Yost ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Global Family Medicine  L.L.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Attorney Sands Anderson PC ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Gonzalo Loveday ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Bhadrik Patel ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Monterey Integrated Sports & Pain Associates ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant John H. Sink  II ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant CARL D. PAIGE  M.D., P.S.C. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Ricardo J Martinez ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Nicholas F Carulli ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Brent E. Gorman ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Mark Knipfer ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Christine Hunter ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Vikas Verma ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Alfred Ratcliff  Jr. ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant BCMW Investments  LLC ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Thomas C. Jones  M.D., P.C., d/b/a The Jones Center for Diabetes and Endocrine Wellness and d/b/a The
Jones Center ehowlett@sandsanderson.com, sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Kate Hurliman a/ka Kate Nattier ehowlett@sandsanderson.com  sryan@sandsanderson.com

Eric C. Howlett
on behalf of Defendant Bariatric Surgeons of San Antonio  P.A. ehowlett@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7                          User: MichelleS                          Page 18 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                         Total Noticed: 1

Eric E Walker
on behalf of Counter-Claimant True Health Diagnostics  LLC ewalker@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com;diane.young@cooley.com

Eric E Walker
on behalf of Defendant True Health Diagnostics  LLC ewalker@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com;diane.young@cooley.com

Eric E. Walker
on behalf of Defendant True Health Diagnostics  LLC ewalker@perkinscoie.com

Eric E. Walker
on behalf of Defendant Jeffrey P. Cornwell ewalker@perkinscoie.com

Eric Patrick Burns
on behalf of Defendant FOUNDATION FOR HEALTH IMPROVEMENT AND TECHNOLOGY eric.burns@wilsonelser.com
jenny.he@wilsonelser.com

Eric S. Goldstein
on behalf of Interested Party UnitedHealthcare Insurance Company egoldstein@goodwin.com
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Erik W. Fox
on behalf of Creditor CLAIMS RECOVERY GROUP LLC efox@reesbroome.com
rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Ethan G. Ostroff
on behalf of Unknown Bank Of America  N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Unknown Bank of America  N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Unknown BANK OF AMERICA  N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Interested Party BANK OF AMERICA  N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Unknown BANK OF AMERICA  N.A ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Defendant BANK OF AMERICA  N.A. ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Ethan G. Ostroff
on behalf of Unknown Bank of America  NA ethan.ostroff@troutman.com,
FSLECFIntake@troutman.com;kelly.cournoyer@troutman.com

Frances Leslie Christian Caruso
on behalf of Defendant Morris Lamar Brown fran@quinnlawcenters.com

Frank H. Griffin, IV
on behalf of Defendant David Mayes frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Pamela Oates frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Tipton Golias frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Joseph Golias frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Helena Laboratories Corporation frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Donald Golias frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Creditor Eric Petersen frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant The Wyndell L Golias Voting Trust frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Creditor Pamela Oates frank.griffin@troutman.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 19 of 99
Total Noticed: 1

Frank H. Griffin, IV
on behalf of Defendant Karla Falgout frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant Eric Petersen frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Creditor David Mayes frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Creditor John Tessler frank.griffin@troutman.com

Frank H. Griffin, IV
on behalf of Defendant John Tessler frank.griffin@troutman.com

Franklin R. Cragle, III
on behalf of Plaintiff Richard Arrowsmith fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Creditor Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Defendant George Russell Warnick fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Counter-Claimant George Russell Warnick fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Plaintiff Richard Arrowsmith  as Liquidating Trustee of the HDL Liquidating Trust fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Trustee Richard Arrowsmith  Liquidating Trustee fcragle@hirschlerlaw.com

Franklin R. Cragle, III
on behalf of Trustee Richard Arrowsmith fcragle@hirschlerlaw.com

George E. Kostel
on behalf of Creditor Oncimmune (USA) LLC gkostel@polsinelli.com  gekostel@gmail.com

Gerard R. Vetter
USTPRegion04.RH.ECF@usdoj.gov

Gina Baker Hantel
on behalf of Creditor Tennessee Dept. Of Revenue agbankcal@ag.tn.gov

Gordon Murphy Phillips
on behalf of Defendant LeClairRyan  A Professional Corporation gphillips@cblaw.com

Gordon Stewart Young
on behalf of Creditor Bank of the West gyoung@silvermanthompson.com  efiling@silvermanthompson.com

Gregory Delane Coleman
on behalf of Defendant Michele Sewell gregorycoleman@jhclawyers.com

Gregory N. Britto
on behalf of Creditor Nationstar Mortgage LLC LOGSECF@logs.com

Gregory S. Bean
on behalf of Defendant Pawmetto Lifeline  Inc. gbean@grsm.com, hbean@grsm.com;ksnow@grsm.com

H. Slayton Dabney, Jr.
on behalf of Defendant Jeffrey P. Cornwell sdabney@dabneypllc.com

H. Slayton Dabney, Jr.
on behalf of Interested Party Jeffrey P. Cornwell sdabney@dabneypllc.com

H. Slayton Dabney, Jr.
on behalf of Defendant True Health Diagnostics  LLC sdabney@dabneypllc.com

H. Slayton Dabney, Jr.
on behalf of Counter-Claimant True Health Diagnostics  LLC sdabney@dabneypllc.com

H. Slayton Dabney, Jr.
on behalf of Interested Party True Health Diagnostics  LLC sdabney@dabneypllc.com

Henry Pollard Long, III
on behalf of Debtor Health Diagnostic Laboratory  Inc. hlong@huntonAK.com, tcanada@huntonAK.com

District/off: 0422-7        User: MichelleS        Page 20 of 99

Date Rcvd: Jun 20, 2024        Form ID: pdford9        Total Noticed: 1

Hunter R. Wells
     on behalf of Defendant Amy Pike hunter@cwkllp.com  galen@cwkllp.com;jean@cwkllp.com;peggy@cwkllp.com

James K. Donaldson
     on behalf of Defendant Cynthia B. Chambless jed.donaldson@wrvblaw.com

James K. Donaldson
     on behalf of Defendant Monterey Financial Services  LLC jed.donaldson@wrvblaw.com

James K. Donaldson
     on behalf of Defendant Prentiss Primary Care  P.A. jed.donaldson@wrvblaw.com

James K. Donaldson
     on behalf of Defendant Cynthia B. Chambless  M.D., LLC jed.donaldson@wrvblaw.com

James K. Donaldson
     on behalf of Interested Party Monterey Financial Services  LLC jed.donaldson@wrvblaw.com

James K. Donaldson
     on behalf of Defendant Jaishankar Jagadeesan jed.donaldson@wrvblaw.com

James R. Schroll
     on behalf of Defendant American Cancer Society Cancer Action Network  Inc. jschroll@beankinney.com,
     ncoton@beankinney.com

James Stephen DelSordo
     on behalf of Defendant Maria Nakamura delsordo@arguslawfirm.com

James Stephen DelSordo
     on behalf of Defendant West Marion Family Practice PA delsordo@arguslawfirm.com

James Stephen DelSordo
     on behalf of Defendant Carlos E. Lara delsordo@arguslawfirm.com

Jason Meyer Krumbein
     on behalf of Defendant Age Management Medicine Group  A Division of Red River Solutions, Inc.,
     jkrumbein@krumbeinlaw.com, a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Jason William Harbour
     on behalf of Defendant Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
     on behalf of Defendant Integrated Health Leaders  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
     on behalf of Debtor Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
     on behalf of Debtor Central Medical Laboratory  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
     on behalf of Debtor Integrated Health Leaders  LLC jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
     on behalf of Plaintiff Health Diagnostic Laboratory  Inc. jharbour@huntonAK.com, tcanada@huntonAK.com

Jeffery T. Martin, Jr.
     on behalf of Defendant Janet Mallory Curtin jeff@martinlawgroupva.com
     martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffrey L. Tarkenton
     on behalf of Defendant Andrew Binamira Jeffrey.tarkenton@wbd-us.com
     beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;charlie.livermon@wbd-us.com;njohnson@spectorjohnson.com

Jennifer A. Brust
     on behalf of Interested Party DC CareFirst Blue Cross jbrust@beankinney.com  mshinko@beankinney.com

Jennifer A. Brust
     on behalf of Interested Party Maryland and DC Blue Cross jbrust@beankinney.com  mshinko@beankinney.com

Jennifer A. Brust
     on behalf of Debtor Health Diagnostic Laboratory  Inc. jbrust@beankinney.com, mshinko@beankinney.com

Jennifer McLain McLemore
     on behalf of Creditor Union Bank & Trust jmclemore@williamsmullen.com
     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer Tennile Langley
     on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee jlangley@langleymaskell.com, jenniferlangleyecf@gmail.com

Jennifer Tennile Langley
     on behalf of Attorney Jennifer Langley jlangley@langleymaskell.com  jenniferlangleyecf@gmail.com

District/off: 0422-7

User: MichelleS

Page 21 of 99

Date Rcvd: Jun 20, 2024

Form ID: pdford9

Total Noticed: 1

Jeremy S. Friedberg
on behalf of Creditor Bank of the West jeremy@friedberg.legal  ecf@friedberg.legal

Jeremy S. Friedberg
on behalf of Defendant BNP Paribas d/b/a BNP Paribas Leasing Solutions jeremy@friedberg.legal  ecf@friedberg.legal

Jeremy S. Williams
on behalf of Interested Party Kirk D. Miller  P.S. jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Defendant Kirk Miller  P.S. jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Interested Party Women's Health Connection  PS jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Creditor Atlantic Corrugated Box Company  Incorporated jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Defendant Kristin Wickstrom jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jeremy S. Williams
on behalf of Unknown Kristin Wickstrom jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com

Jesse N. Silverman
on behalf of Defendant Helmstation Investments LLLP jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Interested Party Royal Blue Medical Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant AROC Enterprises LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant Floyd Calhoun Dent III jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant Blue Eagle Farming LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant CAE Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant Riverland Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Interested Party Cobalt Healthcare Consultants Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Interested Party Bluewave Healthcare Consultants  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant War-Horse Properties  LLLP jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant Royal Blue Medical Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant Blue Smash Investments  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Interested Party Trini "D" Island LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman
on behalf of Defendant H J Farming  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

District/off: 0422-7

User: MichelleS

Page 22 of 99

Date Rcvd: Jun 20, 2024

Form ID: pdford9

Total Noticed: 1

Jesse N. Silverman

on behalf of Defendant Forse Investments  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Blue Eagle Farm  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Robert Bradford Johnson jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party CAE Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Cobalt Healthcare Consultants Inc. jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Riverland Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Floyd Calhoun Dent  III jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Floyd Calhoun Dent  III jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Hisway of South Carolina  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant POWERVAR  INC. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Eagle Ray Investments LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Lakelin Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Crosspoint Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Lakelin Pines LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Forse Medical Inc.  jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Hisway of South Carolina  Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Forse Medical Inc.  jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Crosspoint Properties LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Robert Bradford Johnson jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party AROC Enterprises LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Trini "D" Island LLC jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Defendant Blue Eagle Farm  LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

on behalf of Interested Party Helm-Station Investments LLLP jsilverman@dilworthlaw.com  jkagan@dilworthlaw.com

John B. Sieg

on behalf of Creditor WMPT Stone Oak  L.P. bsieg@ohaganmeyer.com, trobinson@ohaganmeyer.com

John C. Altmiller

on behalf of Defendant Eric Tiblier john@pesner.com

John C. Altmiller

on behalf of Defendant Dr. Eric Tiblier  P.A. john@pesner.com

John C. Smith

on behalf of Interested Party Shamil DBA Rosenhill Family Care jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Angela G. Reeves jsmith@sandsanderson.com  sryan@sandsanderson.com

District/off: 0422-7                      User: MichelleS                      Page 23 of 99
Date Rcvd: Jun 20, 2024                   Form ID: pdford9                     Total Noticed: 1

John C. Smith

on behalf of Defendant Rhonda Davis jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant St. Mary's Medical Clinic  PC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Alabama Family Medical Center  LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Duane J. Henk jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant RICHARD A. BANKS  JR. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Suwarna M. Tilak jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Mukesh M. Gandhi jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Randi K. Popp jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Well Family Medicine  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Harry I. Geisberg jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Michael K. Johnson jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant North Huntsville Family Care  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant David Bruce Coffey jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Northeast Family Practice P.C. jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant OAKTREE MEDICAL CENTRE  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant GGD  Inc., jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Endocrinology Associates of Montgomery  P.A. jsmith@sandsanderson.com,
sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Horizon Family Medicine  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Mukesh M. Gandhi  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Thomas A. Malone jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party North Huntsville Family Care  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Ronald H. Littlefield  MD, LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Doctors Inlet Pediatrics & Primary Care jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Milind V. Tilak jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Coffey Family Medical Clinic  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Bethesda Family Practice Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Albert M. Edwards  II jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party GGD  Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party St. Mary's Medical Clinic  PC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Hansen A. Chang  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Sing Ye Rebecca Chang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Regina Wang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Mag Mutual Insurance Company jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Well Family Medicine  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Marshall L. Meadors  III. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Hansen A. Chang  L.L.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party William Joseph Hollins jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Bethesda Family Practice Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Mukesh M. Gandhi  M.D., P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Coffey Family Medical Clinic  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Creditor Orchard Software Corporation jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Rebecca W. Norris jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Doctors Inlet Pediatrics and Primary Care  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Liberty University  Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Linda G Early jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Newman W. Harter  Jr. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Endocrinology Associates of Montgomery  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Joel Kevin Price jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ronald H. Littlefield jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant William Campbell Cromwell jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Jack Thomas Saltz jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Interested Party Primary Care Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Thaddeus J. Bell jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Ronald H. Littlefield  MD, LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith

on behalf of Defendant Bruce S. Trippe jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Parul P. Patel jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Jesse C. Pittard jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Hansen A. Chang jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Northeast Family Practice P.C. jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Interested Party Oaktree Medical Centre  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Ingrid L. Isakov jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant RICO ARAGON jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Shamil  P.C., d/b/a Rosehill Family Care jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Sumathi Puttu jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Primary Care Associates  P.C. jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Piyush B. Patel jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Patricia L. Young jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Ramesh B. Peramsetty jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Erin L. Cooksey jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Awawu E. Igbinadolor jsmith@sandsanderson.com  sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Thaddeus J. Bell Family Practice  LLC jsmith@sandsanderson.com, sryan@sandsanderson.com

