UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: HEALTH DIAGNOSTIC LABORATORY, INC., et al.

Debtor(s)

Case No. 15-32919
Lead Case No. 15-32919

☒ Jointly Administered

**Post-confirmation Report**   Chapter 11

Quarter Ending Date: 06/30/2024   Petition Date: 06/07/2015

Plan Confirmed Date: 05/12/2016   Plan Effective Date: 05/12/2016

This Post-confirmation Report relates to:  ◯ Reorganized Debtor
⦿ Other Authorized Party or Entity: Liquidating Trustee
Name of Authorized Party or Entity

/s/ Robert S. Westermann
Signature of Responsible Party

07/19/2024
Date

Robert S. Westermann
Printed Name of Responsible Party

Hirschler Fleischer, P.C.
2100 East Cary Street
Richmond, Virginia 23223
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name HEALTH DIAGNOSTIC LABORATORY, INC., et al.        Save        Case No. 15-32919

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $5,651,834 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $5,651,834 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i    N/A | | | | |

| | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i    N/A | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,747,630 | $0 | $1,747,630 | $1,747,630 | 100% |
| b. Secured claims | $14,681,508 | $0 | $14,681,508 | $14,681,508 | 100% |
| c. Priority claims | $53,529 | $0 | $22,939 | $53,529 | 43% |
| d. General unsecured claims | $0 | $3,908,386 | $78,624,005 | $198,229,696 | 40% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?    Yes ○    No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    05/13/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

Click "Generate PDF" to Remove Watermark

| Debtor's Name HEALTH DIAGNOSTIC LABORATORY, INC., et al. | Save | Case No. 15-32919 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Robert S. Westermann
Signature of Responsible Party

Counsel for Liquidating Trustee
Title

Robert S. Westermann
Printed Name of Responsible Party

07/19/2024
Date

| Save | Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark