Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com
kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No.: 15-32919-KRH**<br><br>**Jointly Administered** |

**AMENDED PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
JULY 23, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]**

**I.    STATUS UPDATES**

1.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2.    In re Blue Eagle Farming, LLC, *et al*., Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

**II.    MATTERS GOING FORWARD IN RELATED ADVERSARY PROCEEDINGS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Attached hereto as **Exhibit A** is a redline reflecting the changes from the Proposed Agenda filed on July 19, 2024 [Docket No. 5892].

    3.    In re Richard Arrowsmith as Liquidating Trustee v. GeneNews (USA), Inc. now known as StageZero Life Sciences, Ltd. - Adversary Proceeding Case No. 23-03035-KRH – Motion for Entry of Default and Default Judgment [Docket No. 23] and Notice Thereof [Docket No. 24]

*Related Documents*:

    (a) Complaint [Docket No. 1]

    (b) Alias Summons and Notice [Docket No. 15]

    (c) Corrected Certificate of Service of Complaint and Alias Summons [Docket No. 20]

    (d) Certificate of Service of Motion for Default and Notice [Docket No. 25]

    (e) Affidavit of Service per Local Rule 7055-1(B)(2)(c) [Docket No. 26]

    (f) Certificate of Service [Docket No. 27]

    (g) Certification of No Objection to Motion for Default and Default Judgment [Docket No. 28]

*Response*:

    None

*Status*:

    A proposed order granting the Motion has been submitted to the Court for consideration in light of no objections being filed to the Motion. This matter is going forward to the extent the Court has any questions.

    4.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Christian Life Assembly of Columbia, South Carolina, Inc. d/b/a Christian Life Church and South Carolina School of Leadership - Adversary Proceeding Case No. 22-03020

    4.1    Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 116]

*Related Documents:*

    (a) Notice of Appeal [Docket No. 114]

    (b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

    (c) Order Setting Hearing [Docket No. 120]

*Response:*

   (a) Liquidating Trustee's Response in Opposition to Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 133]

   (b) Reply to Liquidating Trustee's Opposition to Stay the Judgment Pending Appeal [Docket No. 135]

*Status:*

  This matter is going forward.

  4.2 Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 130]

*Related Documents:*

   (a) Letter Requesting Certificate of Judgment [Docket No. 118]

   (b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 131]

*Response:*

   (a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

  This matter is going forward.

  5. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Lake Murray Baptist Church - Adversary Proceeding Case No. 22-03036

  5.1 Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

*Related Documents:*

   (a) Notice of Appeal [Docket No. 115]

   (b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 118]

   (c) Order Setting Hearing [Docket No. 121]

*Response:*

       (a) Liquidating Trustee's Response in Opposition to Defendant's Motion for Stay Pending Appeal [Docket No. 136]

       (b) Reply to Liquidating Trustee's Opposition to Motion to Stay the Judgment Pending Appeal [Docket No. 138]

*Status:*

       This matter is going forward.

5.2    Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 133]

*Related Documents:*

       (a) Letter Requesting Certificate of Judgment [Docket No. 119]

       (b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 134]

*Response:*

       (a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

       This matter is going forward.

**III.    ADJOURNED MATTER IN RELATED ADVERSARY PROCEEDING**

6.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. National Humane Society - Adversary Proceeding Case No. 22-03083-KRH – Motion for Entry of Default and Default Judgment [Docket No. 5] and Notice Thereof [Docket No. 6]

*Related Documents*:

       (a) Complaint [Docket No. 1]

       (b) Certificate of Service [Docket No. 4]

*Response*:
       None.

*Status*:

        The Liquidating Trustee has settled this matter and requests that this matter be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time) to allow time to carry out all terms of the agreement.

**IV.    ADJOURNED GARNISHMENT**

7.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

7.1    Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

    (a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

    (b) Order Granting Default Judgment [Docket No. 13]

    (c) Writ of Execution [Docket No. 41]

    (d) Certificate of Service [Docket No. 43]

*Response:*

    To date, an Answer has not yet been received from Together Credit Union.

*Status:*

    The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time) to allow time for Together Credit Union to issue an Answer.

**V.    ADJOURNED MATTER IN LEAD CASE**

8.    Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

    (a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180]. An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197]. The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time).

