# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | **Jointly Administered** |

## PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
## AUGUST 27, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)

### I.    STATUS UPDATES

1. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2. In re Blue Eagle Farming, LLC, *et al*., Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

### II.    ADJOURNED MATTERS IN RELATED ADVERSARY PROCEEDINGS

3. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Christian Life Assembly of Columbia, South Carolina, Inc. d/b/a Christian Life Church and South Carolina School of Leadership - Adversary Proceeding Case No. 22-03020

   3.1    Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 116]

   *Related Documents:*

   (a) Notice of Appeal [Docket No. 114]

   (b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

   (c) Order Setting Hearing [Docket No. 120]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

    (d) Order Setting Evidentiary Hearing [Docket No. 139]

*Response:*

    (a) Liquidating Trustee's Response in Opposition to Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 133]

    (b) Reply to Liquidating Trustee's Opposition to Stay the Judgment Pending Appeal [Docket No. 135]

*Status:*

  This matter is continued to the Omnibus Hearing scheduled for September 24, 2024 at 2:30 p.m. (Prevailing Eastern Time) and set for evidentiary hearing.

  3.2  Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 130]

*Related Documents:*

    (a) Letter Requesting Certificate of Judgment [Docket No. 118]

    (b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 131]

    (c) Order Setting Evidentiary Hearing [Docket No. 139]

*Response:*

    (a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

  This matter was partially granted and continued to the Omnibus Hearing scheduled for September 24, 2024 at 2:30 p.m. (Prevailing Eastern Time).

  4.  Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Lake Murray Baptist Church - Adversary Proceeding Case No. 22-03036

  4.1  Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 117]

*Related Documents:*

    (a) Notice of Appeal [Docket No. 115]

  (b) Brief in Support of Defendant's Motion to Stay the Judgment Pending Appeal [Docket No. 118]

  (c) Order Setting Hearing [Docket No. 121]

  (d) Order Setting Evidentiary Hearing [Docket No. 141]

  (e) Stipulation of Dismissal [Docket No. 147]

*Response:*

  (a) Liquidating Trustee's Response in Opposition to Defendant's Motion for Stay Pending Appeal [Docket No. 136]

  (b) Reply to Liquidating Trustee's Opposition to Motion to Stay the Judgment Pending Appeal [Docket No. 138]

*Status:*

  This matter is moot as the underlying appeal has been dismissed.

4.2 Liquidating Trustee's Motion for Entry of an Order (A) Granting Leave to Register the Judgment in Another District for Good Cause and (B) Directing that the Certified Judgment be Issued, and Memorandum of Law in Support Thereof [Docket No. 133]

*Related Documents:*

  (a) Letter Requesting Certificate of Judgment [Docket No. 119]

  (b) Notice of Liquidating Trustee's Motion and Notice of Hearing [Docket No. 134]

  (c) Order Setting Evidentiary Hearing [Docket No. 141]

  (d) Stipulation of Dismissal [Docket No. 147]

*Response:*

  (a) Opposition to Liquidating Trustee's Motion for Entry of an Order [Docket No. 134]

*Status:*

  This matter is moot as the underlying appeal has been dismissed.

### III. ADJOURNED GARNISHMENT

5. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Uchenna Christopher Ogbuokiri - Adversary Proceeding Case No. 17-03762

5.1 Garnishment Summons re: Judgment against Uchenna Christopher Ogbuokiri [Docket Item No. 40] (the "**Ogbuokiri Garnishment**")

*Related Documents:*

(a) Suggestion for Summons in Garnishment to Together Credit Union [Docket No. 39]

(b) Order Granting Default Judgment [Docket No. 13]

(c) Writ of Execution [Docket No. 41]

(d) Certificate of Service [Docket No. 43]

*Response:*

To date, an Answer has not yet been received from Together Credit Union.

*Status:*

The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing scheduled for September 24, 2024 at 2:30 p.m. (Prevailing Eastern Time) to allow time for Together Credit Union to issue an Answer.

### IV. ADJOURNED MATTER IN LEAD CASE

6. Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

(a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

The Tenth Omnibus Objection was granted in accordance with the Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180]. An Order has been submitted to the Court on the Unsupported Claim [Docket No. 5197]. The Liquidating Trustee requests that the hearing as to the 502(d) Claims be adjourned to the Omnibus Hearing scheduled for September 24, 2024 at 2:30 p.m. (Prevailing Eastern Time).

Dated: August 22, 2024	Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:	804.771.9515
Facsimile:	804.644.0957
E-mail: rwestermann@hirschlerlaw.com
	bfalabella@hirschlerlaw.com
	kbender@hirschlerlaw.com


David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:	703.584.8900
Facsimile:	703.584.8901
E-mail:	dswan@hirschlerlaw.com
	aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*