| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Brittany B. Falabella (VSB No. 80131)<br>Kollin G. Bender (VSB No. 98912)<br>HIRSCHLER FLEISCHER, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500<br>Telephone:  804.771.9500<br>Facsimile:  804.644.0957<br>E-mail:  rwestermann@hirschlerlaw.com<br>bfalabella@hirschlerlaw.com<br>kbender@hirschlerlaw.com | David I. Swan (VSB No. 75632)<br>Allison P. Klena (VSB No. 96400)<br>HIRSCHLER FLEISCHER, P.C.<br>1676 International Drive, Suite 1350<br>Tysons, Virginia 22102<br>Telephone:  703.584.8900<br>Facsimile:  703.584.8901<br>E-mail:  dswan@hirschlerlaw.com<br>aklena@hirschlerlaw.com |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No.: 15-32919-KRH**<br><br>(Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR AUGUST 27, 2024 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for August 27, 2024 at 11:00 a.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on August 27, 2024 at 11:00 a.m. (prevailing Eastern Time) have either been resolved or are adjourned to the hearing scheduled for **September 24, 2024 at 2:30 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: August 22, 2024  Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail: rwestermann@hirschlerlaw.com
  bfalabella@hirschlerlaw.com
  kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:  dswan@hirschlerlaw.com
  aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*