| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone: 703.584.8900 |
| Post Office Box 500 | Facsimile: 703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail: dswan@hirschlerlaw.com |
| Telephone: 804.771.9500 | aklena@hirschlerlaw.com |
| Facsimile: 804.644.0957 | |
| E-mail: rwestermann@hirschlerlaw.com | |
| bfalabella@hirschlerlaw.com | |
| kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 15-32919-KRH |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*, | ) |
| | ) Jointly Administered |
| | ) |
| Debtors.[1] | ) |
| | ) |

**ORDER EXTENDING THE TERM OF THE HDL LIQUIDATING TRUST**

Upon the motion (the "Motion")[2] of Richard Arrowsmith, in his capacity as the Liquidating Trustee of the HDL Liquidating Trust (the "Liquidating Trustee"), appointed pursuant to the Debtors' confirmed *Modified Second Amended Plan of Liquidation* (the "Plan") in these jointly administered bankruptcy cases (the "Bankruptcy Cases"), by and through his undersigned counsel, for entry of an order extending the term of the Liquidating Trust; and in consideration of the

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that cause exists as identified in the Motion; and notice of the Motion and Hearing on the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Motion is **GRANTED**.

2. The term of the Liquidating Trust shall be, and hereby is, extended to and including May 13, 2026.

3. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. This Order is entered without prejudice to the Liquidating Trustee's further right to request additional extensions of the term of the Liquidating Trust.

5. This Order shall be immediately enforceable and effective and any applicable stay is hereby waived.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Oct 29 2024  
Richmond, Virginia

/s/ Kevin R Huennekens  
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Oct 30 2024

**WE ASK FOR THIS:**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
 bfalabella@hirschlerlaw.com
 kbender@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
 aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

*/s/ Robert S. Westermann*
Robert S. Westermann