Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com
kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No.: 15-32919-KRH**<br><br>**Jointly Administered** |

**PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
NOVEMBER 26, 2024 AT 1:30 P.M. (PREVAILING EASTERN TIME)**

**I.    STATUS UPDATES**

1.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2.    In re Blue Eagle Farming, LLC, *et al*., Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

## II. ADJOURNED GARNISHMENTS

    3.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Health Partnership of Columbus, P.C., , *et al.* - Adversary Proceeding Case No. 17-04031

    3.1    Garnishment Summons re: Judgment against Health Partnership of Columbus, P.C. [Docket Item No. 37] (the "**Health Partnership Garnishment**")

*Related Documents:*

    Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 36]

    Order Granting Default Judgment [Docket Item No. 13]

    Writ of Execution [Docket Item No. 38]

*Response:*

    An Answer has not yet been received from Chase bank.

*Status:*

    The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on December 19, 2024 at 1:30 p.m. to allow time for Chase Bank to file an Answer.

    3.2    Garnishment Summons re: Judgment against Teresa Hopkins [Docket Item No. 40] (the "**Hopkins Garnishment**")

*Related Documents:*

    Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 39]

    Order Granting Default Judgment [Docket Item No. 13]

    Writ of Execution [Docket Item No. 41]

*Response:*

    An Answer has not yet been received from Chase bank.

*Status:*

    The Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on December 19, 2024 at 1:30 p.m. to allow time for Chase Bank to file an Answer.

## III. ADJOURNED MATTER IN LEAD CASE

    4.    Tenth Omnibus Objection to Certain (A) 502(d), (B) No Liability Claims, and (C) Unsupported Claim [Docket No. 5097] (the "**Tenth Omnibus Objection**")

*Related Documents:*

(a) Notice of Motion and Hearing [Docket No. 5098]

*Response Deadline:* April 27, 2021 at 4:00 p.m. (Prevailing Eastern Time).

*Status:*

      A proposed order was been submitted to the Court on November 13, 2024 which if entered will dispose of the remaining claims subject to the Tenth Omnibus Objection and which, together with the entered Order Sustaining Tenth Omnibus Objection as to the No Liability Claims [Docket No. 5180] and the entered Order Sustaining Tenth Omnibus Objection as to the Unsupported Claims [Docket No. 5197], will dispose of the Tenth Omnibus Objection in its entirety. To the extent the Court has any questions concerning the submitted proposed order and/or any other matter related to the Tenth Omnibus Objection, the Liquidating Trustee requests that the hearing be adjourned to the Omnibus Hearing on December 19, 2024 at 1:30 p.m..

Dated: November 21, 2024                    Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
       bfalabella@hirschlerlaw.com
       kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
       aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*