## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **HEALTH DIAGNOSTIC LABORATORY,** | ) | **Case No. 15-32919-KRH** |
| **INC.**, *et al.*, | ) |  |
|  | ) | **Jointly Administered** |
| **Debtors.**[1] | ) |  |
|  | ) |  |

### LIQUIDATING TRUSTEE'S FINAL REPORT AND MOTION FOR (I) ENTRY OF FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASES, (II) DISCHARGE OF CLAIMS AGENT, AND (III) RELATED RELIEF

Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust (the "Trust"), respectfully submits the *Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief* (the "Motion") pursuant to sections 105 and 350 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 3022 of the Federal

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:     804.644.0957
E-mail: rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:    dswan@hirschlerlaw.com
           aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), seeking entry of a final decree (the "<u>Final Decree</u>") substantially in the form attached hereto as **<u>Exhibit A</u>**, closing the jointly administered  Chapter 11 cases (the "<u>Cases</u>") of Health Diagnostic Laboratory, Inc., Central Medical Laboratory, Inc., and Integrated Health Leaders, LLC (collectively, the "<u>Debtors</u>") and discharging American Legal Claim Services LLC ("<u>ALCS</u>") of its duties as the Debtors' claims, noticing, and balloting agent (the "<u>Claims Agent</u>") in the Cases.  In support of this Motion, the Liquidating Trustee states as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. section 157(b)(2).

2.      Venue is proper ins district pursuant to 28 U.S.C. sections 1408 and 1409.

3.      The predicate for the relief requested herein is sections 105(a) and 350(a) of the Bankruptcy Code, and Bankruptcy Rule 3022.

<u>**FACTUAL AND PROCEDURAL BACKGROUND**</u>

4.      On June 7, 2015, the Debtors filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Court</u>") voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the Cases, styled *In re: Health Diagnostic Laboratory, Inc., et. al.*, and bearing case number 15-32919-KRH.

5.      On June 9, 2015, the Court entered the *Order Authorizing the Appointment of American Legal Services, LLC as Claims, Noticing and Balloting Agent* [Docket No. 36], authorizing the Debtors to retain ALCS as the Claims Agent in the Cases.  To date, ALCS continues to serve as the Claims Agent in the Cases.  On the same date, the Court also entered the

*Order Directing Joint Administration of the Chapter 11 Cases* [Docket No. 42], consolidating the Cases for procedural purposes only.

6.      The Court entered the *Order (I) Establishing Bar Dates for Filing Proofs of Claim and Certain Administrative Claims, (II) Approving the Form and Manner Thereof, and (III) Providing Certain Supplemental Relief* [Docket No. 640] on November 11, 2015, establishing December 22, 2015, as the bar date by which creditors must file proofs of claim asserting general unsecured claims and/or certain administrative claims pursuant to section 503(b) of the Bankruptcy Code.

7.      On February 9, 2016, the Debtors filed their Second Amended Plan of Liquidation (as amended, confirmed, and/or modified from time to time, including without limitation by the Confirmation Order (as hereinafter defined), the "Plan") [Doc. 852].[2]

8.      On May 12, 2016, this Court entered an *Order Confirming the Debtors' Second Amended Plan of Liquidation* (the "Confirmation Order") [Docket No. 1095] .

9.       Under the terms of the Plan, on May 12, 2016 (the "Effective Date"), the Debtors and the Liquidating Trustee entered into the *Liquidating Trust Agreement* (the "LTA"), thereby granting, assigning, transferring, conveying, and delivering all of the Debtors' rights, title, and interest in the Liquidating Trust Assets to the Liquidating Trust and the Liquidating Trustee for the benefit of the Liquidating Trust Beneficiaries and for the purpose of pursuing and/or disposing of the Liquidating Trust Assets in an orderly and expeditious manner and making distributions to the Liquidating Trust Beneficiaries in accordance with the Plan.

10.     The Liquidating Trust was established pursuant to the Plan, which provided for the appointment of the Liquidating Trustee to administer the Liquidating Trust for the benefit of the

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

Liquidating Trust Beneficiaries and to provide administrative services relating to the implementation of the Plan.

11.      The duration of the Liquidating Trust has been extended by the Court from time to time to provide sufficient runway for the Liquidating Trustee to continue the operations and administration of the Liquidating Trust so that the Liquidating Trust Beneficiaries can receive maximum recoveries and distributions from the Liquidating Trust, which expires on May 13, 2026.[3]

12.      To date, there are, on an aggregate basis, approximately 1,176 different filed proofs of claim, requests for allowance and payment of administrative expenses, cure claims, and/or otherwise scheduled or asserted claims against the Debtors (collectively, the "Claims" and each a "Claim"), totaling approximately $3,333,178,731 in liabilities, 75 of which are administrative priority claims in the collective amount of approximately $1,205,202,331.

13.      Throughout the Cases, the Liquidating Trustee has worked diligently and efficiently to resolve or settle these Claims.  In connection with the Claims, the Liquidating Trustee has filed numerous rounds of omnibus claims objections, seeking to expunge, reduce, and/or reclassify any contested Claims.

14.      Moreover, the Liquidating Trustee has liquidated numerous assets and has pursued various avoidance action and other claims to recover property for the benefit of and to make distributions to the Liquidating Trust Beneficiaries.

15.      Thus far, the Liquidating Trust has made several rounds of distributions to certain classes of creditors under the Plan, resulting in full payment of all allowed administrative claims,

---

[3] For the avoidance of doubt, this Motion is not seeking to end the term of the Trust and the *Order Extending the Term of the HDL Liquidating Trust* entered on October 30, 2024 [Docket No. 5938], will remain in effect.

all allowed priority and other tax claims, and a forty two percent (42%) distribution to allowed claims of general unsecured creditors.

16.     The Liquidating Trustee envisions that there will be one additional distribution to make before the term of the Liquidating Trust expires; however, the costs of the ongoing administration of the Cases does not justify keeping them open against the incremental percentage of potential additional distributions to creditors.  In addition, the Liquidating Trustee submits that the work of collecting judgments and distributing additional funds to creditors can continue without the Cases being open, with all required litigation activity in the Cases having been recently concluded.

17.     There are currently no motions, contested matters, or fee applications pending in the Cases.  The only open items are certain adversary proceedings (the "Open Proceedings").  The Liquidating Trustee submits that some of the Open Proceedings are ripe for closure and will be dismissed or marked satisfied prior to the closing of the Cases.  As to the remainder of the Open Proceedings, the Liquidating Trustee is still in the process of collecting amounts owed pursuant to judgments obtained in these cases.  The vast majority of these Open Proceedings will likely be sold as part of an asset sale, which the Liquidating Trustee plans on pursuing after the Cases are closed.  The Open Proceedings will only benefit creditors because any funds recovered by the Liquidating Trustee, through a judgment/remnant asset sale or otherwise, will be distributed pro rata to general unsecured creditors on account of previously allowed Claims.

18.     The  Liquidating Trust will continue to maintain a reserve to fund the remaining administrative tasks necessary to effectuate the relief sought herein and to fund any remaining tasks required prior to end of the term of the Liquidating Trust.  No additional claims reconciliation or objections will be required, and the current claims objections deadline will expire on its terms

in December of 2024.   Accordingly, to the extent any additional funds are recovered and distributions made, such processes do not warrant keeping the Cases open.

## RELIEF REQUESTED

19.    By this Motion, the Liquidating Trustee seeks entry of a final decree, pursuant to sections 105 and 350 of the Bankruptcy Code, and Bankruptcy Rule 3022, closing the Cases and discharging ALCS as the Claims Agent.

## BASIS FOR RELIEF REQUESTED

**A.  The Court Should Close the Cases Because They Have Been Fully Administered.**

20.    After an estate is fully administered, a court, on motion of a party in interest, may grant a final decree closing a Chapter 11 case.  *See* 11 U.S.C. § 350(a); Fed. R. Bankr. P. 3022.

21.    The term "fully administered" is not defined by the Bankruptcy Code; however, the notes of the Advisory Committee on the Bankruptcy Rules to Bankruptcy Rule 3022 identify the following non-exclusive factors to be considered in determining whether a case has been fully administered:

      a)  whether the order confirming the plan has become final;

      b)  whether deposits required by the plan have been distributed;

      c)  whether the property proposed by the plan to be transferred has been transferred;

      d)  whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;

      e)  whether payments under the plan have commenced; and

      f)  whether all motions, contested matters, and adversary proceedings have been finally resolved.

Fed. R. Bankr. P. 3022, Advisory Committee's note to 1991 amendment. "[T]hese factors are but a guide in determining whether a case has been fully administered, and not all factors need to be present before the case is closed." *In re SLI, Inc.*, 2005 Bankr. LEXIS 132, *5 (Bankr. D. Del. June 24, 2005) (citation omitted).   Under Bankruptcy Rule 3022, Bankruptcy Courts have flexibility in determining whether an estate is fully administered. *In re Union Home and Industrial, Inc.*, 375 B.R. 912, 916 (10th Cir. B.A.P. 2007).

22.     The factors identified above support entering a final decree closing the Cases. The first factor is satisfied because the Confirmation Order is a final and non-appealable order. The remaining factors are satisfied because on the Effective Date, all the remaining assets of the Debtors were transferred to the Liquidating Trust, substantially all assets have been liquidated and distributed pursuant to the terms of the Plan, and substantially all of the Claims required to be paid pursuant to the Plan have been paid. Furthermore, the Liquidating Trustee has, both formally and informally, pursued a myriad of causes of action across the country, resulting in significant recoveries. All contested matters, motions, and adversary proceedings have been resolved with the exception of the Open Proceedings. The Open Proceedings, however, will not impact any creditors except that any funds recovered will be distributed pro rata to the unsecured creditors on account of their previously allowed Claims.

