Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                 bfalabella@hirschlerlaw.com
                 kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:     703.584.8900
Facsimile:      703.584.8901
E-mail:          dswan@hirschlerlaw.com
                 aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

**AMENDED PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR
DECEMBER 19, 2024 AT 1:30 P.M. (PREVAILING EASTERN TIME)[2]**

**I.     STATUS UPDATES**

1. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

2. In re Blue Eagle Farming, LLC, *et al*., Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

**II.    MATTER IN LEAD CASE**

3. In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Attached hereto as **Exhibit A** is a redline reflecting the changes from the Proposed Agenda filed on December 17, 2024 [Docket No. 5965].

Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

*Response Deadline:* December 16, 2024

*Status:*

No timely objections have been filed, and this matter is going forward.

### III.    STATUS OF PENDING GARNISHMENTS

4.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Health Partnership of Columbus, P.C., , *et al.* - Adversary Proceeding Case No. 17-04031

4.1    Garnishment Summons re: Judgment against Teresa Hopkins [Docket Item No. 40] (the "**Hopkins Garnishment**")

*Related Documents:*

Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 39]

Order Granting Default Judgment [Docket Item No. 13]

Writ of Execution [Docket Item No. 41]

*Response:*

Chase Bank filed an answer stating no such customer found [Docket No. 49].

*Status:*

The Liquidating Trustee has submitted a proposed Garnishment Disposition Order to the Court.

5.    Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Health Partnership of Columbus, P.C., , *et al.* - Adversary Proceeding Case No. 17-04031

5.1    Garnishment Summons re: Judgment against Health Partnership of Columbus, P.C. [Docket Item No. 37] (the "**Health Partnership Garnishment**")

*Related Documents:*

Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 36]

Order Granting Default Judgment [Docket Item No. 13]

Writ of Execution [Docket Item No. 38]

*Response:*

    Chase Bank filed an answer stating no such customer found [Docket No. 49].

*Status:*

    The Liquidating Trustee has submitted a proposed Garnishment Disposition Order to the Court.

Dated: December 17, 2024          Respectfully submitted,

    */s/ Robert S. Westermann*
    Robert S. Westermann (VSB No. 43294)
    Brittany B. Falabella (VSB No. 80131)
    Kollin G. Bender (VSB No. 98912)
    HIRSCHLER FLEISCHER, P.C.
    The Edgeworth Building
    2100 East Cary Street
    Post Office Box 500
    Richmond, Virginia 23218-0500
    Telephone:    804.771.9515
    Facsimile:    804.644.0957
    E-mail: rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com

    David I. Swan (VSB No. 75632)
    Allison P. Klena (VSB No. 96400)
    HIRSCHLER FLEISCHER, P.C.
    1676 International Drive, Suite 1350
    Tysons, Virginia 22102
    Telephone:    703.584.8900
    Facsimile:    703.584.8901
    E-mail:    dswan@hirschlerlaw.com
          aklena@hirschlerlaw.com

    *Counsel for Richard Arrowsmith,*
    *Liquidating Trustee of the HDL Liquidating Trust*

**EXHIBIT A**

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone:   703.584.8900 |
| Post Office Box 500 | Facsimile:   703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail:   dswan@hirschlerlaw.com |
| Telephone:   804.771.9500 |          aklena@hirschlerlaw.com |
| Facsimile:   804.644.0957 | |
| E-mail:   rwestermann@hirschlerlaw.com | |
|          bfalabella@hirschlerlaw.com | |
|          kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

**AMENDED PROPOSED AGENDA FOR HEARINGS SCHEDULED FOR DECEMBER 19, 2024 AT 1:30 P.M. (PREVAILING EASTERN TIME)[2]**

**I.    STATUS UPDATES**

　　1.　　Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. LaTonya S. Mallory, *et al.*, Adversary Proceeding Case No. 16-03271 (the "**D&O Action**") and related matters

　　2.　　In re Blue Eagle Farming, LLC, *et al.*, Case No. 18-02395-TOM11 (Bankr. N.D. Ala.) (the "**Johnson Bankruptcy Proceeding**") and related matters

**II.    MATTER IN LEAD CASE**

　　3.　　In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Attached hereto as **Exhibit A** is a redline reflecting the changes from the Proposed Agenda filed on December 17, 2024 [Docket No. 5965].

Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

*Response Deadline:* December 16, 2024

*Status:*

No timely objections have been filed, and this matter is going forward.

### III. STATUS OF PENDING GARNISHMENTS

4. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Health Partnership of Columbus, P.C., , *et al.* - Adversary Proceeding Case No. 17-04031

4.1 Garnishment Summons re: Judgment against Teresa Hopkins [Docket Item No. 40] (the "**Hopkins Garnishment**")

*Related Documents:*

Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 39]

Order Granting Default Judgment [Docket Item No. 13]

Writ of Execution [Docket Item No. 41]

*Response:*

Chase Bank ~~stated~~filed an answer stating no such customer found [Docket No. 49].

*Status:*

The Liquidating Trustee has submitted a proposed Garnishment Disposition Order to the Court.

5. Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust v. Health Partnership of Columbus, P.C., , *et al.* - Adversary Proceeding Case No. 17-04031

5.1 Garnishment Summons re: Judgment against Health Partnership of Columbus, P.C. [Docket Item No. 37] (the "**Health Partnership Garnishment**")

*Related Documents:*

Suggestion for Summons in Garnishment to JPMorgan Chase Bank, National Association [Docket Item No. 36]

Order Granting Default Judgment [Docket Item No. 13]

Writ of Execution [Docket Item No. 38]

*Response:*

~~No response has been received from~~ Chase Bank filed an answer stating no such customer found [Docket No. 49].

*Status:*

The Liquidating Trustee ~~will submit~~ has submitted a proposed Garnishment Disposition Order to the Court ~~based on any response received from Chase Bank~~.

Dated: December 17, 2024                Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
           bfalabella@hirschlerlaw.com
           kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

| Summary report: Litera Compare for Word 11.9.0.82 Document comparison done on 12/17/2024 2:02:57 PM ||
|---|---|
| **Style name:** HF Standard ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** DRAFT 12.19 Omnibus Hearing Proposed Agenda.docx ||
| **Modified filename:** DRAFT Amended 12.19 Omnibus Hearing Proposed Agenda.docx ||
| **Changes:** ||
| Add | 8 |
| Delete | 4 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 12 |