**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-32919 (KRH) |
| **HEALTH DIAGNOSTIC** ) | |
| **LABORATORY, INC.**, *et al.*, ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | |
| ) | |

**NOTICE OF FILING OF REVISED EXHIBIT B TO
LIQUIDATING TRUSTEE'S MOTION FOR (I) ENTRY
OF FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASES;
(II) DISCHARGE OF CLAIMS AGENT; AND (III) RELATED RELIEF**

Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust (the "Trust"), hereby files this *Notice of Filing of Revised Exhibit B (the "Final Account") to the Liquidating Trustee's Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases; (II) Discharge of Claims Agent; and (III) Related Relief* (the "Motion") [Docket No. 5961]. On November 25, 2024, the Liquidating Trustee filed his Motion

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, PC |
| HIRSCHLER FLEISCHER, PC | 1676 International Drive |
| The Edgeworth Building | Suite 1350 |
| 2100 East Cary Street | Tysons, Virginia 22102 |
| Post Office Box 500 | Telephone:  703.584.8900 |
| Richmond, Virginia 23218-0500 | Facsimile:  703.584.8901 |
| Telephone:    804.771.9515 | E-mail:    dswan@hirschlerlaw.com |
| Facsimile:    804.644.0957 | aklena@hirschlerlaw.com |
| E-mail:  rwestermann@hirschlerlaw.com | |
|           bfalabella@hirschlerlaw.com | |
|           kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

without attaching the full Final Account. Accordingly, the Liquidating Trustee hereby files this Notice to inform the interested parties of **Exhibit B** to the Motion, the Final Account, attached hereto.

Dated: December 20, 2024             Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:   804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                      bfalabella@hirschlerlaw.com
                      kbender@hirschlerlaw..com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:          dswan@hirschlerlaw.com
                      aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## Exhibit B

## Final Account

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 15-32919-KRH** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | ) | |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.**[1] | ) | |
| | ) | |

**FINAL ACCOUNT**

The above captioned Debtors filed with the United States Bankruptcy Court for the Eastern District of Virginia voluntary petitions for relief under Title 11, Chapter 11 of the United States Code (the "Bankruptcy Code").  Pursuant to the requirements of section 1106(a)(7) of the Bankruptcy Code and the *Order Confirming the Debtors' Second Amended Plan of Liquidation* [Docket No. 1095] confirming the *Debtors' Second Amended Plan of Liquidation* (the "Plan"),

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:	804.771.9515
Facsimile:	804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:    dswan@hirschlerlaw.com
           aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust, now files this final account[2]:

1. Administrative Claims paid: $1,747,630.  See **Schedule A** attached hereto for a listing of Administrative Claims paid in total by claimant.

2. Fee Claims paid: $85,200,279.  See **Schedule A** for a listing of the professionals paid by professional.

3. United States Trustee fees paid: All such fees have been paid in full by either the Debtors or the Liquidating Trust in the ordinary course of business and/or as provided for by the Plan, and will continue to be paid until the Cases are closed.

4. Priority Tax Claims paid: $31,162.  See **Schedule A** for a listing of the Priority Tax Claims paid by locality.

5. Class 1 Priority Non-Tax Claims paid: $22,642.  See **Schedule A** for a listing of the Class 1 Priority Non-Tax Claims paid in total by claimant.

6. Class 2 Secured Claims paid: $14,681,508.  See **Schedule A** for a listing of the Class 2 Secured Claims paid in total by claimant.

7. Class 3 General Unsecured Claims paid: $82,624,675.  See **Schedule A** for a listing of the Class 3 General Unsecured Claims paid in total by claimant.

8. Class 4 Subordinated Claims paid: $0.00 paid consistent with the Plan.

9. Class 5 Interests paid: $0.00 paid consistent with the Plan.

WHEREFORE, the Liquidating Trustee submits this Final Account in discharge of his duties and obligations pursuant to sections 1106 and 1107 of the Bankruptcy Code.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

Dated: November 25, 2024            Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:      rwestermann@hirschlerlaw.com
             bfalabella@hirschlerlaw.com
             kbender@hirschlerlaw..com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:      dswan@hirschlerlaw.com
             aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**Schedule A**

# HDL Liquidating Trust
*Schedule of Admin Claims Paid*

|   | Creditor Name | Claim No. | Amount Paid | Category |
|---|---|---|---:|---|
| 1 | CLAIMS RECOVERY GROUP LLC, AS ASSIGNEE OF METABOLON, INC. | 1277 | $ 555,530 | |
| 2 | ROPES & GRAY LLP | D#1164 | 101,892 | |
| 3 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 1077 | 91,256 | |
| 4 | ROPES & GRAY LLP | A1 | 79,465 | |
| 5 | BECKMAN COULTER INC | 1281 | 35,000 | |
| 6 | TALIAFERRO, JAMIE | 1329(a) | 5,000 | |
| 7 | BIOTEX SOLUTIONS INC | 1325 | 4,150 | |
| 8 | ARAMARK REFRESHMENT SERVICES | 1383 | 2,432 | |
| 9 | US DEPT OF JUSTICE CIVIL DIV | 1257 | 1,535 | |
| 10 | HANOVER MOB LLC | 1296 | 1,477 | |
| 11 | R&D SYSTEMS INC. | 1223(a) | 901 | |
| 12 | U.S. Department of Health and Human Services | 1258 | 416 | |
| 13 | CALFEE HALTER & GRISWOLD LLP | 1299 | 372 | |
| 14 | KAMIYA BIOMEDICAL COMPANY | 1207 | 372 | |
| 15 | STATE OF CONNECTICUT | 1080 | 250 | |
| 16 | MG1 ENTERPRISES INC | 1351 | 81 | |
| 17 | MICHAEL BARRETT | 1218 | 30 | |
| 18 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 1175 | 25 | |
| 19 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF VWR INTERNATIONAL | 1061(a) | 184,614 | |
| 20 | CLEVELAND HEART LAB INC | 1279(a) | 176,820 | |
| 21 | NUMARES GROUP CORPORATION | 1385 | 127,702 | |
| 22 | GENERAL ATOMICS, AS ASSIGNEE OF DIADEXUS INC. | 1201 | 121,661 | |
| 23 | DIASORIN INC | 1024(a) | 86,844 | |
| 24 | BG MEDICINE INC | 1036(a) | 78,840 | |
| 25 | MERCODIA INC | 1159 | 55,324 | |
| 26 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF BIOLINE | 1059 | 17,455 | |
| 27 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF MERIDIAN LIFE SCIENCES | 1060 | 16,322 | |
| 28 | FRONTLINE EXHIBITS | 1262 | 1,172 | |
| 29 | BGB ANALYTIK USA LLC | 1112(a) | 693 | |
| | **Total** | | **$ 1,747,631** | |

