# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 15-32919 (KRH) |
| **HEALTH DIAGNOSTIC** ) | |
| **LABORATORY, INC.,** *et al.*, ) | Chapter 11 |
| ) | |
| **Debtors.**[1] ) | |
| ) | |

## ORDER DIRECTING SUBMISSION OF REPORT FOR IN-CAMERA REVIEW

Upon the Liquidating Trustee's *Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief* [Docket No. 5961] (the "Motion")[2]; and as directed by the Court during the hearing on the Motion on December 19, 2024, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. On or before December 23, 2024, The Liquidating Trustee shall submit a report (the "Report") only to the Court and to the Office of the United States Trustee for an in-camera

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, PC |
| HIRSCHLER FLEISCHER, PC | 1676 International Drive |
| The Edgeworth Building | Suite 1350 |
| 2100 East Cary Street | Tysons, Virginia 22102 |
| Post Office Box 500 | Telephone: 703.584.8900 |
| Richmond, Virginia 23218-0500 | Facsimile: 703.584.8901 |
| Telephone:    804.771.9515 | E-mail:    dswan@hirschlerlaw.com |
| Facsimile:    804.644.0957 | aklena@hirschlerlaw.com |
| E-mail:  rwestermann@hirschlerlaw.com | |
| bfalabella@hirschlerlaw.com | |
| kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

inspection indicating the total amount of disbursements expected to be made by the Liquidating Trustee before the expiration of the Liquidating Trust and including a calculation of fees that will be charged by the Office of the United States Trustee on account of such disbursements.

2. The Office of the United States Trustee shall ensure the Report remains confidential and is only accessible to the Liquidating Trustee and his professionals, this Court, and the Office of the United States Trustee unless otherwise ordered by this Court.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Jan 9 2025
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jan 13 2025

**WE ASK FOR THIS:**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:   804.771.9500
Facsimile:    804.644.0957
E-mail:        rwestermann@hirschlerlaw.com
               bfalabella@hirschlerlaw.com
               kbender@hirschlerlaw.com

and

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)

Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:     703.584.8900
Facsimile:     703.584.8901
E-mail:        dswan@hirschlerlaw.com
               aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**SEEN AND AGREED:**

*/s/ Kathryn Montgomery* (with permission)
Kathryn R. Montgomery (VSB No. 42380)
Shannon Pecoraro (VSB No. 46864)
Jason B. Shorter (VSB No. 80929)
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219
E-mail: Kathryn.Mongomery@usdoj.com
        Shannon.Pecoraro@usdoj.com

**CERTIFICATE OF ENDORSEMENT**

I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

*/s/ Robert S. Westermann*
Robert S. Westermann