# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 15-32919-KRH |
| HEALTH DIAGNOSTIC LABORATORY, | ) |
| INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors.[1] | ) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on February 5, 2025, I also caused a copy of the *Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* [Docket No. 5984] to be served by regular mail on the following:

Fidelity Investments
Attn: Direct Rollovers
P.O. Box 770001
Cincinnati, OH 45277-0037

Fidelity Workplace Services, LLC
100 Crosby Parkway
Mailzone KC1F
Covington, KY 41015

Fidelity Workplace Services, LLC
P.O. Box 770003
Cincinnati, OH 45277

Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, PC |
| HIRSCHLER FLEISCHER, PC | 1676 International Drive |
| The Edgeworth Building | Suite 1350 |
| 2100 East Cary Street | Tysons, Virginia 22102 |
| Post Office Box 500 | Telephone: 703.584.8900 |
| Richmond, Virginia 23218-0500 | Facsimile: 703.584.8901 |
| Telephone: 804.771.9515 | E-mail: dswan@hirschlerlaw.com |
| Facsimile: 804.644.0957 | aklena@hirschlerlaw.com |
| E-mail: rwestermann@hirschlerlaw.com | |
|         bfalabella@hirschlerlaw.com | |
|         kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

Dated: February 6, 2025

Respectfully submitted,

*/s/ Kollin G. Bender*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: 804.771.9515
Facsimile: 804.644.0957
E-mail:   rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw..com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: 703.584.8900
Facsimile: 703.584.8901
E-mail:   dswan@hirschlerlaw.com
          aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*