**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** )| **Chapter 11** |
| )| |
| ) | **Case No. 15-32919-KRH** |
| **HEALTH DIAGNOSTIC LABORATORY,** ) | |
| **INC.,** *et al.,* ) | **Jointly Administered** |
| ) | |
| **Debtors.**[1] ) | |
| ) | |

**CERTIFICATE OF SERVICE**

     I certify that on February 7, 2025, I caused true and correct copies of the *Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* [Docket No. 5984] and the *Notice of Hearing on Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* [Docket No. 5987] to be served by first class mail, postage pre-paid, on the following:

Fidelity Investments
CT Corporation System
4701 Cox Rd Ste 285
Glen Allen, VA, 23060 - 6808

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, PC |
| HIRSCHLER FLEISCHER, PC | 1676 International Drive |
| The Edgeworth Building | Suite 1350 |
| 2100 East Cary Street | Tysons, Virginia 22102 |
| Post Office Box 500 | Telephone:  703.584.8900 |
| Richmond, Virginia 23218-0500 | Facsimile:  703.584.8901 |
| Telephone:  804.771.9515 | E-mail:     dswan@hirschlerlaw.com |
| Facsimile:  804.644.0957 |              aklena@hirschlerlaw.com |
| E-mail:  rwestermann@hirschlerlaw.com | |
|           bfalabella@hirschlerlaw.com | |
|           kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

Fidelity Investments-Group, LLC
Janneth Miranda, Registered Agent
962 Rhonda Place
Leesburg, Virginia 20175

Dated:  February 7, 2025

Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9515
Facsimile:  804.644.0957
E-mail:        rwestermann@hirschlerlaw.com
                    bfalabella@hirschlerlaw.com
                    kbender@hirschlerlaw..com


David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:  703.584.8901
E-mail:        dswan@hirschlerlaw.com
                    aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*