| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone:  703.584.8900 |
| Post Office Box 500 | Facsimile:  703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail:  dswan@hirschlerlaw.com |
| Telephone:  804.771.9500 |          aklena@hirschlerlaw.com |
| Facsimile:  804.644.0957 | |
| E-mail:  rwestermann@hirschlerlaw.com | |
|          bfalabella@hirschlerlaw.com | |
|          kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

### PROPOSED AGENDA FOR HEARING SCHEDULED FOR
### FEBRUARY 20, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)

**I.    MATTERS IN LEAD CASE**

1.    In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

*Status:*

No timely objections have been filed, and the Liquidating Trustee will work with the Office of the United States Trustee on a proposed Order granting this Motion. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on March 18, 2025 at 11:00 a.m.

2. In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401 (k) [Docket No. 5984] and Notice thereof [Docket No. 5987].

*Related Documents:*

Certificate of Service [Docket No. 5985]

Supplemental Certificate of Service [Docket No. 5986]

Certificate of Service [Docket No. 5988]

Certificate of Service [Docket No. 5989]

*Response Deadline:* February 19, 2025

*Status:*

The Liquidating Trustee is working with Fidelity on the terms of a consent order to resolve this Motion and expects to submit same for the Court's consideration in the next seven (7) to ten (10) days. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on March 18, 2025 at 11:00 a.m.

Dated: February 18, 2025

Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:   804.771.9515
Facsimile:   804.644.0957
E-mail: rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350

Tysons, Virginia 22102
Telephone:	703.584.8900
Facsimile:	703.584.8901
E-mail:	dswan@hirschlerlaw.com
	aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*