Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com
kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No.: 15-32919-KRH**<br><br>(Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR FEBRUARY 20, 2025 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for February 20, 2025 at 2:00 p.m. (prevailing Eastern Time) is cancelled. All matters previously scheduled to be heard on February 20, 2025 at 2:00 p.m. (prevailing Eastern Time) will be adjourned to the hearing scheduled for **March 18, 2025 at 11:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: February 18, 2025          Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
        aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

2