# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-32919 (KRH) |
| **HEALTH DIAGNOSTIC** ) | Chapter 11 |
| **LABORATORY, INC.,** *et al.*, ) | |
| ) | |
| Debtors.[1] ) | |
| ) | |

## CONSENT ORDER REGARDING FIDELITY INVESTMENTS' FACTILITATION OF MR. DENT'S QUEST 401(K) ACCOUNT DISTRIBUTION

Upon the *Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* [Docket No. 5984] filed on February 6, 2025 (the "Motion")[2]; and it appearing that the relief requested is in the best interests of the Liquidating Trustee and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail:   rwestermann@hirschlerlaw.com
              bfalabella@hirschlerlaw.com
              kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:    dswan@hirschlerlaw.com
               aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and with the consent of Fidelity as evidenced by the endorsement of its counsel to this Consent Order; and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Within three (3) business days of the entry of this Consent Order, Mr. Dent shall change the address of record of his account in The Profit Sharing Plan of Quest Diagnostics Incorporated (the "Quest Account") from 631 Panorama Point, Lexington, SC 29072 to c/o his counsel, Christopher Kovach, Esq., Barnwell Whaley Patterson & Helms, LLC, 211 King Street, Suite 300, Charleston, South Carolina 29401.  For security purposes, disbursements are restricted (the "Restriction") for ten (10) business days after an address change.  Within three (3) business days of the Restriction being lifted, Mr. Dent shall request (the "Request") a full distribution of the Quest Account either online or via a Fidelity phone representative.  After five (5) business days of the receipt of the Request, Fidelity shall liquidate the Quest Account in its entirety and distribute the proceeds of such liquidation, subject to any applicable taxes and penalties, by check made payable to Mr. Dent (the "Distribution Check") to be delivered by overnight mail to the changed address of record for the Quest Account.  Within three (3) business days of receipt of the Distribution Check from Fidelity, the Liquidating Trustee and Mr. Dent's counsel shall coordinate to ensure that the Distribution Check is assigned and made payable in its entirety to the Liquidating Trustee and then delivered by overnight mail to the Liquidating Trustee, Richard Arrowsmith, 16510 Sugarland Road, Boyds, Maryland, 20841.  Fidelity's responsibilities shall end upon delivery of the Distribution Check.

3. The adjourned hearing on the Motion scheduled for March 18, 2025, at 2:00 p.m. is cancelled and shall be removed from the Court's docket.

4. Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, this Consent Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Consent Order is waived.

5. This Court retains jurisdiction with respect to any of the terms contained in this Consent Order.

Dated: Mar 13 2025
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Mar 13 2025

**WE ASK FOR THIS:**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:   804.771.9515
Facsimile:    804.644.0957
E-mail:         rwestermann@hirschlerlaw.com
                    bfalabella@hirschlerlaw.com
                    kbender@hirschlerlaw.com


David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:   703.584.8900
Facsimile:    703.584.8901
E-mail:         dswan@hirschlerlaw.com

aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*


*/s/ Jeremy Williams* (by Robert S. Westermann with permission based on 3/11/25 email)
Jeremy S. Williams (VSB No. 77469)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 343-5327
Facsimile: (804) 783-6192
Email:   peter.barrett@kutakrock.com

-and-

Nate Ingraham, Esq.
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537
Telephone: (202) 973-2784
Facsimile: (202) 331-8330
Email:   Nathaniel.Ingraham@thompsonhine.com

*Counsel for Fidelity Investments*


### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9002-1(C), I hereby certify that the foregoing Consent Order has been endorsed by and/or served upon all necessary parties.


                                             */s/ Robert S. Westermann*
                                             Counsel