# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 15-32919 (KRH) |
| **HEALTH DIAGNOSTIC** ) | Chapter 11 |
| **LABORATORY, INC.,** *et al.*, ) | |
| ) | |
| **Debtors.**[1] ) | |
| ) | |

## ORDER COMPELLING FIDELITY INVESTMENTS TO LIQUIDATE AND TURNOVER PROCEEDS OF QUEST 401(K) TO THE LIQUIDATING TRUSTEE

Upon the *Liquidating Trustee's Motion for Entry of Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* [Docket No. 5984] (the "Motion")[2]; and it appearing that the relief requested is in the best interests of the Liquidating Trustee and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
Kollin G. Bender (VSB No. 98912)  
HIRSCHLER FLEISCHER, PC  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:     804.771.9515  
Facsimile:     804.644.0957  
E-mail:   rwestermann@hirschlerlaw.com  
             bfalabella@hirschlerlaw.com  
             kbender@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, PC  
1676 International Drive  
Suite 1350  
Tysons, Virginia 22102  
Telephone:  703.584.8900  
Facsimile:   703.584.8901  
E-mail:      dswan@hirschlerlaw.com  
               aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**.

2. Fidelity is ordered to liquidate the Quest Account and turnover the proceeds of such liquidation on or before February 14, 2025, to the Liquidating Trustee by check made payable to Richard Arrowsmith, in his capacity as the Liquidating Trustee of the HDL Liquidating Trust, and who is located at the following address: 16510 Sugarland Road, Boyds, Maryland, 20841.

3. For the avoidance of doubt, Fidelity shall not need to consult or seek permission from Mr. Dent regarding the liquidation and turnover of the Quest Account to the Liquidating Trustee.

4. Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

5. This Court retains jurisdiction with respect to any of the terms contained in this Order.

Dated: Mar 13 2025      /s/ Kevin R Huennekens
Richmond, Virginia        UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Mar 13 2025

**WE ASK FOR THIS:**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com
kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:    dswan@hirschlerlaw.com
aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9002-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Robert S. Westermann*