| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone:   703.584.8900 |
| Post Office Box 500 | Facsimile:    703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail:         dswan@hirschlerlaw.com |
| Telephone:    804.771.9500 | aklena@hirschlerlaw.com |
| Facsimile:     804.644.0957 | |
| E-mail:          rwestermann@hirschlerlaw.com | |
|                         bfalabella@hirschlerlaw.com | |
|                         kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 15-32919-KRH** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | ) | |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.**[1] | ) | |
| | ) | |

**NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S
MOTION FOR ENTRY OF ORDER TO VACATE ORDER COMPELLING
FIDELITY TO LIQUIDATE AND TURNOVER PROCEEDS OF QUEST 401(K)**

**PLEASE TAKE NOTICE** that on March 18, 2025, Richard Arrowsmith, in his capacity as the Liquidating Trustee of the HDL Liquidating Trust (the "Liquidating Trustee"), appointed pursuant to the Debtors' confirmed Modified Second Amended Plan of Liquidation (the "Plan") in these jointly administered bankruptcy cases (the "Bankruptcy Cases"), by his undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") a *Motion for Entry of Order to Vacate the Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* (the "Motion")[2] in which the Liquidating Trustee requests entry of an order compelling Fidelity to turnover the proceeds of the Quest Account.

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss it with your attorney if you have one in these Bankruptcy Cases. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** on June 29, 2016, the Bankruptcy Court entered the *Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative Procedures* [Docket No. 1261] (the "Post-Confirmation Case Management Order"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Post-Confirmation Case Management Order (the "Post-Confirmation Case Management Procedures"). On May 26, 2016, the Bankruptcy Court entered the *Order Establishing Procedures for the Prosecution and Resolution of Avoidance Claims* [Docket No. 1135] (the "Avoidance Procedures Order"). On May 26, 2017, the Bankruptcy Court entered the *Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings* [Docket No. 2740] (the "Amended Avoidance Procedures Order," and together with the Avoidance Procedures Order and Post-Confirmation Case Management Order, the "Procedures Orders"). The Procedures Orders, among other things, proscribe the manner in which objections must be filed and served and set forth when certain hearings will be conducted. Copies of the Procedures Orders may be obtained at no charge at *www.americanlegal.com/HDL* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Bankruptcy Court to grant the relief sought in the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then on or before **April 10, 2025** (the "**Response Deadline**"), you or your attorney must:

1. File with the Bankruptcy Court, either electronically or at the address shown below, a written response pursuant to Rule 9013-1 of the Local Rules of the Unites States Bankruptcy Court for the Eastern District of Virginia and the Procedures Orders. If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so the Court will **receive** it on or before the Response Deadline.

   Clerk of the Court
   United States Bankruptcy Court
   701 East Broad Street
   Richmond, Virginia 23219

2. In accordance with the Procedures Orders, you must also serve a copy of your written response on the Core Parties, the 2002 List Parties, and any Affected Entity so that the response is received on or before the Response Deadline.

3. Attend an in person hearing on the Motion (the "Hearing") on **April 17, 2025, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

For the avoidance of doubt, electronic service in accordance with Rule 5005-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Bankruptcy Court's Electronic Case Filing Policy will be deemed valid and effective service under the Procedures Orders.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Procedures Orders before filing any written response.

**If you or your attorney do not take these steps, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter appropriate orders granting the requested relief without further notice or hearing.**

DATED: March 18, 2025            */s/ Robert S. Westermann*
                                 Robert S. Westermann (VSB No. 43294)
                                 Brittany B. Falabella (VSB No. 80131)
                                 Kollin G. Bender (VSB No. 98912)
                                 HIRSCHLER FLEISCHER, P.C.
                                 The Edgeworth Building
                                 2100 East Cary Street
                                 Richmond, Virginia 23218-0500
                                 Telephone:   804.771.9500
                                 Facsimile:   804.644.0957
                                 E-mail:      rwestermann@hirschlerlaw.com
                                              bfalabella@hirschlerlaw.com
                                              kbender@hirschlerlaw.com
                                 David I. Swan (VSB No. 75632)
                                 Allison P. Klena (VSB No. 96400)
                                 HIRSCHLER FLEISCHER, PC
                                 1676 International Drive, Suite 1350
                                 Tysons, Virginia 22102
                                 Telephone:   703.584.8900
                                 Facsimile:   703.584.8901
                                 E-mail:      dswan@hirschlerlaw.com
                                              aklena@hirschlerlaw.com
                                 *Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 18, 2025, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing to all counsel of record registered with the CM/ECF system. I also certify, that on March 18, 2025, a true and correct copy of the foregoing Notice was served via email upon the following:

Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Email: peter.barrett@kutakrock.com

Nate Ingraham
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537
Email: Nathaniel.ingraham@thompsonhine.com

*Counsel for Fidelity*

                  *Robert S. Westermann*
                  Counsel