# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.*, | ) ) ) | **Case No. 15-32919-KRH** |
|  | ) | **Jointly Administered** |
| Debtors.[1] | ) ) ) |  |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection, or other responsive pleading with respect to the *Liquidating Trustee's Motion for Entry of Order to Vacate Order Compelling Fidelity Investments to Liquidate and Turnover Proceeds of Quest 401(K) to the Liquidating Trustee* (the "**Motion**") [Docket No. 6004]. The Liquidating Trustee (the "**Trustee**") in the above-captioned jointly administered Chapter 11 bankruptcy cases filed the Motion along with a Notice thereof [Docket No. 6005] with the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**") on March 18, 2025, and caused the Motion

---

[1] The Debtors in these Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "Debtors").

Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
Kollin G. Bender (VSB No. 98912)  
HIRSCHLER FLEISCHER, PC  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:   804.771.9515  
Facsimile:   804.644.0957  
E-mail:  rwestermann@hirschlerlaw.com  
           bfalabella@hirschlerlaw.com  
           kbender@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, PC  
1676 International Drive  
Suite 1350  
Tysons, Virginia 22102  
Telephone:  703.584.8900  
Facsimile:   703.584.8901  
E-mail:   dswan@hirschlerlaw.com  
           aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

to be served on all necessary parties on March 18, 2025 [Docket No. 6006]. Pursuant to the procedures set forth in the *Order Establishing Certain Post-Confirmation Notice, Case management and Administrative Procedures* [Docket No. 1261] (the "**Post-Confirmation Case Management Order**") and the Notice, objections to the Motion were to be filed and served no later than April 10, 2025.

The undersigned further certifies that he has caused a review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. The Motion was filed and served in accordance with the Post-Confirmation Case Management Order. Consequently, pursuant to the Post-Confirmation Management Order, the Liquidating Trustee may submit the proposed order granting the relief requested in the Motion without further notice or a hearing.

[*Remainder of Page Left Intentionally Blank*]

Dated: April 11, 2025

/s/ *Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hirschlerlaw.com
       bfalabella@hirschlerlaw.com
       kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:     dswan@hirschlerlaw.com
            aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 11, 2025, I caused a true and correct copy of the foregoing Certification of No Objection to be electronically served by the Court's CM/ECF system, which thereby caused an electronic notification of such filing to all counsel of record registered with the CM/ECF system. I also certify, that on April 11, 2025, a true and correct copy of the foregoing Certification of No Objection was served via email upon the following:

Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Email: peter.barrett@kutakrock.com

Nate Ingraham
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537
Email: Nathaniel.ingraham@thompsonhine.com

*Counsel for Fidelity*

                 */s/ Robert S. Westermann*
                     Counsel