Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
Kollin G. Bender (VSB No. 98912)  
HIRSCHLER FLEISCHER, P.C.  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:     804.771.9500  
Facsimile:      804.644.0957  
E-mail:          rwestermann@hirschlerlaw.com  
                     bfalabella@hirschlerlaw.com  
                     kbender@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, P.C.  
1676 International Drive, Suite 1350  
Tysons, Virginia 22102  
Telephone:     703.584.8900  
Facsimile:      703.584.8901  
E-mail:          dswan@hirschlerlaw.com  
                     aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

### PROPOSED AGENDA FOR HEARING SCHEDULED FOR
### APRIL 17, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)

**I.     MATTERS IN LEAD CASE**

1.   In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

*Status:*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

No timely objections have been filed and the Liquidating Trustee will work with the Office of the United States Trustee on a proposed Order granting this Motion. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on May 15, 2025 at 2:00 p.m.

2. In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Motion for Entry of an Order to Vacate the Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k) [Docket No. 6004] and Notice thereof [Docket No. 6005]

*Related Documents:*

Certificate of Service  [Docket No. 6006]

Certification of No Objection [Docket No. 6051]

*Response Deadline:*  April 10, 2025

*Status:*
No timely objections have been filed, and on April 11, 2025 The Liquidating Trustee submitted a fully endorsed order granting the Motion for the Court's consideration. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on May 15, 2025 at 2:00 p.m. pending entry of the submitted order.

Dated: April 15, 2025                     Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail: rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com
         kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*