IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-32919 (KRH) |
| HEALTH DIAGNOSTIC ) | Chapter 11 |
| LABORATORY, INC., *et al.*, ) | |
| ) | |
| Debtors.[1] ) | |
| ) | |

**ORDER VACATING ORDER COMPELLING
FIDELITY INVESTMENTS TO LIQUIDATE AND TURNOVER
PROCEEDS OF QUEST 401(K) TO THE LIQUIDATING TRUSTEE**

Upon the *Liquidating Trustee's Motion for Entry of an Order to Vacate the Order Compelling Fidelity to Liquidate and Turnover Proceeds of Quest 401(k)* (the "Motion")[2] [ECF No. 6004]; and it appearing that the relief requested is in the best interests of the Liquidating Trustee and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**.

2. The Order to Compel entered on March 13, 2025 [ECF No. 5999] is hereby vacated ab initio.

---

[1] The Debtors, along with the last four digits of their federal tax identification number, are Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (referred to herein collectively as "HDL").

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3. Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

4. This Court retains jurisdiction with respect to any of the terms contained in this Order.

Dated: Apr 22 2025
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Apr 22 2025

**WE ASK FOR THIS:**

/s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9515
Facsimile:    804.644.0957
E-mail:       rwestermann@hirschlerlaw.com
              bfalabella@hirschlerlaw.com
              kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    703.584.8900
Facsimile:    703.584.8901
E-mail:       dswan@hirschlerlaw.com
              aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**SEEN AND AGREED:**

*/s/ Peter J. Barrett (by Kollin G. Bender with permission of 4/11/25 email)*
Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 343-5327
Facsimile: (804) 783-6192
Email:   peter.barrett@kutakrock.com

-and-

Nate Ingraham
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537
Telephone: (202) 973-2784
Facsimile: (202) 331-8330
Email:   Nathaniel.ingraham@thompsonhine.com

*Counsel for Fidelity*

# CERTIFICATION OF ENDORSEMENT
# UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9002-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Robert S. Westermann*