| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | David I. Swan (VSB No. 75632) |
| Brittany B. Falabella (VSB No. 80131) | Allison P. Klena (VSB No. 96400) |
| Kollin G. Bender (VSB No. 98912) | HIRSCHLER FLEISCHER, P.C. |
| HIRSCHLER FLEISCHER, P.C. | 1676 International Drive, Suite 1350 |
| The Edgeworth Building | Tysons, Virginia 22102 |
| 2100 East Cary Street | Telephone: 703.584.8900 |
| Post Office Box 500 | Facsimile: 703.584.8901 |
| Richmond, Virginia 23218-0500 | E-mail: dswan@hirschlerlaw.com |
| Telephone: 804.771.9500 | aklena@hirschlerlaw.com |
| Facsimile: 804.644.0957 | |
| E-mail: rwestermann@hirschlerlaw.com | |
| bfalabella@hirschlerlaw.com | |
| kbender@hirschlerlaw.com | |

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | **Jointly Administered** |

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR
MAY 15, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**I.   MATTER IN LEAD CASE**

1. In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

*Status:*

  No timely objections have been filed, and the Liquidating Trustee is working with the Office of the United States Trustee on a proposed Order granting this Motion. Additionally, the Liquidating Trustee and the Dent Parties are working with the Judicial Mediator (the Honorable Frank J. Santoro) to resolve one final mediation issue. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on June 17, 2025 at 2:00 p.m.

Dated: May 13, 2025        Respectfully submitted,

       */s/ Robert S. Westermann*
       Robert S. Westermann (VSB No. 43294)
       Brittany B. Falabella (VSB No. 80131)
       Kollin G. Bender (VSB No. 98912)
       HIRSCHLER FLEISCHER, P.C.
       The Edgeworth Building
       2100 East Cary Street
       Post Office Box 500
       Richmond, Virginia 23218-0500
       Telephone: 804.771.9515
       Facsimile: 804.644.0957
       E-mail: rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com
         kbender@hirschlerlaw.com

       David I. Swan (VSB No. 75632)
       Allison P. Klena (VSB No. 96400)
       HIRSCHLER FLEISCHER, P.C.
       1676 International Drive, Suite 1350
       Tysons, Virginia 22102
       Telephone: 703.584.8900
       Facsimile: 703.584.8901
       E-mail:  dswan@hirschlerlaw.com
         aklena@hirschlerlaw.com

       *Counsel for Richard Arrowsmith,*
       *Liquidating Trustee of the HDL Liquidating Trust*