# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Shannon Pecoraro, Esquire, withdraws her appearance as counsel for the United States Trustee in the attached list of cases.

Date:  May 16, 2025    By:    /s/ Shannon Pecoraro
Shannon Pecoraro, Esquire (VSB #46864)
Trial Attorney
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices in each of the cases identified in the list attached hereto..

/s/ Shannon Pecoraro
Shannon Pecoraro, Esquire

---

Kathryn R. Montgomery, AUST (VSB 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

| Case No. | Case Title |
| --- | --- |
| 15-32450-KLP | Patriot Coal Corporation |
| 15-32919-KRH | Health Diagnostic Laboratory, Inc. |
| 16-34750-KLP | Oyster Company of Virginia, LLC |
| 20-30869-KLP | Robert S. Watkins |
| 20-33332-KLP | Le Tote, Inc. |
| 11-34586-KRH | Jonathan Beckham Lowe and Jennifer Anjanette Lowe |
| 20-32805-KLP | Daniel James Heller and Tanya Renee Heller |
| 21-32654-FJS | Nathan T. Scheetz and Megan L. Scheetz |
| 22-30056-KHK | Michael Gregory Wilson |
| 22-30416-KHK | Raquel I Rivera and Rolando A Lopez |
| 22-30880-FJS | Tyler Michael Simmons |
| 22-31081-BFK | Maricel Arias Wunderlich |
| 22-31494-KHK | Curtis J. Butler, Jr. and Amanda C. Butler |
| 22-31503-KLP | Ayman Saad Bechara |
| 22-32239-KHK | Khalil Wali Latif |
| 22-32259-KLP | Arturo Montecinos |
| 22-32660-KHK | Annisha Carol Cook |
| 22-32672-KLP | Najib U. Akhtar |
| 23-30138-KHK | William Lloyd Williford, Jr. |
| 23-31762-BFK | Alonzo T Scott, Sr. |
| 23-31808-KLP | Leland Brook Rupp |
| 23-32299-KLP | Stephanie M Torres |
| 23-33032-KLP | Horace L. Griffiths |
| 23-33271-KHK | Raymond Lee Franklin |
| 23-33656-KHK | Rebecca Scott Williams |
| 23-34278-KLP | Jason Lee Campbell |
| 24-30269-FJS | Caleb Hayden Pruett |
| 24-30414-KLP | Dustin Jemal Hendrickson |
| 24-30571-KHK | Sandra Alesia Robinson |
| 24-31998-KHK | Marcela Lucia Sosa |
| 24-32141-KLP | John Leonard Bunch, Jr. and Julie Lynn Bunch |
| 24-32469-KLP | Vivian Beatrice Holman |
| 24-33324-KLP | Cheyja Toyan Andrews |
| 24-33497-KLP | Donna Marie White |
| 24-34621-KHK | Shoneka Mache Wyatt |
| 24-34712-KLP | Roderick A Parham and Jocelyn M Johnson-Parham |
| 25-30162-FJS | Jermaine A. Coles and Sharon M. Coles |