Robert S. Westermann (VSB No. 43294)  
Brittany B. Falabella (VSB No. 80131)  
Kollin G. Bender (VSB No. 98912)  
HIRSCHLER FLEISCHER, P.C.  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:   804.771.9500  
Facsimile:   804.644.0957  
E-mail:   rwestermann@hirschlerlaw.com  
bfalabella@hirschlerlaw.com  
kbender@hirschlerlaw.com  

David I. Swan (VSB No. 75632)  
Allison P. Klena (VSB No. 96400)  
HIRSCHLER FLEISCHER, P.C.  
1676 International Drive, Suite 1350  
Tysons, Virginia 22102  
Telephone:   703.584.8900  
Facsimile:   703.584.8901  
E-mail:   dswan@hirschlerlaw.com  
aklena@hirschlerlaw.com  

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR  
JUNE 17, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**I.    MATTER IN LEAD CASE**

1.  In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

*Status:*

      No timely objections have been filed, and the Liquidating Trustee is working with the Office of the United States Trustee on a proposed Order granting this Motion. Additionally, the Liquidating Trustee and the Dent Parties are working with the Judicial Mediator (the Honorable Frank J. Santoro) to resolve one final issue. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on August 21, 2025 at 2:00 p.m.

Dated: June 11, 2025　　　　　　　　　　Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:　804.771.9515
Facsimile:　804.644.0957
E-mail: rwestermann@hirschlerlaw.com
　　　　bfalabella@hirschlerlaw.com
　　　　kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:　703.584.8900
Facsimile:　703.584.8901
E-mail:　　dswan@hirschlerlaw.com
　　　　　aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*