Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9500
Facsimile:      804.644.0957
E-mail:          rwestermann@hirschlerlaw.com
                 bfalabella@hirschlerlaw.com
                 kbender@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:      703.584.8900
Facsimile:      703.584.8901
E-mail:          dswan@hirschlerlaw.com
                 aklena@hirschlerlaw.com

*Counsel for Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No.: 15-32919-KRH**<br><br>(Jointly Administered) |

## NOTICE OF CANCELLATION OF HEARING
## SCHEDULED FOR JUNE 17, 2025 AT 2:00 P.M.

**PLEASE TAKE NOTICE** that the hearing scheduled for June 17, 2025 at 2:00 p.m.

(prevailing Eastern Time) is cancelled.  The one matter previously scheduled to be heard on June

17, 2025 at 2:00 p.m. (prevailing Eastern Time) will be adjourned to the hearing scheduled for

**August 21, 2025 at 2:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: June 11, 2025                    Respectfully submitted,

                                        /s/ Robert S. Westermann
                                        Robert S. Westermann (VSB No. 43294)
                                        Brittany B. Falabella (VSB No. 80131)
                                        Kollin G. Bender (VSB No. 98912)
                                        HIRSCHLER FLEISCHER, P.C.
                                        The Edgeworth Building
                                        2100 East Cary Street
                                        Post Office Box 500
                                        Richmond, Virginia 23218-0500
                                        Telephone:    804.771.9515
                                        Facsimile:    804.644.0957
                                        E-mail: rwestermann@hirschlerlaw.com
                                                bfalabella@hirschlerlaw.com
                                                kbender@hirschlerlaw.com

                                        David I. Swan (VSB No. 75632)
                                        Allison P. Klena (VSB No. 96400)
                                        HIRSCHLER FLEISCHER, P.C.
                                        1676 International Drive, Suite 1350
                                        Tysons, Virginia 22102
                                        Telephone:    703.584.8900
                                        Facsimile:    703.584.8901
                                        E-mail:       dswan@hirschlerlaw.com
                                                      aklena@hirschlerlaw.com

                                        *Counsel for Richard Arrowsmith,*
                                        *Liquidating Trustee of the HDL Liquidating Trust*

2