**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HEALTH DIAGNOSTIC LABORATORY, ) | Case No. 15-32919-KRH |
| INC., *et. al.*, ) | |
| ) | Jointly Administered |
| Debtor. ) | |

---

### NOTICE OF SUBSTITUTION AND APPEARANCE OF
### SPOTTS FAIN PC AS COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Spotts Fain PC is hereby substituted in and makes its appearance as counsel of record for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust, in place of Hirschler Fleischer, P.C.

Dated: July 14, 2025

**RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST**

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
churley@spottsfain.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2025, I caused a true and correct copy of the foregoing Notice of Substitution and Appearance of Counsel to be electronically served by the Court's CM/ECF system, which thereby caused an electronic notification of filing to be served on all registered users of the ECF system who have filed notices of appearances in this case.

                                                           /s/ *Robert S. Westermann*
                                                                          Counsel