**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HEALTH DIAGNOSTIC LABORATORY, ) | **Case No. 15-32919-KRH** |
| INC., *et. al.,* ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

---

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR**
**AUGUST 21, 2025, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

I. **MATTER IN LEAD CASE**

1. In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

Certificate of Service [Docket No. 5964]

Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

*Status:*

      No timely objections have been filed, and the Liquidating Trustee is working with the Office of the United States Trustee on a proposed Order granting this Motion. Additionally, the Liquidating Trustee and the Dent Parties are working with the Judicial Mediator (the Honorable Frank J. Santoro) to resolve one final issue. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on October 16, 2025, at 2:00 p.m.

Dated: August 19, 2025          Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
      churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

2