**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HEALTH DIAGNOSTIC LABORATORY, ) | **Case No. 15-32919-KRH** |
| INC., *et. al.*, ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

---

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR AUGUST 21, 2025, AT 2:00 P.M.

**PLEASE TAKE NOTICE** that the hearing scheduled for August 21, 2025, at 2:00 p.m. (prevailing Eastern Time) is cancelled. The one matter previously scheduled to be heard on August 21, 2025, at 2:00 p.m. (prevailing Eastern Time) will be adjourned to the hearing scheduled for **October 16, 2025, at 2:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
      churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*

Dated: August 19, 2025                             Respectfully submitted,

                                                          */s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
        churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*