Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
      churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HEALTH DIAGNOSTIC LABORATORY, ) | **Case No. 15-32919-KRH** |
| INC., *et. al.*, ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

---

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR**
**OCTOBER 21, 2025, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**I.    MATTER IN LEAD CASE**

    1.    In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

    Certificate of Service [Docket No. 5964]

    Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

*Response Deadline:* December 16, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

*Status:*

      No timely objections have been filed, and the Liquidating Trustee is working with the Office of the United States Trustee on a proposed Order granting this Motion. Additionally, the Liquidating Trustee and the Dent Parties are working with the Judicial Mediator (the Honorable Frank J. Santoro) to resolve one final issue. In light of the foregoing, the Liquidating Trustee requests that this matter be adjourned to the Omnibus Hearing on December 18, 2025, at 2:00 p.m.

Dated: October 17, 2025          Respectfully submitted,

                                      */s/ Robert S. Westermann*
                                      Robert S. Westermann (VSB No. 43294)
                                      Christopher A. Hurley (VSB No. 93575)
                                      Spotts Fain PC
                                      411 E. Franklin St., Suite 600
                                      Richmond, Virginia 23219
                                      Telephone: (804) 697-2000
                                      Facsimile: (804) 697-2100
                                      Email: rwestermann@spottsfain.com
                                                churley@spottsfain.com
                                      *Counsel for Richard Arrowsmith, Liquidating*
                                      *Trustee of the HDL Liquidating Trust*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2025, I caused a true and correct copy of the foregoing to be electronically served by the Court's CM/ECF system, which thereby caused an electronic notification of filing to be served on all registered users of the ECF system who have filed notices of appearance in this case.

                                                        */s/ Robert S. Westermann*
                                                                    Counsel