Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
       churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et. al.,* | ) | Case No. 15-32919-KRH |
| | ) | |
| | ) | Jointly Administered |
| **Debtor.** [1] | ) | |

---

### NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR OCTOBER 21, 2025, AT 2:00 P.M.

**PLEASE TAKE NOTICE** that the hearing scheduled for October 21, 2025, at 2:00 p.m. (prevailing Eastern Time) is cancelled. The one matter previously scheduled to be heard on October 21, 2025 at 2:00 p.m. (prevailing Eastern Time) will be adjourned to the hearing scheduled for **December 18, 2025, at 2:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Dated: October 17, 2025

Respectfully submitted,

/s/ *Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
      churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2025, I caused a true and correct copy of the foregoing to be electronically served by the Court's CM/ECF system, which thereby caused an electronic notification of filing to be served on all registered users of the ECF system who have filed notices of appearance in this case.

                                              /s/ *Robert S. Westermann*
                                                Counsel