John C. Smith
on behalf of Defendant Horizon Family Medicine  P.A. jsmith@sandsanderson.com, sryan@sandsanderson.com

John D. McIntyre
on behalf of Defendant Elmwood Family Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant James Howton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Richland Primary Care Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Network for Effective Women's Services  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Susan Ashley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Jinsong Zhang  MD, PHD, PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant MICHAEL CRIMI  JR jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Neil Warren Hirschenbein jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Anglyn Family Medical Center  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant University Family Medicine Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
on behalf of Defendant Nanacy Dulisse jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                              User: MichelleS                              Page 26 of 99
Date Rcvd: Jun 20, 2024                           Form ID: pdford9                             Total Noticed: 1

John D. McIntyre

on behalf of Defendant Jack Pieniazek jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maureen E. Mays jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Bateman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara N. Garcia  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Natalie A. Doyle  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elizabeth Seymour jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rich Cazin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant DOUGLAS EPPS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jense Benjamin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Roshnie Hardowar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant MD One on One  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Institute for Cardiovascular Disease  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita M. Oganwu  M.D., S.C., d/b/a Healthier Shape jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan M. Dimick jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Health Clinic of Grenada  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Barbara Dean jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Franca Gardner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Vinay Kumar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant KOTA J. REDDY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant My Personal MD  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey Reed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Zafer H. Haydar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John Roberts jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Shawn S. Dhillon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Herbert Rudolph jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sonia Otero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan Gilinsky jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patricia Deckert jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia M. Watson jmcintyre@msa.law wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bountiful Family Healthcare  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raj Kandvanam jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Salvatore Fratianni  D.O., A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kathleen Nassberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven D. Stahle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Marvin D. Rodgers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil F. Neimark  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Donald E. Baker jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lisa Long jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Amy L. Chisholm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lucio R. Gonzales  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ali Maqsood Mohiuddin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant JONATHAN S. LOWN jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LEWIN  FAGEN & LOWN, M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jerry N. Keele jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Neuenschwander jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Moore  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Perry Krichmar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy Mark jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sanjay Pethkar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hector Malave jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel S Berger jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gower Family Care Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Central California Family Medicine  A Medical Corporation jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kirby Reinecke jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario A Mendizabal jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Home Visiting Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant M.D. Healthcare  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John A. Pettay jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jenifer L. Branson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pat Woo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Practical Management  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Diemphuong Pham a/k/a/ Nina D. Pham jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Paul Reid Altsheler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant HARRIETT SMITH-MCKINNEY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elite Family Health and Wellness Center  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Martin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter Ruggiero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy E. Bell  D.O., P.A., d/b/a Kingston Health Associates jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven Schnur jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Medical and Urgent Care Clinic of McDonough  LLC d/b/a Family Medical Clinic
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Augusta Family Medicine Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Venkatesh P. Nagalapadi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Internal Medicine Associates of Johns Creek  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mujahed M. Ahmed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lee A. Fischer  M.D., P.A., d/b/a Palm Beach Family Physicians jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mahrukh Subhani  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Allen Imes jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kirkwood Diagnostic & Orthopedic Associates  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mackenzie Pennington jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alison Garb  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jack Goldman jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                           User: MichelleS                              Page 29 of 99
Date Rcvd: Jun 20, 2024                        Form ID: pdford9                            Total Noticed: 1

John D. McIntyre

on behalf of Defendant Medical Family Circle  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stacy L. Waneka jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant K. Paul Gerstenberg  D.O., P.A., T/A Gerstenberg Clinic and F/K/A Lifecare Family Medicine Clinic
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Health Solutions Family Practic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hope Clinic  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LAWRENCE RICHARD VAN METER jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeff Harris jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Harish R. Chandra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dr. Michael C. Souza  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Community Family Healthcare jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant BIG FROG PRODUCTION  LTD. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tracy L. Asher jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patrick Kenney jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Natalie A. Doyle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Awisa Monsefan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert Luther Schubert  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Interested Party Wilson & McIntyre  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Optimized Living Center  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher S. Hall jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen L. Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kathryn Retzler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rodney Carter jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nassberg Diabetes Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Garcia Medial Clinic  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Oasis Family Medicine Inc. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Genesis Health & Wellness  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Larry Levinson  D.O., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Premier Medical Associates All Florida  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John M. Hill jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Jacques jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristin L. Sanders jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Noah J. Lee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Supino jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Solomon Paley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita Samir Bhatt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Medicine Liberty Lake  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anna Patrice Carty jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant SI Medical Weight Loss Inc.  d/b/a SI Medical Weight Loss Clinic, Inc., SI Weight Loss, Inc., and SI
Medical, Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Matthew Teltser jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carolina East Family Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Vinaya Kumar P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robin Moore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Marx jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wanda Simmons a/k/a Wanda Clemmons jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Renee Brushwood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James R. Gore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gore Medical Management  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chandrakant G. Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy F. Tramontana jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mary E. Markle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luis S. Ulloa M.D.  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey J. Guillory jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Deborah Harding jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hetal Shah jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark A. Earhart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Lauren R. Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Southern Ocean Primary Care Associates  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Kenneth L. Crump jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Salvatore Fratianni jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Larry Levinson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Michael R. Jackson  M.D., P.S. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Rachel N. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Nicholas J. Michalski  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Intermountain Heart Center  P.C jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Forest Conley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Williston Family Practice  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Jason Wren jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Mountain Island Family Medicine  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Ildefonso Cruz  M.D., A Professional Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Brian J. Rodgers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Internal Medicine West  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Eastside Medical Group/Eastside Family Medicine jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Athena C. Mason jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Schwartz and Promes  a Professional Limited Company jmcintyre@msa.law,
    wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Ernesto Urdaneta jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Alacia Tarpley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Joann Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Tracey Askari jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Debra Mercer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Rajan Sood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant Louise Connolly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

    on behalf of Defendant William B. Martin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Page 32 of 99

Total Noticed: 1

on behalf of Defendant Dhanalakshmi P. Ganesan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Dangovian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rodrigo Sanchez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory A. Ennis jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kenneth L. Crump  M.D., P.C., d/b/a Lakeview Family Medicine and d/b/a Crossroads Family Medicine
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Laura MacKenzie-Tangredi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Regina Z Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kinny Delay jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kenneth Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Macer Medical jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jinsong Zhang jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Practice Physicians  A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Eric Lin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey E. Askew jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Burris jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ruben R. Garcia  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiovascular Consultants  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant EAGLES LANDING DIABETES & ENDOCRINOLOGY  P.C jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Meena Malhotra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmed S. Ahmed jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Russell P. Carter  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeremy S. Pepper jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ana English jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sandra Elaine Weibley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Andy Dibattista jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chad Edwards jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Roberta Smith jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Felix Tarm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Wing Inn Fong jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant KOTA JAGDISH REDDY  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles Weatherby jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gretchen Daniels jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lost Mountain Internal Medicine  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Private Physicians Medical Practice  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher B. Cave jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia L. Detlefs jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara T. Folden jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant West Volusia Family and Sports Medicine  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Radley L. Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carolina Family Healthcare  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Graham Medical Clinic PLLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven E. Cox  D.O., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bowie Town Behavioral Services  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert A. Steinberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Oconee Family Practice  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mahrukh Subhani jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nicholas J. Michalski jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alison Garb jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Flagler Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carol Villanueva jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael P. Varveris  M.D. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant American Health Network of Indiana  LLC t/a American Health Network Westfield jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cory Rice jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tracy Wolfe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Enrique Rodriguez Paz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sara N. Garcia jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Faisal Amir Pirzada jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario H. Paez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Portland Preventive Cardiology  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela McDonald jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant William Sanders jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Amanda Muir jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant PPMA D/B/A PRIVATE PHYSICIANS MEDICAL ASSOCIATES jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Carrie A. Prowell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Virginia Cardiovascular Consultants  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cedar Argo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Shawn Dhillon  M.D., PC d/b/a Calvert Medical Group jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas L. Kirkland  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Murray I. Wellner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiology of Atlanta  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles E. Jahrsdorfer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Clayton Bailey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Quality Care Medical Clinic  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Adrian L. Burrowes jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cheryle Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mary Greiner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward Williams jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ildefonso Cruz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nora E. Teltser jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil W. Hirschenbein  M.D. Optimal Health and Wellness Medical Center, Inc., T/A The La Jolla Institute
For Integrative Medicine jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leroy O. Jeske jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Central Oklahoma Early Detection Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LISA TAUGER-LAZER jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rene Alberto Alarcon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Middle Georgia Internal Medicine  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Donald Griffin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Yoshi P. Rahm jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jimson Tharayil jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Care of Broken Arrow  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wallace B. Sarver jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joseph Clancy jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant San Diego Center for Integrative Medicine  Inc., A California Professional Corporation
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bibi Tasleyma Sattar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Riaz A. Sirajuddin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Janis M. Frisch jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Odessa Consultants  PLLC d/b/a Center for Hypertension & Internal Medicine jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristine Norden a/k/a Kristine Corbin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Carolina Santos jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Francisco S. Palacios jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leon E. Brown  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raghu Lolabhattu jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant C.G.Patel  MD, PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leonard Mennen jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant LeConte Family Practice  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald R. Hopkins jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jack Tarr jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Matthew Teltser MD PLLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rita N. Oganwu jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Forys  Birn & Associates, P.C., d/b/a Central Medical Clinic of Chicago jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jennifer Goss jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joseph Aiello jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ebon Bourne jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Moore jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Francis T. West  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Roots Medical  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Associates in Internal Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant APRIL KOOY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Greg Ross jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant ERS Medical Associates of Denton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chandra G. Higginbotham T/A The Women's Health Solution jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Benjamin Medical Associates-Forney  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Brandi Wright F/K/A Brandi Hubert jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Diabetes & Endocrine Institute  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Juan Escobar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elizabeth L. Schultz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel S. Berger  M.D., LTD jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Advanced Internal Medicine  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alliance Healthcare System  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sand Lake Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Leon E. Brown jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patricia M. Disharoon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cape Family Practice  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Suman Banerjee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Barbara A. Schwartz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel K. Wooster jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tabernacle Family Physicians  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven E. Cox jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Riaz A. Sirajuddin  M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeff Harris  M.D., a Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Liv L. Alderman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant RICHARD B. LEWIN jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant East Coast Medical Center  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mobjack Medical Group  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wise Health Services d/b/a Wise Health System jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter R. Honig jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Fernanda De Oliveira jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Waukegan Clinic Corp.  d/b/a Vista Physician Group jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant BURKE JACKSON jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant James Polk jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Berland & McConnell  M.D.'s, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory D. Pirkle jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant CFP Physicians Group  P.L. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Healthy Heart & Vascular  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant FirstThePatient  Inc., f/k/a Trumed Ed, Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luna Beck jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nandkishore Ranadive jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joyce Adedugbe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald R. Hopkins  D.O., PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Henry J. Weiss jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samir Naran Bhatt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel Soule jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Peter R. Honig DO PC T/A Honig Family Practice jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher Jenny jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Monica Bertram jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                                          User: MichelleS                                          Page 38 of 99
Date Rcvd: Jun 20, 2024                                     Form ID: pdford9                                          Total Noticed: 1

John D. McIntyre

on behalf of Defendant Wilson Community Family Practice  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Benjamin C. Huddleston jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Total Nutrition and Therapeutics P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Akila Balasubramanian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michele Martin-Jones jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sandra Fallon  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Chad W. Hammett jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Laura Teplitz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Alexander Goldman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles D. Otero jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Steven Brushwood jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Marvin D. Rodgers  D.O., A Professional Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen E.T. Rader jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Tyler Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mohamed L. Shalaby jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant JAGDISH K. REDDY jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Louis A. Fernandez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel Fortier jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas Wheeler jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Heal N Cure S.C. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John R. Jones jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Maria Atkinson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Murray I. Wellner  M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory Berland jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mathew J. Wilson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Julie Lynn Reihsen jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant REDDY BREAD LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Larry Keller jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 39 of 99
Total Noticed: 1