Dated: July 23, 2024

Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
            bfalabella@hirschlerlaw.com
            kbender@hirschlerlaw.com


David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

## **EXHIBIT A**

Robert S. Westermann (VSB No. 43294)  David I. Swan (VSB No. 75632)
Brittany B. Falabella (VSB No. 80131)  Allison P. Klena (VSB No. 96400)
Kollin G. Bender (VSB No. 98912)  HIRSCHLER FLEISCHER, P.C.
HIRSCHLER FLEISCHER, P.C.  1676 International Drive, Suite 1350
The Edgeworth Building  Tysons, Virginia 22102
2100 East Cary Street  Telephone:       703.584.8900
Post Office Box 500  Facsimile:        703.584.8901
Richmond, Virginia 23218-0500  E-mail:             dswan@hirschlerlaw.com
Telephone:       804.771.9500                          aklena@hirschlerlaw.com
Facsimile:        804.644.0957
E-mail:             rwestermann@hirschlerlaw.com
                        bfalabella@hirschlerlaw.com
                        kbender@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |

**AMENDED PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
JULY 23, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]**

**I.     STATUS UPDATES**

1.     Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2.     In re Blue Eagle Farming, LLC, *et al.*, Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

**II.    MATTERS GOING FORWARD IN RELATED ADVERSARY PROCEEDINGS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Attached hereto as **Exhibit A** is a redline reflecting the changes from the Proposed Agenda filed on July 19, 2024 [Docket No. 5892].

3. In re Richard Arrowsmith as Liquidating Trustee v. GeneNews (USA), Inc. now known as StageZero Life Sciences, Ltd. - Adversary Proceeding Case No. 23-03035-KRH – Motion for Entry of Default and Default Judgment [Docket No. 23] and Notice Thereof [Docket No. 24]

*Related Documents*:

(a) Complaint [Docket No. 1]

(b) Alias Summons and Notice [Docket No. 15]

(c) Corrected Certificate of Service of Complaint and Alias Summons [Docket No. 20]

(d) Certificate of Service of Motion for Default and Notice [Docket No. 25]

(e) Affidavit of Service per Local Rule 7055-1(B)(2)(c) [Docket No. 26]

(f) Certificate of Service [Docket No. 27]

(g) Certification of No Objection to Motion for Default and Default Judgment [Docket No. 28]

*Response*:

None

*Status*:

A proposed order granting the Motion has been submitted to the Court for consideration in light of no objections being filed to the Motion. This matter is going forward to the extent the Court has any questions.

4. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Christian Life Assembly of Columbia, South Carolina, Inc. d/b/a Christian Life Church and South Carolina School of Leadership - Adversary Proceeding Case No. 22-03020

4.1 Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 116]

*Related Documents:*

(a) Notice of Appeal [Docket No. 114]

(b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

(c) Order Setting Hearing [Docket No. 120]

*Response:*

(a) Liquidating Trustee's Response in Opposition to Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 133]

(b) Reply to Liquidating Trustee's Opposition to Stay the Judgment Pending Appeal [Docket No. 135]

*Status:*

This matter is going forward.

4.2    Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 130]

*Related Documents:*

(a) Letter Requesting Certificate of Judgment [Docket No. 118]

(b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 131]

*Response:*

~~None~~

(a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

This matter is going forward.

5.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Lake Murray Baptist Church - Adversary Proceeding Case No. 22-03036

5.1    Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

*Related Documents:*

(a) Notice of Appeal [Docket No. 115]

(b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 118]

(c) Order Setting Hearing [Docket No. 121]

*Response:*

      (a) Liquidating Trustee's Response in Opposition to Defendant's Motion for Stay Pending Appeal [Docket No. 136]

      (b) Reply to Liquidating Trustee's Opposition to Motion to Stay the Judgment Pending Appeal [Docket No. 138]

*Status:*

This matter is going forward.

5.2    Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 133]

*Related Documents:*

      (a) Letter Requesting Certificate of Judgment [Docket No. 119]

      (b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 134]

*Response:*

~~None~~

      (a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

This matter is going forward.

### III.    ADJOURNED MATTER IN RELATED ADVERSARY PROCEEDING

6.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. National Humane Society - Adversary Proceeding Case No. 22-03083-KRH – Motion for Entry of Default and Default Judgment [Docket No. 5] and Notice Thereof [Docket No. 6]

*Related Documents*:

      (a) Complaint [Docket No. 1]

      (b) Certificate of Service [Docket No. 4]

*Response*:

None.

*Status*:

The Liquidating Trustee has settled this matter and requests that this matter be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time) to allow time to carry out all terms of the agreement.

## IV.  ADJOURNED GARNISHMENT

7. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

7.1 Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

(b) Order Granting Default Judgment [Docket No. 13]

(c) Writ of Execution [Docket No. 41]

(d) Certificate of Service [Docket No. 43]

*Response:*

To date, an Answer has not yet been received from Together Credit Union.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time) to allow time for Together Credit Union to issue an Answer.

## V.  ADJOURNED MATTER IN LEAD CASE

8. Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

(a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180]. An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197]. The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for August 27, 2024 at 11:00 a.m. (Prevailing Eastern Time).

Dated: July ~~19~~23, 2024                                  Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com


David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*