23.     In addition to the factors noted above, Bankruptcy Courts also consider whether a plan has been substantially consummated in determining whether a case is fully administered. *See In re Gates Community Chapel of Rochester, Inc.*, 212 B.R. 220, 224 (Bankr. W.D.N.Y. 1997). The Bankruptcy Code defines the term "substantial consummation" as:

> a)   transfer of all or substantially all of the property proposed by the plan to be transferred;

b) assumption by the debtor or by the successor of the debtor under the plan of the business or management of all or substantially all of the property dealt with by the plan; and

c) commencement of distribution under the plan.

11 U.S.C. § 1101(2).  Here, there has been substantial consummation of the Plan.  The property of the Debtors was transferred pursuant to the terms of the Plan to the Liquidating Trust,  and moreover, the Liquidating Trustee has made distributions pursuant to the terms of the Plan as described in further detail below.

**Administrative Claims**

24.    Pursuant to Article IV.1 of the Plan:

Unless otherwise agreed to by the Holder of an Allowed Administrative Claim and the Debtors or the Liquidating Trustee, as applicable, each Holder of an Allowed Administrative Claim (other than holders of Fee Claims and Claims for United States Trustee Fees) will receive in full and final satisfaction of its Administrative Claim an amount of Cash equal to the amount of such Allowed Administrative Claim either: (a) if an Administrative Claim is Allowed on or prior to the Effective Date, on the Effective Date or as soon as reasonably practicable thereafter (or, if not then due, when such Allowed Administrative Claim is due or as soon as reasonably practicable thereafter); (b) if such Administrative Claim is not Allowed as of the Effective Date, no later than 30 days after the date on which an order Allowing such Administrative Claim becomes a Final Order; (c) if such Allowed Administrative Claim is based on liabilities incurred by the Debtors in the ordinary course of their business after the Petition Date in accordance with the terms and conditions of the particular transaction giving rise to such Allowed Administrative Claim; (d) at such time and upon such terms as may be agreed upon by such Holder and the Debtors or the Liquidating Trustee, as applicable; or (e) at such time and upon such terms as set forth in an order of the Court. Notwithstanding the immediately preceding sentence, United States Trustee Fees shall be paid in accordance with the applicable schedule for payment of such fees.

25.    Administrative claims have been paid in full in accordance with the Plan.

**Fee Claims**

26.    Pursuant to Article IV.2 of the Plan:

All requests for payment of Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be filed and served in accordance with the Interim Compensation Procedures Order by the date that is 45 days after the Effective Date. The Court shall determine the Allowed amounts of such Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Code. The Liquidating Trustee shall pay Fee Claims in Cash in the amount the Court allows from the Fee Claims Reserve, which the Liquidating Trustee will establish on the Effective Date and fund with Cash equal to the aggregate Fee Claims Estimate. Professionals shall deliver in writing to the Debtors their good faith estimates of the amount of such Professional's accrued unpaid Fee Claims through the Effective Date for purposes of the Debtors computing the Fee Claims Estimate prior to the commencement of the Confirmation Hearing. For the avoidance of doubt, no such estimate shall be deemed to limit the amount of the fees and expenses that are the subject of a Professional's final request for payment of Fee Claims filed with the Court. If a Professional does not provide an estimate, the Debtors or the Creditors' Committee may estimate the unpaid and unbilled fees and expenses of their respective Professionals. Any funds remaining in the Fee Claims Reserve after all Allowed Fee Claims have been paid shall become Available Cash and shall be distributed in accordance with the terms of the Plan and the Liquidating Trust Agreement. Notwithstanding the foregoing, the Holder of an Allowed Fee Claim may receive such other, less favorable treatment as may be agreed upon by such Holder and the Debtors.

27.     To date, all Fee Claims submitted for approval have been paid in full in accordance with the Plan.  The Liquidating Trustee will continue to pay any Fee Claims in the ordinary course in accordance with the LTA following the entry of the Final Decree closing the Cases.  In addition, all United States Trustee fees have been paid in accordance with the applicable schedule for payment of such fees, and the Liquidating Trustee will continue to pay any United States Trustee fees that will come due prior to the entry of the order approving the Final Decree closing the Cases.

**Priority Tax Claims**

28.     Pursuant to Article IV.3 of the Plan:

Except to the extent that a Holder of an Allowed Priority Tax Claim agrees to different treatment, each Holder of any Allowed Priority Tax Claim shall receive, on account of such Allowed Priority Tax Claim, at the discretion of the Debtors or the Liquidating Trustee, as applicable, (a) on the Effective Date or as soon as reasonably practicable thereafter, Cash in an amount

9

equal to the unpaid portion of such Allowed Priority Tax Claim, or (b) regular installment payments in cash of a total value, as of the Effective Date, equal to the allowed amount of such claim over a period ending not later than five (5) years after the Petition Date; provided, however, that all Allowed Priority Tax Claims that are not due and payable on or before the Effective Date shall be paid in the ordinary course of business as they become due. Notwithstanding the foregoing, the Holder of an Allowed Priority Tax Claim shall not be entitled to receive any payment on account of any penalty arising with respect to or in connection with the Allowed Priority Tax Claim. Any Claim or demand for any such penalty (a) will be subject to treatment as an Unsecured Claim, if and to the extent it is an Allowed Claim, and (b) the Holder of an Allowed Priority Tax Claim shall not assess or attempt to collect such amounts from the Debtors, the Estates, the Liquidating Trustee, or the Liquidating Trust except as an Unsecured Claim, if and to the extent it is an Allowed Claim.

29.    Priority Tax Claims have been paid in full in accordance with the Plan.


**Class 1 Priority Non-Tax Claims**

30.    Pursuant to Article IV.4 of the Plan:

Each Holder of an Allowed Class 1 Priority Non-Tax Claim shall be paid 100% of the unpaid amount of such Allowed Claim in Cash on the Initial Distribution Date. Notwithstanding the foregoing, the Holder of an Allowed Class 1 Priority Non-Tax Claim may receive such other, less favorable treatment as may be agreed upon by such Holder and the Debtors or the Liquidating Trustee.

31.    Priority Non-Tax Claims have been paid in full in accordance with the Plan.

**Class 2 Secured Claims**

32.    Pursuant to Article IV.5 of the Plan:

Except to the extent that the Holder of an Allowed Claim in Class 2 agrees to less favorable treatment, each Holder of an Allowed Claim in Class 2 shall be satisfied by, at the option of the Debtors or the Liquidating Trustee, as applicable: (i) payment in Cash in full on the later of the Effective Date and the date such Claim becomes Allowed, or as soon thereafter as is practicable; (ii) surrender to the Holder of such Allowed Claim of the Collateral securing such Allowed Claim; or (iii) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the Holder of the Allowed Claim is entitled. In the event an Allowed Claim in Class 2 is treated under clause (i) above, the Liens securing such Claim shall be

deemed released and extinguished without further order of the Court. In the event an Allowed Claim in Class 2 is treated under clause (ii) or (iii), and such Holder has a deficiency claim, such deficiency claim shall be subject to treatment as a Class 3 Unsecured Claim, if and to the extent such deficiency claim is an Allowed Claim.

33.    All allowed Class 2 Secured Claims have been paid in full in accordance with the Plan.

### Class 3 General Unsecured Claims

34.    Pursuant to Article V.1 of the Plan:

Except to the extent that the Holder of an Allowed Claim in Class 3 agrees to less favorable treatment, each Holder of an Allowed Claim in Class 3 shall be satisfied by receipt of its Ratable Share of Series A Liquidating Trust Interests, which shall entitle such Holder to its Ratable Share of Liquidating Trust Distributions until the principal amount of such Holder's Allowed Class 3 Claim is satisfied in full, and, after the principal amount of Allowed Class 4 Claims are satisfied in full, postpetition interest at the Federal Judgment Rate.

35.    All allowed Class 3 General Unsecured Claims have been paid in accordance with the terms of the Plan, which payments equate to approximately a collective 42% distribution.

36.    Pursuant to the terms of the Plan, no distributions were made on account of Class 4 Subordinated Claims and Class 5 Interests.   Accordingly, the Plan has been substantially consummated and, therefore, fully administered pursuant to the terms of the Plan.  A Final Account attached hereto as **Exhibt B** further details the distributions made pursuant to the Plan.

37.    In addition to the reasons noted above supporting entry of the Final Decree, the Liquidating Trustee submits that closing the Cases will relieve the Liquidating Trustee from the costs of continuing to administer the Cases, including payment of quarterly fees and filing of quarterly post-confirmation reports.  In the unlikely event that the Liquidating Trustee needs any further relief from the Court, he will maintain the ability to move the Court to reopen one or more of the closed Cases.

**B. The Court Should Terminate ALCS as the Claims Agent in the Cases.**

38.     Once the Cases are closed, ALCS's services will no longer be necessary in the Cases.  ALCS consents to this aspect of the requested relief in the Motion, and the Liquidating Trustee will coordinate with ALCS regarding the termination of its services related to the Cases. As necessary, the Liquidating Trustee will also coordinate with ALCS and the Court regarding the transfer of copies of all proofs of claim and related registers to the Clerk of Court, or as otherwise directed by the Court or the Clerk of Court.[4]  The Liquidating Trustee anticipates receiving services from ALCS following the closure of the Cases, including assistance with the final distribution to the holders of allowed general unsecured claims.