## HDL Liquidating Trust
*Schedule of Professional Fee Claims*

|    | Professional Name | Amount Paid |
|----|-------------------|------------:|
| 1  | COOLEY LLP | $ 29,971,209 |
| 2  | WOLCOTT RIVERS GATES ATTY AT LAW | 14,578,913 |
| 3  | Alvarez and Marsal | 9,048,957 |
| 4  | Hirschler Fleischer P. C. | 7,997,837 |
| 5  | FTI CONSULTING INC. | 4,525,455 |
| 6  | Protiviti Inc. | 3,002,232 |
| 7  | Hunton & Williams LLP | 2,889,419 |
| 8  | BERKELEY RESEARCH GROUP | 2,811,230 |
| 9  | Keiter | 2,031,547 |
| 10 | NAVIGANT | 2,025,572 |
| 11 | ANKURA CONSULTING GROUP LLC | 1,872,754 |
| 12 | NELSON MULLINS RILEY & SCARBOROUGH LLP | 873,566 |
| 13 | American Legal Claim Services, LLC | 603,857 |
| 14 | CHRISTIAN & SMALL ATTORNEYS | 553,688 |
| 15 | Ropes & Gray LLP | 373,865 |
| 16 | PROVINCE INC | 364,254 |
| 17 | RIDGEVIEW LAW PLLC | 315,515 |
| 18 | Douglas L. Sbertoli | 306,540 |
| 19 | RCM BILLING AND CONSULTING | 295,091 |
| 20 | DIAMOND MCCARTHY LLP | 138,835 |
| 21 | ODIN, FELDMAN & PITTMAN, P.C. | 104,163 |
| 22 | REID COLLINS & TSAI LLP | 100,109 |
| 23 | Finnegan Henderson Farabow Garrett & Dunner LLP | 76,338 |
| 24 | GREENBERG TRAURIG LLP | 75,000 |
| 25 | ALVAREZ & MARSAL DISPUTES LITIG. LLC | 46,133 |
| 26 | H. CARTER REDD | 35,700 |
| 27 | Nancy F Lesser | 33,897 |
| 28 | EPIQ eDISCOVERY SOLUTIONS INC | 33,780 |
| 29 | POLSINELLI PC | 29,676 |
| 30 | ASPEN RIDGE ADVISORY LLC | 17,340 |
| 31 | SANDS ANDERSON PC | 15,870 |
| 32 | GORFINE SCHILLER & GARDYN PA | 12,998 |
| 33 | FREJKA PLLC BANKRUPTCY CORP LITIG. | 10,703 |
| 34 | REED SMITH LLP | 7,330 |
| 35 | SPOTSWOOD SANSOM & SANSBURY LLC | 7,097 |
| 36 | AIRD & BERLIS LLP | 6,799 |
| 37 | MEHR CONSULTING LLC | 3,338 |
| 38 | MEYERGOERGEN PC | 2,065 |
| 39 | JONES WALKER LLP | 1,607 |
|    | **Total Paid** | **$ 85,200,279** |

## HDL Liquidating Trust
*Schedule of Priority Tax Claims Paid*

| # | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---|
| 1 | NM Taxation & Revenue Department | 1250(a) | 226 |
| 2 | State of California Franchise Tax Board | 1042 | 30,865 |
| 3 | Commonwealth of Virginia Department of Taxation | 1055 | 71 |
|   | **Total** |   | **$ 31,162** |

## HDL Liquidating Trust
*Schedule of Priority Claims Paid*

|   | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---|
| 1 | JOHN K. AUSTIN | 1141 | $ 12,475 |
| 2 | TALIAFERRO, JAMIE | 1329(b) | 10,000 |
| 3 | SUFFOLK CITY TREASURER | 1008 | 167 |
|   | **Total** |  | **$ 22,642** |

# HDL Liquidating Trust
*Schedule of Secured Claims Paid*

|   | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---:|
| 1 | BB&T | s602 | $ 4,000,000 |
| 2 | BB&T | s603 | 3,284,370 |
| 3 | BB&T EQUIPMENT FINANCE, LLC | s600 | 5,827,318 |
| 4 | BB&T EQUIPMENT FINANCE, LLC | s601 | 1,567,207 |
| 5 | HANOVER MOB LLC (LILLIBRIDGE) | 1295(a) | 1,575 |
| 6 | HARBOUR VIEW ASSOCIATES LLC | 1083(a) | 1,037 |
|   | **Total** |  | **$ 14,681,508** |