John D. McIntyre

on behalf of Defendant Parag Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Henry Locus jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Boone Heart Institute  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hospital Transformers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rolf Knapp jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ethel Thompson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Hirt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Timothy E. Bell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nitin Bawa jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Douglas Gill jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Raouf Maoud jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmad Emami jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Karen L. Smith  MD PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susan Wellner jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Paula Jackson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Omar Akhras jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samantha B. Benson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stamps.com Inc jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Family Practice & Surgery  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sheri Weinstein jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario A Mendizabal  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stephen Summers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Full Circle Health Clinics  Incorporated jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Conroe Family Medicine  P.A. d/b/a Texas Lipid Clinic jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Delta Convenient Care  P.C., jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward Condon  Medical, P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant DJ Quality Care  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Creekside Osteopathic Family Practice  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sheldon Nassberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Allergy Specialty Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dalinda Reese jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Francisco Smith Palacios P.A. jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christopher B. Cave  M.D., PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lori Esarey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Mark Frisch jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jasmine Moghissi  M.D., P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant EXPRESS CARE OF BELLEVIEW  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Randall M. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ahmed Cardiology  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas W. Kupferer  D.O., t/a/ Murphysboro Family Medicine jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kemille Walters jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sudhir Malhotra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Erika Bradshaw jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lori Moyers jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Julie Ly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Meditech Medical Centers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott R. English jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Blissful Wellness Medical Weightloss Centers  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant E.P. Premier Medical Group  P.A., d/b/a El Paso Premier Medical Group jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Hormonesynergy Clinic LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anthony Keele jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Benjamin Medical Associates  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Denise Panuccio  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Samir N. Bhatt  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cardiovascular Interventions  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jonathan Humphrey jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dinesh Khanna jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sobel Medical Associates  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mitch Hibbard jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sarasota Wellness & Medical Center  LLC d/b/a Sarasota Wellness & Internal Medicine
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dida Ganjoo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mirta Galante jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kelly N. Krug jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Simon Henry F. Clemo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Hirt  M.D., A Professional Corporation T/A The Center for Integrative Medicine
jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Thomas Martyak jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ronald Ray Burns jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Access Internal Medicine  PC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Internal Medicine Specialists  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark Anderson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant ANNA TRUONG jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant RONALD S. WATTS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mario Paez Lancheros jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ella Family Medicine  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Cynthia Macer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Trinity Family Medicine  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles T. McCrory  D.C., M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kristen Spratt jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Comprecare Medical  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant K. Paul Gerstenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jane-Marie Raley jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Page 42 of 99

Total Noticed: 1

on behalf of Defendant Melissa Haglund  f/k/a Melissa Jean Robledo jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant South Florida Cardiology Associates  P.A., d/b/a Elite Health Medical Group jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Latchman Hardowar jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Eric I-Hung Lin  D.O., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David M. Frisch  M.D., A Medical Corporation jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Kerrie Aiello jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Lee Sneed t/a Austin Family Medicine Associates jmcintyre@msa.law wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Edward W. Condon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory J. Facemyer  M.D., LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Walter Miller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Elyssa A. Blissenbach jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Frans A. Vossenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Luis S. Ulloa jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Neil F. Neimark jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jenks Health Team  L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Scott Kelly jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Russell P. Carter Jr. MD  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Holly Stewart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Patricia Bell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Nitin Bawa P.A.  a/k/a Dr. Bawa and Associates jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wilmington Primary Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Parker Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bryan L. Dalton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bryan Frank jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Victor H. Harding jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Monika Dhillon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Mark D. Rattinger jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

District/off: 0422-7                                    User: MichelleS                                    Page 43 of 99
Date Rcvd: Jun 20, 2024                               Form ID: pdford9                                  Total Noticed: 1

on behalf of Defendant Maryann Newell jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Derrell W. Anglyn  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Douglas Gill  M.D., S.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Oakmont Wellness Center  PA jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Jasmine Moghissi jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant REDDY CARDIAC CELLNESS  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Orlando Heart Specialists  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Victor Forys jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant South Tampa Medical Associates  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Ocotlan Montoya jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Kathryn E. White jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Solo Doc  M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Meditech  Inc.c/o Ernesto Urdaneta jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Janelle Brown Taft jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Bio Energy Medical Center  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Michael C. Souza jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Adam Sobel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Pradip M. Jamnadas jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Esteban N. Berberian  MD, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Charles T. McCrory jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Ankita Bagaria jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Jackie Wurtz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Penscott Medical Corporation jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Thomas H. Brister  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Primary Care Northwest  P.L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Padma Pamganamamula jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Jackson Primary Care  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
              on behalf of Defendant Emmanuel Arhin jmcintyre@msa.law  wedwards@mcintyrestein.com

District/off: 0422-7                         User: MichelleS                              Page 44 of 99
Date Rcvd: Jun 20, 2024                      Form ID: pdford9                             Total Noticed: 1

John D. McIntyre
    on behalf of Defendant Esteban N. Berberian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Shane Ashford jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Denise Panuccio jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Midland Medical-Broward  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Elizabeth Buselli jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Robert G. Bass  Jr., M.D., P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Jose Rios jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Pasan Health Administration Services  Inc., c/o Mario H. Paez jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Allisandro Castillo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant James E. Wortman jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant NP Health Clinic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Clear Lake Cardiovascular Care  P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Analuz C. Rodriguez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Luna Beck  M.D. & Associates, P.A. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Robert G. Bass jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Maria Rufin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Sara Folden  M.D., P.A., d/b/a Folden Family Practice jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Michael Briscoe jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Stacy L. Waneka  M.D., Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Sandra Fallon jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Sherryl B. Earhart jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Rebecca Appleton Castillo jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Samuel Carlis jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Sadaf S. Sabzali jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant New Beginnings Health Care  A Professional Medical Corporation jmcintyre@msa.law,
wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Rajiv Chandra jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre
    on behalf of Defendant Babak Vakili jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant George R. Paz jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Radley L. Griffin  M.D., P.L. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Anna Pare-Monderson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Robert B. Vranian jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dr. Rachel West  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dino P. Kanelos jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Goar De Lamerens jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Joy Franks jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Revolution Health & Wellness Clinic  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Wayne C. Johnson  Jr. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant David Sharp jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michele A. Morrison jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Madhu Pamganamamula jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gerald D. Wootan jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Susanne Goeb jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael Gilinsky jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Sanjay Pethkar M.D. S.C. dba Suburban Healthcare Associates jmcintyre@msa.law
wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Lucy Donna King jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael J. Culoota jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Michael R. Jackson jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rana Hall jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Stephen L Miller jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant John E. West jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Janet Rudderham jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Conley Clinic  LLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Rumki Banerjee jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Junitha Benjamin jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

John D. McIntyre

on behalf of Defendant Joshua A. Nguyen amcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jay Patel jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Apex MD LLC jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Gregory J. Facemyer jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Ashley Vanzant jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Christine Kuida jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Riverside Medical Associates  P.L.L.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Charles F. Benson  III jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Fred H. Van Nynatten jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Frederick A. Brown jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant FamilyCare Specialists  P.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Jeffrey L. Boone jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Restore Health Center  PLLC jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Daniel Greenberg jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Pamela Gray jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Bradley D. Templeton jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant JAMES M. WEISS jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Juan Carlos Gonzalez jmcintyre@msa.law  wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Dhanalakshmi P. Ganesan  M.D., S.C. jmcintyre@msa.law, wedwards@mcintyrestein.com

John D. McIntyre

on behalf of Defendant Blackhawk Medical Group  Inc. jmcintyre@msa.law, wedwards@mcintyrestein.com

John David Taliaferro

on behalf of Interested Party Cedar Glade CGIC  LP jtaliaferro@loeb.com, dbesikof@loeb.com;whawkins@loeb.com

John E. Lucian

on behalf of Defendant HALFPENNY TECHNOLOGIES  INC. lucian@blankrome.com

John E. Lucian

on behalf of Creditor Halfpenny Technologies  Inc. lucian@blankrome.com

John H. Maddock III

on behalf of Interested Party Antonia Bunker-Huertas jmaddock@mcguirewoods.com

John H. Maddock III

on behalf of Defendant Antonio Bunker-Huertas jmaddock@mcguirewoods.com

John H. Maddock III

on behalf of Defendant Data Innovations  LLC jmaddock@mcguirewoods.com

John Kuropatkin Roche

on behalf of Interested Party Jeffrey P. Cornwell jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche

on behalf of Interested Party True Health Diagnostics  LLC jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche
    on behalf of Defendant MedTest DX  Inc. jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John Kuropatkin Roche
    on behalf of Defendant Adobe Systems Incorporated jroche@perkinscoie.com  ecf-3ac9070a3959@ecf.pacerpro.com

John P. Van Beek
    on behalf of Defendant American Diabetes Association jvanbeek@goldmanvanbeek.com
gschifano@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com

John Stanfield Buford
    on behalf of Defendant L. Keith Granger jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Youngstown Ohio Hospital Company  LLC d/b/a Valleycare Health System of Ohio and d/b/a Northside
Medical Center jbuford@hdjn.com, dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Patricia Trueblood jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Page Vaughan jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Julie Soekoro jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant David Randell jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Affinity Hospital  LLC d/b/a Labfirst jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant Freddie Johnston jbuford@hdjn.com  dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant The Chester County Hospital and Nursing Center  Inc. jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Stanfield Buford
    on behalf of Defendant David J. Randell  D.O., P.A. jbuford@hdjn.com,
dallen@hancockdaniel.com;pkhoury@hancockdaniel.com

John Tucker Farnum
    on behalf of Defendant Preetam Jolepalem jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

John Tucker Farnum
    on behalf of Defendant Gitika Dhillon jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Johnathan Caleb Jones
    on behalf of Defendant Lake Murray Baptist Church jcjones@simmsshowerslaw.com

Johnathan Caleb Jones
    on behalf of Defendant Christian Life Assembly of Columbia  South Carolina, Inc. d/b/a Christian Life Church and South Carolina
School of Leadership jcjones@simmsshowerslaw.com

Johnie Rush Muncy
    on behalf of Creditor Atlantic Resource Group  Inc. jmuncy@siwpc.com,
dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@si
wpc.com

Johnie Rush Muncy
    on behalf of Creditor Toyota Lease Trust jmuncy@siwpc.com
dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@si
wpc.com

Jonathan A. Grasso
    on behalf of Defendant Lewis H. Semel jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant Petar N Novakovic jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant W. Kevin Watterson jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant Brian C. Moraes  D.O., P.A. jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant Douglas Hall jon@piercemccoy.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 48 of 99
Total Noticed: 1

Jonathan A. Grasso

on behalf of Defendant Vera Muin Dugom jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Curtis Page jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gerianne Geszler jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Breezewood Healthcare  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shawn Mollica jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Donna S. Judson jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gurprit Sekhon jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jeffrey Donohue jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cranford L. Scott jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant James J. Caserio  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant WNC Internal Medicine  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Linda F. Delo  D.O., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Mark Goldberg jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Kadye B. McCaslin jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Connor's Heroes Foundation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Melinda Jezierski jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cantonment Family Medicine  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Munni R. Selagamsetty  M.D., A Professional Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Central Coast Family Care Medical Associates  Inc. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Oviedo Family Health Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jeffrey Donohue MD  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Ralph J. LaGuardia  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Ralph J. LaGuardia jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lawson Eugene McClung jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Goldsboro Medical Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Hanriet Minasian-Arakelian  D.O., Inc. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Charles A. Moss jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Your Good Health Medical Group  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant James J Caserio  Jr. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Pinkal Patel jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant JOHN PHILIP OKERBLOM jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party Julio C. Ugarte jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Maria U. Tedtaotao jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Deerwood Family Practice  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Eleanor Davina jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Rockwell Physicians of Salisbury  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Le Salveo Care Corp. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Healthy Heart Cardiology  PLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shailaja Gunnala  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Uma Gunnala jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cranford L. Scott  M.D., Inc. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cardiology Center  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant David L. Vastola jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Helga Lisa McClung jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Thomas J. Wolf jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Maria Uncangco Tedtaotao M.D.  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Dawsonville Family Medicine  P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Page Family Practice  P.L.L.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant MELINDA JEZIERSKI jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Linda Delo jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Chistopher J. Labban jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jacqueline N. Le jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Hamby & Hamby Family Wellness Clinic  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Nu Wave Medical Center P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Jeffrey D. Hamby jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Hanriet Minasian-Arakelian jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shamir Quraeshi jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Roy E. Smith jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Dr. Ugarte Aesthetic Center LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shailaja Gunnala jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lewis H. Semel  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gregory Keyes jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Christopher J. Labban  D.O., P.C., d/b/a Southwest Medical Center jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Rapha Medical Center  PLLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Shirley Nagel jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Muin Mousa Dugom jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Baxter D. Montgomery jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Charles A. Moss  M.D., A Professional Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Timothy Scharold jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Highland Medical Associates  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Alan D. Justice jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Robert Page jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julio C. Ugarte jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Royal Palm Beach Medical Group  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Physicians Medical Group LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cristal L. Semel jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant JERRY BACK jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Interested Party John Philip Okerblom jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cleveland W. Randolph  Jr., M.D., P.A., d/b/a Dr. Randolph's Ageless and Wellness Medical Center
jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Petar N. Novakovic  M.D., PC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Munni Selagamsetty jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Ocmulgee Physicians  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Anibal F. Rossel d/b/a All-Care Medical Center jon@piercemccoy.com

Jonathan A. Grasso

District/off: 0422-7                                    User: MichelleS                                    Page 51 of 99
Date Rcvd: Jun 20, 2024                                Form ID: pdford9                                   Total Noticed: 1

on behalf of Defendant Miguel A. Chamah jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Timothy Scharold MD LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julian Marquez jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Houston Associates of Cardiovascular Medicine  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Brian Moraes jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Creditor Lawson E. McClung M.D.  A Professional Medical Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Steven Horvitz  D.O., Family Medicine, P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant MICHAEL SCHRAGER jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Poplar Physicians  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of blank CENTRAL COAST FAMILY CARE MEDICAL ASSOCIATES  INC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Sandeep Khurana jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Steven Horvitz jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant CENTRAL COAST FAMILY CARE MEDICAL ASSOCIATES  INC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Miguel A. Chamah  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Lawson E. McClung M.D.  A Professional Medical Corporation jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Aashiv Hari jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Julian Marquez  M.D., P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Angel's Star Wellness Center  P.A. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Alta Mesa Family Medical Center  Ltd jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Cleveland W. Randolph  Jr. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Robert E. Briggs jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Dr. Uma Gunnala  M.D., P.C. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Velda Rose Phlebotomy  LLC jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Gregory Keyes  M.D., P.S. jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant William J. Keating jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Earl J. Carstensen jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Beth Tarkington jon@piercemccoy.com