## WAIVER OF LOCAL RULE 9013-1(F)

39.     The Liquidating Trustee respectfully requests that this Court treat this Motion as a written memorandum of points and authorities and waive any requirement that the Motion be accompanied by a written memorandum of points and authorities as described in Local Bankruptcy Rule 9013-1(F) of the Local Rules of this Court.

## NOTICE

40.     Notice of this Motion is being provided to the Core Parties and the 2002 List in accordance with the Case Management Procedures.  Due to the nature of this request, the Liquidating Trustee submits that no further notice is required.

**WHEREFORE**, the Liquidating Trustee respectfully requests that the Court: (i) approve the Final Report; (ii) enter the Final Decree closing the Cases substantially in the form attached

---

[4] There will likely be at least one distribution to creditors after the Cases are closed pursuant to any final decree approved by the Court.  For the avoidance of doubt, the Liquidating Trustee is only requesting to terminate the services of ALCS as the Claims Agent in these Cases.  ALCS will continue to be employed by the Liquidating Trustee after the Cases are closed.

hereto as **Exhibit A**; (iii) discharge ALCS as the Claims Agent in the Cases; and (iv) grant to the

Liquidating Trustee such other and further relief as the Court may deem just and proper.


Dated: November 25, 2024                    Respectfully submitted,

                                            */s/ Robert S. Westermann*
                                            Robert S. Westermann (VSB No. 43294)
                                            Brittany B. Falabella (VSB No. 80131)
                                            Kollin G. Bender (VSB No. 98912)
                                            HIRSCHLER FLEISCHER, PC
                                            The Edgeworth Building
                                            2100 East Cary Street
                                            Post Office Box 500
                                            Richmond, Virginia 23218-0500
                                            Telephone: 804.771.9515
                                            Facsimile: 804.644.0957
                                            E-mail:       rwestermann@hirschlerlaw.com
                                                          bfalabella@hirschlerlaw.com
                                                          kbender@hirschlerlaw..com

                                            David I. Swan (VSB No. 75632)
                                            Allison P. Klena (VSB No. 96400)
                                            HIRSCHLER FLEISCHER, PC
                                            1676 International Drive, Suite 1350
                                            Tysons, Virginia 22102
                                            Telephone: 703.584.8900
                                            Facsimile: 703.584.8901
                                            E-mail:       dswan@hirschlerlaw.com
                                                          aklena@hirschlerlaw.com

                                            *Counsel for Richard Arrowsmith, Liquidating*
                                            *Trustee of the HDL Liquidating Trust*

**<u>Exhibit A</u>**

**Final Decree**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| **HEALTH DIAGNOSTIC** | ) |
| **LABORATORY, INC.**, *et al.*, | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |

Case No.  15-32919 (KRH)

Chapter 11

**FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES PURSUANT TO 11
U.S.C. § 350 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022**

Upon the Liquidating Trustee's *Final Report and Motion for (I) Entry of Final Decree and
Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief*
[Docket No. _____] (the "Motion")[2]; and it appearing that the relief requested in the Motion is in
the best interests of the Liquidating Trustee, these estates, and all other parties in interest; and the
Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic
Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)
(referred to herein collectively as "HDL").

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9515
Facsimile:     804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
           bfalabella@hirschlerlaw.com
           kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:     dswan@hirschlerlaw.com
             aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate

under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.       The Motion is **GRANTED** as set forth herein.

2.       The Cases are hereby closed effective as of the date of entry of this final decree and

order (this "Final Decree").

3.       Entry of this Final Decree is without prejudice to the rights of the Liquidating

Trustee or any other party in interest to seek to reopen one or more of the Cases for good cause

shown in accordance with section 350(b) of the Bankruptcy Code.

4.       Subject to the performance of ALCS's obligations pursuant to this Final Decree,

ALCS is deemed discharged of its obligations in the Cases.  As necessary and in coordination with

the Liquidating Trustee, ALCS will conduct the following tasks: (i) prepare a final claims register

for the Clerk of the Court pursuant to the current guidelines implemented under 28

U.S.C. § 156(c); (ii) box and transport all claims as  instructed and/or provided by the Clerk of the

Court; (iii) keep electronic copies of all records until one year after the entry of this Final Decree,

after which time ALCS may, but is not required to, destroy such records, unless otherwise required

by applicable law; and (iv) transfer electronic copies of the final claims register, all claims and

claim related documents, and filings to the Clerk of the Court as directed.  The services rendered

by ALCS pursuant to this paragraph shall be charged to and paid for by the Liquidating Trust.

5.       For purposes of calculating the final quarterly fees payable to the Office of the

United States Trustee for the Eastern District of Virginia in accordance with 28 U.S.C. §

1930(a)(6), all disbursements made by the Liquidating Trust up to the date of entry of this Final

Decree, if any, will be included in the calculation, and the Liquidating Trust shall promptly pay these fees, if any, to the extent such fees have not already and previously been paid.  The Liquidating Trust shall provide the United States Trustee documentation regarding such disbursements as the United States Trustee may reasonably request.  No disbursements made by the Liquidating Trust after the entry of this Final Decree will be included in any subsequent quarterly fee calculations, and no minimum or any other quarterly fees will be payable by the Liquidating Trust after the entry of this Final Decree.

6.      Nothing in this Final Decree shall alter, amend, or otherwise have any impact on any pending adversary proceeding.  To the extent necessary, the Court shall retain jurisdiction to hear and determine all matters  arising under or related to the Open Proceedings, notwithstanding the closure of the Cases, until all such matters are resolved.

7.      The terms and conditions of the Final Decree shall be immediately effective and enforceable upon its entry, and any applicable stay is hereby waived.

8.      The Liquidating Trust is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated: _____            _____
Richmond, Virginia                                    UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:        rwestermann@hirschlerlaw.com
               bfalabella@hirschlerlaw.com
               kbender@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:        dswan@hirschlerlaw.com
               aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

**SEEN AND AGREED:**

*/s/*
Kathryn R. Montgomery (VSB No. 42380)
Shannon Pecoraro (VSB No. 46864)
Jason B. Shorter (VSB No. 80929)
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219
E-mail: John.P.Fitzgerald@usdoj.com
           Kathryn.Montgomery@usdoj.com

4

*John P. Fitzgerald, III, Acting United States Trustee,*
*Region Four*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Final Decree has been endorsed by and/or served upon all necessary parties.

*/s/ Robert S. Westermann*
Robert S. Westermann

5

**<u>Exhibit B</u>**

**Final Account**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **HEALTH DIAGNOSTIC LABORATORY,** | ) | **Case No. 15-32919-KRH** |
| **INC.,** *et al.,* | ) |  |
|  | ) | **Jointly Administered** |
| Debtors.[1] | ) |  |
|  | ) |  |

## FINAL ACCOUNT

The above captioned Debtors filed with the United States Bankruptcy Court for the Eastern

District of Virginia voluntary petitions for relief under Title 11, Chapter 11 of the United States

Code (the "Bankruptcy Code"). Pursuant to the requirements of section 1106(a)(7) of the

Bankruptcy Code and the *Order Confirming the Debtors' Second Amended Plan of Liquidation*

[Docket No. 1095] confirming the *Debtors' Second Amended Plan of Liquidation* (the "Plan"),

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
           bfalabella@hirschlerlaw.com
           kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:    dswan@hirschlerlaw.com
           aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust, now files this final account[2]:

1.  Administrative Claims paid: $1,747,630.  See **Schedule A** attached hereto for a listing of Administrative Claims paid in total by claimant.

2.  Fee Claims paid: $85,200,279.  See **Schedule A** for a listing of the professionals paid by professional.

3.  United States Trustee fees paid: All such fees have been paid in full by either the Debtors or the Liquidating Trust in the ordinary course of business and/or as provided for by the Plan, and will continue to be paid until the Cases are closed.

4.  Priority Tax Claims paid: $31,162.  See **Schedule A** for a listing of the Priority Tax Claims paid by locality.

5.  Class 1 Priority Non-Tax Claims paid: $22,642.  See **Schedule A** for a listing of the Class 1 Priority Non-Tax Claims paid in total by claimant.

6.  Class 2 Secured Claims paid: $14,681,508.  See **Schedule A** for a listing of the Class 2 Secured Claims paid in total by claimant.

7.  Class 3 General Unsecured Claims paid: $82,624,675.  See **Schedule A** for a listing of the Class 3 General Unsecured Claims paid in total by claimant.