## HDL Liquidating Trust
*Schedule of Unsecured Claims*

|    | Professional Name | Claim Amount ($) | Total Paid ($) |
|----|---|---:|---:|
| 1  | CEDAR GLADE CGIC LP | 75,000,000 | 31,453,493 |
| 2  | AETNA INC | 49,500,000 | 20,759,305 |
| 3  | THE UNITED STATES DEPARTMENT OF JUSTICE | 40,644,853 | 17,045,634 |
| 4  | HAIN CAPITAL INVESTORS LLC | 3,988,155 | 1,672,069 |
| 5  | HORIZON HEALTHCARE SERVICES INC | 3,800,000 | 1,593,644 |
| 6  | PNC EQUIPMENT FINANCE LLC | 3,125,715 | 1,310,862 |
| 7  | BRADFORD CAPITAL HOLDINGS LP | 3,056,050 | 1,281,646 |
| 8  | METABOLON INC | 2,300,000 | 964,574 |
| 9  | ARGO PARTNERS | 1,995,020 | 836,671 |
| 10 | FAIR HARBOR CAPITAL LLC | 1,661,048 | 695,957 |
| 11 | GENERAL ATOMICS | 1,390,425 | 583,116 |
| 12 | CEDAR GLADE LP | 1,067,679 | 447,763 |
| 13 | BANK OF THE WEST | 717,671 | 300,977 |
| 14 | FedEx TechConnect Inc | 707,628 | 296,765 |
| 15 | Cedar Glade Capital, LLC | 647,405 | 271,509 |
| 16 | SBERTOLI, DOUGLAS L | 550,000 | 230,659 |
| 17 | ILLUMINA INC | 500,000 | 209,690 |
| 18 | MCKEAN, ANNA | 436,674 | 183,132 |
| 19 | DENKA COMPANY LIMITED | 406,529 | 170,490 |
| 20 | PHILLIPS & COHEN LLP | 381,500 | 159,993 |
| 21 | FINNEGAN HENDERSON FARABOW | 373,826 | 156,775 |
| 22 | COTCHETT PITRE AND MCCARTHY LLP | 350,000 | 146,783 |
| 23 | WILTSHIRE, CHERYL A | 266,332 | 111,694 |
| 24 | PROFOOTBALL INC | 250,000 | 104,845 |
| 25 | HALFPENNY TECHNOLOGIES, INC | 240,100 | 100,693 |
| 26 | PIETRAGALLO GORDON ALFANO | 225,000 | 94,360 |
| 27 | RASKY BAERLEIN STRATEGIC COMM INC | 201,525 | 84,516 |
| 28 | MERCODIA INC | 196,256 | 82,306 |
| 29 | SUNTRUST BANK | 181,400 | 76,075 |
| 30 | KRONUS INC | 181,170 | 75,979 |
| 31 | TOYOTA TSUSHO AMERICA INC | 167,311 | 70,167 |
| 32 | MEDIRIS SOLUTIONS LLC | 149,764 | 62,808 |
| 33 | MedHelp International, Inc | 106,250 | 39,111 |
| 34 | CERTIFAGIFT COMPANY | 91,815 | 38,505 |
| 35 | ASM CAPITAL V LP | 91,261 | 38,273 |
| 36 | INOVA DIAGNOSTIC INC | 89,429 | 37,505 |
| 37 | TRINITY BIOTECH, INC | 88,290 | 37,027 |
| 38 | Diasorin Inc | 77,074 | 32,323 |
| 39 | CDW | 72,972 | 30,603 |
| 40 | AFMS LLC | 71,482 | 29,978 |
| 41 | LABTECH DIAGNOSTICS LLC | 66,610 | 27,935 |
| 42 | CAIN BROTHERS A DIV OF KEYBANC CAP MKTS | 53,869 | 22,591 |
| 43 | DYNEX TECHNOLOGIES INC | 51,456 | 21,580 |
| 44 | EDWARDS BUSINESS MACHINES INC | 50,000 | 20,969 |
| 45 | CORGENIX INC | 47,707 | 20,007 |
| 46 | PRAXAIR DISTRIBUTION INC | 44,606 | 18,707 |
| 47 | STERICYCLE | 44,850 | 18,688 |
| 48 | MOBELUX LLC | 40,890 | 17,148 |
| 49 | WEST END LOCK & SECURITY | 39,114 | 16,404 |
| 50 | ERNST & YOUNG LLP | 37,033 | 15,531 |
| 51 | BIOTEX AXIS OF CALIFORNIA LLC | 35,975 | 15,087 |
| 52 | PEAK 10 INC | 34,526 | 14,480 |
| 53 | MIDLOGREEN LLC | 34,277 | 14,375 |
| 54 | State of Florida Dep of Legal Affairs | 34,010 | 14,263 |
| 55 | STATE OF NORTH CAROLINA NC ATTORNEY GENERALS OFFICE | 33,077 | 13,872 |
| 56 | SPAIN AND GILLON LLC | 30,910 | 12,963 |
| 57 | HANOVER MOB LLC | 29,773 | 12,486 |
| 58 | GLOBAL CROSSING TELECOMMUNICATIONS INC | 26,097 | 10,945 |
| 59 | SIGMAALDRICH | 25,981 | 10,896 |
| 60 | QLIKTECH INC | 24,866 | 10,428 |
| 61 | BEATTIE B ASHMORE PA | 24,712 | 10,364 |
| 62 | UNIVERSAL AMERICAN CORP | 32,735 | 10,173 |
| 63 | CARPMAELS & RANSFORD LLP | 23,809 | 9,985 |
| 64 | ASM CAPITAL X LLC | 25,572 | 9,695 |
| 65 | STATE OF GEORGIA | 22,845 | 9,581 |
| 66 | ATLANTIC RESOURCE GROUP INC | 25,842 | 9,213 |
| 67 | KROLL ONTRACK INC | 20,639 | 8,655 |
| 68 | SUN DIAGNOSTICS LLC | 20,593 | 8,636 |
| 69 | THE HORTON GROUP INC | 19,898 | 8,345 |
| 70 | Tension Envelope Corporation | 19,236 | 8,067 |
| 71 | SC SOLUTIONS GROUP LLC | 19,040 | 7,985 |
| 72 | MERIDIAN LIFE SCIENCE INC | 18,406 | 7,719 |
| 73 | ACCOUNTING PRINCIPALS INC | 18,360 | 7,700 |
| 74 | The Advisory Board Company | 18,181 | 7,625 |
| 75 | FITZGERALD, KATHLEEN A | 16,426 | 6,889 |
| 76 | MESO SCALE DIAGNOSTICS LLC | 15,968 | 6,697 |
| 77 | CALFEE HALTER & GRISWOLD LLP | 15,809 | 6,630 |
| 78 | LANCASTER GENERAL HOPITAL | 15,269 | 6,404 |
| 79 | FLORES AND ASSOCIATES LLC | 15,000 | 6,291 |
| 80 | NAT ASSN OF MEDICAID FRAUD CNTRL UNITS | 14,622 | 6,132 |
| 81 | CLAIMS RECOVERY GROUP LLC | 13,838 | 5,803 |
| 82 | SARSTEDT INC | 12,925 | 5,420 |
| 83 | TSRC INC | 12,764 | 5,353 |
| 84 | STATE OF SOUTH CAROLINA | 12,460 | 5,226 |
| 85 | NFS LEASING INC | 12,429 | 5,213 |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*