Jonathan A. Grasso

on behalf of Defendant Amish Mahendra Parikh jon@piercemccoy.com

District/off: 0422-7                                    User: MichelleS                              Page 52 of 99
Date Rcvd: Jun 20, 2024                                Form ID: pdford9                             Total Noticed: 1

Jonathan A. Grasso
    on behalf of Interested Party Michael Schrager jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant Kelly McDonald jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Defendant Tina Saiani jon@piercemccoy.com

Jonathan A. Grasso
    on behalf of Interested Party Dr. Ugarte Aesthetic Center  LLC jon@piercemccoy.com

Jorge A. Ortiz
    on behalf of Defendant MD Logic  Inc. jorgeortiz0411@gmail.com

Joseph Corrigan
    on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

Joseph E.H. Atkinson
    on behalf of Defendant Michael Q. Karam  M.D., P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Vickery Family Medicine  PLLC eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Piedmont Family Practice  PLC eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Obinna C. Oriaku eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Family Wellness Clinic  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant VIP Primary Care Associates  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Hope Clinic  LLC eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Francis Obeng eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Stephen W. Jones eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Virginia Physicians  Inc. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Robert A. Briskin eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Samuel I. Fink  M.D., Inc. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Dr. Phillip Y. Shou  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Debra C Keith eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Maria A. Jurado eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Steven W. Von Elten eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Samuel I. Fink eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Benjamin Mayer eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Generations Family Practice  PA, f/k/a Hygeia Healthcare, PLLC eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Christian E. Martin eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant Regina M. Jensen  MD, P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson
    on behalf of Defendant David C. Evans eatkinson@hdjn.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 53 of 99
Total Noticed: 1

Joseph E.H. Atkinson

    on behalf of Defendant Vikas Gupta eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Mian Daud eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Michael Q. Karam eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Shahnaz Daud eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Patrick M Woodward eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Jason Newman eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant JUSTIN GLODOWSKI eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Praveen Bolarum  MD LLC eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Thomas G. Ahn eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Alfa Medical Clinic  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Phillip Y. Shou eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Northside Medical Professionals  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Kellie Annette Cochran eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Temisan L. Etikerentse eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant WENDY EDDS eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Regina M. Jensen eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Endocrine Partners  P.A. eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant CARINNE MCKEEVER eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Limor Briskin eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Thomas G. Ahn  M.D., A Professional Medical Corporation eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Anesta & Silver MDS d/b/a Intracoastal Cardiology Center eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant ROBIN VIVIANO eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Arthur L. Stein eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant David A. Vickery eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Lara Hoffman eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Weston Family Clinic  LLC eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Cary Family Practice and Walk-in Clinic  P.C. eatkinson@hdjn.com

Joseph E.H. Atkinson

    on behalf of Defendant Nicole Crane eatkinson@hdjn.com

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Page 54 of 99

Total Noticed: 1

| Joseph E.H. Atkinson | |
|---|---|
| | on behalf of Defendant Emily Crandall eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Jamie Darby eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Alex Harrison  M.D., Inc., A California Professional Medical Corporation eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Central Virginia Internal Medicine  P.L.C. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Maria A. Jurado  M.D., P.A. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Maribeth Pollock Loynes eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Gil U. Kim  M.D., P.C. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Gil U. Kim eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Jones Family Practice  P.A. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Michael J. Anesta eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant MELANIE MINTZER eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Rebecca J. Love eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant KIMBERLY JOY HARDWICK eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Robert S. Jones  Sr. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Mitchell D. Silver eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Arthur Leslie Stein  M.D., A Medical Corporation eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Betsey Sorensen eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Lorena Lewy-Alterbaum eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Alex Harrison eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Shannon Mooring eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant JASON BHAN eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Mazen Khusayem eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Crown Clinic  P.A. eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant KATHRYN NEWELL eatkinson@hdjn.com |
| Joseph E.H. Atkinson | |
| | on behalf of Defendant Bhavna Vaidya-Tank a/k/a Bhavna Tank eatkinson@hdjn.com |
| Joseph F. Jackson | |
| | on behalf of Defendant EDWARDS BUSINESS MACHINES  INC. jjackson@rothjackson.com |
| Joseph F. Jackson | |
| | on behalf of Creditor Edwards Business Machines  Inc. jjackson@rothjackson.com |
| Joseph Lloyd Manson, III | |
| | on behalf of Defendant Satyanarain Rangarajan jmanson@jmansonlaw.com  sschiller@jmansonlaw.com |

District/off: 0422-7            User: MichelleS            Page 55 of 99

Date Rcvd: Jun 20, 2024            Form ID: pdford9            Total Noticed: 1

Joseph Lloyd Manson, III

on behalf of Interested Party Satyanarain Rangarajan jmanson@jmansonlaw.com  sschiller@jmansonlaw.com

Joseph S. Sheerin

on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY  D/B/A VCU SCHOOL OF ALLIED HEALTH PROFESSIONS, D/B/A VCU SCHOOL OF DENTISTRY, D/B/A VCU SCHOOL OF BUSINESS, D/B/A VCU MASSEY CANCER CENTER jsheerin@mcguirewoods.com

Joseph S. Sheerin

on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY SCHOOL OF BUSINESS FOUNDATION jsheerin@mcguirewoods.com

Joseph S. Sheerin

on behalf of Defendant VIRGINIA COMMONWEALTH UNIVERSITY FOUNDATION jsheerin@mcguirewoods.com

Joseph S. Sheerin

on behalf of Defendant MEDICAL COLLEGE OF VIRGINIA FOUNDATION  INC. jsheerin@mcguirewoods.com

Joseph S. Sheerin

on behalf of Defendant SP Plus Corporation dba Standard Parking jsheerin@mcguirewoods.com

Joshua D. Headley

on behalf of Defendant Oliver Gospel Mission d/b/a Oliver Gospel joshua.headley@bipc.com
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Joshua D. Headley

on behalf of Defendant The Animal Mission joshua.headley@bipc.com
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Joshua David Stiff

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee jstiff@wtplaw.com,
eslate@wtplaw.com;dchaney@whitefordlaw.com

Judy A. Robbins

USTPRegion04.RH.ECF@usdoj.gov

Justin F. Paget

on behalf of Debtor Health Diagnostic Laboratory  Inc. jpaget@huntonAK.com, tcanada@huntonAK.com

Justin Michael Sizemore

on behalf of Defendant Quasi Maturi LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant WCBLUE Lab LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Charles Maimone justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant El Medical Consulting Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Jerry Carroll justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Leah Bouton justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Jason Dupin justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Heather Lockhardt justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Kristin Dukes justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Patrick Colberg justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Leigha Greenwood justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Kyle Martel justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Southhill Consulting Group  Inc. justin.sizemore@hklaw.com,
suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Disease Testing & Management LLC justin.sizemore@hklaw.com
suzanne.hicks@hklaw.com;hapi@hklaw.com

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Page 56 of 99

Total Noticed: 1

Justin Michael Sizemore

on behalf of Defendant Seneca Garrett justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant RBLIV Consulting  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Nibar Health Consultants  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant DX Sales  LLC justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Remember Pember Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant MRT Health Consultants Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Meade Medical Group  LLC justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Erika Guest justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Advanced Medical Sales  L.L.C. justin.sizemore@hklaw.com,
suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Nicole Tice justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant EELLS Consulting Inc. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Thomas Carnaggio justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Christo Consulting Corp. justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Jennifer Speer justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Michael H. Samadani justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant David Pember justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Courtney Love justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Southeast Healthcare Consultants LLC justin.sizemore@hklaw.com
suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant JBH Marketing  Inc. justin.sizemore@hklaw.com, suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Med-Con-EC LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant John Coffman justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Robert "Burt" Lively justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Robert Younger justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Kevin Carrier justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Medcentric LLC justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Julie Harding justin.sizemore@hklaw.com  suzanne.hicks@hklaw.com;hapi@hklaw.com

Justin Michael Sizemore

on behalf of Defendant Infinity Medical Consulting LLC justin.sizemore@hklaw.com
suzanne.hicks@hklaw.com;hapi@hklaw.com

District/off: 0422-7                                          User: MichelleS                                          Page 57 of 99
Date Rcvd: Jun 20, 2024                                      Form ID: pdford9                                         Total Noticed: 1

Karen Elizabeth Sieg
on behalf of Interested Party G. Russell Warnick bsieg@mcguirewoods.com

Karen M. Crowley
on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com  jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Karen M. Crowley
on behalf of Mediator Karen M. Crowley kcrowley@crowleylawpc.com
jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Katherine A. Kakish
on behalf of Creditor State of Michigan  Department of Treasury kakish@michigan.gov

Kathryn R. Montgomery
on behalf of U.S. Trustee Judy A. Robbins Kathryn.Montgomery@usdoj.gov
june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
@usdoj.gov

Kathryn R. Montgomery
on behalf of U.S. Trustee Gerard R. Vetter Kathryn.Montgomery@usdoj.gov
june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
@usdoj.gov

Kathryn R. Montgomery
on behalf of U.S. Trustee John P. Fitzgerald Kathryn.Montgomery@usdoj.gov
june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
@usdoj.gov

Kelly C. Griffith
on behalf of Attorney Harris Beach PLLC kgriffith@harrisbeach.com  bkemail@harrisbeach.com

Kelly C. Griffith
on behalf of Interested Party Excellus Health Plan Inc. kgriffith@harrisbeach.com  bkemail@harrisbeach.com

Kelly Megan Barnhart
on behalf of Mediator Kelly Megan Barnhart barnhart@rgblawfirm.com  janice@rgblawfirm.com

Kenneth M. Misken
on behalf of Interested Party David Livinstone Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Saba Shabnam Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Sharhonda Martin Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Scott Neumann Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Priti Palvadi Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Tamyra Y. Comeaux Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Manuel Hababag  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Neal D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Scott Neumann  D.O., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Interested Party Eva Mina Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Interested Party Sharonda Martin Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Fiju Koshy Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Defendant Kaiser Yammine Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Interested Party Rafael Prado Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken
on behalf of Interested Party Stephanie Schwartz Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Susan Hunter Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant ROBERT MEGNA Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Shavano Family Practice  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Carrie Anderson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Neumann Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant University of Notre Dame du Lac Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Lyn Berutti Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Dillon Mathew Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party James Evans Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Laura Spain a/k/a Laura M. Howard Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Florence Tomasic Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kimberly Posey Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant David Livingstone Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Susan D. Hunter Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party David B. Kaner Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Spain Healthcare Group  P.A., d/b/a Familywise Healthcare Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Mitchell F. Finnie Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Priti Palvadi Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Munawar Haider Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Munawar Haider Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant The Carroll Clinic  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kelly Jones Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Lym Berruti Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant David B. Kaner Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kaner Medical Group  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kaiser Yammine Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant James M. Carroll Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Reshma Markan Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 59 of 99
Total Noticed: 1

Kenneth M. Misken

on behalf of Defendant Manuel Hababag Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Shavano Family Practice  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Neal D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant FERRIS FAMILY MEDICINE  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Amy McDonald Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Nofal Musfy Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant DAVEY PERRIN Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Eva Mina Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Glen G. Guillet Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Family Medicine of Texas  P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Carrie Anderson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Tamyra Comeaux  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Mitchell F. Finnie Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Nuemann  D.O., P. A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kevin Epple Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kimberly Gonzalez Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Sarah N. Payberah Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Robert D. Johnson Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Glen G. Guillet Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Kimberly Posey Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant Neal D. Johnson  M.D., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Anu Rao Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Defendant CAROLYN MILLIGAN Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Wen Tung Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Scott Neumann  D.O., P.A. Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Michelle Fredericks Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Ricardo Prado Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kevin Epple Kenneth.m.misken@usdoj.gov  jmichelsen@MilesStockbridge.com

District/off: 0422-7                                      User: MichelleS                                      Page 60 of 99
Date Rcvd: Jun 20, 2024                                  Form ID: pdford9                                     Total Noticed: 1

Kenneth M. Misken

on behalf of Defendant Florence Tomasic Kenneth.m.misken@usdoj.gov jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Kaner Medical Group  PA Kenneth.m.misken@usdoj.gov, jmichelsen@MilesStockbridge.com

Kenneth M. Misken

on behalf of Interested Party Manual Hababag Kenneth.m.misken@usdoj.gov jmichelsen@MilesStockbridge.com

Kesha L Tanabe

on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin J. Funk

on behalf of Movant First Baptist Church of Oneonta  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Innovative Diagnostic Laboratory  LLP kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant David Mayes kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Jennifer Lingergelt  RPN kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Life Church kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Cornerstone Revival Center kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Tipton Golias kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Richard L. Overmeyer kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party David Mayes kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Absalom H. Tilley kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Noel Bartlett kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant The Wyndell L Golias Voting Trust kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Otto C. Goyco Internal Medicine  M.D., LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Pamela Oates kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant San Antonio Preventive & Diagnostic Medicine  P.A. kfunk@dagglaw.com,
bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Locust Fork Baptist Church kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Karla Falgout kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Calvary Missionary Baptist Church of Blountsville kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Helena Laboratories Corporation kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant Calvary Missionary Baptist Church of Blountsville kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Tipton Golias kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Eric Petersen kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant County of Blount  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 61 of 99
Total Noticed: 1

on behalf of Defendant First Baptist Church of Cleveland  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Gayathri K. Kumar kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Pamela Oates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Evan Dicken kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Locust Fork Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Cornerstone Revival Center kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Murtaza Mussaji kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Helena Laboratories Corporation kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Versailles Family Medicine  PLLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Ramaswamy Nithya kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant The Virginia Biotechnology Association kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Bald Knob Healthcare Center  PA d/b/a Access Medical Home kfunk@dagglaw.com,
bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Tipton Golias  in his capacity as Trustee of The Wyndell L. Golias Voting Trust kfunk@dagglaw.com,
bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Allen Haddix kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Otto Goyco kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant West Point First Baptist Church of West Point  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant The Blountsville Baptist Church of Blountsville  Blount County, Alabama a/k/a Blountsville Baptist
Church kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Karla Falgout kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Amanda D. Brodie  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Eastside Family Medicine  P.S.C. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Lee Davis Medical Associates  P.C. a/k/a Lee Davis Medical Center kfunk@dagglaw.com,
bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Mildred Zayas kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Bandera Family Health Care  P.A. kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Union Point Church  Inc. d/b/a Union Point Church kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant First Baptist Church of Cullman  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Sarah Mae Nunuz Wilt  M.D. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of 3rd Party Plaintiff Robert S. Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