8.  Class 4 Subordinated Claims paid: $0.00 paid consistent with the Plan.

9.  Class 5 Interests paid: $0.00 paid consistent with the Plan.

WHEREFORE, the Liquidating Trustee submits this Final Account in discharge of his duties and obligations pursuant to sections 1106 and 1107 of the Bankruptcy Code.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

Dated: November 25, 2024

Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:      rwestermann@hirschlerlaw.com
             bfalabella@hirschlerlaw.com
             kbender@hirschlerlaw..com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:      dswan@hirschlerlaw.com
             aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

## Schedule A

# HDL Liquidating Trust
*Schedule of Admin Claims Paid*

| | Creditor Name | Claim No. | Amount Paid | Category |
|---|---|---|---|---|
| 1 | CLAIMS RECOVERY GROUP LLC, AS ASSIGNEE OF METABOLON, INC. | 1277 | $    555,530 | |
| 2 | ROPES & GRAY LLP | D#1164 | 101,892 | |
| 3 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 1077 | 91,256 | |
| 4 | ROPES & GRAY LLP | A1 | 79,465 | |
| 5 | BECKMAN COULTER INC | 1281 | 35,000 | |
| 6 | TALIAFERRO, JAMIE | 1329(a) | 5,000 | |
| 7 | BIOTEX SOLUTIONS INC | 1325 | 4,150 | |
| 8 | ARAMARK REFRESHMENT SERVICES | 1383 | 2,432 | |
| 9 | US DEPT OF JUSTICE CIVIL DIV | 1257 | 1,535 | |
| 10 | HANOVER MOB LLC | 1296 | 1,477 | |
| 11 | R&D SYSTEMS INC. | 1223(a) | 901 | |
| 12 | U.S. Department of Health and Human Services | 1258 | 416 | |
| 13 | CALFEE HALTER & GRISWOLD LLP | 1299 | 372 | |
| 14 | KAMIYA BIOMEDICAL COMPANY | 1207 | 372 | |
| 15 | STATE OF CONNECTICUT | 1080 | 250 | |
| 16 | MG1 ENTERPRISES INC | 1351 | 81 | |
| 17 | MICHAEL BARRETT | 1218 | 30 | |
| 18 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 1175 | 25 | |
| 19 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF VWR INTERNATIONAL | 1061(a) | 184,614 | |
| 20 | CLEVELAND HEART LAB INC | 1279(a) | 176,820 | |
| 21 | NUMARES GROUP CORPORATION | 1385 | 127,702 | |
| 22 | GENERAL ATOMICS, AS ASSIGNEE OF DIADEXUS INC. | 1201 | 121,661 | |
| 23 | DIASORIN INC | 1024(a) | 86,844 | |
| 24 | BG MEDICINE INC | 1036(a) | 78,840 | |
| 25 | MERCODIA INC | 1159 | 55,324 | |
| 26 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF BIOLINE | 1059 | 17,455 | |
| 27 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF MERIDIAN LIFE SCIENCES | 1060 | 16,322 | |
| 28 | FRONTLINE EXHIBITS | 1262 | 1,172 | |
| 29 | BGB ANALYTIK USA LLC | 1112(a) | 693 | |
| | **Total** | | **$    1,747,631** | |

# HDL Liquidating Trust
*Schedule of Professional Fee Claims*

| | Professional Name | Amount Paid |
|---|---|---|
| 1 | COOLEY LLP | $ 29,971,209 |
| 2 | WOLCOTT RIVERS GATES ATTY AT LAW | 14,578,913 |
| 3 | Alvarez and Marsal | 9,048,957 |
| 4 | Hirschler Fleischer P. C. | 7,997,837 |
| 5 | FTI CONSULTING INC. | 4,525,455 |
| 6 | Protiviti Inc. | 3,002,232 |
| 7 | Hunton & Williams LLP | 2,889,419 |
| 8 | BERKELEY RESEARCH GROUP | 2,811,230 |
| 9 | Keiter | 2,031,547 |
| 10 | NAVIGANT | 2,025,572 |
| 11 | ANKURA CONSULTING GROUP LLC | 1,872,754 |
| 12 | NELSON MULLINS RILEY & SCARBOROUGH LLP | 873,566 |
| 13 | American Legal Claim Services, LLC | 603,857 |
| 14 | CHRISTIAN & SMALL ATTORNEYS | 553,688 |
| 15 | Ropes & Gray LLP | 373,865 |
| 16 | PROVINCE INC | 364,254 |
| 17 | RIDGEVIEW LAW PLLC | 315,515 |
| 18 | Douglas L. Sbertoli | 306,540 |
| 19 | RCM BILLING AND CONSULTING | 295,091 |
| 20 | DIAMOND MCCARTHY LLP | 138,835 |
| 21 | ODIN, FELDMAN & PITTMAN, P.C. | 104,163 |
| 22 | REID COLLINS & TSAI LLP | 100,109 |
| 23 | Finnegan Henderson Farabow Garrett & Dunner LLP | 76,338 |
| 24 | GREENBERG TRAURIG LLP | 75,000 |
| 25 | ALVAREZ & MARSAL DISPUTES LITIG. LLC | 46,133 |
| 26 | H. CARTER REDD | 35,700 |
| 27 | Nancy F Lesser | 33,897 |
| 28 | EPIQ eDISCOVERY SOLUTIONS INC | 33,780 |
| 29 | POLSINELLI PC | 29,676 |
| 30 | ASPEN RIDGE ADVISORY LLC | 17,340 |
| 31 | SANDS ANDERSON PC | 15,870 |
| 32 | GORFINE SCHILLER & GARDYN PA | 12,998 |
| 33 | FREJKA PLLC BANKRUPTCY CORP LITIG. | 10,703 |
| 34 | REED SMITH LLP | 7,330 |
| 35 | SPOTSWOOD SANSOM & SANSBURY LLC | 7,097 |
| 36 | AIRD & BERLIS LLP | 6,799 |
| 37 | MEHR CONSULTING LLC | 3,338 |
| 38 | MEYERGOERGEN PC | 2,065 |
| 39 | JONES WALKER LLP | 1,607 |
| | **Total Paid** | $ 85,200,279 |

**HDL Liquidating Trust**
*Schedule of Priority Tax Claims Paid*

| | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---|
| 1 | NM Taxation & Revenue Department | 1250(a) | 226 |
| 2 | State of California Franchise Tax Board | 1042 | 30,865 |
| 3 | Commonwealth of Virginia Department of Taxation | 1055 | 71 |
| | **Total** | | **$    31,162** |

## HDL Liquidating Trust
*Schedule of Priority Claims Paid*

| | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---|
| 1 | JOHN K. AUSTIN | 1141 | $        12,475 |
| 2 | TALIAFERRO, JAMIE | 1329(b) | 10,000 |
| 3 | SUFFOLK CITY TREASURER | 1008 | 167 |
| | **Total** | | **$        22,642** |