|  | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---:|---:|
| 86 | STATE OF ILLINOIS OFFICE OF THE ATTORNEY GENERAL | 12,405 | 4,703 |
| 87 | WORTH HIGGINS & ASSOCIATES INC | 10,355 | 3,925 |
| 88 | CLINICAL PATHOLOGY LABORATORIES INC | 10,625 | 3,911 |
| 89 | THE BUREAU OF NATIONAL AFFAIRS INC | 11,739 | 3,648 |
| 90 | JOSEPH L MANSON III ESQ | 9,488 | 3,597 |
| 91 | STATE OF OKLAHOMA | 9,434 | 3,576 |
| 92 | STERICYCLE SPECIALTY WASTE SOLUTIONS INC | 9,346 | 3,543 |
| 93 | ARAMARK REFRESHMENT SERVICES | 8,994 | 3,410 |
| 94 | BON SECOURS RICHMOND HEALTH SYSTEM | 8,991 | 3,408 |
| 95 | SEKISUI DIAGNOSTICS LLC | 8,563 | 3,246 |
| 96 | AEROTEK INC | 8,500 | 3,222 |
| 97 | UNITED PARCEL SERVICE | 9,317 | 2,896 |
| 98 | KEITER | 7,500 | 2,843 |
| 99 | SINGULEX INC | 8,910 | 2,769 |
| 100 | R&D SYSTEMS | 7,239 | 2,744 |
| 101 | State of Ohio | 7,237 | 2,744 |
| 102 | UPTOWN COLOR | 6,747 | 2,558 |
| 103 | STATE OF COLORADO | 6,745 | 2,490 |
| 104 | BIOTAGE LLC | 7,860 | 2,443 |
| 105 | USA SCIENTIFIC | 6,237 | 2,365 |
| 106 | WILLIAMS MULLEN | 6,221 | 2,358 |
| 107 | LETTERLOGIC INC | 7,564 | 2,351 |
| 108 | MEDICAL ISOTOPES INC | 6,120 | 2,320 |
| 109 | SMART & BIGGAR/FETHERSTONHAUGH | 5,553 | 2,105 |
| 110 | FAMILY HEALTH MEDICAL CENTER LLC | 6,725 | 2,090 |
| 111 | THOMSON REUTERS INC | 5,281 | 2,002 |
| 112 | TALIAFERRO, JAMIE | 5,000 | 1,896 |
| 113 | COWAN OTOOLE GATES RENNIE HALL COWAN PC | 4,985 | 1,890 |
| 114 | KAMIYA BIOMEDICAL COMPANY | 4,687 | 1,777 |
| 115 | SPOTSWOOD SANSOME & SANSBURY LLC | 4,645 | 1,761 |
| 116 | NEWCLIENTS INC | 4,467 | 1,693 |
| 117 | MICHAEL BANNON | 4,351 | 1,649 |
| 118 | FARNAM STREET FINANCIAL INC. | 4,270 | 1,619 |
| 119 | BIOTECH CLINICAL LABORATORIES | 4,125 | 1,564 |
| 120 | BRANDON, SAMUEL D | 5,000 | 1,554 |
| 121 | SOUTH FLORIDA CARDIOLOGY ASSOCIATE | 4,960 | 1,541 |
| 122 | LABSOFT INC | 4,000 | 1,516 |
| 123 | JOHN AUSTIN | 3,979 | 1,508 |
| 124 | MISSOURI HEALTHNET FRAUD REIMBURSEMENT FUND | 3,831 | 1,452 |
| 125 | US BANK EQUIPMENT FINANCE | 3,786 | 1,435 |
| 126 | BLACKWELL, EMMETT SCOTT | 3,653 | 1,385 |
| 127 | Commonwealth of Kentucky | 3,588 | 1,360 |
| 128 | ALCOR Scientific Inc | 3,538 | 1,341 |
| 129 | DURRETTE ARKEMA GERSON AND GILL PC | 3,500 | 1,327 |
| 130 | DOUGLAS COUNTY TREASURER | 3,436 | 1,303 |
| 131 | LAURIE ROCKWELL | 3,320 | 1,259 |
| 132 | SAS INSTITUTE INC | 4,000 | 1,243 |
| 133 | ATLANTIC CORRUGATED BOX CO INC | 4,000 | 1,243 |
| 134 | LAB EXPRESS INC | 3,025 | 1,147 |
| 135 | KAREN MICHEAL PLC | 3,000 | 1,137 |
| 136 | WAVEFRONT SOFTWARE, INC. | 2,888 | 1,095 |
| 137 | SCRIBE SOFTWARE CORPORATION | 3,348 | 1,040 |
| 138 | RUTLEDGE ECENIA PA | 2,743 | 1,040 |
| 139 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 2,655 | 1,007 |
| 140 | REGIONAL WEST MEDICAL CENTER | 2,625 | 995 |
| 141 | CB LABORATORY INC | 2,750 | 985 |
| 142 | TIME WARNER CABLE | 2,707 | 979 |
| 143 | STATE OF KANSAS | 2,376 | 901 |
| 144 | COMMONWEALTH OF VIRGINIA | 2,362 | 896 |
| 145 | LEAP OF FAITH PARTNERS INC | 2,285 | 866 |
| 146 | CAYMAN CHEMICAL COMPANY INC | 2,271 | 861 |
| 147 | ATTRONICA COMPUTERS INC | 2,243 | 850 |
| 148 | STATE OF IDAHO | 2,155 | 817 |
| 149 | PROFESSIONAL HEALTH EXAMINERS | 2,103 | 797 |
| 150 | QUEST DIAGNOSTICS INC | 2,070 | 785 |
| 151 | CITY WIDE MAINTENANCE CO. INC. | 2,031 | 770 |
| 152 | B&B PRINTING | 2,005 | 760 |
| 153 | CPA GLOBAL | 2,000 | 758 |
| 154 | UNICORN PALMETTO INVESTMENTS LLC | 2,415 | 751 |
| 155 | SHRED IT CTS RICHMOND | 1,961 | 743 |
| 156 | PAUL OWEN | 1,960 | 743 |
| 157 | Commonwealth of Virginia Department of Taxation | 1,949 | 739 |
| 158 | DESOTO INVESTMENTS LLC | 1,943 | 737 |
| 159 | Mobile Phlebotomy Services | 1,885 | 715 |
| 160 | STAR2STAR COMMUNICATIONS | 1,885 | 714 |
| 161 | BIOMERIEUX INC | 1,854 | 703 |
| 162 | DR THOMAS DAYSPRING | 1,833 | 695 |
| 163 | ANTHEM | 2,218 | 689 |
| 164 | ERIN LEIGH BLAKE | 1,800 | 682 |
| 165 | STATE OF ARKANSAS ATTORNEY GENERAL OFFICE | 1,760 | 667 |
| 166 | RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA | 1,711 | 649 |
| 167 | QUALITY SYSTEMS INC | 1,686 | 639 |
| 168 | MERRILL COMMUNICATIONS LLC | 1,666 | 632 |
| 169 | GOLDEN RULE INSURANCE COMPANY | 1,658 | 629 |
| 170 | OPEN MEDICINE INSTITUTE | 1,649 | 625 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