District/off: 0422-7                                    User: MichelleS                                    Page 62 of 99
Date Rcvd: Jun 20, 2024                                 Form ID: pdford9                                   Total Noticed: 1

Kevin J. Funk

on behalf of Creditor Eric Petersen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Hire Power  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Robert Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Daniel C. Ripley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Worth Higgins & Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant St. Andrews United Methodist Church Foundation  Inc. d/b/a St. Andrews United Methodist Church
kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Galen Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Tipton Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Eric Petersen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Pamela Oates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Beaufort Family Care  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Samuel M. Janney  II kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Faran Hearyman kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Beaufort Family Care  LLC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Lesley A. Looper kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Rosa United Methodist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Fowler Springs Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Plaintiff Helena Laboratories Corp. kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Jason H. Looper  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Rock Creek Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Robert S. Galen kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor David Mayes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Wendell L. Golias Voting Trust kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 63 of 99
Total Noticed: 1

on behalf of Movant Fowler Springs Baptist Church kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Tilley Diagnostic Clinic  P.A., d/b/a Pinnacle Physician's Group kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Daniel C. Ripley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Union: The Church at Chelsea Park a/k/a Union United Methodist Church kfunk@dagglaw.com bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Wyndell L. Golias Voting Trust kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Murtaza Mussaji  D.O., P.A., d/b/a Shadow Creek Medical Clinic and Fairway Medical Clinic kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Galen Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Movant West Point First Baptist Church of West Point  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Marty Hearyman kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Ramon G. Reyes kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Counter-Defendant Helena Laboratories Corp. kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Noel D. Bartlett  Jr. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Roger W. Cappello kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Donald Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Church on the Rock of Gadsden  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Creditor Helena Laboratories Corporation kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Noel Bartlett kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First United Methodist Church of Hanceville  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Richard Clemons kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Brian A Smith kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant C. Frederick Payne kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Blount County Agribusiness Center f/k/a Blount County-Oneonta Agri Business Association kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Joseph Golias kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Galen Associates  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Douglas J. Nesbitt kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant John Tessler kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Gina Z. Tilley kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Interested Party Karla Falgout kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First Baptist Church of Cullman  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Lester Memorial United Methodist Church  Inc. d/b/a Lester Memorial UMC kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of 3rd Party Plaintiff Noel Bartlett kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First United Methodist Church Centre  Alabama kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Kenneth H. Roberts kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant First Baptist Church of Oneonta  Inc. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kevin J. Funk

on behalf of Defendant Hong Vo  P.A. kfunk@dagglaw.com, bmcmillen@durrettecrump.com

Kimberly A. Taylor

on behalf of Defendant SLP 1  Inc. ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant Sheila Patterson ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant R. Graham Reedy  M.D., P.S. ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Creditor Joseph McConnell ktaylor@kbtrvalaw.com

Kimberly A. Taylor

on behalf of Defendant Michelle Murphy-Gaul ktaylor@kbbplc.com

Kimberly A. Taylor

on behalf of Defendant R. Graham Reedy ktaylor@kbbplc.com

Klementina Vasileva Pavlova

on behalf of Other Professional Jane H. Downey kpavlova@sandsanderson.com  sryan@sandsanderson.com

Klementina Vasileva Pavlova

on behalf of Defendant L.D. kpavlova@sandsanderson.com  sryan@sandsanderson.com

Kollin Geoffrey Bender

on behalf of Trustee Richard Arrowsmith kbender@hirschlerlaw.com

Lisa Bittle Tancredi

on behalf of Creditor PNC Equipment Finance  LLC ltancredi@gebsmith.com

Lisa P. Sumner

on behalf of Defendant FLORES & ASSOCIATES  LLC lsumner@maynardnexsen.com, afranklin@maynardnexsen.com

Lisa Yonka Stevens

on behalf of Defendant Total Family Care  LLC lisa.y.stevens@usdoj.gov

Lisa Yonka Stevens

on behalf of Defendant Simita U Talwar lisa.y.stevens@usdoj.gov

Loc Pfeiffer

on behalf of Defendant David L Liporace  D.O., P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Karen R Kutikoff loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant South Lake Hospital  Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Richard G. Michal loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

District/off: 0422-7                          User: MichelleS                          Page 65 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                         Total Noticed: 1

Loc Pfeiffer

on behalf of Defendant Sanjiv Sharadchandra Dalvi loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jose R. Gonzalez loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant William O. Passarelli loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Robert Sherman loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Craig S. Purcell loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Wendy Gaston loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Clinton Wilburn loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Sharon Johnson loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Rosa M. Marin loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Sumedha Dalvi loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David B. Sills loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Mahmoud H. Zayed loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Karen Kutifkoff  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Shipley & Sills Family Practice  PLLC d/b/a Shipley & Sills Family Doctors loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jorge L. Macia  MD and Rosa M. Marin, MD, PA loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Donna Shipley loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Cary D'Ortona loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Wellington Medical Care Associates  LLC loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Village Internal Medicine  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Jorge L. Macia loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Pedro Nam loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Cumberland Medical Associates  P.C. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Piedmont Healthcare  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Southern Mississippi Heart Center  P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Toni D Meeks loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David Bateman loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant David Liporace loc.pfeiffer@kutakrock.com  lynda.wood@kutakrock.com

Case 15-32919-KRH    Doc 5889    Filed 06/22/24    Entered 06/23/24 00:15:08    Desc
Imaged Certificate of Notice    Page 95 of 128

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 66 of 99
Total Noticed: 1

Loc Pfeiffer

on behalf of Defendant John A. Moore loc.pfeiffer@kutakrock.com lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Rocky Mount Family Medical Center P.A. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Mark Abel loc.pfeiffer@kutakrock.com lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Lushantha Gunasekera loc.pfeiffer@kutakrock.com lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Hugo A. Quintana loc.pfeiffer@kutakrock.com lynda.wood@kutakrock.com

Loc Pfeiffer

on behalf of Defendant Robert Berens Jr. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com

Louis E. Dolan, Jr.

on behalf of Defendant Inova Diagnostics Inc. ldolan@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Lynn L. Tavenner

on behalf of Creditor Biotech 8 LLC ltavenner@tb-lawfirm.com, pberan@tb-lawfirm.com;amorris@tb-lawfirm.com

Mark K. Ames

on behalf of Defendant Virginia Department of Taxation mames@taxva.com atevis@taxva.com

Martin C Conway

on behalf of Defendant West Huntsville United Methodist Church martinecf@conwaylegal.com
ConwayLawGroupPC@jubileebk.net;martin@conwaylegal.com;conwaynotices@gmail.com

Martin C. Conway

on behalf of Defendant DEBRA OREILLY martin@conwaylegal.com
pwilmer@conwaylegal.com;ConwayLawGroupPC@jubileebk.net;andrew@conwaylegal.com;rebecca@conwaylegal.com;conway
notices@gmail.com

Mary A. Schmergel

on behalf of Defendant United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Creditor United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Interested Party United States of America mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Creditor Centers for Medicare & Medicaid Services mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Creditor Office of Inspector General of the Department of Health and Human Services mary.schmergel@usdoj.gov
lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Creditor The Department of Defense's Defense Health Agency on behalf of the TRICARE program
mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Mary A. Schmergel

on behalf of Creditor The United States Office of Personnel Management mary.schmergel@usdoj.gov lloyd.randolph@usdoj.gov

Matthew D. Foster

on behalf of Creditor Robert Galen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Creditor Helena Laboratories Corporation Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Defendant Robert S. Galen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Defendant Karla Falgout Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Creditor John Tessler Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Defendant Eric Petersen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

on behalf of Creditor Eric Petersen Fosterm@pepperlaw.com kovskyd@pepperlaw.com

Matthew D. Foster

District/off: 0422-7                                    User: MichelleS                                    Page 67 of 99
Date Rcvd: Jun 20, 2024                              Form ID: pdford9                                  Total Noticed: 1

Matthew D. Foster
                    on behalf of Creditor Tipton Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant The Wyndell L Golias Voting Trust Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Helena Laboratories Corporation Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Pamela Oates Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant John Tessler Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Tipton Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Galen Associates  Inc. Fosterm@pepperlaw.com, kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Joseph Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Karla Falgout Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Wyndell L. Golias Voting Trust Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Noel Bartlett Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Pamela Oates Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Donald Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Joseph Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor David Mayes Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Creditor Noel Bartlett Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Donald Golias Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant David Mayes Fosterm@pepperlaw.com  kovskyd@pepperlaw.com

Matthew D. Foster
                    on behalf of Defendant Galen Associates  Inc. Fosterm@pepperlaw.com, kovskyd@pepperlaw.com

Matthew D. Huebschman
                    on behalf of Defendant MML Equipment Inc. mhuebsch@shenlegal.com  bwheeler@shenlegal.com

Melissa Yvonne York
                    on behalf of Defendant Praxair Distribution  Inc myork@hccw.com, creeves@hccw.com

Michael A. Condyles
                    on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
                    michael.condyles@kutakrock.com  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael D. Mueller
                    on behalf of Creditor Union Bank & Trust mmueller@williamsmullen.com
                    avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
                    on behalf of Interested Party LeClairRyan  A Professional Corporation mmueller@williamsmullen.com,
                    avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Nord
                    on behalf of Creditor PNC Equipment Finance  LLC mnord@gebsmith.com

Michael E. Hastings
                    on behalf of Interested Party Joyce Meyer Ministries  Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael E. Hastings
                    on behalf of Counter-Claimant Latonya Mallory michael.hastings@wrvblaw.com  jmartin@woodsrogers.com

District/off: 0422-7                              User: MichelleS                              Page 68 of 99
Date Rcvd: Jun 20, 2024                           Form ID: pdford9                             Total Noticed: 1

Michael E. Hastings

on behalf of Defendant Latonya Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Defendant LaTonya S. Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Defendant Scott Mallory michael.hastings@wrvblaw.com jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Defendant Joyce Meyer Ministries Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael E. Hastings

on behalf of Defendant South Carolina Philharmonic Inc. michael.hastings@wrvblaw.com, jmartin@woodsrogers.com

Michael Earl Barnsback

on behalf of Defendant LISA CASH mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant DONALD CARVER mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KENT WILLYARD mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CHRISTINE CONLEY mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ELLEN MONTGOMERY mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KIMBERLY W. GIPSON mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant DARANY TOY mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant GEORGE MCBEATH mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant MARY JO HILL mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant DOUGLAS ROSS mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant Wounded Warrior Project Inc. d/b/a Wounded Warrior Project mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant MARK WINTERS mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant EUGENE LINK mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOY GIANVITTORIO mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant PAMELA MARLENE CAPPS mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ALLEN FENDERSON mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JENNIFER MCLEAN mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant RYAN LIGHT mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SARAH YOUNGER mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant FRED N. THOMAS III mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KAREN PATTERSON mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant AMY HATOK mbarnsback@ohaganmeyer.com cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOHN HOLLINGSWORTH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CHARLOTTE MOORE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CHRISTOPHER CICCONE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant LINDA G. P. SCHNEIDER mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant YU GUAN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ROBERT LAIBSTAIN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant GLORIA JACKSON mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CHARLES SEAGER mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SARAH BUSHEY mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant LARRY KAGAN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOANNE CHRISTIE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant RUTH INNES mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SCOTT J. BANNING mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SAUNORA PROM mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JOHN P. BRYANT mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant APOSTOLOS HIOTELLIS mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JESUS LIZARZABURU mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant TIDEWATER PHYSICIANS MULTISPECALITY GROUP  P.C., t/a DENBIGH FAMILY MEDICINE,
COLONIAL FAMILY MEDICINE, HAMPTON FAMILY MEDICINE, ROMERO FAMILY PRACTICE, WEST POINT
FAMILY MEDICINE, mbarnsback@ohaganmeyer.com, cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KIMBERLY SMITH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant CARL LINDEMANN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant KATHERINE DEVRIES mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant SUSAN ANTHONY mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JENNIFER SHARP-WARTH mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant AMUDHA PALANI mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ELENA VITERBO-NOBLE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant DANNY V. CANTWELL mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant JEFFREY BLANCHARD mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

District/off: 0422-7                          User: MichelleS                          Page 70 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                         Total Noticed: 1

on behalf of Defendant LONNA KROUT-COLE mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Earl Barnsback

on behalf of Defendant ERIC BYMAN mbarnsback@ohaganmeyer.com  cgentry@ohaganmeyer.com

Michael Gregory Wilson

on behalf of Defendant Essential Health and Wellness  PLLC f/k/a Executive Health Professionals, PLLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant RICHARD M. MAURIELLO mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant HARRIS TWERSKY mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant CRG Financial LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant KELLY COSTA mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant MICHAEL HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Creditor CRG Financial  LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant DAVID HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant James R. Stevens mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant Michael P Heim  D.O. LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant Michael P. Heim mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant STACEY FORD mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant BERLIN MEDICAL ASSOCIATES  P.A., CORP. D/B/A SOUTHAMPTON MEDICAL ASSOCIATES, F/K/A SOUTH HAMPTON MEDICAL ASSOCIATES mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant JOSEPH HASSMAN mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant Madhavi Patt mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant FHG ACQUISITION  LLC D/B/A CCR TRIALS, LLC mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant CHRISTOPHER COLOPINTO mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant BERLIN MEDICAL ASSOCIATES  P.A., mike@mgwilsonlaw.com