## HDL Liquidating Trust
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 1 | CEDAR GLADE CGIC LP | 75,000,000 | 31,453,493 |
| 2 | AETNA INC | 49,500,000 | 20,759,305 |
| 3 | THE UNITED STATES DEPARTMENT OF JUSTICE | 40,644,853 | 17,045,634 |
| 4 | HAIN CAPITAL INVESTORS LLC | 3,988,155 | 1,672,069 |
| 5 | HORIZON HEALTHCARE SERVICES INC | 3,800,000 | 1,593,644 |
| 6 | PNC EQUIPMENT FINANCE LLC | 3,125,715 | 1,310,862 |
| 7 | BRADFORD CAPITAL HOLDINGS LP | 3,056,050 | 1,281,646 |
| 8 | METABOLON INC | 2,300,000 | 964,574 |
| 9 | ARGO PARTNERS | 1,995,020 | 836,671 |
| 10 | FAIR HARBOR CAPITAL LLC | 1,661,048 | 695,957 |
| 11 | GENERAL ATOMICS | 1,390,425 | 583,116 |
| 12 | CEDAR GLADE LP | 1,067,629 | 447,763 |
| 13 | BANK OF THE WEST | 717,671 | 300,977 |
| 14 | FedEx TechConnect Inc | 707,628 | 296,765 |
| 15 | Cedar Glade Capital, LLC | 647,405 | 271,509 |
| 16 | SBERTOLI, DOUGLAS L | 550,000 | 230,659 |
| 17 | ILLUMINA INC | 500,000 | 209,690 |
| 18 | MCKEAN, ANNA | 436,674 | 183,132 |
| 19 | DENKA COMPANY LIMITED | 406,529 | 170,490 |
| 20 | PHILLIPS & COHEN LLP | 381,500 | 159,993 |
| 21 | FINNEGAN HENDERSON FARABOW | 373,826 | 156,775 |
| 22 | COTCHETT PITRE AND MCCARTHY LLP | 350,000 | 146,783 |
| 23 | WILTSHIRE, CHERYL A | 266,332 | 111,694 |
| 24 | PROFOOTBALL INC | 250,000 | 104,845 |
| 25 | HALFPENNY TECHNOLOGIES, INC | 240,100 | 100,693 |
| 26 | PIETRAGALLO GORDON ALFANO | 225,000 | 94,360 |
| 27 | RASKY BAERLEIN STRATEGIC COMM INC | 201,525 | 84,516 |
| 28 | MERCODIA INC | 196,256 | 82,306 |
| 29 | SUNTRUST BANK | 181,400 | 76,075 |
| 30 | KRONUS INC | 181,170 | 75,979 |
| 31 | TOYOTA TSUSHO AMERICA INC | 167,311 | 70,167 |
| 32 | MEDIRIS SOLUTIONS LLC | 149,764 | 62,808 |
| 33 | MedHelp International, Inc | 106,250 | 39,111 |
| 34 | CERTIFAGIFT COMPANY | 91,815 | 38,505 |
| 35 | ASM CAPITAL V LP | 91,261 | 38,273 |
| 36 | INOVA DIAGNOSTIC INC | 89,429 | 37,505 |
| 37 | TRINITY BIOTECH, INC | 88,290 | 37,027 |
| 38 | Diasorin Inc | 77,074 | 32,323 |
| 39 | CDW | 72,972 | 30,603 |
| 40 | AFMS LLC | 71,482 | 29,978 |
| 41 | LABTECH DIAGNOSTICS LLC | 66,610 | 27,935 |
| 42 | CAIN BROTHERS A DIV OF KEYBANC CAP MKTS | 53,869 | 22,591 |
| 43 | DYNEX TECHNOLOGIES INC | 51,456 | 21,580 |
| 44 | EDWARDS BUSINESS MACHINES INC | 50,000 | 20,969 |
| 45 | CORGENIX INC | 47,707 | 20,007 |
| 46 | PRAXAIR DISTRIBUTION INC | 44,606 | 18,707 |
| 47 | STERICYCLE | 44,850 | 18,688 |
| 48 | MOBELUX LLC | 40,890 | 17,148 |
| 49 | WEST END LOCK & SECURITY | 39,114 | 16,404 |
| 50 | ERNST & YOUNG LLP | 37,033 | 15,531 |
| 51 | BIOTEX AXIS OF CALIFORNIA LLC | 35,975 | 15,087 |
| 52 | PEAK 10 INC | 34,526 | 14,480 |
| 53 | MIDLOGREEN LLC | 34,277 | 14,375 |
| 54 | State of Florida Dep of Legal Affairs | 34,010 | 14,263 |
| 55 | STATE OF NORTH CAROLINA NC ATTORNEY GENERALS OFFICE | 33,077 | 13,872 |
| 56 | SPAIN AND GILLON LLC | 30,910 | 12,963 |
| 57 | HANOVER MOB LLC | 29,773 | 12,486 |
| 58 | GLOBAL CROSSING TELECOMMUNICATIONS INC | 26,097 | 10,945 |
| 59 | SIGMAALDRICH | 25,981 | 10,896 |
| 60 | QLIKTECH INC | 24,866 | 10,428 |
| 61 | BEATTIE B ASHMORE PA | 24,712 | 10,364 |
| 62 | UNIVERSAL AMERICAN CORP | 32,735 | 10,173 |
| 63 | CARPMAELS & RANSFORD LLP | 23,809 | 9,985 |
| 64 | ASM CAPITAL X LLC | 25,572 | 9,695 |
| 65 | STATE OF GEORGIA | 22,845 | 9,581 |
| 66 | ATLANTIC RESOURCE GROUP INC | 25,842 | 9,213 |
| 67 | KROLL ONTRACK INC | 20,639 | 8,655 |
| 68 | SUN DIAGNOSTICS LLC | 20,593 | 8,636 |
| 69 | THE HORTON GROUP INC | 19,898 | 8,345 |
| 70 | Tension Envelope Corporation | 19,236 | 8,067 |
| 71 | SC SOLUTIONS GROUP LLC | 19,040 | 7,985 |
| 72 | MERIDIAN LIFE SCIENCE INC | 18,406 | 7,719 |
| 73 | ACCOUNTING PRINCIPALS INC | 18,360 | 7,700 |
| 74 | The Advisory Board Company | 18,181 | 7,625 |
| 75 | FITZGERALD, KATHLEEN A | 16,426 | 6,889 |
| 76 | MESO SCALE DIAGNOSTICS LLC | 15,968 | 6,697 |
| 77 | CALFEE HALTER & GRISWOLD LLP | 15,809 | 6,630 |
| 78 | LANCASTER GENERAL HOPITAL | 15,269 | 6,404 |
| 79 | FLORES AND ASSOCIATES LLC | 15,000 | 6,291 |
| 80 | NAT ASSN OF MEDICAID FRAUD CNTRL UNITS | 14,622 | 6,132 |
| 81 | CLAIMS RECOVERY GROUP LLC | 13,838 | 5,803 |
| 82 | SARSTEDT INC | 12,925 | 5,420 |
| 83 | TSRC INC | 12,764 | 5,353 |
| 84 | STATE OF SOUTH CAROLINA | 12,460 | 5,226 |
| 85 | NFS LEASING INC | 12,429 | 5,213 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 86 | STATE OF ILLINOIS OFFICE OF THE ATTORNEY GENERAL | 12,405 | 4,703 |
| 87 | WORTH HIGGINS & ASSOCIATES INC | 10,355 | 3,925 |
| 88 | CLINICAL PATHOLOGY LABORATORIES INC | 10,625 | 3,911 |
| 89 | THE BUREAU OF NATIONAL AFFAIRS INC | 11,739 | 3,648 |
| 90 | JOSEPH L MANSON III ESQ | 9,488 | 3,597 |
| 91 | STATE OF OKLAHOMA | 9,434 | 3,576 |
| 92 | STERICYCLE SPECIALTY WASTE SOLUTIONS INC | 9,346 | 3,543 |
| 93 | ARAMARK REFRESHMENT SERVICES | 8,994 | 3,410 |
| 94 | BON SECOURS RICHMOND HEALTH SYSTEM | 8,991 | 3,408 |
| 95 | SEKISUI DIAGNOSTICS LLC | 8,563 | 3,246 |
| 96 | AEROTEK INC | 8,500 | 3,222 |
| 97 | UNITED PARCEL SERVICE | 9,317 | 2,896 |
| 98 | KEITER | 7,500 | 2,843 |
| 99 | SINGULEX INC | 8,910 | 2,769 |
| 100 | R&D SYSTEMS | 7,239 | 2,744 |
| 101 | State of Ohio | 7,237 | 2,744 |
| 102 | UPTOWN COLOR | 6,747 | 2,558 |
| 103 | STATE OF COLORADO | 6,745 | 2,490 |
| 104 | BIOTAGE LLC | 7,860 | 2,443 |
| 105 | USA SCIENTIFIC | 6,237 | 2,365 |
| 106 | WILLIAMS MULLEN | 6,221 | 2,358 |
| 107 | LETTERLOGIC INC | 7,564 | 2,351 |
| 108 | MEDICAL ISOTOPES INC | 6,120 | 2,320 |
| 109 | SMART & BIGGAR/FETHERSTONHAUGH | 5,553 | 2,105 |
| 110 | FAMILY HEALTH MEDICAL CENTER LLC | 6,725 | 2,090 |
| 111 | THOMSON REUTERS INC | 5,281 | 2,002 |
| 112 | TALIAFERRO, JAMIE | 5,000 | 1,896 |
| 113 | COWAN OTOOLE GATES RENNIE HALL COWAN PC | 4,985 | 1,890 |
| 114 | KAMIYA BIOMEDICAL COMPANY | 4,687 | 1,777 |
| 115 | SPOTSWOOD SANSOME & SANSBURY LLC | 4,645 | 1,761 |
| 116 | NEWCLIENTS INC | 4,467 | 1,693 |
| 117 | MICHAEL BANNON | 4,351 | 1,649 |
| 118 | FARNAM STREET FINANCIAL INC. | 4,270 | 1,619 |
| 119 | BIOTECH CLINICAL LABORATORIES | 4,125 | 1,564 |
| 120 | BRANDON, SAMUEL D | 5,000 | 1,554 |
| 121 | SOUTH FLORIDA CARDIOLOGY ASSOCIATE | 4,960 | 1,541 |
| 122 | LABSOFT INC | 4,000 | 1,516 |
| 123 | JOHN AUSTIN | 3,979 | 1,508 |
| 124 | MISSOURI HEALTHNET FRAUD REIMBURSEMENT FUND | 3,831 | 1,452 |
| 125 | US BANK EQUIPMENT FINANCE | 3,786 | 1,435 |