|  | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 171 | HELLO HEALTH INC | 2,000 | 622 |
| 172 | ESHA RESEARCH INC | 1,998 | 621 |
| 173 | VANGUARD SOFTWARE CORPORATION | 1,995 | 620 |
| 174 | DECATUR HOSPITAL AUTHORITY | 1,600 | 607 |
| 175 | COPERNICUS GROUP INC | 1,660 | 594 |
| 176 | SUMNER GROUP, INC. | 1,499 | 568 |
| 177 | AMAZONCOM | 1,485 | 563 |
| 178 | LANGUAGE LINE SERVICES | 1,481 | 561 |
| 179 | FIRSTMED CENTRAL LLC | 1,425 | 540 |
| 180 | ACCENT C O CIGNA HEALTHCARE | 1,420 | 538 |
| 181 | ZACHARY MILLETT | 1,692 | 526 |
| 182 | WESTAR ENERGY INC | 1,380 | 523 |
| 183 | BRIAN KOZAK | 1,352 | 499 |
| 184 | EMDEON BUSINESS SERVICES | 1,313 | 498 |
| 185 | JAMES RIVER DRYWALL LLC | 1,596 | 496 |
| 186 | ARFM LLC | 1,300 | 493 |
| 187 | GREENWAY HEALTH LLC | 1,278 | 485 |
| 188 | CHESTER COUNTY HOSPITAL | 1,275 | 483 |
| 189 | ANY LAB TEST NOW DAKOTAS | 1,550 | 482 |
| 190 | IND OPULENCE LLC | 1,250 | 474 |
| 191 | MEREDITH CORPORATION | 1,250 | 474 |
| 192 | WILLIAMS, KRISTI | 1,247 | 473 |
| 193 | MCKESSON MEDICAL SURGICAL INC | 1,212 | 459 |
| 194 | STATE OF MARYLAND | 1,150 | 436 |
| 195 | CALIFORNIA ADVANCED LABELING INC | 1,109 | 421 |
| 196 | Eileen Dowling | 1,106 | 419 |
| 197 | WORLD COURIER INC | 1,063 | 403 |
| 198 | PATRICK LONG | 1,297 | 403 |
| 199 | DIAMOND SPRINGS WATER INC | 1,050 | 398 |
| 200 | THOMAS BUTNER | 1,035 | 392 |
| 201 | THE HERTZ CORPORATION | 1,015 | 385 |
| 202 | UK BIOINDUSTRY ASSOCIATION | 1,236 | 384 |
| 203 | HASLER | 1,000 | 379 |
| 204 | FLAGSTAFF MEDICAL CENTER | 1,000 | 379 |
| 205 | MARK RUSS | 986 | 374 |
| 206 | SANDRA HOWELL | 972 | 369 |
| 207 | INTERNAL MEDICINE & WELLNESS CENTER | 960 | 364 |
| 208 | TRIDENT MEDICAL CENTER LLC | 950 | 360 |
| 209 | FISHER SCIENTIFIC CO LLC | 941 | 357 |
| 210 | PHENIX RESEARCH PRODUCTS | 940 | 356 |
| 211 | COLONIAL SCIENTIFIC INC | 927 | 351 |
| 212 | ADVENTIST HINSDALE HOSPITAL | 925 | 351 |
| 213 | PNW LABS LLC | 1,125 | 350 |
| 214 | TECAN | 917 | 348 |
| 215 | ANY LAB TEST NOW! | 910 | 345 |
| 216 | LAURIE GOETZ | 893 | 329 |
| 217 | THE COMMUNITY HOSPITAL ASSOCIATION | 1,050 | 326 |
| 218 | DOMINION VIRGINIA POWER | 862 | 317 |
| 219 | SHIRLEY BOSTIC | 848 | 312 |
| 220 | MEGAN METZLER | 839 | 309 |
| 221 | TODD KUNARD | 975 | 303 |
| 222 | WOODS TESTING LLC | 975 | 303 |
| 223 | STATE OF NEW JERSEY OFFICE OF LAW AND PUBLIC SAFETY | 816 | 300 |
| 224 | ANY LAB TEST NOW LLC | 925 | 287 |
| 225 | BIOEXPRESS CORP | 774 | 285 |
| 226 | JASON BUEHLER | 750 | 276 |
| 227 | BIO - TEK SERVICES INC | 740 | 272 |
| 228 | BAKER-AIDUKA, ANTHONY | 703 | 259 |
| 229 | BGB Analytik USA LLC | 701 | 258 |
| 230 | MAVIDEA TECHNOLOGY GROUP LLC | 700 | 258 |
| 231 | CHRISTY BIRCHELL | 821 | 255 |
| 232 | UNIVERSITY HEALTH CARE SYSTEM | 675 | 248 |
| 233 | WASHINGTON STATE DEPT OF LABOR & INDUSTRIES | 667 | 245 |
| 234 | CONTROLLED WELLNESS LLC | 786 | 244 |
| 235 | VIRGINIA FAMILY PRACTICE | 660 | 243 |
| 236 | ATLAS DATABASE SOFTWARE CORPORATION | 780 | 242 |
| 237 | Victoria J Taxter | 649 | 239 |
| 238 | WELLMARK | 637 | 234 |
| 239 | SELECT LABORATORIES LLC | 634 | 233 |
| 240 | REGIONAL MEDICAL LABORATORY | 750 | 233 |
| 241 | ADVANCED MEDICAL TESTING CENTERS LLC | 625 | 230 |
| 242 | N R MOBILE PHLEBOTOMY AND DIAGNOSTICS | 625 | 230 |
| 243 | BENEFIT MANAGEMENT INC | 611 | 225 |
| 244 | FUJIFILM MEDICAL SYSTEMS USA | 608 | 224 |
| 245 | ST BERNARDS HOSPITAL INC | 600 | 221 |
| 246 | TESHOME, HANNA | 600 | 221 |
| 247 | DEBORAH CAMP | 591 | 218 |
| 248 | ALEETA O SHIELDS | 591 | 218 |
| 249 | ADVANCED LABORATORY SERVICES INC | 600 | 214 |
| 250 | DIANNE TAYLOR | 660 | 205 |
| 251 | KARE TECHNOLOGIES INC | 550 | 202 |
| 252 | WELLCARE OF MIDDLE TENNESSEE | 550 | 202 |
| 253 | C&S INVESTMENTS OF CENTRAL FLORIDA LLC | 650 | 202 |
| 254 | CAROLYN MARZENDORFER | 639 | 199 |
| 255 | FULL CIRCLE TRANSLATIONS LLC | 635 | 197 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| # | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---:|---:|
| 256 | SHERRI BLOOMFIELD | 609 | 189 |
| 257 | LIFE TECHNOLOGIES CORPORATION | 607 | 189 |
| 258 | HARRIS CARETRAKER INC | 558 | 174 |
| 259 | BARRY KNOWLES | 554 | 172 |
| 260 | NORTHSHORE UNIVERSITY HEALTHSYSTEM | 550 | 171 |
| 261 | STRICKLAND, MICHELLE & STEVE | 544 | 169 |
| 262 | ELECTRONIC NETWORK SYSTEMS | 543 | 169 |
| 263 | HIGHMARK BLUE SHIELD | 541 | 168 |
| 264 | ELECTRONIC SYSTEMS INC | 540 | 168 |
| 265 | CYNTHIA HOMSEY | 535 | 166 |
| 266 | STATEWIDE FIRE PROTECTION | 533 | 166 |