Michael Gregory Wilson

on behalf of Defendant JULIUS MINGRONI mike@mgwilsonlaw.com

Michael Todd Freeman

on behalf of Defendant Lisa C. Robbins Michaelfreeman@rosmanlaw.com

Michael Todd Freeman

on behalf of Defendant The Robbins Group  Inc., d/b/a The Robbins Health Alliance Michaelfreeman@rosmanlaw.com

Michael Todd Freeman

on behalf of Defendant Dawsonville Family Medicine  P.C. Michaelfreeman@rosmanlaw.com

Michael Todd Freeman

on behalf of Defendant Dawn Warner Michaelfreeman@rosmanlaw.com

Michael Todd Freeman

on behalf of Defendant William J. Keating Michaelfreeman@rosmanlaw.com

Michael Todd Freeman

on behalf of Defendant Atlantic Resource Group  Inc Michaelfreeman@rosmanlaw.com

Miles Jarrad Wright

District/off: 0422-7                          User: MichelleS                          Page 71 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                         Total Noticed: 1

on behalf of Defendant Stanley P. Sharp mjwright@dimuro.com
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Miles Jarrad Wright

on behalf of Defendant Stanley Sharp  M.D., L.C., A Kansas Professional Limited Liabilty Company, Successor by Merger to
Stanley Sharp, M.D., L.C., A Missouri Limited Liability Company mjwright@dimuro.com,
dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Miles Jarrad Wright

on behalf of Defendant Vicki Sharp mjwright@dimuro.com  dnees@dimuro.com;smodeste@dimuro.com;jgoodrum@dimuro.com

Neil E. McCullagh

on behalf of Defendant Blountsville United Methodist Church a/k/a Blountsville First United Methodist Church
nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Hospital Hospitality House of Richmond  Inc. d/b/a The Doorways nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Richmond Express  Inc. dba Richmond Express Courier Service nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant SCIENCE MUSEUM OF VIRGINIA FOUNDATION  INC. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Le Family Practice and Health Center  P.L.L.C. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Interested Party Science Museum of Virginia Foundation  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant The Allstate Corporation dba Allstate nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Hospital Hospitality House of Richmond  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Richmond Express  Inc. dba Richmond Express Courier Service nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Truc Le nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant BioPool U.S.  Inc. d/b/a Trinity Biotech nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor BioPool U.S.  Inc. d/b/a Trinity Biotech nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Alex Hart Raley  Jr. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;tfishback@spottsfain.com;c
hurley@spottsfain.com

Oliver Garcia

on behalf of 3rd Party Plaintiff Robert S. Galen ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Defendant Robert S. Galen ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of 3rd Party Plaintiff Noel Bartlett ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Defendant Noel Bartlett ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Defendant Joseph McConnell ogarcia@ridgeviewlaw.com

Oliver Garcia

on behalf of Counter-Claimant Joseph McConnell ogarcia@ridgeviewlaw.com

Olya Antle

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee oantle@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Patrick John Curran, Jr.

on behalf of Defendant ROSALEE ALLAN patcurran@dwt.com

Patrick John Curran, Jr.

on behalf of Interested Party Satyanarain Rangarajan patcurran@dwt.com

Patrick John Curran, Jr.

on behalf of Defendant Amazon.com LLC patcurran@dwt.com

Patrick John Curran, Jr.

on behalf of Defendant PATHOLOGY ASSOCIATES MEDICAL LABORATORIES  LLC patcurran@dwt.com

Paul A. Driscoll

on behalf of Defendant Daniel A Miller paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Coastal Urgent Care  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Family Medical Care Plus  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Anurag William Kedia paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Comprehensive Physician Associates  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Tolga Icli paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Family Healthcare Practice  PLLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Daniel A. Miller  M.D., LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Tolga Icli  MD, LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Andrea Sciberras paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Interested Party Daniel A. Miller paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Community Medical Associates  LTD. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll

on behalf of Defendant Anthony S. Lattanzio paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

District/off: 0422-7 | User: MichelleS | Page 73 of 99
Date Rcvd: Jun 20, 2024 | Form ID: pdford9 | Total Noticed: 1

Paul A. Driscoll
on behalf of Defendant Drs. Berg and Wen  L.L.C. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Paul A. Rich paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Angela L. Roberts paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Gerald Congdon paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Kimberly Cline paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Anurag William Kedia paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Comprehensive Physician Associates  LLC paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Family Medical Care Plus  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party James F. Shina  Jr. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Angela L. Roberts paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Elizabeth Houglan-Adkins paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Community Medical Associates  LTD paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant James F. Shina  Jr. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Bradley R. Sellers paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Susan Debin paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Sciberras Internal Medicine  Inc. paul@zemanianlaw.com,
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Bradley R. Sellers paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Richard Berg paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Tolga Icli paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Defendant Elizabeth Houglan-Adkins paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul A. Driscoll
on behalf of Interested Party Paul A. Rich paul@zemanianlaw.com
megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

District/off: 0422-7                          User: MichelleS                          Page 74 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                          Total Noticed: 1

Paul A. Driscoll
                      on behalf of Defendant Julia Wen paul@zemanianlaw.com
                      megan@zemanianlaw.com;driscoll.paulb113734@notify.bestcase.com

Paul S. Bliley, Jr.
                      on behalf of Creditor Numares AG pbliley@comcast.net  rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
                      on behalf of Defendant Middle School Renaissance 2020  LLC pbliley@comcast.net,
                      rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
                      on behalf of Creditor Numares Group Corporation pbliley@comcast.net
                      rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
                      on behalf of Defendant Benedictine High School of Richmond  Inc. pbliley@comcast.net,
                      rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
                      on behalf of blank Benedictine High School of Richmond  Inc. pbliley@comcast.net,
                      rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
                      on behalf of blank Middle School Renaissance 2020  LLC pbliley@comcast.net,
                      rcohen@williamsmullen.com;hpollard@williamsmullen.com

Peter J. Barrett
                      on behalf of Defendant KENNETH E. NYMAN  M.D. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant LAWRENCE A. MAY  M.D., INC. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Robert Megna peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant Nathan D. Granger peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Lawrence Liebmann  M.D., P.C. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Ozark Medical Clinic  LLC peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant Advanced Medical Associates  P.C. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant Kirk Jackson peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant CAROLYN MILLIGAN peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Sally Frankl peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant Clay-Platte Family Medicine Clinic  P.C. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Defendant Thomas D. Harris  M.D., P.A. a/k/a Harris Internal Medicine peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Jeffrey R. Kramer peter.barrett@kutakrock.com
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                      on behalf of Interested Party Pinnacle Health Group  P.A. peter.barrett@kutakrock.com,
                      charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7                                      User: MichelleS                                      Page 75 of 99
Date Rcvd: Jun 20, 2024                              Form ID: pdford9                                    Total Noticed: 1

Peter J. Barrett

on behalf of Defendant Middle Georgia Primary Care P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ozark Medical Clinic LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Appavuchetty Soundappan peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Thomas D. Harris peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ROBERT MEGNA peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant William T. Bartels M.D., Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Spain Healthcare Group P.A., d/b/a Familywise Healthcare peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Internal Medicine of Walterboro LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Kanjana Jayaraman peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Covenant Family Medicine LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ASHLEIGH SARTOR peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVEY PERRIN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Camilo Paredes peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Thomas D. Harris M.D., P.A. a/k/a Harris Internal Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVID ARTHUR BURROWS peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Charles Swafford peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DOUGLAS HANSEN peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Paul S. Worrell peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ian Lewis Slavich peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant LAWRENCE A. MAY M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant MARY RUTHERFORD peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party LAWRENCE A. MAY  M.D., INC. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Walter E. Koppenbrink peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Laura Spain a/k/a Laura M. Howard peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party William T Bartels peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Keith A. Coward peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Paul S. Worrell  D.O., P.A., d/b/a Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Shara Hansen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Camilo Paredes peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Debra Mercer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party ALTITUDE FAMILY & INTERNAL MEDICINE  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party FERRIS FAMILY MEDICINE  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party William T. Bartels  M.D., Inc. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Jeffrey R. Kramer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Keith A. Coward peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Spain Healthcare Group  P.A., d/b/a Familywise Healthcare peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Ashleigh Sartor peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant ALTITUDE FAMILY & INTERNAL MEDICINE  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DFW Family Clinic  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Lawrence E. Kramer peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Ian Levenson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Davey Perrin peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7

Date Rcvd: Jun 20, 2024

User: MichelleS

Form ID: pdford9

Page 77 of 99

Total Noticed: 1

Peter J. Barrett

on behalf of Interested Party Comprehensive Family Medical Center  P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Scott H. Kuennen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Thomas D. Harris peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Helar Campos  MD & Associates Family Medical Center, LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Covenant Family Medicine  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Kenneth Nyman peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Creditor Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company
peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Paul S. Worrell  D.O., P.A., d/b/a Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Internal Medicine of Walterboro  LLC peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Jackson's Point of Light Family Medicine  Inc., d/b/a JPL Family Medicine peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party LAWRENCE A. MAY  M.D. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Helar Campos peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant DAVID BURROWS  MD, P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Douglas Hansen peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of blank Advanced Medical Associates  P.C., et al peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Sam Diasti peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Appavuchetty Soundappan peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Adila Siddiqui peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Puneet Puri peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Joan Koppenbrink peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant David J. Gehring peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Henry S. Moon peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Molly Rutherford peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Henry S. Moon peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant FERRIS FAMILY MEDICINE  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Adila N. Siddiqi peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party DAVID BURROWS  MD, P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party DFW Family Clinic  PA peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Comprehensive Family Medical Center  P.C. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Cheryl Liebmann peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant William T Bartels peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Frank Lockwood peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Sam Diasti peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Derric Jackson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party David A. Burrows peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Pinnacle Health Group  P.A. peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Ian Levenson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Carolyn Milligan peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Creditor Atlantic Corrugated Box Company  Incorporated peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Interested Party Kanjana Jayaraman peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Paul S. Worrell peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett

on behalf of Defendant Kimberly A. Funches-Jackson peter.barrett@kutakrock.com
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

District/off: 0422-7
User: MichelleS
Page 79 of 99

Date Rcvd: Jun 20, 2024
Form ID: pdford9
Total Noticed: 1

Peter J. Barrett
on behalf of Interested Party Middle Georgia Primary Care P.C. peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Highland Medical Center P.C. peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Aruna Pillai peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Walter E. Koppenbrink M.D., LTD. peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Interested Party Laura Howard peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Charles Swafford peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant SALLY FRANKL M.D. peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Cheryl Liebmann peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant SHARA HANSEN peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
on behalf of Defendant Lawrence Liebmann M.D., P.C. peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter James Glazer
on behalf of Defendant Faris Ghani pjglazer@glazerlawfirm.com

Pierce Christopher Murphy
on behalf of Creditor Bank of the West pmurphy@mdattorney.com dlawal@mdattorney.com

Rachel A. Greenleaf
on behalf of Plaintiff Richard Arrrowsmith rgreenleaf@hf-law.com, rmcburney@hf-law.com

Rachel A. Greenleaf
on behalf of Plaintiff Richard Arrowsmith Liquidating Trustee rgreenleaf@hf-law.com, rmcburney@hf-law.com

Rachel R. Obaldo
on behalf of Defendant Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov elizabeth.martin@oag.texas.gov

Rafael X. Zahralddin
on behalf of Creditor Aetna Inc. rzahralddin@atllp.com

Rafael X. Zahralddin
on behalf of Defendant Dennis M. Ryan rzahralddin@atllp.com

Rafael X. Zahralddin
on behalf of Counter-Claimant Dennis M. Ryan rzahralddin@atllp.com

Rafael X. Zahralddin-Aravena
on behalf of Defendant Dennis M. Ryan rxza@elliottgreenleaf.com

Renee Marie Knudsen
on behalf of Defendant National Medal of Honor Museum Foundation rknudsen@bakerlaw.com

Richard C. Maxwell
on behalf of Creditor Tigers Unlimited Foundation rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Defendant Tigers Unlimited Foundation rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Defendant Delta Dental of Virginia rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard C. Maxwell
on behalf of Creditor Delta Dental of Virginia rich.maxwell@wrvblaw.com jenny.martin@wrvblaw.com

Richard E. Biemiller

on behalf of Creditor SunTrust Bank rbiemiller@pendercoward.com

Richard E. Biemiller

    on behalf of Defendant SunTrust Bank Biemiller@wolriv.com

Richard E. Hagerty

    on behalf of Creditor BB&T Equipment Finance Corporation richard.hagerty@troutmansanders.com
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Branch Banking and Trust Company richard.hagerty@troutmansanders.com
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert A. Canfield

    on behalf of Defendant Entec Systems  Inc. bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert A. Canfield

    on behalf of Creditor Entec Systems  Inc. bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert B. Hill

    on behalf of Creditor VWR International  LLC bankruptcy@hillrainey.com,
kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert B. Hill

    on behalf of Defendant VWR International  LLC bankruptcy@hillrainey.com,
kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert H. Chappell, III

    on behalf of Defendant Singulex  Inc. rchappell@spottsfain.com,
eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.com
;churley@spottsfain.com

Robert H. Chappell, III

    on behalf of Creditor Spotts Fain PC rchappell@spottsfain.com
eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.com
;churley@spottsfain.com