| 126 | BLACKWELL, EMMETT SCOTT | 3,653 | 1,385 |
| 127 | Commonwealth of Kentucky | 3,588 | 1,360 |
| 128 | ALCOR Scientific Inc | 3,538 | 1,341 |
| 129 | DURRETTE ARKEMA GERSON AND GILL PC | 3,500 | 1,327 |
| 130 | DOUGLAS COUNTY TREASURER | 3,436 | 1,303 |
| 131 | LAURIE ROCKWELL | 3,320 | 1,259 |
| 132 | SAS INSTITUTE INC | 4,000 | 1,243 |
| 133 | ATLANTIC CORRUGATED BOX CO INC | 4,000 | 1,243 |
| 134 | LAB EXPRESS INC | 3,025 | 1,147 |
| 135 | KAREN MICHEAL PLC | 3,000 | 1,137 |
| 136 | WAVEFRONT SOFTWARE, INC. | 2,888 | 1,095 |
| 137 | SCRIBE SOFTWARE CORPORATION | 3,348 | 1,040 |
| 138 | RUTLEDGE ECENIA PA | 2,743 | 1,040 |
| 139 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 2,655 | 1,007 |
| 140 | REGIONAL WEST MEDICAL CENTER | 2,625 | 995 |
| 141 | CB LABORATORY INC | 2,750 | 985 |
| 142 | TIME WARNER CABLE | 2,707 | 979 |
| 143 | STATE OF KANSAS | 2,376 | 901 |
| 144 | COMMONWEALTH OF VIRGINIA | 2,362 | 896 |
| 145 | LEAP OF FAITH PARTNERS INC | 2,285 | 866 |
| 146 | CAYMAN CHEMICAL COMPANY INC | 2,271 | 861 |
| 147 | ATTRONICA COMPUTERS INC | 2,243 | 850 |
| 148 | STATE OF IDAHO | 2,155 | 817 |
| 149 | PROFESSIONAL HEALTH EXAMINERS | 2,103 | 797 |
| 150 | QUEST DIAGNOSTICS INC | 2,070 | 785 |
| 151 | CITY WIDE MAINTENANCE CO. INC. | 2,031 | 770 |
| 152 | B&B PRINTING | 2,005 | 760 |
| 153 | CPA GLOBAL | 2,000 | 758 |
| 154 | UNICORN PALMETTO INVESTMENTS LLC | 2,415 | 751 |
| 155 | SHRED IT CTS RICHMOND | 1,961 | 743 |
| 156 | PAUL OWEN | 1,960 | 743 |
| 157 | Commonwealth of Virginia Department of Taxation | 1,949 | 739 |
| 158 | DESOTO INVESTMENTS LLC | 1,943 | 737 |
| 159 | Mobile Phlebotomy Services | 1,885 | 715 |
| 160 | STAR2STAR COMMUNICATIONS | 1,885 | 714 |
| 161 | BIOMERIEUX INC | 1,854 | 703 |
| 162 | DR THOMAS DAYSPRING | 1,833 | 695 |
| 163 | ANTHEM | 2,218 | 689 |
| 164 | ERIN LEIGH BLAKE | 1,800 | 682 |
| 165 | STATE OF ARKANSAS ATTORNEY GENERAL OFFICE | 1,760 | 667 |
| 166 | RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA | 1,711 | 649 |
| 167 | QUALITY SYSTEMS INC | 1,686 | 639 |
| 168 | MERRILL COMMUNICATIONS LLC | 1,666 | 632 |
| 169 | GOLDEN RULE INSURANCE COMPANY | 1,658 | 629 |
| 170 | OPEN MEDICINE INSTITUTE | 1,649 | 625 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|
| 171 HELLO HEALTH INC | 2,000 | 622 |
| 172 ESHA RESEARCH INC | 1,998 | 621 |
| 173 VANGUARD SOFTWARE CORPORATION | 1,995 | 620 |
| 174 DECATUR HOSPITAL AUTHORITY | 1,600 | 607 |
| 175 COPERNICUS GROUP INC | 1,660 | 594 |
| 176 SUMNER GROUP, INC. | 1,499 | 568 |
| 177 AMAZONCOM | 1,485 | 563 |
| 178 LANGUAGE LINE SERVICES | 1,481 | 561 |
| 179 FIRSTMED CENTRAL LLC | 1,425 | 540 |
| 180 ACCENT C O CIGNA HEALTHCARE | 1,420 | 538 |
| 181 ZACHARY MILLETT | 1,692 | 526 |
| 182 WESTAR ENERGY INC | 1,380 | 523 |
| 183 BRIAN KOZAK | 1,352 | 499 |
| 184 EMDEON BUSINESS SERVICES | 1,313 | 498 |
| 185 JAMES RIVER DRYWALL LLC | 1,596 | 496 |
| 186 ARFM LLC | 1,300 | 493 |
| 187 GREENWAY HEALTH LLC | 1,278 | 485 |
| 188 CHESTER COUNTY HOSPITAL | 1,275 | 483 |
| 189 ANY LAB TEST NOW DAKOTAS | 1,550 | 482 |
| 190 IND OPULENCE LLC | 1,250 | 474 |
| 191 MEREDITH CORPORATION | 1,250 | 474 |
| 192 WILLIAMS, KRISTI | 1,247 | 473 |
| 193 MCKESSON MEDICAL SURGICAL INC | 1,212 | 459 |
| 194 STATE OF MARYLAND | 1,150 | 436 |
| 195 CALIFORNIA ADVANCED LABELING INC | 1,109 | 421 |
| 196 Eileen Dowling | 1,106 | 419 |
| 197 WORLD COURIER INC | 1,063 | 403 |
| 198 PATRICK LONG | 1,297 | 403 |
| 199 DIAMOND SPRINGS WATER INC | 1,050 | 398 |
| 200 THOMAS BUTNER | 1,035 | 392 |
| 201 THE HERTZ CORPORATION | 1,015 | 385 |
| 202 UK BIOINDUSTRY ASSOCIATION | 1,236 | 384 |
| 203 HASLER | 1,000 | 379 |
| 204 FLAGSTAFF MEDICAL CENTER | 1,000 | 379 |
| 205 MARK RUSS | 986 | 374 |
| 206 SANDRA HOWELL | 972 | 369 |
| 207 INTERNAL MEDICINE & WELLNESS CENTER | 960 | 364 |
| 208 TRIDENT MEDICAL CENTER LLC | 950 | 360 |
| 209 FISHER SCIENTIFIC CO LLC | 941 | 357 |
| 210 PHENIX RESEARCH PRODUCTS | 940 | 356 |
| 211 COLONIAL SCIENTIFIC INC | 927 | 351 |
| 212 ADVENTIST HINSDALE HOSPITAL | 925 | 351 |
| 213 PNW LABS LLC | 1,125 | 350 |
| 214 TECAN | 917 | 348 |
| 215 ANY LAB TEST NOW! | 910 | 345 |
| 216 LAURIE GOETZ | 893 | 329 |
| 217 THE COMMUNITY HOSPITAL ASSOCIATION | 1,050 | 326 |
| 218 DOMINION VIRGINIA POWER | 862 | 317 |
| 219 SHIRLEY BOSTIC | 848 | 312 |
| 220 MEGAN METZLER | 839 | 309 |
| 221 TODD KUNARD | 975 | 303 |
| 222 WOODS TESTING LLC | 975 | 303 |
| 223 STATE OF NEW JERSEY OFFICE OF LAW AND PUBLIC SAFETY | 816 | 300 |
| 224 ANY LAB TEST NOW LLC | 925 | 287 |
| 225 BIOEXPRESS CORP | 774 | 285 |
| 226 JASON BUEHLER | 750 | 276 |
| 227 BIO - TEK SERVICES INC | 740 | 272 |
| 228 BAKER-AIDUKA, ANTHONY | 703 | 259 |
| 229 BGB Analytik USA LLC | 701 | 258 |
| 230 MAVIDEA TECHNOLOGY GROUP LLC | 700 | 258 |
| 231 CHRISTY BIRCHELL | 821 | 255 |
| 232 UNIVERSITY HEALTH CARE SYSTEM | 675 | 248 |
| 233 WASHINGTON STATE DEPT OF LABOR & INDUSTRIES | 667 | 245 |
| 234 CONTROLLED WELLNESS LLC | 786 | 244 |
| 235 VIRGINIA FAMILY PRACTICE | 660 | 243 |
| 236 ATLAS DATABASE SOFTWARE CORPORATION | 780 | 242 |
| 237 Victoria J Taxter | 649 | 239 |
| 238 WELLMARK | 637 | 234 |
| 239 SELECT LABORATORIES LLC | 634 | 233 |
| 240 REGIONAL MEDICAL LABORATORY | 750 | 233 |
| 241 ADVANCED MEDICAL TESTING CENTERS LLC | 625 | 230 |
| 242 N R MOBILE PHLEBOTOMY AND DIAGNOSTICS | 625 | 230 |
| 243 BENEFIT MANAGEMENT INC | 611 | 225 |
| 244 FUJIFILM MEDICAL SYSTEMS USA | 608 | 224 |
| 245 ST BERNARDS HOSPITAL INC | 600 | 221 |
| 246 TESHOME, HANNA | 600 | 221 |
| 247 DEBORAH CAMP | 591 | 218 |
| 248 ALEETA O SHIELDS | 591 | 218 |
| 249 ADVANCED LABORATORY SERVICES INC | 600 | 214 |
| 250 DIANNE TAYLOR | 660 | 205 |
| 251 KARE TECHNOLOGIES INC | 550 | 202 |
| 252 WELLCARE OF MIDDLE TENNESSEE | 550 | 202 |
| 253 C&S INVESTMENTS OF CENTRAL FLORIDA LLC | 650 | 202 |
| 254 CAROLYN MARZENDORFER | 639 | 199 |
| 255 FULL CIRCLE TRANSLATIONS LLC | 635 | 197 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 256 | SHERRI BLOOMFIELD | 609 | 189 |
| 257 | LIFE TECHNOLOGIES CORPORATION | 607 | 189 |
| 258 | HARRIS CARETRAKER INC | 558 | 174 |
| 259 | BARRY KNOWLES | 554 | 172 |
| 260 | NORTHSHORE UNIVERSITY HEALTHSYSTEM | 550 | 171 |
| 261 | STRICKLAND, MICHELLE & STEVE | 544 | 169 |
| 262 | ELECTRONIC NETWORK SYSTEMS | 543 | 169 |