| 267 | WINDROSE MEDICAL PROPERTIES LP | 531 | 165 |
| 268 | SCIFOR INC | 526 | 164 |
| 269 | EMPRESAS DEL CARBON LLC | 525 | 163 |
| 270 | AT&T | 524 | 163 |
| 271 | DANIEL BROOKING | 523 | 163 |
| 272 | CERILLANT | 513 | 159 |
| 273 | MOLONEY, KATHRYN | 510 | 158 |
| 274 | NORTHWEST COMMUNITY HOSPITAL | 500 | 155 |
| 275 | TESTING ALTERNATIVES INC | 500 | 155 |
| 276 | WILLIAM NORRIS | 492 | 153 |
| 277 | CYNTHIA DOWLESS | 492 | 153 |
| 278 | ULINE | 489 | 152 |
| 279 | BUGET FRANTZ | 486 | 151 |
| 280 | ARCADIA LAB & DIAGNOSTICS LLC | 475 | 148 |
| 281 | HUNTERDON MEDICAL CENTER | 475 | 148 |
| 282 | VERDE VALLEY MEDICAL CENTER | 475 | 148 |
| 283 | MG1 ENTERPRISES INC | 475 | 148 |
| 284 | ALLISON BEARD | 473 | 147 |
| 285 | RAMON SUAREZ JR | 461 | 143 |
| 286 | BANNER PLAN ADMINISTRATION | 457 | 142 |
| 287 | VIRGINIA CARDIOVASCULAR SPECIALISTS | 453 | 141 |
| 288 | MEDLABS LLC | 445 | 138 |
| 289 | STAPLES ADVANTAGE | 444 | 138 |
| 290 | HALL, KIRK | 443 | 138 |
| 291 | KRISTIN KNITTER | 436 | 135 |
| 292 | JOE SHAHEEN | 425 | 132 |
| 293 | DOMINION LOCK AND SECURITY INC | 422 | 131 |
| 294 | KATHLEEN SHELTON | 414 | 129 |
| 295 | LINDA BRUNZ | 405 | 126 |
| 296 | CERISA INC | 400 | 124 |
| 297 | PMCS | 391 | 122 |
| 298 | JAMES OLSON | 390 | 121 |
| 299 | SSI US INC | 381 | 118 |
| 300 | COLLEGE OF AMERICAN PATHOLOGY | 379 | 118 |
| 301 | CHARLOTTE BABCOCK | 379 | 118 |
| 302 | LIVEPERSON INC | 376 | 117 |
| 303 | PATHOLOGY ASSOCIATES MEDICAL LABS LLC | 375 | 117 |
| 304 | JUNE OAKES | 373 | 116 |
| 305 | HARBOUR VIEW ASSOCIATES LLC | 364 | 113 |
| 306 | CHARLES COMBS | 357 | 111 |
| 307 | COBB REFRIDGERATION LLC | 343 | 106 |
| 308 | COMMUNITY HOSPITAL OF MONTEREY PENINSULA | 325 | 101 |
| 309 | BRIGHTLIFE INTERNATIONAL INC | 325 | 101 |
| 310 | DEO FAVENTE GROUP LLC | 325 | 101 |
| 311 | IRONBRIDGE SELF STORAGE 711 | 325 | 101 |
| 312 | MAUREEN MORCHEL | 309 | 96 |
| 313 | SANTA CRUZ BIOTECHNOLOGY, INC. | 304 | 94 |
| 314 | CLCS TEST LLC | 300 | 93 |
| 315 | ITS IN YOUR BLOOD | 300 | 93 |
| 316 | SOUTHERN MICROSCOPE INC | 300 | 93 |
| 317 | MICHELE KAGELE | 294 | 91 |
| 318 | CHARTER BUSINESS | 294 | 91 |
| 319 | LINDENMEYR MUNROE | 291 | 90 |
| 320 | LIFEPOINT INFORMATICS | 289 | 90 |
| 321 | PAMELA SULLIVAN | 288 | 90 |
| 322 | GABRIELA LOPEZ | 287 | 89 |
| 323 | VWR INTERNATIONAL LLC | 335,318 | 89 |
| 324 | AO ASSOCIATES | 284 | 88 |
| 325 | PAMELA RATCLIFFE | 281 | 87 |
| 326 | UNITE HERE HEALTH | 278 | 87 |
| 327 | JC BLAIR MEMORIAL HOSPITAL | 275 | 85 |
| 328 | DIRNE HEALTH CENTERS INC | 275 | 85 |
| 329 | ANY TEST PC | 275 | 85 |
| 330 | DENNIS COURTNEY | 269 | 84 |
| 331 | PGBA LLC | 264 | 82 |
| 332 | ANTHEM BLUE CROSS AND BLUE SHIELD | 264 | 82 |
| 333 | JUSTIN DALTON | 263 | 82 |
| 334 | PHILIP RINALDI | 262 | 81 |
| 335 | BLUE CROSS BLUE SHIELD OF NEW MEXICO | 262 | 81 |
| 336 | LYNN GRODNICK | 260 | 81 |
| 337 | MEDENT ALL-IN-ONE | 250 | 78 |
| 338 | RICHARD SANCHEZ | 249 | 77 |
| 339 | SUGAR LAND LAB SERVICES LLC | 245 | 76 |
| 340 | ANITA COOPER | 244 | 76 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| # | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---:|---:|
| 341 | TECHNOMARKETING | 238 | 74 |
| 342 | LISA HERZLICH | 235 | 73 |
| 343 | CHRISTIANA CARE HEALTH SERVICES INC | 225 | 70 |
| 344 | MITCHELL TARR | 222 | 69 |
| 345 | CITY OF DE SOTO | 221 | 69 |
| 346 | JON PALMER | 220 | 68 |
| 347 | MICHAEL GRIZZARD | 218 | 68 |
| 348 | PETER HAMILTON | 217 | 67 |
| 349 | CAFE INTERNATIONAL | 215 | 67 |
| 350 | Lisa Morgan | 206 | 64 |
| 351 | RICHMOND CONCIERGE LLC | 205 | 64 |
| 352 | P TODD DECKER | 205 | 64 |
| 353 | JENNIFER LAWLESS | 200 | 62 |
| 354 | 1ST CARE LLC | 200 | 62 |
| 355 | OPENDRAW LLC | 200 | 62 |
| 356 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 200 | 62 |
| 357 | MEDRITE TECHNOLOGIES INC | 200 | 62 |
| 358 | SCHERTLER & ONORATO LLP | 200 | 62 |
| 359 | PROFESSIONAL DATA SERVICES INC | 198 | 62 |
| 360 | TOYOTA FINANCIAL SERVICES | 189 | 59 |
| 361 | LENOIR CITY UTILITIES BOARD | 187 | 58 |
| 362 | BARBARA COX | 185 | 58 |
| 363 | RICHMOND COMMERCIAL SERVICES INC | 180 | 56 |
| 364 | SUSAN WASILEWSKI | 180 | 56 |
| 365 | PATHOLOGY LABORATORIES INC | 175 | 54 |
| 366 | DACHU GROUP INC | 175 | 54 |
| 367 | FIMA MANAGEMENT LLC | 175 | 54 |
| 368 | SNB LLC | 175 | 54 |
| 369 | CHERYL LOCKLEY | 171 | 53 |
| 370 | PHYLLIS STEPHAN | 168 | 52 |
| 371 | KAREN FURFARI | 166 | 52 |
| 372 | KAROLYN JOHNSON | 165 | 51 |
| 373 | CHARTER COMMUNICATIONS | 161 | 50 |
| 374 | ALLSCRIPTS | 160 | 50 |