Robert Kenneth Minkoff

    on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert M. Marino

    on behalf of Interested Party Cardiovascular Center of South Florida  LLC rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant ThinCenters MD  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Ana Linares-Stauch rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Interested Party Jonathan A. Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Jonathan A Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Interested Party Thin Centers MD  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Cardiovascular Center of South Florida  LLC rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Rachel King rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Anthony L. Capasso rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Interested Party Anthony L. Capasso  rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Heartwell  LLP rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino

    on behalf of Interested Party Ana Linares-Stauch rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Defendant Jonathan A. Fialkow rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

    on behalf of Interested Party Bi-City Medical Ministries  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

District/off: 0422-7                          User: MichelleS                          Page 81 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                         Total Noticed: 1

Robert M. Marino

on behalf of Interested Party Daryl A. Ellis rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

on behalf of Interested Party Heartwell  LLP rmmarino@rpb-law.com, rmmarino1@aol.com

Robert R. Vieth

on behalf of Counter-Claimant George Russell Warnick RVieth@hirshchlerlaw.com  DHowes@hirshchlerlaw.com

Robert R. Vieth

on behalf of Defendant George Russell Warnick RVieth@hirshchlerlaw.com  DHowes@hirshchlerlaw.com

Robert S. Hertzberg

on behalf of Defendant Pamela Oates robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Counter-Defendant Helena Laboratories Corp. robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Robert S. Galen robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Eric Petersen robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Noel Bartlett robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant David Mayes robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Donald Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Galen Associates  Inc. robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Karla Falgout robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Plaintiff Helena Laboratories Corp. robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Tipton Golias  in his capacity as Trustee of The Wyndell L. Golias Voting Trust
robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Helena Laboratories Corporation robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant John Tessler robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Noel D. Bartlett  Jr. robert.hertzberg@troutman.com, janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant The Wyndell L Golias Voting Trust robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Tipton Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Hertzberg

on behalf of Defendant Joseph Golias robert.hertzberg@troutman.com  janet.kusch@troutman.com

Robert S. Westermann

on behalf of Plaintiff Richard Arrowsmith  as Liquidating Trustee of the HDL Liquidating Trust rwestermann@hf-law.com,
rhenderson@hf-law.com

Robert S. Westermann

on behalf of Liquidator HDL Liquidating Trust  Richard Arrowsmith, Liquidating Trustee rwestermann@hf-law.com,
rhenderson@hf-law.com

Robert S. Westermann

on behalf of Trustee Richard Arrowsmith  Liquidating Trustee rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Plaintiff Richard Arrrowsmith  rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Debtor Health Diagnostic Laboratory  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Plaintiff Richard Arrowsmith rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Trustee Richard Arrowsmith rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Robert S. Westermann

on behalf of Counter-Claimant George Russell Warnick rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant George Russell Warnick rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Plaintiff Richard Arrowsmith  Liquidating Trustee rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Robert Taggart Hall

on behalf of Plaintiff Latonya Mallory RTH@rthallattorneys.com

Roland Gary Jones

on behalf of Defendant Brian A Smith rgj@rolandjones.com

Roland Gary Jones

on behalf of Defendant Versailles Family Medicine  PLLC rgj@rolandjones.com

Ronald A. Page, Jr.

on behalf of Interested Party The Consumers rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Terri Barbano rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Joseph Delfino rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant GENENEWS (USA)  INC. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Leah Volesky rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant University of Utah rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Toni Merriott rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Plaintiff Christina Lagrou rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Dani Schurger rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Unknown M. Looney Consulting Inc. rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Nicolette Caldwell rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Lemberg Law  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor Kamiya Biomedical Company  LLC dba Kamiya Biomedical Company rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Kimberly Dixon rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Attorney Ronald Page  PLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Lara Tebo rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Cynthia Porter rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Barbara K. Marks rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Emily Reed rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Korynne Bray rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Linda Cancel rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Richmond Raiders  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor Roche Diagnostics Corporation rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Jolene Wixom rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Kelly Porter rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Calico Svendsen rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Eileen Arendt rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Tiffanie Papich rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Kamiya Biomedical Company  LLC dba Kamiya Biomedical Company rpage@rpagelaw.com,
r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Christina Lagrou rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor GENENEWS (USA)  INC. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Tara Roecks rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Lorinnet Chance rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald J. Drescher

on behalf of Defendant Worth Higgins & Associates  Inc. ecfdrescherlaw@gmail.com,
myecfdrescher@gmail.com,284@notices.nextchapterbk.com

Rosa J. Evergreen

on behalf of Counter-Defendant National Union Fire Insurance Company of Pittsburgh  PA rosa_evergreen@aporter.com

Rosa J. Evergreen

on behalf of Plaintiff National Union Fire Insurance Company of Pittsburgh  PA rosa_evergreen@aporter.com

Rosa J. Evergreen

on behalf of Unknown National Union Fire Insurance Company of Pittsburg  Pa rosa_evergreen@aporter.com

Roy M. Terry, Jr.

on behalf of Defendant Jax's Family Care & Research Center  P.A. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Jax's Family Care & Research Center  P.A. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Defendant Boyan Georgiev rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Interested Party Jairo De La Hoz roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Jairo A. De La Hoz  Jr. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Prime Healthcare Physician Services Providence  Inc. roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Defendant Carolina Prime Internal Medicine  P.A. rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Defendant Prem Reddy rterry@sandsanderson.com

Roy M. Terry, Jr.

on behalf of Creditor Orchard Software Corporation roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Interested Party Prem Reddy roymterry@gmail.com

Roy M. Terry, Jr.

District/off: 0422-7
Date Rcvd: Jun 20, 2024

User: MichelleS
Form ID: pdford9

Page 84 of 99
Total Noticed: 1

on behalf of Defendant Prime Healthcare Physician Services Providence Inc. rterry@sandsanderson.com

S. Miles Dumville

on behalf of Defendant MRT Health Consultants Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Courtney Love mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Medcentric LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Nicole Tice mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jerry Carroll mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Leah Bouton mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant El Medical Consulting Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Remember Pember Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leigha Stream mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Med-Con-EC LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant John Coffman mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Courtney Love mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant WCBLUE Lab LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kevin Carrier mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jennifer Speer mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant EELLS Consulting Inc. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Richard Yunger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Julie Harding mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Kyle Martel mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Charles Maimone mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jason Dupin mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Heather Lockhardt mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant David Pember mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party John Coffman mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Advanced Medical Sales  L.L.C. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Tara Dall mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Charles Maimone mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Erika Guest mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Seneca Garrett mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Tara Dall mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Heather Lockhardt mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Michael H. Samadani mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Robert "Burt" Lively mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

District/off: 0422-7                          User: MichelleS                              Page 86 of 99
Date Rcvd: Jun 20, 2024                       Form ID: pdford9                              Total Noticed: 1

S. Miles Dumville

on behalf of Defendant Quasi Maturi LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Meade Medical Group  LLC mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kyle Martel mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Disease Testing & Management LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Christo Consulting Corp. mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party David Pember mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Infinity Medical Consulting LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jerry Carroll mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Richard Yunger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Michael H. Samadani mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Nicole Finn mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Patrick Colberg mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leah Bouton mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Southhill Consulting Group  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Southeast Healthcare Consultants LLC mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Kevin Carrier mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Julie Harding mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill

District/off: 0422-7                                    User: MichelleS                                    Page 87 of 99
Date Rcvd: Jun 20, 2024                              Form ID: pdford9                                  Total Noticed: 1

e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Thomas Carnaggio mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant DX Sales  LLC mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Jason Dupin mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Leigha Greenwood mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Kristin Dukes mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Patrick Colberg mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Nicole Finn mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant RBLIV Consulting  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Jennifer Speer mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Robert Younger mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Seneca Garrett mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Leigha Stream mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Robert "Burt" Lively mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant Thomas Carnaggio mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Defendant JBH Marketing  Inc. mdumville@reedsmith.com,
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

on behalf of Interested Party Erika Guest mdumville@reedsmith.com
shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumvill
e-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo

S. Miles Dumville

District/off: 0422-7                               User: MichelleS                               Page 88 of 99
Date Rcvd: Jun 20, 2024                          Form ID: pdford9                              Total Noticed: 1

|  |  |
|---|---|
| | on behalf of Defendant Nibar Health Consultants Inc. mdumville@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumville-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo |
| S. Miles Dumville | on behalf of Interested Party Kristin Dukes mdumville@reedsmith.com shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;miles-dumville-1555@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com;sharon-castillo-7457@ecf.pacerpro.com;scastillo |
| Sarah Beckett Boehm | on behalf of Defendant Solstas Lab Partners Group LLC sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant William J. O'Shaughnessy Jr. sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant Solstas Lab Partners LLC sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant Catherine T. Doherty sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant Teresa L. Cinco-Abela sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant Stephen A. Calamari sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant Paul Solomon sboehm@mcguirewoods.com |
| Sarah Beckett Boehm | on behalf of Defendant David Weavil sboehm@mcguirewoods.com |
| Scott Andrew Simmons | on behalf of Counter-Claimant Dennis M. Ryan simmons@mg-law.com |
| Scott Andrew Simmons | on behalf of Defendant Dennis M. Ryan simmons@mg-law.com |
| Scott J. Newton | on behalf of Defendant Courtney McLeod newton@manassaslaw.com newtonsr72518@notify.bestcase.com |
| Shannon Pecoraro | on behalf of U.S. Trustee Judy A. Robbins Shannon.pecoraro@usdoj.gov june.e.turner@usdoj.gov;nisha.r.patel@usdoj.gov;shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov |
| Shannon Eileen Daily | on behalf of Plaintiff Health Diagnostic Laboratory Inc. sdaily@huntonAK.com |
| Shannon Eileen Daily | on behalf of Debtor Health Diagnostic Laboratory Inc. sdaily@huntonAK.com |
| Shannon Eileen Daily | on behalf of Defendant Health Diagnostic Laboratory Inc. sdaily@huntonAK.com |
| Shannon Eileen Daily | on behalf of Defendant Integrated Health Leaders LLC sdaily@huntonAK.com |
| Stephan William Milo | on behalf of Defendant Benjamin M. Duffey smilo@wawlaw.com jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | on behalf of Defendant Eris Thomas smilo@wawlaw.com jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | on behalf of Defendant Robert Thomas smilo@wawlaw.com jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | on behalf of Defendant Bonnie P Jenkins MD PC smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | on behalf of Defendant Keith B. Banton M.D., P.A. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | on behalf of Defendant Keith B. Banton smilo@wawlaw.com jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | |

District/off: 0422-7                               User: MichelleS                                Page 89 of 99
Date Rcvd: Jun 20, 2024                        Form ID: pdford9                               Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Litchfield Medical Center  PC smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | |
| | on behalf of Defendant CertifAGift Company smilo@wawlaw.com jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephan William Milo | |
| | on behalf of Defendant Coral Gables Executive Physicians  LLC smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com |
| Stephen A. Metz | |
| | on behalf of Defendant Peggy E. Mignini smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen W. Nichols | |
| | on behalf of Defendant Monisola A. Adeyemo snichols@offitkurman.com |
| Stephen W. Nichols | |
| | on behalf of Defendant Darmon Medical Services  Inc. snichols@offitkurman.com |
| Tabrica C. Rentz | |
| | on behalf of Creditor City of Richmond tabrica.rentz@richmondgov.com |
| Tabrica C. Rentz | |
| | on behalf of Creditor Economic Development Authority of the City of Richmond tabrica.rentz@richmondgov.com |
| Tammy L. Sossei | |
| | on behalf of Creditor AFMS  LLC tammy.sossei@sosseilaw.com, sosseitr93094@notify.bestcase.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Pamela Oates tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor David Mayes tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Tipton Golias tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Galen Associates  Inc. tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Noel Bartlett tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor Robert Galen tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor Helena Laboratories Corporation tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Helena Laboratories Corporation tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Karla Falgout tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant John Tessler tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor Eric Petersen tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant The Wyndell L Golias Voting Trust tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Robert S. Galen tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor John Tessler tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor Noel Bartlett tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Donald Golias tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Creditor Pamela Oates tarazurawski@gmail.com |
| Tara Lynn R. Zurawski | |
| | on behalf of Defendant Joseph Golias tarazurawski@gmail.com |

District/off: 0422-7                                   User: MichelleS                                   Page 90 of 99
Date Rcvd: Jun 20, 2024                               Form ID: pdford9                               Total Noticed: 1

Tara Lynn R. Zurawski
                    on behalf of Defendant David Mayes tarazurawski@gmail.com

Tara Lynn R. Zurawski
                    on behalf of Defendant Eric Petersen tarazurawski@gmail.com

Thomas John McKee, Jr.
                    on behalf of Creditor Dennis M. Ryan mckeet@gtlaw.com smedsa@gtlaw.com

Thomas Joseph Moran
                    on behalf of Defendant Milena Lombardi D.O. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Allen Gamble D.O. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Shirlene Davis M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Ronald Tollison M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Clovis Pierce M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Dharmendra Bhaskaran M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Dean Vicario R.N. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Florencia Barron N.P. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Nayan R. Desai tmoran@wcslaw.com bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Paul B. Skinner tmoran@wcslaw.com bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Rebecca C. Tummons M.C. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Maduka Odogwu M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Sushil Mittal M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Ann P. Fessler M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Ashish Gajanan Shanbhag M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Victoria McDonald M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant North Hills Medical Center LLC tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Vidya Ajaradder M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Uchenna Dike M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Shaym Puppula M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Thomas Joseph Moran
                    on behalf of Defendant Nitin Gaikwad M.D. tmoran@wcslaw.com, bfizer@wcslaw.com