| 263 | HIGHMARK BLUE SHIELD | 541 | 168 |
| 264 | ELECTRONIC SYSTEMS INC | 540 | 168 |
| 265 | CYNTHIA HOMSEY | 535 | 166 |
| 266 | STATEWIDE FIRE PROTECTION | 533 | 166 |
| 267 | WINDROSE MEDICAL PROPERTIES LP | 531 | 165 |
| 268 | SCIFOR INC | 526 | 164 |
| 269 | EMPRESAS DEL CARBON LLC | 525 | 163 |
| 270 | AT&T | 524 | 163 |
| 271 | DANIEL BROOKING | 523 | 163 |
| 272 | CERILLANT | 513 | 159 |
| 273 | MOLONEY, KATHRYN | 510 | 158 |
| 274 | NORTHWEST COMMUNITY HOSPITAL | 500 | 155 |
| 275 | TESTING ALTERNATIVES INC | 500 | 155 |
| 276 | WILLIAM NORRIS | 492 | 153 |
| 277 | CYNTHIA DOWLESS | 492 | 153 |
| 278 | ULINE | 489 | 152 |
| 279 | BUGET FRANTZ | 486 | 151 |
| 280 | ARCADIA LAB & DIAGNOSTICS LLC | 475 | 148 |
| 281 | HUNTERDON MEDICAL CENTER | 475 | 148 |
| 282 | VERDE VALLEY MEDICAL CENTER | 475 | 148 |
| 283 | MG1 ENTERPRISES INC | 475 | 148 |
| 284 | ALLISON BEARD | 473 | 147 |
| 285 | RAMON SUAREZ JR | 461 | 143 |
| 286 | BANNER PLAN ADMINISTRATION | 457 | 142 |
| 287 | VIRGINIA CARDIOVASCULAR SPECIALISTS | 453 | 141 |
| 288 | MEDLABS LLC | 445 | 138 |
| 289 | STAPLES ADVANTAGE | 444 | 138 |
| 290 | HALL, KIRK | 443 | 138 |
| 291 | KRISTIN KNITTER | 436 | 135 |
| 292 | JOE SHAHEEN | 425 | 132 |
| 293 | DOMINION LOCK AND SECURITY INC | 422 | 131 |
| 294 | KATHLEEN SHELTON | 414 | 129 |
| 295 | LINDA BRUNZ | 405 | 126 |
| 296 | CERISA INC | 400 | 124 |
| 297 | PMCS | 391 | 122 |
| 298 | JAMES OLSON | 390 | 121 |
| 299 | SSI US INC | 381 | 118 |
| 300 | COLLEGE OF AMERICAN PATHOLOGY | 379 | 118 |
| 301 | CHARLOTTE BABCOCK | 379 | 118 |
| 302 | LIVEPERSON INC | 376 | 117 |
| 303 | PATHOLOGY ASSOCIATES MEDICAL LABS LLC | 375 | 117 |
| 304 | JUNE OAKES | 373 | 116 |
| 305 | HARBOUR VIEW ASSOCIATES LLC | 364 | 113 |
| 306 | CHARLES COMBS | 357 | 111 |
| 307 | COBB REFRIDGERATION LLC | 343 | 106 |
| 308 | COMMUNITY HOSPITAL OF MONTEREY PENINSULA | 325 | 101 |
| 309 | BRIGHTLIFE INTERNATIONAL INC | 325 | 101 |
| 310 | DEO FAVENTE GROUP LLC | 325 | 101 |
| 311 | IRONBRIDGE SELF STORAGE 711 | 325 | 101 |
| 312 | MAUREEN MORCHEL | 309 | 96 |
| 313 | SANTA CRUZ BIOTECHNOLOGY, INC. | 304 | 94 |
| 314 | CLCS TEST LLC | 300 | 93 |
| 315 | ITS IN YOUR BLOOD | 300 | 93 |
| 316 | SOUTHERN MICROSCOPE INC | 300 | 93 |
| 317 | MICHELE KAGELE | 294 | 91 |
| 318 | CHARTER BUSINESS | 294 | 91 |
| 319 | LINDENMEYR MUNROE | 291 | 90 |
| 320 | LIFEPOINT INFORMATICS | 289 | 90 |
| 321 | PAMELA SULLIVAN | 288 | 90 |
| 322 | GABRIELA LOPEZ | 287 | 89 |
| 323 | VWR INTERNATIONAL LLC | 335,318 | 89 |
| 324 | AO ASSOCIATES | 284 | 88 |
| 325 | PAMELA RATCLIFFE | 281 | 87 |
| 326 | UNITE HERE HEALTH | 278 | 87 |
| 327 | JC BLAIR MEMORIAL HOSPITAL | 275 | 85 |
| 328 | DIRNE HEALTH CENTERS INC | 275 | 85 |
| 329 | ANY TEST PC | 275 | 85 |
| 330 | DENNIS COURTNEY | 269 | 84 |
| 331 | PGBA LLC | 264 | 82 |
| 332 | ANTHEM BLUE CROSS AND BLUE SHIELD | 264 | 82 |
| 333 | JUSTIN DALTON | 263 | 82 |
| 334 | PHILIP RINALDI | 262 | 81 |
| 335 | BLUE CROSS BLUE SHIELD OF NEW MEXICO | 262 | 81 |
| 336 | LYNN GRODNICK | 260 | 81 |
| 337 | MEDENT ALL-IN-ONE | 250 | 78 |
| 338 | RICHARD SANCHEZ | 249 | 77 |
| 339 | SUGAR LAND LAB SERVICES LLC | 245 | 76 |
| 340 | ANITA COOPER | 244 | 76 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 341 | TECHNOMARKETING | 238 | 74 |
| 342 | LISA HERZLICH | 235 | 73 |
| 343 | CHRISTIANA CARE HEALTH SERVICES INC | 225 | 70 |
| 344 | MITCHELL TARR | 222 | 69 |
| 345 | CITY OF DE SOTO | 221 | 69 |
| 346 | JON PALMER | 220 | 68 |
| 347 | MICHAEL GRIZZARD | 218 | 68 |
| 348 | PETER HAMILTON | 217 | 67 |
| 349 | CAFE INTERNATIONAL | 215 | 67 |
| 350 | Lisa Morgan | 206 | 64 |
| 351 | RICHMOND CONCIERGE LLC | 205 | 64 |
| 352 | P TODD DECKER | 205 | 64 |
| 353 | JENNIFER LAWLESS | 200 | 62 |
| 354 | 1ST CARE LLC | 200 | 62 |
| 355 | OPENDRAW LLC | 200 | 62 |
| 356 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 200 | 62 |
| 357 | MEDRITE TECHNOLOGIES INC | 200 | 62 |
| 358 | SCHERTLER & ONORATO LLP | 200 | 62 |
| 359 | PROFESSIONAL DATA SERVICES INC | 198 | 62 |
| 360 | TOYOTA FINANCIAL SERVICES | 189 | 59 |
| 361 | LENOIR CITY UTILITIES BOARD | 187 | 58 |
| 362 | BARBARA COX | 185 | 58 |
| 363 | RICHMOND COMMERCIAL SERVICES INC | 180 | 56 |
| 364 | SUSAN WASILEWSKI | 180 | 56 |
| 365 | PATHOLOGY LABORATORIES INC | 175 | 54 |
| 366 | DACHU GROUP INC | 175 | 54 |
| 367 | FIMA MANAGEMENT LLC | 175 | 54 |
| 368 | SNB LLC | 175 | 54 |
| 369 | CHERYL LOCKLEY | 171 | 53 |
| 370 | PHYLLIS STEPHAN | 168 | 52 |
| 371 | KAREN FURFARI | 166 | 52 |
| 372 | KAROLYN JOHNSON | 165 | 51 |
| 373 | CHARTER COMMUNICATIONS | 161 | 50 |
| 374 | ALLSCRIPTS | 160 | 50 |
| 375 | KENNETH STAWARZ | 158 | 49 |
| 376 | AMERICAN INFOSOURCE LP as agent for DIRECT TV | 157 | 49 |
| 377 | COMCAST | 157 | 49 |
| 378 | KELLY HARRISON | 157 | 49 |
| 379 | BLUE CROSS OF CALIFORNIA | 153 | 48 |
| 380 | GROUP AND PENSION ADMINISTRATORS INC | 153 | 47 |
| 381 | TUTELA MONITORING SYSTEMS LLC | 150 | 47 |
| 382 | Any Lab Test Now Leechelle59 | 150 | 47 |
| 383 | PACE ANALYTICAL SERVICES, INC. | 150 | 47 |
| 384 | DOCTORS GENERAL LABORATORY INC | 150 | 47 |
| 385 | TIDEWATER HEALTH AND WELLNESS SERVICES | 150 | 47 |
| 386 | CARESPOT PROFESSIONAL SERVICES LLC | 150 | 47 |
| 387 | RELIABLE JANITORIAL INC | 150 | 47 |
| 388 | PRESTIGE HEALTH CHOICE | 142 | 44 |
| 389 | YOUR LABORATORY LP | 140 | 44 |
| 390 | CERNER HEALTHCARE SOLUTIONS INC | 137 | 43 |
| 391 | DENNIS ANDRUSKIEWICZ | 135 | 42 |
| 392 | DIVINE TOUCH MOBILE PHLEBOTOMY SVC LLC | 135 | 42 |
| 393 | EBONY PEARSON | 134 | 42 |
| 394 | KENNETH SMITH | 133 | 41 |
| 395 | Alabama Power Company | 132 | 41 |
| 396 | EMPLOYER DRIVEN INSURANCE SERVICES | 131 | 41 |
| 397 | RACHEL GRAY | 130 | 40 |
| 398 | Any Lab Test | 125 | 39 |
| 399 | CLINICAL LAB SERVICES INC | 125 | 39 |
| 400 | PIONEER INVESTMENTS LLC | 125 | 39 |
| 401 | PHCLAS CRUCES INC | 125 | 39 |
| 402 | GOLDAMMER LAB TESTING LLC | 125 | 39 |
| 403 | STEPHEN NICKEL | 125 | 39 |
| 404 | GROUP HEALTH | 116 | 36 |
| 405 | NICOLE DIGIULO | 116 | 36 |
| 406 | BIO RIDE LLC | 115 | 36 |
| 407 | SAN ANGELO HOSPITAL LP | 110 | 34 |
| 408 | RESTEK | 108 | 34 |
| 409 | PROMEDDX LLC | 105 | 33 |
| 410 | VISTA CLINICAL DIAGNOSTICS INC | 105 | 33 |
| 411 | C & L WOLFE LLC | 105 | 33 |
| 412 | CHRISTIAN CARE MINISTRY | 103 | 32 |