| 375 | KENNETH STAWARZ | 158 | 49 |
| 376 | AMERICAN INFOSOURCE LP as agent for DIRECT TV | 157 | 49 |
| 377 | COMCAST | 157 | 49 |
| 378 | KELLY HARRISON | 157 | 49 |
| 379 | BLUE CROSS OF CALIFORNIA | 153 | 48 |
| 380 | GROUP AND PENSION ADMINISTRATORS INC | 153 | 47 |
| 381 | TUTELA MONITORING SYSTEMS LLC | 150 | 47 |
| 382 | Any Lab Test Now Leechelle59 | 150 | 47 |
| 383 | PACE ANALYTICAL SERVICES, INC. | 150 | 47 |
| 384 | DOCTORS GENERAL LABORATORY INC | 150 | 47 |
| 385 | TIDEWATER HEALTH AND WELLNESS SERVICES | 150 | 47 |
| 386 | CARESPOT PROFESSIONAL SERVICES LLC | 150 | 47 |
| 387 | RELIABLE JANITORIAL INC | 150 | 47 |
| 388 | PRESTIGE HEALTH CHOICE | 142 | 44 |
| 389 | YOUR LABORATORY LP | 140 | 44 |
| 390 | CERNER HEALTHCARE SOLUTIONS INC | 137 | 43 |
| 391 | DENNIS ANDRUSKIEWICZ | 135 | 42 |
| 392 | DIVINE TOUCH MOBILE PHLEBOTOMY SVC LLC | 135 | 42 |
| 393 | EBONY PEARSON | 134 | 42 |
| 394 | KENNETH SMITH | 133 | 41 |
| 395 | Alabama Power Company | 132 | 41 |
| 396 | EMPLOYER DRIVEN INSURANCE SERVICES | 131 | 41 |
| 397 | RACHEL GRAY | 130 | 40 |
| 398 | Any Lab Test | 125 | 39 |
| 399 | CLINICAL LAB SERVICES INC | 125 | 39 |
| 400 | PIONEER INVESTMENTS LLC | 125 | 39 |
| 401 | PHCLAS CRUCES INC | 125 | 39 |
| 402 | GOLDAMMER LAB TESTING LLC | 125 | 39 |
| 403 | STEPHEN NICKEL | 125 | 39 |
| 404 | GROUP HEALTH | 116 | 36 |
| 405 | NICOLE DIGIULO | 116 | 36 |
| 406 | BIO RIDE LLC | 115 | 36 |
| 407 | SAN ANGELO HOSPITAL LP | 110 | 34 |
| 408 | RESTEK | 108 | 34 |
| 409 | PROMEDDX LLC | 105 | 33 |
| 410 | VISTA CLINICAL DIAGNOSTICS INC | 105 | 33 |
| 411 | C & L WOLFE LLC | 105 | 33 |
| 412 | CHRISTIAN CARE MINISTRY | 103 | 32 |
| 413 | CLINICAL LABORATORIES OF HAWAII LLP | 100 | 31 |
| 414 | DENNIS FISHER | 100 | 31 |
| 415 | LOADING DOCK EQUIPMENT CO INC | 100 | 31 |
| 416 | RENEE PRIDGEON | 100 | 31 |
| 417 | SALINAS VALLEY PRIME CARE MEDICAL GROUP | 100 | 31 |
| 418 | SOLANTIC OF ORLANDO LLC | 100 | 31 |
| 419 | URGENT MEDICAL CENTER INC | 100 | 31 |
| 420 | HEALTH PRINT LLC | 100 | 31 |
| 421 | SACRED HEART HOSPITAL | 100 | 31 |
| 422 | COLORADO URGENT CARE PHYSICIANS PC | 100 | 31 |
| 423 | AVID COMMUNICATIONS LLC | 100 | 31 |
| 424 | ANY LAB TEST NOW PHOENIX | 100 | 31 |
| 425 | KOTA REDDY- REDDY BREAD | 97 | 30 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---|---|
| 426 | FLOYD CONSULTING SERVICE | 92 | 29 |
| 427 | WORLD WIDE MEDICAL PRODUCTS INC | 91 | 28 |
| 428 | LEXICOMP | 87 | 27 |
| 429 | ARUP LABORATORIES | 86 | 27 |
| 430 | WPS TRICARE ADMINISTRATION | 84 | 26 |
| 431 | CENTURYLINK | 84 | 26 |
| 432 | WINDSTREAM | 82 | 26 |
| 433 | ANTHEM BLUE CROSS | 81 | 25 |
| 434 | PATIENT FIRST | 80 | 25 |
| 435 | Any Lab Test Now | 75 | 23 |
| 436 | COVERTEK INC | 75 | 23 |
| 437 | SOLANTIC SOUTH FLORIDA LLC | 75 | 23 |
| 438 | METRO LAB LLC | 75 | 23 |
| 439 | INSURANCE PHYSICAL SERVICES INC | 75 | 23 |
| 440 | LABS & MORE LLC | 75 | 23 |
| 441 | METABOLIC BALANCE OF SE ORLANDO | 75 | 23 |
| 442 | LIPID LABZ INC | 75 | 23 |
| 443 | OAK CREST LABORATORY SERVICES INC | 75 | 23 |
| 444 | DIANE ALBRECHT | 74 | 23 |
| 445 | DALE NETHERDA | 74 | 23 |
| 446 | GRAINGER | 73 | 23 |
| 447 | ARCPOINT LABS OF EASTERN CAROLINA | 70 | 22 |
| 448 | MEDWORXS | 70 | 22 |
| 449 | MONTOYA, ANGELO R | 65 | 20 |
| 450 | INFINITI LAB LLC | 62 | 19 |
| 451 | DSM SERVICES LLC | 60 | 19 |
| 452 | GEHA | 59 | 18 |
| 453 | ACE IMAGE WEAR | 54 | 17 |
| 454 | PARKER HANNIFIN EMP HEALTH CARE PLAN | 54 | 17 |
| 455 | SCOTT WILLIAMS | 53 | 16 |
| 456 | ARIZONA LAB PARTNERS LLC | 50 | 16 |
| 457 | DAVID FRICK | 50 | 16 |
| 458 | EAST COUNTY URGENT CARE INDUSTRIAL | 50 | 16 |
| 459 | GERTRUDE MCCLURE | 50 | 16 |
| 460 | GREGORY SOWEL | 50 | 16 |
| 461 | HALLANDALE LAB USA INC | 50 | 16 |
| 462 | JEFFERSON REGIONAL MEDICAL CENTER | 50 | 16 |
| 463 | JEG VENTURES LLC | 50 | 16 |
| 464 | LLOYD SHORTER | 50 | 16 |
| 465 | MARC BOLICH | 50 | 16 |
| 466 | PROFESSIONAL LABS INC | 50 | 16 |
| 467 | TONI M MILLISOCK | 50 | 16 |
| 468 | ANY LAB TEST SOLUTIONS LLC | 50 | 16 |
| 469 | GARY MASON | 50 | 16 |
| 470 | ANY LAB TEST G2 CORP | 50 | 16 |
| 471 | GEVORG SEDRAKYAN MD PC | 50 | 16 |
| 472 | ROBIN R KHAN | 50 | 16 |
| 473 | DIAGNOSTIC PATHOLOGY CONSULTING LLC | 50 | 16 |
| 474 | DL MANDAT | 50 | 16 |
| 475 | JMAC SERVICES INC | 50 | 16 |
| 476 | KAREN SPAHR | 50 | 16 |
| 477 | ASAP MEDICAL ASSOCIATES PC | 50 | 16 |
| 478 | DARRELL DOUGLAS | 50 | 16 |
| 479 | HIGH DESERT DIAGNOSTIC LABORATORY INC | 50 | 16 |
| 480 | NORFOLK WIRE & ELECTRONICS | 46 | 14 |