Timothy C. Bass
                    on behalf of Creditor Dennis M. Ryan basst@gtlaw.com smedsa@gtlaw.com

Timothy G. Moore
                    on behalf of Defendant Monterey Financial Services LLC tmoore@spottsfain.com,
                    rchappell@spottsfain.com;jwest@spottsfain.com;eanderson@spottsfain.com;nmccullagh@spottsfain.com;tfishback@spottsfain.c
                    om;churley@spottsfain.com

Todd David Ross
                    on behalf of Defendant Peak 10 Inc. toross@wcsr.com

District/off: 0422-7                        User: MichelleS                        Page 91 of 99
Date Rcvd: Jun 20, 2024                    Form ID: pdford9                        Total Noticed: 1

Tracey Michelle Ohm
    on behalf of Creditor Verizon Communications Inc. tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Defendant Verizon Communications Inc. tracey.ohm@stinson.com  porsche.barnes@stinson.com

Travis A. Knobbe
    on behalf of Defendant Beckman Coulter  Inc. tknobbe@spilmanlaw.com, jsteer@spilmanlaw.com

Travis A. Knobbe
    on behalf of Creditor Beckman Coulter  Inc. tknobbe@spilmanlaw.com, jsteer@spilmanlaw.com

Tyler P. Brown
    on behalf of Debtor Health Diagnostic Laboratory  Inc. tpbrown@huntonak.com, tcanada@huntonak.com

Tyler P. Brown
    on behalf of Debtor Central Medical Laboratory  LLC tpbrown@huntonak.com, tcanada@huntonak.com

Tyler P. Brown
    on behalf of Debtor Integrated Health Leaders  LLC tpbrown@huntonak.com, tcanada@huntonak.com

Victoria D. Garry
    on behalf of Creditor Ohio Department of Taxation victoria.garry@ohioattorneygeneral.gov

William Gray
    on behalf of Defendant Lee B. Taylor  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
    on behalf of Defendant Steve Parker bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Jayne A. Koehler bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Gregory S Cheatham bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of blank Winter Park Family Practice  LLC d/b/a Family Practice of Winter Park bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray
    on behalf of Defendant Rajesh Shah bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Agustin Vargas bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Ernest J. Gesiotto bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Keith E. Didyoung bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant John A. Pilcher bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Steven C Eldenburg bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Lori Parker bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant Southwest Family Physicians  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
    on behalf of blank Agustin Vargas  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
    on behalf of Defendant Gabriel Breuer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of blank Jaspaul S. Bhangoo  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
    on behalf of blank Hardeep S. Dhaliwal  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray
    on behalf of Defendant Darren Pearson bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray
    on behalf of Defendant BCMW Investments  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

District/off: 0422-7                                  User: MichelleS                                  Page 92 of 99
Date Rcvd: Jun 20, 2024                              Form ID: pdford9                                 Total Noticed: 1

on behalf of Defendant Sambit Mondal bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Global Family Medicine  L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Sarah Cottingham bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gerard S. Issvoran bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Nicholas F Carulli bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Monument Consulting  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Jeffrey I. Barke bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Oscar F. Lovelace  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Christine Stearman bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas C. Jones  M.D., P.C., d/b/a The Jones Center for Diabetes and Endocrine Wellness and d/b/a The
Jones Center bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Damon Daniels bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Sand Mountain Family Practice Center  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Hardeep S Dhaliwal bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant North Jersey Institute of Menopausal Lipidology LLC bgray@sandsanderson.com
sryan@sandsanderson.com

William Gray

on behalf of Defendant Always Best Care Medical Center  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Lowhorn bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ronald Ferris bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Gonzalo Loveday  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Fabricio J. Alarcon bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gonzalo Loveday bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Boyan Georgiev bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Winter Park Family Practice  LLC d/b/a Family Practice of Winter Park bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

on behalf of blank Chauncey Crandall  IV, MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant South Central Medical Center  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lisa Colasurdo bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant M. Wayne Peters bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Carolina Prime Internal Medicine  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7           User: MichelleS           Page 93 of 99

Date Rcvd: Jun 20, 2024           Form ID: pdford9           Total Noticed: 1

William Gray

on behalf of Defendant Family Physicians of Spartanburg  PC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant William Joseph Hollins bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas J. Melham bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Rob D. Simmons bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas D. Dayspring  Individually and Trading As Dayspring & Macaluso, MD's
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Kathleen Archer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant The Family Doctors  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Joseph M. Scott bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Creditor Monument Consulting  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Barry Russell Johns bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Attorney Sands Anderson PC bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Woodruff bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Richmond Kickers Youth Soccer Club  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Ann Giles bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Kenneth S. Cheng bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lindsay Piersol bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lisa Heichberger bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Schoenwalder D.O.  L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Metrolina Medical Associates  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Andrea Gatchair-Rose bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Jarrod Warren bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gaston O. Perez bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Nicholas F. Carulli  M.D., P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Bariatric Surgeons of San Antonio  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank BCMW Investments  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Robert L. Thomas  MD, FCCP, LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Vikas Verma bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant J. Frank Martin  Jr., M.D., LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Cascade Family Medicine  P.S. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Douglas Wiley bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant CARLTON D. PAIGE bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Varesh R. Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Gabriel Breuer  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lynn Kocian bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Russell Ditzler bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Elizabeth Mary Jones bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Milind V. Tilak bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ellen Weeks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant John Belyeu bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Christina Robins f/k/a Christina Sowers bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Hardeep S. Dhaliwal  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Kate Hurliman a/ka Kate Nattier bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Thomas J. Melham  M.D., LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Sherilyn Foltz-Cook bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Dr. Elizabeth L. Schultz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Advance Family Practice  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Harvey Weingarten  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant CARL D. PAIGE  M.D., P.S.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Christine Hunter bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Lovelace Family Medicine  P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Knipfer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Joseph A. Wehner  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Rhonda Cook bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Personalcare Physicians of Newport Beach  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Varesh R. Patel  DO bgray@sandsanderson.com, sryan@sandsanderson.com

District/off: 0422-7                                    User: MichelleS                                    Page 95 of 99
Date Rcvd: Jun 20, 2024                                Form ID: pdford9                                   Total Noticed: 1

William Gray

    on behalf of Defendant Alfred Ratcliff  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Charles D Macaluso  Individually and Trading As Dayspring & Macaluso, MD's
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant River Oaks Medical Clinic  L.L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Creditor Aetna  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant J. Marshall Dent  III. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Leslie Harvill bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant PFMOC  P.A., f/k/a Palmetto Family Medicine of Columbia, P.A., d/b/a Palmetto Family Medicine
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of blank Robert L. Thomas  MD, FCCP, LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Bhadrik Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Chauncey Crandall  IV bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Augusto Villa bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Palm Beach Cardiovascular Clinic  L.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Robert L Thomas bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of blank Fabricio J. Alarcon  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant J.Frank Martin  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant William Dixon bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of blank Internal Medicine Associates of McMinn County  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Ashley Dwyer bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Michael Luther bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Stephen Yost bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of blank Robert L. Thomas  MD bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Creditor St. Louis Medical Clinic  P.C., Michael Lowhorn, Darren Pearson, Timothy Cloninger and Rebecca Peck
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

    on behalf of Defendant Internal Medicine Associates of McMinn County  P.C. bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

    on behalf of Defendant Rebecca Peck bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Brent E. Gorman bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

    on behalf of Defendant Gorsco LLC bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

District/off: 0422-7                               User: MichelleS                                    Page 96 of 99
Date Rcvd: Jun 20, 2024                            Form ID: pdford9                                   Total Noticed: 1

on behalf of Defendant Wellspring Family Medicine  PA bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Lawrence E. Foltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Monterey Integrated Sports & Pain Associates bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Jaspaul S Bhangoo  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Nipun Arora bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Augusto Villa  M.D. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Amanda Haltiwanger bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Revitalife Wellness Center  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Rex A. Butler bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant James Frank Martin  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of blank Associates in Cardiology  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Michael Schoenwalder bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Gesiotto  Henricks, Kordonowy and Simmons, MDs, P.A. bgray@sandsanderson.com,
sryan@sandsanderson.com

William Gray

on behalf of Defendant Douglas G. Henricks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Rajesh H. Kedar bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant William D. Weeks bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Eldenburg Family Practice  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Harvey S Weingarten bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Carey Weltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ramesh Patel bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Ricardo J Martinez bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank The Maggie L. Walker Governor's School for Government & International Studies Foundation  Inc.
bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Carolyn Bland bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant Mark Miles bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of Defendant St. Louis Medical Clinic  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

on behalf of Defendant Erma Foltz bgray@sandsanderson.com  sryan@sandsanderson.com

William Gray

on behalf of blank Jaspaul S. Bhangoo  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com

William Gray

District/off: 0422-7
Date Rcvd: Jun 20, 2024
User: MichelleS
Form ID: pdford9
Page 97 of 99
Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Holy Family Medical Associates  LLC bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Kevin Boyter bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Frank Morales  Jr. bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of blank Network for Effective Women's Services  P.C. bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Ashwini Gore bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant J. Marshall Dent  III, M.D., P.C., d/b/a Synergy Wellness & Weight Loss bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Richmond Kickers Youth Soccer Club  Inc. bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Thomas C. Jones bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Creditor Orchard Software Corporation bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Timothy Cloninger bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Suwarna M. Tilak bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Amanda Storey bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Jaspaul S Bhangoo bgray@sandsanderson.com  sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant John H. Sink  II bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of blank Palm Beach Cardiovascular Clinic  L.C. bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Hardeep S. Dhaliwal  M.D., P.A. bgray@sandsanderson.com, sryan@sandsanderson.com |
| William Gray | |
| | on behalf of Defendant Glenda Martin bgray@sandsanderson.com  sryan@sandsanderson.com |
| William A. Broscious | |
| | on behalf of Interested Party Cerberus Business Finance  LLC wbroscious@brosciouslaw.com |
| William A. Broscious | |
| | on behalf of Creditor Joseph McConnell wbroscious@brosciouslaw.com |
| William A. Burnett | |
| | on behalf of Creditor Numares Group Corporation aburnett@williamsmullen.com  ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Defendant The Hertz Corporation DBA Hertz aburnett@williamsmullen.com  ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Defendant Rasky Baerlein Strategic Communications  Inc aburnett@williamsmullen.com, ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Creditor Numares AG aburnett@williamsmullen.com  ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Transferee Kansas Bioscience Authority  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Defendant Attronica Computers  Inc aburnett@williamsmullen.com, ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Creditor Ropes & Gray LLP aburnett@williamsmullen.com  ddillon@williamsmullen.com |
| William A. Burnett | |
| | on behalf of Defendant Agilent Technologies  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com |
| William A. Burnett | |

District/off: 0422-7                                      User: MichelleS                                      Page 98 of 99
Date Rcvd: Jun 20, 2024                               Form ID: pdford9                                  Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Rasky Baerlein Strategic Communications  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com |
| William C. Crenshaw | on behalf of Defendant Unlimited Medical Services of Florida  P.L. bill.crenshaw@akerman.com, deborah.coleman@akerman.com |
| William Daniel Prince, IV | on behalf of Interested Party Nicole Finn wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Defendant Muhammad A. Khan wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Defendant Cardiac Center of Texas  P.A. wprince@t-mlaw.com, mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Defendant Metabolon  Inc. wprince@t-mlaw.com, mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Interested Party Patrick Colberg wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Creditor Metabolon  Inc. wprince@t-mlaw.com, mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Interested Party Medcentric LLC wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Interested Party EELLS Consulting Inc. wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Creditor UAB Medical West wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Daniel Prince, IV | on behalf of Interested Party Leigha Stream wprince@t-mlaw.com  mcamp@t-mlaw.com |
| William Edward Callahan, Jr. | on behalf of Defendant Killingsworth callahan@gentrylocke.com  knicely@gentrylocke.com |
| William H. Schwarzschild, III | on behalf of Creditor Numares Group Corporation tschwarz@williamsmullen.com |
| William H. Schwarzschild, III | on behalf of Creditor Numares AG tschwarz@williamsmullen.com |
| William H. Schwarzschild, III | on behalf of Creditor Numares  AG tschwarz@williamsmullen.com |
| William M. Savage | on behalf of Creditor Nationstar Mortgage LLC LOGSECF@logs.com |
| William R. Baldwin, III | on behalf of Defendant James River Drywall LLC billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com |
| William R. Baldwin, III | on behalf of Defendant Staci Appleton billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com |
| William R. Baldwin, III | on behalf of Defendant Tates Chapel Baptist Church billbaldwin@comcast.net  billbaldwin@meyerbaldwin.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant Jerry Carroll wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant Robert "Burt" Lively wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant David Mayes wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Plaintiff Helena Laboratories Corp. wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant John Coffman wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant Tipton Golias wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | on behalf of Defendant Donald Golias wdurrette@dagglaw.com  rwright@dagglaw.com |
| Wyatt Beazley Durrette, Jr | |

on behalf of Defendant Charles Maimone wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Joseph Golias wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Helena Laboratories Corporation wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Heather Lockhardt wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant John Tessler wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Kevin Carrier wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant The Wyndell L Golias Voting Trust wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Michael H. Samadani wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Thomas Carnaggio wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Eric Petersen wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Pamela Oates wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Kyle Martel wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Julie Harding wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Counter-Defendant Helena Laboratories Corp. wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Jason Dupin wdurrette@dagglaw.com  rwright@dagglaw.com

Wyatt Beazley Durrette, Jr

on behalf of Defendant Karla Falgout wdurrette@dagglaw.com  rwright@dagglaw.com

Zeenat Asra Iqbal

on behalf of Creditor Randox Laboratories Ltd ziqbal@stradley.com  ycho@stradley.com


TOTAL: 2532