| 413 | CLINICAL LABORATORIES OF HAWAII LLP | 100 | 31 |
| 414 | DENNIS FISHER | 100 | 31 |
| 415 | LOADING DOCK EQUIPMENT CO INC | 100 | 31 |
| 416 | RENEE PRIDGEON | 100 | 31 |
| 417 | SALINAS VALLEY PRIME CARE MEDICAL GROUP | 100 | 31 |
| 418 | SOLANTIC OF ORLANDO LLC | 100 | 31 |
| 419 | URGENT MEDICAL CENTER INC | 100 | 31 |
| 420 | HEALTH PRINT LLC | 100 | 31 |
| 421 | SACRED HEART HOSPITAL | 100 | 31 |
| 422 | COLORADO URGENT CARE PHYSICIANS PC | 100 | 31 |
| 423 | AVID COMMUNICATIONS LLC | 100 | 31 |
| 424 | ANY LAB TEST NOW PHOENIX | 100 | 31 |
| 425 | KOTA REDDY- REDDY BREAD | 97 | 30 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 426 | FLOYD CONSULTING SERVICE | 92 | 29 |
| 427 | WORLD WIDE MEDICAL PRODUCTS INC | 91 | 28 |
| 428 | LEXICOMP | 87 | 27 |
| 429 | ARUP LABORATORIES | 86 | 27 |
| 430 | WPS TRICARE ADMINISTRATION | 84 | 26 |
| 431 | CENTURYLINK | 84 | 26 |
| 432 | WINDSTREAM | 82 | 26 |
| 433 | ANTHEM BLUE CROSS | 81 | 25 |
| 434 | PATIENT FIRST | 80 | 25 |
| 435 | Any Lab Test Now | 75 | 23 |
| 436 | COVERTEK INC | 75 | 23 |
| 437 | SOLANTIC SOUTH FLORIDA LLC | 75 | 23 |
| 438 | METRO LAB LLC | 75 | 23 |
| 439 | INSURANCE PHYSICAL SERVICES INC | 75 | 23 |
| 440 | LABS & MORE LLC | 75 | 23 |
| 441 | METABOLIC BALANCE OF SE ORLANDO | 75 | 23 |
| 442 | LIPID LABZ INC | 75 | 23 |
| 443 | OAK CREST LABORATORY SERVICES INC | 75 | 23 |
| 444 | DIANE ALBRECHT | 74 | 23 |
| 445 | DALE NETHERDA | 74 | 23 |
| 446 | GRAINGER | 73 | 23 |
| 447 | ARCPOINT LABS OF EASTERN CAROLINA | 70 | 22 |
| 448 | MEDWORXS | 70 | 22 |
| 449 | MONTOYA, ANGELO R | 65 | 20 |
| 450 | INFINITI LAB LLC | 62 | 19 |
| 451 | DSM SERVICES LLC | 60 | 19 |
| 452 | GEHA | 59 | 18 |
| 453 | ACE IMAGE WEAR | 54 | 17 |
| 454 | PARKER HANNIFIN EMP HEALTH CARE PLAN | 54 | 17 |
| 455 | SCOTT WILLIAMS | 53 | 16 |
| 456 | ARIZONA LAB PARTNERS LLC | 50 | 16 |
| 457 | DAVID FRICK | 50 | 16 |
| 458 | EAST COUNTY URGENT CARE INDUSTRIAL | 50 | 16 |
| 459 | GERTRUDE MCCLURE | 50 | 16 |
| 460 | GREGORY SOWEL | 50 | 16 |
| 461 | HALLANDALE LAB USA INC | 50 | 16 |
| 462 | JEFFERSON REGIONAL MEDICAL CENTER | 50 | 16 |
| 463 | JEG VENTURES LLC | 50 | 16 |
| 464 | LLOYD SHORTER | 50 | 16 |
| 465 | MARC BOLICH | 50 | 16 |
| 466 | PROFESSIONAL LABS INC | 50 | 16 |
| 467 | TONI M MILLISOCK | 50 | 16 |
| 468 | ANY LAB TEST SOLUTIONS LLC | 50 | 16 |
| 469 | GARY MASON | 50 | 16 |
| 470 | ANY LAB TEST G2 CORP | 50 | 16 |
| 471 | GEVORG SEDRAKYAN MD PC | 50 | 16 |
| 472 | ROBIN R KHAN | 50 | 16 |
| 473 | DIAGNOSTIC PATHOLOGY CONSULTING LLC | 50 | 16 |
| 474 | DL MANDAT | 50 | 16 |
| 475 | JMAC SERVICES INC | 50 | 16 |
| 476 | KAREN SPAHR | 50 | 16 |
| 477 | ASAP MEDICAL ASSOCIATES PC | 50 | 16 |
| 478 | DARRELL DOUGLAS | 50 | 16 |
| 479 | HIGH DESERT DIAGNOSTIC LABORATORY INC | 50 | 16 |
| 480 | NORFOLK WIRE & ELECTRONICS | 46 | 14 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 481 | HAROLD FREIMAN | 41 | 13 |
| 482 | JAN SNEDEGAR | 40 | 12 |
| 483 | NM TAXATION AND REVENUE DEPARTMENT | 36 | 11 |
| 484 | KING, SCOTT N | 36 | 11 |
| 485 | MERITAIN HEALTH | 35 | 11 |
| 486 | PREFERRED CARE PARTNERS | 27 | 9 |
| 487 | THOMAS RYAN | 26 | 8 |
| 488 | QUANTERIX | 25 | 8 |
| 489 | ANY TEST SERVICES INC | 25 | 8 |
| 490 | BLUE EYED BULL INVESMENT | 25 | 8 |
| 491 | COFFEY AND COFFEY INC | 25 | 8 |
| 492 | DEROY ENTERPRISES LLC | 25 | 8 |
| 493 | GINN VENTURES ONE LLC | 25 | 8 |
| 494 | HOLYOKE MEDICAL CENTER INC | 25 | 8 |
| 495 | HOSPITAL AUTHORITY OF CANDLER COUNTY | 25 | 8 |
| 496 | SMITH LABS LLC | 25 | 8 |
| 497 | UPSTATE TESTING SERVICES LLC | 25 | 8 |
| 498 | ARCADIA LAB AND DIAGNOSTICS LLC | 25 | 8 |
| 499 | D VAN TESTING INC | 25 | 8 |
| 500 | LOUS CLINICAL LAB INC | 25 | 8 |
| 501 | LUFT MEDICAL MANAGEMENT PLLC | 25 | 8 |
| 502 | CENTRAL IN REGIONAL BLOOD CENTER INC | 25 | 8 |
| 503 | DC LAB TESTING LLC | 25 | 8 |
| 504 | RYAL VENTURES INC | 25 | 8 |
| 505 | HEALTHY LIVING LLC | 25 | 8 |
| 506 | RELIANCE TESTING INC | 25 | 8 |
| 507 | DIVINE SEED CORPORATION | 25 | 8 |
| 508 | FIGURE 8 HEALTH PC | 25 | 8 |
| 509 | UNIQUE LAB SERVICES LLC | 25 | 8 |
| 510 | COUNTY WASTE OF VIRGINIA | 22 | 7 |
| 511 | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | 19 | 6 |
| 512 | REV CASTRO | 17 | 5 |
| 513 | THOMAS WIGGER | 12 | 4 |
| 514 | UNITED HEALTHCARE COMMUNITY PLAN | 10 | 3 |
| 515 | LEVAUGN SINGLETON | 10 | 3 |
| 516 | DEBRA MACKEY | 10 | 3 |
| 517 | GREENSHADES | 2 | 1 |
| 518 | MICHAELINE MAHOOD | 2 | 1 |
| 519 | MONUMENT CONSULTING LLC | 214,973 | - |
| 520 | SPICER, PAUL | 95,000 | - |
| 521 | BNP PARIBAS LEASING SOLUTIONS | 74,535 | - |
| 522 | EBS MASTER LLC | 47,796 | - |
| 523 | STAMPS COM | 42,000 | - |
| 524 | MARRIOTT RICHMOND | 25,780 | - |
| 525 | CITRIX ONLINE LLC | 24,662 | - |
| 526 | THE SUNNIE & DEWORKEN GROUP | 21,000 | - |
| 527 | SHOPLETCOM | 17,113 | - |
| 528 | KUNG, DEREK W | 13,133 | - |
| 529 | PARTNER MD | 10,422 | - |
| 530 | MEDICAL MASTERMIND | 10,100 | - |
| 531 | DELOITTE TAX LLP | 10,000 | - |
| 532 | DENNEMEYER & COMPANY LLC | 8,859 | - |
| 533 | PRACTICE FUSION | 8,085 | - |
| 534 | DAKO NORTH AMERICA | 6,701 | - |
| 535 | MEDICAL STAFFING OF NORTHWEST MISSOURI | 6,075 | - |
| 536 | ECLINICALWORKS | 5,900 | - |
| 537 | Fleetcor Technologies | 10,310 | - |
| 538 | HealthSCOPE Benefits | 5,726 | - |
| 539 | R R DONNELLEY | 5,542 | - |
| 540 | LIBBY HOOPES | 5,220 | - |
| 541 | RR DONNELLEY | 5,109 | - |
| 542 | MCGLADREY LLP | 5,050 | - |
| 543 | MAILFINANCE | 5,000 | - |
| 544 | ENV SERVICES | 4,934 | - |
| 545 | POWERVAR | 4,842 | - |
| 546 | HAND CRAFT | 4,783 | - |
| 547 | PHYSICIANS REFERENCE LABORATORY LLC | 4,500 | - |
| 548 | SEECHANGE HEALTH | 4,447 | - |
| 549 | MURPHY & MCGONIGLE PC | 4,297 | - |
| 550 | RUSSELL MCALLISTER | 3,893 | - |
| 551 | DOUGLAS SCIENTIFIC | 3,891 | - |
| 552 | XPEDX | 3,886 | - |
| 553 | COLLORA LLP | 3,589 | - |
| 554 | SBMC LINCOLN HILLS LLC | 3,394 | - |
| 555 | CUSTIS FERGUSON | 3,078 | - |
| 556 | TONY HARRELL | 3,025 | - |
| 557 | CALBIOTECH | 3,000 | - |
| 558 | ANTHEM BCBS WELLPOINT | 2,760 | - |
| 559 | HANOVER FOILS LLC | 2,753 | - |
| 560 | CAPFINANCIAL PARTNERS LLC D/B/A CAPTRUST | 5,354 | - |
| 561 | LAURIE ACUNA | 7,900 | - |
| 562 | Pinnacle Mobile Phlebotomy, LLC | 2,250 | - |
| 563 | LITTLE, JENNIFER | 10,375 | - |
| | **Total** | **$ 198,229,696** | **$ 82,624,675** |