**HDL Liquidating Trust**
*Schedule of Unsecured Claims*

| | Professional Name | Claim Amount ($) | Total Paid ($) |
|---|---|---:|---:|
| 481 | HAROLD FREIMAN | 41 | 13 |
| 482 | JAN SNEDEGAR | 40 | 12 |
| 483 | NM TAXATION AND REVENUE DEPARTMENT | 36 | 11 |
| 484 | KING, SCOTT N | 36 | 11 |
| 485 | MERITAIN HEALTH | 35 | 11 |
| 486 | PREFERRED CARE PARTNERS | 27 | 9 |
| 487 | THOMAS RYAN | 26 | 8 |
| 488 | QUANTERIX | 25 | 8 |
| 489 | ANY TEST SERVICES INC | 25 | 8 |
| 490 | BLUE EYED BULL INVESMENT | 25 | 8 |
| 491 | COFFEY AND COFFEY INC | 25 | 8 |
| 492 | DEROY ENTERPRISES LLC | 25 | 8 |
| 493 | GINN VENTURES ONE LLC | 25 | 8 |
| 494 | HOLYOKE MEDICAL CENTER INC | 25 | 8 |
| 495 | HOSPITAL AUTHORITY OF CANDLER COUNTY | 25 | 8 |
| 496 | SMITH LABS LLC | 25 | 8 |
| 497 | UPSTATE TESTING SERVICES LLC | 25 | 8 |
| 498 | ARCADIA LAB AND DIAGNOSTICS LLC | 25 | 8 |
| 499 | D VAN TESTING INC | 25 | 8 |
| 500 | LOUS CLINICAL LAB INC | 25 | 8 |
| 501 | LUFT MEDICAL MANAGEMENT PLLC | 25 | 8 |
| 502 | CENTRAL IN REGIONAL BLOOD CENTER INC | 25 | 8 |
| 503 | DC LAB TESTING LLC | 25 | 8 |
| 504 | RYAL VENTURES INC | 25 | 8 |
| 505 | HEALTHY LIVING LLC | 25 | 8 |
| 506 | RELIANCE TESTING INC | 25 | 8 |
| 507 | DIVINE SEED CORPORATION | 25 | 8 |
| 508 | FIGURE 8 HEALTH PC | 25 | 8 |
| 509 | UNIQUE LAB SERVICES LLC | 25 | 8 |
| 510 | COUNTY WASTE OF VIRGINIA | 22 | 7 |
| 511 | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | 19 | 6 |
| 512 | REV CASTRO | 17 | 5 |
| 513 | THOMAS WIGGER | 12 | 4 |
| 514 | UNITED HEALTHCARE COMMUNITY PLAN | 10 | 3 |
| 515 | LEVAUGN SINGLETON | 10 | 3 |
| 516 | DEBRA MACKEY | 10 | 3 |
| 517 | GREENSHADES | 2 | 1 |
| 518 | MICHAELINE MAHOOD | 2 | 1 |
| 519 | MONUMENT CONSULTING LLC | 214,973 | - |
| 520 | SPICER, PAUL | 95,000 | - |
| 521 | BNP PARIBAS LEASING SOLUTIONS | 74,535 | - |
| 522 | EBS MASTER LLC | 47,796 | - |
| 523 | STAMPS COM | 42,000 | - |
| 524 | MARRIOTT RICHMOND | 25,780 | - |
| 525 | CITRIX ONLINE LLC | 24,662 | - |
| 526 | THE SUNNIE & DEWORKEN GROUP | 21,000 | - |
| 527 | SHOPLETCOM | 17,113 | - |
| 528 | KUNG, DEREK W | 13,133 | - |
| 529 | PARTNER MD | 10,422 | - |
| 530 | MEDICAL MASTERMIND | 10,100 | - |
| 531 | DELOITTE TAX LLP | 10,000 | - |
| 532 | DENNEMEYER & COMPANY LLC | 8,859 | - |
| 533 | PRACTICE FUSION | 8,085 | - |
| 534 | DAKO NORTH AMERICA | 6,701 | - |
| 535 | MEDICAL STAFFING OF NORTHWEST MISSOURI | 6,075 | - |
| 536 | ECLINICALWORKS | 5,900 | - |
| 537 | Fleetcor Technologies | 10,310 | - |
| 538 | HealthSCOPE Benefits | 5,726 | - |
| 539 | R R DONNELLEY | 5,542 | - |
| 540 | LIBBY HOOPES | 5,220 | - |
| 541 | RR DONNELLEY | 5,109 | - |
| 542 | MCGLADREY LLP | 5,050 | - |
| 543 | MAILFINANCE | 5,000 | - |
| 544 | ENV SERVICES | 4,934 | - |
| 545 | POWERVAR | 4,842 | - |
| 546 | HAND CRAFT | 4,783 | - |
| 547 | PHYSICIANS REFERENCE LABORATORY LLC | 4,500 | - |
| 548 | SEECHANGE HEALTH | 4,447 | - |
| 549 | MURPHY & MCGONIGLE PC | 4,297 | - |
| 550 | RUSSELL MCALLISTER | 3,893 | - |
| 551 | DOUGLAS SCIENTIFIC | 3,891 | - |
| 552 | XPEDX | 3,886 | - |
| 553 | COLLORA LLP | 3,589 | - |
| 554 | SBMC LINCOLN HILLS LLC | 3,394 | - |
| 555 | CUSTIS FERGUSON | 3,078 | - |
| 556 | TONY HARRELL | 3,025 | - |
| 557 | CALBIOTECH | 3,000 | - |
| 558 | ANTHEM BCBS WELLPOINT | 2,760 | - |
| 559 | HANOVER FOILS LLC | 2,753 | - |
| 560 | CAPFINANCIAL PARTNERS LLC D/B/A CAPTRUST | 5,354 | - |
| 561 | LAURIE ACUNA | 7,900 | - |
| 562 | Pinnacle Mobile Phlebotomy, LLC | 2,250 | - |
| 563 | LITTLE, JENNIFER | 10,375 | - |
| | **Total** | **$ 198,229,696** | **$ 82,624,675** |