IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

|  |  |  |
|---|---|---|
| **In re:** | ) ) | Chapter 11 |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | ) ) ) ) | Case No.: 15-32919-KRH |
|  | ) | Jointly Administered |
| **Debtors.**[1] | ) ) |  |

**NOTICE OF FILING OF FURTHER REVISED EXHIBIT B TO
LIQUIDATING TRUSTEE'S MOTION FOR (I) ENTRY OF
FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASES; (II)
DISCHARGE OF CLAIMS AGENT; AND (III) RELATED RELIEF**

Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust (the "Trust"), hereby files this Notice of Filing of Revised Exhibit B (the "Final Account") to the Liquidating Trustee's Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases; (II) Discharge of Claims Agent; and (III) Related Relief (the "Motion") [Docket No. 5961]. On November 25, 2024, the Liquidating Trustee filed his Motion without attaching the full Final Account. On December 20, 2024, the Liquidating Trustee filed a revised Exhibit B to the Motion, to include an amended final account. The Liquidating Trustee hereby files this Notice to inform the interested parties of a further revised Exhibit B to the Motion, revised to update the amount of professional fees paid and payments to unsecured creditors since December 20, 2024. The revised Final Account is attached hereto.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

| | |
|---|---|
| Dated: December 16, 2025 | */s/ Christopher A. Hurley* <br> Robert S. Westermann (VSB No. 43294) <br> rwestermann@spottsfain.com <br> Christopher A. Hurley (VSB No. 93575) <br> churley@spottsfain.com <br> SPOTTS FAIN PC <br> 411 East Franklin St., Suite 600 <br> Telephone: (804) 697-2000 <br> Facsimile: (804) 697-2100 <br> *Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust* |

## Exhibit B

**Final Account**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | ) Case No.: 15-32919-KRH |
| Debtors.[2] | ) Jointly Administered |

# FINAL ACCOUNT

The above-captioned Debtors filed with the United States Bankruptcy Court for the Eastern District of Virginia voluntary petitions for relief under Title 11, Chapter 11 of the United States Code (the "Bankruptcy Code"). Pursuant to the requirements of section 1106(a)(7) of the Bankruptcy Code and the Order Confirming the Debtors' Second Amended Plan of Liquidation [Docket No. 1095] confirming the Debtors' Second Amended Plan of Liquidation (the "Plan"), Richard Arrowsmith, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the HDL Liquidating Trust, now files this final account, as follows:[3]

1. Administrative Claims paid: $1,747,631. See **Schedule A** attached hereto for a listing of Administrative Claims paid in total by claimant.

2. Fee Claims paid: $86,754,685. See **Schedule A** for a listing of the professionals paid by professional.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

3. United States Trustee fees paid: All such fees have been paid in full by either the Debtors or the Liquidating Trust in the ordinary course of business and/or as provided for by the Plan and will continue to be paid until the Cases are closed.

4. Priority Tax Claims paid: $31,162. See **Schedule A** for a listing of the Priority Tax Claims paid by locality.

5. Class 1 Priority Non-Tax Claims paid: $22,642. See **Schedule A** for a listing of the Class 1 Priority Non-Tax Claims paid in total by claimant.

6. Class 2 Secured Claims paid: $14,681,508. See **Schedule A** for a listing of the Class 2 Secured Claims paid in total by claimant.

7. Class 3 General Unsecured Claims paid: $84,001,938. See **Schedule A** for a listing of the Class 3 General Unsecured Claims paid in total by claimant.

8. Class 4 Subordinated Claims paid: $0.00 paid consistent with the Plan.

9. Class 5 Interests paid: $0.00 paid consistent with the Plan.

WHEREFORE, the Liquidating Trustee submits this Final Account in discharge of his duties and obligations pursuant to sections 1106 and 1107 of the Bankruptcy Code.

Dated: December 16, 2025

*/s/ Christopher A. Hurley*
Robert S. Westermann (VSB No. 43294)
rwestermann@spottsfain.com
Christopher A. Hurley (VSB No. 93575)
churley@spottsfain.com
SPOTTS FAIN PC
411 East Franklin St., Suite 600
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**Schedule A**

# HDL Liquidating Trust
*Summary of Claims*
As of 12/11/2025

## Summary Claims

| | | | Amount Paid |
|---|---|---|---:|
| 1 | Administrative Claims | $ | 1,747,631 |
| 2 | Professional Fee Claims | | 86,754,685 |
| 3 | Priority Tax Claims | | 31,162 |
| 4 | Priority Claims | | 22,642 |
| 5 | Secured Claims | | 14,681,508 |
| 6 | General Unsecured Claims Paid | | 84,001,938 |
| | **Total** | **$** | **187,239,565** |

# HDL Liquidating Trust

*Schedule of Admin Claims Paid*
*Source: Province Claims Schedule*

|    | Creditor Name | Claim No. | Amount Paid | Category |
|---|---|---|---|---|
| 1 | CLAIMS RECOVERY GROUP LLC, AS ASSIGNEE OF METABOLON, INC. | 1277 | $ 555,530 | |
| 2 | ROPES & GRAY LLP | D#1164 | 101,892 | |
| 3 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 1077 | 91,256 | |
| 4 | ROPES & GRAY LLP | A1 | 79,465 | |
| 5 | BECKMAN COULTER INC | 1281 | 35,000 | |
| 6 | TALIAFERRO, JAMIE | 1329(a) | 5,000 | |
| 7 | BIOTEX SOLUTIONS INC | 1325 | 4,150 | |
| 8 | ARAMARK REFRESHMENT SERVICES | 1383 | 2,432 | |
| 9 | US DEPT OF JUSTICE CIVIL DIV | 1257 | 1,535 | |
| 10 | HANOVER MOB LLC | 1296 | 1,477 | |
| 11 | R&D SYSTEMS INC. | 1223(a) | 901 | |
| 12 | U.S. Department of Health and Human Services | 1258 | 416 | |
| 13 | CALFEE HALTER & GRISWOLD LLP | 1299 | 372 | |
| 14 | KAMIYA BIOMEDICAL COMPANY | 1207 | 372 | |
| 15 | STATE OF CONNECTICUT | 1080 | 250 | |
| 16 | MG1 ENTERPRISES INC | 1351 | 81 | |
| 17 | MICHAEL BARRETT | 1218 | 30 | |
| 18 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 1175 | 25 | |
| 19 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF VWR INTERNATIONAL | 1061(a) | 184,614 | 503(b)(9) |
| 20 | CLEVELAND HEART LAB INC | 1279(a) | 176,820 | 503(b)(9) |
| 21 | NUMARES GROUP CORPORATION | 1385 | 127,702 | 503(b)(9) |
| 22 | GENERAL ATOMICS, AS ASSIGNEE OF DIADEXUS INC. | 1201 | 121,661 | 503(b)(9) |
| 23 | DIASORIN INC | 1024(a) | 86,844 | 503(b)(9) |
| 24 | BG MEDICINE INC | 1036(a) | 78,840 | 503(b)(9) |
| 25 | MERCODIA INC | 1159 | 55,324 | 503(b)(9) |
| 26 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF BIOLINE | 1059 | 17,455 | 503(b)(9) |
| 27 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF MERIDIAN LIFE SCIENCES | 1060 | 16,322 | 503(b)(9) |
| 28 | FRONTLINE EXHIBITS | 1262 | 1,172 | 503(b)(9) |
| 29 | BGB ANALYTIK USA LLC | 1112(a) | 693 | 503(b)(9) |
| | **Total** | | **$ 1,747,631** | |

# HDL Liquidating Trust

*Schedule of Professional Fee Claims*
*Source: Keiter AP schedule*

*For the period June 8, 2015 - November 30, 2025*

|    | Professional Name | Amount Paid |
|----|---|---:|
| 1  | COOLEY LLP | $ 29,971,209 |
| 2  | WOLCOTT RIVERS GATES ATTY AT LAW | 14,578,913 |
| 3  | Alvarez and Marsal | 9,079,068 |
| 4  | Hirschler Fleischer P. C. | 8,737,335 |
| 5  | FTI CONSULTING INC. | 4,714,059 |
| 6  | Protiviti Inc. | 3,002,232 |
| 7  | Hunton & Williams LLP | 2,889,419 |
| 8  | BERKELEY RESEARCH GROUP | 2,811,230 |
| 9  | Keiter | 2,278,027 |
| 10 | NAVIGANT | 2,025,572 |
| 11 | ANKURA CONSULTING GROUP LLC | 1,872,754 |
| 12 | NELSON MULLINS RILEY & SCARBOROUGH LLP | 1,046,571 |
| 13 | American Legal Claim Services, LLC | 622,055 |
| 14 | CHRISTIAN & SMALL ATTORNEYS | 568,309 |
| 15 | Ropes & Gray LLP | 373,865 |
| 16 | PROVINCE INC | 364,254 |
| 17 | RIDGEVIEW LAW PLLC | 315,515 |
| 18 | Douglas L. Sbertoli | 306,540 |
| 19 | RCM BILLING AND CONSULTING | 298,009 |
| 20 | DIAMOND MCCARTHY LLP | 138,835 |
| 21 | ODIN, FELDMAN & PITTMAN, P.C. | 104,163 |
| 22 | REID COLLINS & TSAI LLP | 100,109 |
| 23 | Finnegan Henderson Farabow Garrett & Dunner LLP | 76,338 |
| 24 | GREENBERG TRAURIG LLP | 75,000 |
| 25 | ALASTAR PARTNERS LLC | 58,817 |
| 26 | ALVAREZ & MARSAL DISPUTES LITIG. LLC | 46,133 |
| 27 | SPOTTS FAIN PC | 42,515 |
| 28 | ASPEN RIDGE ADVISORY LLC | 37,627 |
| 29 | H. CARTER REDD | 35,700 |
| 30 | Nancy F Lesser | 33,897 |
| 31 | EPIQ eDISCOVERY SOLUTIONS INC | 33,780 |
| 32 | POLSINELLI PC | 29,676 |
| 33 | STEPTOE LLP | 19,354 |
| 34 | SANDS ANDERSON PC | 15,870 |
| 35 | GORFINE SCHILLER & GARDYN PA | 12,998 |
| 36 | FREJKA PLLC BANKRUPTCY CORP LITIG. | 10,703 |
| 37 | REED SMITH LLP | 7,330 |
| 38 | SPOTSWOOD SANSOM & SANSBURY LLC | 7,097 |
| 39 | AIRD & BERLIS LLP | 6,799 |
| 40 | MEHR CONSULTING LLC | 3,338 |
| 41 | MEYERGOERGEN PC | 2,065 |
| 42 | JONES WALKER LLP | 1,607 |
|    | **Total Paid** | **$ 86,754,685** |

## HDL Liquidating Trust

*Schedule of Priority Tax Claims Paid*
*Source: Province Claims Schedule*

|   | Creditor Name | Claim No. | Amount Paid | Unpaid |
|---|---|---|---|---|
| 1 | NM Taxation & Revenue Department | 1250(a) | 226 | - |
| 2 | Commonwealth of Virginia Department of Taxation | 1055 | 71 | - |
| 3 | FRANCHISE TAX BOARD | -- | 30,865 | - |
|   | **Total** |   | **$ 31,162** | **-** |

## HDL Liquidating Trust
*Schedule of Priority Claims Paid*
*Source: Province Claims Schedule*

| | Creditor Name | Claim No. | Amount Paid | |
|---|---|---|---|---|
| 1 | JOHN K. AUSTIN | 1141 | $ | 12,475 |
| 2 | TALIAFERRO, JAMIE | 1329(b) | | 10,000 |
| 3 | SUFFOLK CITY TREASURER | 1008 | | 167 |
| | **Total** | | **$** | **22,642** |

## HDL Liquidating Trust

*Schedule of Secured Claims Paid*
*Source: Province Claims Schedule*

|   | Creditor Name | Claim No. | Amount Paid |
|---|---|---|---:|
| 1 | BB&T | s602 | $ 4,000,000 |
| 2 | BB&T | s603 | 3,284,370 |
| 3 | BB&T EQUIPMENT FINANCE, LLC | s600 | 5,827,318 |
| 4 | BB&T EQUIPMENT FINANCE, LLC | s601 | 1,567,207 |
| 5 | HANOVER MOB LLC (LILLIBRIDGE) | 1295(a) | 1,575 |
| 6 | HARBOUR VIEW ASSOCIATES LLC | 1083(a) | 1,037 |
|   | **Total** |   | **$ 14,681,508** |

## HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| # | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---|---|
| 1 | CEDAR GLADE CGIC LP | 75,000,000 | 32,021,016 |
| 2 | AETNA INC | 49,500,000 | 21,133,871 |
| 3 | THE UNITED STATES DEPARTMENT OF JUSTICE | 40,644,853 | 17,353,193 |
| 4 | HAIN CAPITAL INVESTORS LLC | 3,988,155 | 1,702,730 |
| 5 | HORIZON HEALTHCARE SERVICES INC | 3,800,000 | 1,622,398 |
| 6 | PNC EQUIPMENT FINANCE LLC | 3,125,715 | 1,334,514 |
| 7 | BRADFORD CAPITAL HOLDINGS LP | 3,056,050 | 1,304,771 |
| 8 | METABOLON INC | 2,300,000 | 981,978 |
| 9 | ARGO PARTNERS | 1,995,020 | 851,768 |
| 10 | FAIR HARBOR CAPITAL LLC | 1,661,048 | 708,845 |
| 11 | GENERAL ATOMICS | 1,390,425 | 593,638 |
| 12 | CEDAR GLADE LP | 1,067,679 | 455,842 |
| 13 | BANK OF THE WEST | 717,671 | 306,407 |
| 14 | FedEx TechConnect Inc | 707,628 | 302,119 |
| 15 | Cedar Glade Capital, LLC | 647,405 | 276,408 |
| 16 | SBERTOLI, DOUGLAS L | 550,000 | 234,821 |
| 17 | ILLUMINA INC | 500,000 | 213,473 |
| 18 | MCKEAN, ANNA | 436,674 | 186,437 |
| 19 | DENKA COMPANY LIMITED | 406,529 | 173,566 |
| 20 | PHILLIPS & COHEN LLP | 381,500 | 144,628 |
| 21 | FINNEGAN HENDERSON FARABOW | 373,826 | 159,604 |
| 22 | COTCHETT PITRE AND MCCARTHY LLP | 350,000 | 149,431 |
| 23 | VWR INTERNATIONAL LLC | 335,318 | 89 |
| 24 | WILTSHIRE, CHERYL A | 266,332 | 113,710 |
| 25 | PROFOOTBALL INC | 250,000 | 106,737 |
| 26 | HALFPENNY TECHNOLOGIES, INC | 240,100 | 102,510 |
| 27 | PIETRAGALLO GORDON ALFANO | 225,000 | 96,063 |
| 28 | MONUMENT CONSULTING LLC | 214,973 | - |
| 29 | RASKY BAERLEIN STRATEGIC COMM INC | 201,525 | 86,040 |
| 30 | MERCODIA INC | 196,256 | 83,791 |
| 31 | SUNTRUST BANK | 181,400 | 77,448 |
| 32 | KRONUS INC | 181,170 | 77,350 |
| 33 | TOYOTA TSUSHO AMERICA INC | 167,311 | 71,433 |
| 34 | MEDIRIS SOLUTIONS LLC | 149,764 | 63,941 |
| 35 | MedHelp International, Inc | 106,250 | - |
| 36 | SPICER, PAUL | 95,000 | - |
| 37 | CERTIFAGIFT COMPANY | 91,815 | 39,200 |
| 38 | ASM CAPITAL V LP | 91,261 | 38,964 |
| 39 | INOVA DIAGNOSTIC INC | 89,429 | 38,182 |
| 40 | TRINITY BIOTECH, INC | 88,290 | 37,695 |
| 41 | Diasorin Inc | 77,074 | 32,323 |
| 42 | BNP PARIBAS LEASING SOLUTIONS | 74,535 | - |
| 43 | CDW | 72,972 | 29,683 |
| 44 | AFMS LLC | 71,482 | 30,519 |
| 45 | LABTECH DIAGNOSTICS LLC | 66,610 | 26,596 |
| 46 | CAIN BROTHERS A DIV OF KEYBANC CAP MKTS | 53,869 | 22,999 |
| 47 | DYNEX TECHNOLOGIES INC | 51,456 | 21,969 |
| 48 | EDWARDS BUSINESS MACHINES INC | 50,000 | 21,347 |
| 49 | EBS MASTER LLC | 47,796 | - |
| 50 | CORGENIX INC | 47,707 | 20,007 |
| 51 | STERICYCLE | 44,850 | 19,004 |
| 52 | PRAXAIR DISTRIBUTION INC | 44,606 | 19,044 |
| 53 | STAMPS COM | 42,000 | - |
| 54 | MOBELUX LLC | 40,890 | 17,458 |
| 55 | WEST END LOCK & SECURITY | 39,114 | 16,700 |
| 56 | ERNST & YOUNG LLP | 37,033 | 15,811 |
| 57 | BIOTEX AXIS OF CALIFORNIA LLC | 35,975 | 15,359 |
| 58 | PEAK 10 INC | 34,526 | 14,741 |
| 59 | MIDLOGREEN LLC | 34,277 | 14,635 |
| 60 | State of Florida Dep of Legal Affairs | 34,010 | 14,263 |
| 61 | STATE OF NORTH CAROLINA NC ATTORNEY GENERALS OFFICE | 33,077 | 14,122 |
| 62 | UNIVERSAL AMERICAN CORP | 32,735 | - |
| 63 | SPAIN AND GILLON LLC | 30,910 | 13,197 |
| 64 | HANOVER MOB LLC | 29,773 | 12,712 |
| 65 | GLOBAL CROSSING TELECOMMUNICATIONS INC | 26,097 | 11,142 |
| 66 | SIGMAALDRICH | 25,981 | 11,092 |
| 67 | ATLANTIC RESOURCE GROUP INC | 25,842 | 9,213 |
| 68 | MARRIOTT RICHMOND | 25,780 | - |
| 69 | ASM CAPITAL X LLC | 25,572 | 10,549 |
| 70 | QLIKTECH INC | 24,866 | 10,616 |
| 71 | BEATTIE B ASHMORE PA | 24,712 | 10,551 |
| 72 | CITRIX ONLINE LLC | 24,662 | - |
| 73 | CARPMAELS & RANSFORD LLP | 23,809 | 10,165 |
| 74 | STATE OF GEORGIA | 22,845 | 8,661 |
| 75 | THE SUNNIE & DEWORKEN GROUP | 21,000 | - |
| 76 | KROLL ONTRACK INC | 20,639 | 8,812 |
| 77 | SUN DIAGNOSTICS LLC | 20,593 | 8,792 |
| 78 | THE HORTON GROUP INC | 19,898 | 8,495 |
| 79 | Tension Envelope Corporation | 19,236 | 8,213 |
| 80 | SC SOLUTIONS GROUP LLC | 19,040 | 8,129 |
| 81 | MERIDIAN LIFE SCIENCE INC | 18,406 | 7,719 |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| # | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---:|---:|
| 82 | ACCOUNTING PRINCIPALS INC | 18,360 | 7,839 |
| 83 | The Advisory Board Company | 18,181 | 7,625 |
| 84 | SHOPLETCOM | 17,113 | - |
| 85 | FITZGERALD, KATHLEEN A | 16,426 | 7,013 |
| 86 | MESO SCALE DIAGNOSTICS LLC | 15,968 | 6,697 |
| 87 | CALFEE HALTER & GRISWOLD LLP | 15,809 | 6,749 |
| 88 | LANCASTER GENERAL HOPITAL | 15,269 | 6,519 |
| 89 | FLORES AND ASSOCIATES LLC | 15,000 | 1,743 |
| 90 | NAT ASSN OF MEDICAID FRAUD CNTRL UNITS | 14,622 | 6,243 |
| 91 | CLAIMS RECOVERY GROUP LLC | 13,838 | 5,908 |
| 92 | KUNG, DEREK W | 13,133 | - |
| 93 | SARSTEDT INC | 12,925 | 5,518 |
| 94 | TSRC INC | 12,764 | 5,450 |
| 95 | STATE OF SOUTH CAROLINA | 12,460 | 5,320 |
| 96 | NFS LEASING INC | 12,429 | 5,307 |
| 97 | STATE OF ILLINOIS OFFICE OF THE ATTORNEY GENERAL | 12,405 | 5,296 |
| 98 | THE BUREAU OF NATIONAL AFFAIRS INC | 11,739 | - |
| 99 | CLINICAL PATHOLOGY LABORATORIES INC | 10,625 | - |
| 100 | PARTNER MD | 10,422 | - |
| 101 | LITTLE, JENNIFER | 10,375 | - |
| 102 | WORTH HIGGINS & ASSOCIATES INC | 10,355 | 4,421 |
| 103 | Fleetcor Technologies | 10,310 | - |
| 104 | MEDICAL MASTERMIND | 10,100 | - |
| 105 | DELOITTE TAX LLP | 10,000 | - |
| 106 | JOSEPH L MANSON III ESQ | 9,488 | 4,051 |
| 107 | STATE OF OKLAHOMA | 9,434 | 4,028 |
| 108 | STERICYCLE SPECIALTY WASTE SOLUTIONS INC | 9,346 | 3,543 |
| 109 | UNITED PARCEL SERVICE | 9,317 | - |
| 110 | ARAMARK REFRESHMENT SERVICES | 8,994 | 3,410 |
| 111 | BON SECOURS RICHMOND HEALTH SYSTEM | 8,991 | 3,839 |
| 112 | SINGULEX INC | 8,910 | - |
| 113 | DENNEMEYER & COMPANY LLC | 8,859 | - |
| 114 | SEKISUI DIAGNOSTICS LLC | 8,563 | 3,656 |
| 115 | AEROTEK INC | 8,500 | 3,629 |
| 116 | PRACTICE FUSION | 8,085 | - |
| 117 | LAURIE ACUNA | 7,900 | - |
| 118 | BIOTAGE LLC | 7,860 | - |
| 119 | LETTERLOGIC INC | 7,564 | - |
| 120 | KEITER | 7,500 | 3,202 |
| 121 | R&D SYSTEMS | 7,239 | 3,091 |
| 122 | State of Ohio | 7,237 | 3,090 |
| 123 | UPTOWN COLOR | 6,747 | 2,881 |
| 124 | STATE OF COLORADO | 6,745 | 2,812 |
| 125 | FAMILY HEALTH MEDICAL CENTER LLC | 6,725 | - |
| 126 | DAKO NORTH AMERICA | 6,701 | - |
| 127 | USA SCIENTIFIC | 6,237 | 2,663 |
| 128 | WILLIAMS MULLEN | 6,221 | 2,656 |
| 129 | MEDICAL ISOTOPES INC | 6,120 | 2,320 |
| 130 | MEDICAL STAFFING OF NORTHWEST MISSOURI | 6,075 | - |
| 131 | ECLINICALWORKS | 5,900 | - |
| 132 | HealthSCOPE Benefits | 5,726 | - |
| 133 | SMART & BIGGAR/FETHERSTONHAUGH | 5,553 | 2,371 |
| 134 | R R DONNELLEY | 5,542 | - |
| 135 | CAPFINANCIAL PARTNERS LLC D/B/A CAPTRUST | 5,354 | - |
| 136 | THOMSON REUTERS INC | 5,281 | 2,255 |
| 137 | LIBBY HOOPES | 5,220 | - |
| 138 | RR DONNELLEY | 5,109 | - |
| 139 | MCGLADREY LLP | 5,050 | - |
| 140 | MAILFINANCE | 5,000 | - |
| 141 | TALIAFERRO, JAMIE | 5,000 | 2,135 |
| 142 | BRANDON, SAMUEL D | 5,000 | 1,554 |
| 143 | COWAN OTOOLE GATES RENNIE HALL COWAN PC | 4,985 | 2,128 |
| 144 | SOUTH FLORIDA CARDIOLOGY ASSOCIATE | 4,960 | - |
| 145 | ENV SERVICES | 4,934 | - |
| 146 | POWERVAR | 4,842 | - |
| 147 | HAND CRAFT | 4,783 | - |
| 148 | KAMIYA BIOMEDICAL COMPANY | 4,687 | 2,001 |
| 149 | SPOTSWOOD SANSOME & SANSBURY LLC | 4,645 | 1,983 |
| 150 | PHYSICIANS REFERENCE LABORATORY LLC | 4,500 | - |
| 151 | NEWCLIENTS INC | 4,467 | 1,592 |
| 152 | SEECHANGE HEALTH | 4,447 | - |
| 153 | MICHAEL BANNON | 4,351 | 1,857 |
| 154 | MURPHY & MCGONIGLE PC | 4,297 | - |
| 155 | FARNAM STREET FINANCIAL INC. | 4,270 | 1,823 |
| 156 | BIOTECH CLINICAL LABORATORIES | 4,125 | 1,518 |
| 157 | LABSOFT INC | 4,000 | 1,516 |
| 158 | SAS INSTITUTE INC | 4,000 | - |
| 159 | ATLANTIC CORRUGATED BOX CO INC | 4,000 | 1,243 |
| 160 | JOHN AUSTIN | 3,979 | 1,508 |
| 161 | RUSSELL MCALLISTER | 3,893 | - |
| 162 | DOUGLAS SCIENTIFIC | 3,891 | - |

## HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---:|---:|
| 163 XPEDX | 3,886 | - |
| 164 MISSOURI HEALTHNET FRAUD REIMBURSEMENT FUND | 3,831 | 1,452 |
| 165 US BANK EQUIPMENT FINANCE | 3,786 | 1,435 |
| 166 BLACKWELL, EMMETT SCOTT | 3,653 | 1,385 |
| 167 COLLORA LLP | 3,589 | - |
| 168 Commonwealth of Kentucky | 3,588 | 1,360 |
| 169 ALCOR Scientific Inc | 3,538 | 1,261 |
| 170 DURRETTE ARKEMA GERSON AND GILL PC | 3,500 | 1,327 |
| 171 DOUGLAS COUNTY TREASURER | 3,436 | 1,303 |
| 172 SBMC LINCOLN HILLS LLC | 3,394 | - |
| 173 SCRIBE SOFTWARE CORPORATION | 3,348 | - |
| 174 LAURIE ROCKWELL | 3,320 | 1,222 |
| 175 CUSTIS FERGUSON | 3,078 | - |
| 176 TONY HARRELL | 3,025 | - |
| 177 LAB EXPRESS INC | 3,025 | 1,147 |
| 178 KAREN MICHEAL PLC | 3,000 | 1,137 |
| 179 CALBIOTECH | 3,000 | - |
| 180 WAVEFRONT SOFTWARE, INC. | 2,888 | 1,095 |
| 181 ANTHEM BCBS WELLPOINT | 2,760 | - |
| 182 HANOVER FOILS LLC | 2,753 | - |
| 183 CB LABORATORY INC | 2,750 | 201 |
| 184 RUTLEDGE ECENIA PA | 2,743 | 1,040 |
| 185 TIME WARNER CABLE | 2,707 | 928 |
| 186 PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 2,655 | 1,007 |
| 187 REGIONAL WEST MEDICAL CENTER | 2,625 | 995 |
| 188 UNICORN PALMETTO INVESTMENTS LLC | 2,415 | - |
| 189 STATE OF KANSAS | 2,376 | 901 |
| 190 COMMONWEALTH OF VIRGINIA | 2,362 | 896 |
| 191 LEAP OF FAITH PARTNERS INC | 2,285 | 866 |
| 192 CAYMAN CHEMICAL COMPANY INC | 2,271 | 861 |
| 193 Pinnacle Mobile Phlebotomy, LLC | 2,250 | - |
| 194 ATTRONICA COMPUTERS INC | 2,243 | 850 |
| 195 ANTHEM | 2,218 | - |
| 196 STATE OF IDAHO | 2,155 | 817 |
| 197 PROFESSIONAL HEALTH EXAMINERS | 2,103 | 797 |
| 198 QUEST DIAGNOSTICS INC | 2,070 | 785 |
| 199 CITY WIDE MAINTENANCE CO. INC. | 2,031 | 770 |
| 200 B&B PRINTING | 2,005 | 760 |
| 201 CPA GLOBAL | 2,000 | 758 |
| 202 HELLO HEALTH INC | 2,000 | - |
| 203 ESHA RESEARCH INC | 1,998 | - |
| 204 VANGUARD SOFTWARE CORPORATION | 1,995 | - |
| 205 SHRED IT CTS RICHMOND | 1,961 | 743 |
| 206 PAUL OWEN | 1,960 | 743 |
| 207 Commonwealth of Virginia Department of Taxation | 1,949 | 695 |
| 208 DESOTO INVESTMENTS LLC | 1,943 | 737 |
| 209 Mobile Phlebotomy Services | 1,885 | 715 |
| 210 STAR2STAR COMMUNICATIONS | 1,885 | 694 |
| 211 BIOMERIEUX INC | 1,854 | 703 |
| 212 DR THOMAS DAYSPRING | 1,833 | 695 |
| 213 ERIN LEIGH BLAKE | 1,800 | 642 |
| 214 STATE OF ARKANSAS ATTORNEY GENERAL OFFICE | 1,760 | 667 |
| 215 RECTOR AND VISTORS OF THE UNIVERSITY OF VIRGINIA | 1,711 | 649 |
| 216 ZACHARY MILLETT | 1,692 | - |
| 217 QUALITY SYSTEMS INC | 1,686 | 639 |
| 218 MERRILL COMMUNICATIONS LLC | 1,666 | 632 |
| 219 COPERNICUS GROUP INC | 1,660 | 516 |
| 220 GOLDEN RULE INSURANCE COMPANY | 1,658 | 629 |
| 221 OPEN MEDICINE INSTITUTE | 1,649 | 625 |
| 222 DECATUR HOSPITAL AUTHORITY | 1,600 | 607 |
| 223 JAMES RIVER DRYWALL LLC | 1,596 | - |
| 224 ANY LAB TEST NOW DAKOTAS | 1,550 | - |
| 225 SUMNER GROUP, INC. | 1,499 | 552 |
| 226 AMAZONCOM | 1,485 | 540 |
| 227 LANGUAGE LINE SERVICES | 1,481 | 561 |
| 228 FIRSTMED CENTRAL LLC | 1,425 | 540 |
| 229 ACCENT C O CIGNA HEALTHCARE | 1,420 | 538 |
| 230 WESTAR ENERGY INC | 1,380 | 523 |
| 231 BRIAN KOZAK | 1,352 | 499 |
| 232 EMDEON BUSINESS SERVICES | 1,313 | 171 |
| 233 ARFM LLC | 1,300 | 493 |
| 234 PATRICK LONG | 1,297 | - |
| 235 GREENWAY HEALTH LLC | 1,278 | 485 |
| 236 CHESTER COUNTY HOSPITAL | 1,275 | 483 |
| 237 IND OPULENCE LLC | 1,250 | 474 |
| 238 MEREDITH CORPORATION | 1,250 | 474 |
| 239 WILLIAMS, KRISTI | 1,247 | 473 |
| 240 UK BIOINDUSTRY ASSOCIATION | 1,236 | - |
| 241 MCKESSON MEDICAL SURGICAL INC | 1,212 | 459 |
| 242 STATE OF MARYLAND | 1,150 | 436 |
| 243 PNW LABS LLC | 1,125 | - |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| # | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---:|---:|
| 244 | CALIFORNIA ADVANCED LABELING INC | 1,109 | 421 |
| 245 | Eileen Dowling | 1,106 | 419 |
| 246 | WORLD COURIER INC | 1,063 | 403 |
| 247 | THE COMMUNITY HOSPITAL ASSOCIATION | 1,050 | - |
| 248 | DIAMOND SPRINGS WATER INC | 1,050 | 398 |
| 249 | THOMAS BUTNER | 1,035 | 392 |
| 250 | THE HERTZ CORPORATION | 1,015 | 385 |
| 251 | HASLER | 1,000 | 379 |
| 252 | FLAGSTAFF MEDICAL CENTER | 1,000 | 379 |
| 253 | MARK RUSS | 986 | 374 |
| 254 | TODD KUNARD | 975 | - |
| 255 | WOODS TESTING LLC | 975 | - |
| 256 | SANDRA HOWELL | 972 | 369 |
| 257 | INTERNAL MEDICINE & WELLNESS CENTER | 960 | 364 |
| 258 | TRIDENT MEDICAL CENTER LLC | 950 | 360 |
| 259 | FISHER SCIENTIFIC CO LLC | 941 | 357 |
| 260 | PHENIX RESEARCH PRODUCTS | 940 | 356 |
| 261 | COLONIAL SCIENTIFIC INC | 927 | 351 |
| 262 | ADVENTIST HINSDALE HOSPITAL | 925 | 351 |
| 263 | ANY LAB TEST NOW LLC | 925 | - |
| 264 | TECAN | 917 | 348 |
| 265 | ANY LAB TEST NOW! | 910 | 345 |
| 266 | LAURIE GOETZ | 893 | 329 |
| 267 | DOMINION VIRGINIA POWER | 862 | 317 |
| 268 | SHIRLEY BOSTIC | 848 | 312 |
| 269 | MEGAN METZLER | 839 | 309 |
| 270 | CHRISTY BIRCHELL | 821 | - |
| 271 | STATE OF NEW JERSEY OFFICE OF LAW AND PUBLIC SAFETY | 816 | 300 |
| 272 | CONTROLLED WELLNESS LLC | 786 | 187 |
| 273 | ATLAS DATABASE SOFTWARE CORPORATION | 780 | - |
| 274 | BIOEXPRESS CORP | 774 | 285 |
| 275 | JASON BUEHLER | 750 | 276 |
| 276 | REGIONAL MEDICAL LABORATORY | 750 | 233 |
| 277 | BIO - TEK SERVICES INC | 740 | 230 |
| 278 | BAKER-AIDUKA, ANTHONY | 703 | 259 |
| 279 | BGB Analytik USA LLC | 701 | 258 |
| 280 | MAVIDEA TECHNOLOGY GROUP LLC | 700 | 258 |
| 281 | UNIVERSITY HEALTH CARE SYSTEM | 675 | 248 |
| 282 | WASHINGTON STATE DEPT OF LABOR & INDUSTRIES | 667 | 245 |
| 283 | VIRGINIA FAMILY PRACTICE | 660 | 243 |
| 284 | DIANNE TAYLOR | 660 | - |
| 285 | C&S INVESTMENTS OF CENTRAL FLORIDA LLC | 650 | 202 |
| 286 | Victoria J Taxter | 649 | 239 |
| 287 | CAROLYN MARZENDORFER | 639 | - |
| 288 | WELLMARK | 637 | 234 |
| 289 | FULL CIRCLE TRANSLATIONS LLC | 635 | - |
| 290 | SELECT LABORATORIES LLC | 634 | 233 |
| 291 | ADVANCED MEDICAL TESTING CENTERS LLC | 625 | 230 |
| 292 | N R MOBILE PHLEBOTOMY AND DIAGNOSTICS | 625 | 223 |
| 293 | BENEFIT MANAGEMENT INC | 611 | 225 |
| 294 | SHERRI BLOOMFIELD | 609 | - |
| 295 | FUJIFILM MEDICAL SYSTEMS USA | 608 | 224 |
| 296 | LIFE TECHNOLOGIES CORPORATION | 607 | 189 |
| 297 | ST BERNARDS HOSPITAL INC | 600 | 221 |
| 298 | TESHOME, HANNA | 600 | 221 |
| 299 | ADVANCED LABORATORY SERVICES INC | 600 | 221 |
| 300 | DEBORAH CAMP | 591 | 218 |
| 301 | ALEETA O SHIELDS | 591 | 218 |
| 302 | HARRIS CARETRAKER INC | 558 | - |
| 303 | BARRY KNOWLES | 554 | 132 |
| 304 | KARE TECHNOLOGIES INC | 550 | 196 |
| 305 | WELLCARE OF MIDDLE TENNESSEE | 550 | 202 |
| 306 | NORTHSHORE UNIVERSITY HEALTHSYSTEM | 550 | - |
| 307 | STRICKLAND, MICHELLE & STEVE | 544 | 169 |
| 308 | ELECTRONIC NETWORK SYSTEMS | 543 | - |
| 309 | HIGHMARK BLUE SHIELD | 541 | 168 |
| 310 | ELECTRONIC SYSTEMS INC | 540 | 168 |
| 311 | CYNTHIA HOMSEY | 535 | 39 |
| 312 | STATEWIDE FIRE PROTECTION | 533 | - |
| 313 | WINDROSE MEDICAL PROPERTIES LP | 531 | - |
| 314 | SCIFOR INC | 526 | - |
| 315 | EMPRESAS DEL CARBON LLC | 525 | - |
| 316 | AT&T | 524 | 163 |
| 317 | DANIEL BROOKING | 523 | 163 |
| 318 | CERILLANT | 513 | 159 |
| 319 | MOLONEY, KATHRYN | 510 | - |
| 320 | NORTHWEST COMMUNITY HOSPITAL | 500 | 155 |
| 321 | TESTING ALTERNATIVES INC | 500 | 155 |
| 322 | WILLIAM NORRIS | 492 | 153 |
| 323 | CYNTHIA DOWLESS | 492 | 117 |
| 324 | ULINE | 489 | 152 |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---|---|
| 325 | BUGET FRANTZ | 486 | - |
| 326 | ARCADIA LAB & DIAGNOSTICS LLC | 475 | 35 |
| 327 | HUNTERDON MEDICAL CENTER | 475 | 113 |
| 328 | VERDE VALLEY MEDICAL CENTER | 475 | 35 |
| 329 | MG1 ENTERPRISES INC | 475 | 148 |
| 330 | ALLISON BEARD | 473 | - |
| 331 | RAMON SUAREZ JR | 461 | - |
| 332 | BANNER PLAN ADMINISTRATION | 457 | 142 |
| 333 | VIRGINIA CARDIOVASCULAR SPECIALISTS | 453 | 141 |
| 334 | MEDLABS LLC | 445 | 138 |
| 335 | STAPLES ADVANTAGE | 444 | 138 |
| 336 | HALL, KIRK | 443 | 138 |
| 337 | KRISTIN KNITTER | 436 | 135 |
| 338 | JOE SHAHEEN | 425 | 132 |
| 339 | DOMINION LOCK AND SECURITY INC | 422 | 131 |
| 340 | KATHLEEN SHELTON | 414 | 129 |
| 341 | LINDA BRUNZ | 405 | 126 |
| 342 | CERISA INC | 400 | - |
| 343 | PMCS | 391 | - |
| 344 | JAMES OLSON | 390 | - |
| 345 | SSI US INC | 381 | 118 |
| 346 | COLLEGE OF AMERICAN PATHOLOGY | 379 | 118 |
| 347 | CHARLOTTE BABCOCK | 379 | 118 |
| 348 | LIVEPERSON INC | 376 | 117 |
| 349 | PATHOLOGY ASSOCIATES MEDICAL LABS LLC | 375 | 117 |
| 350 | JUNE OAKES | 373 | 89 |
| 351 | HARBOUR VIEW ASSOCIATES LLC | 364 | 87 |
| 352 | CHARLES COMBS | 357 | 111 |
| 353 | COBB REFRIDGERATION LLC | 343 | 106 |
| 354 | COMMUNITY HOSPITAL OF MONTEREY PENINSULA | 325 | 101 |
| 355 | BRIGHTLIFE INTERNATIONAL INC | 325 | 77 |
| 356 | DEO FAVENTE GROUP LLC | 325 | - |
| 357 | IRONBRIDGE SELF STORAGE 711 | 325 | 101 |
| 358 | MAUREEN MORCHEL | 309 | - |
| 359 | SANTA CRUZ BIOTECHNOLOGY, INC. | 304 | 94 |
| 360 | CLCS TEST LLC | 300 | 93 |
| 361 | ITS IN YOUR BLOOD | 300 | 93 |
| 362 | SOUTHERN MICROSCOPE INC | 300 | 93 |
| 363 | MICHELE KAGELE | 294 | - |
| 364 | CHARTER BUSINESS | 294 | - |
| 365 | LINDENMEYR MUNROE | 291 | 90 |
| 366 | LIFEPOINT INFORMATICS | 289 | 90 |
| 367 | PAMELA SULLIVAN | 288 | 90 |
| 368 | GABRIELA LOPEZ | 287 | 89 |
| 369 | AO ASSOCIATES | 284 | - |
| 370 | PAMELA RATCLIFFE | 281 | 87 |
| 371 | UNITE HERE HEALTH | 278 | 66 |
| 372 | JC BLAIR MEMORIAL HOSPITAL | 275 | 85 |
| 373 | DIRNE HEALTH CENTERS INC | 275 | 65 |
| 374 | ANY TEST PC | 275 | 65 |
| 375 | DENNIS COURTNEY | 269 | 84 |
| 376 | PGBA LLC | 264 | - |
| 377 | ANTHEM BLUE CROSS AND BLUE SHIELD | 264 | 82 |
| 378 | JUSTIN DALTON | 263 | - |
| 379 | PHILIP RINALDI | 262 | - |
| 380 | BLUE CROSS BLUE SHIELD OF NEW MEXICO | 262 | 81 |
| 381 | LYNN GRODNICK | 260 | 81 |
| 382 | MEDENT ALL-IN-ONE | 250 | 78 |
| 383 | RICHARD SANCHEZ | 249 | - |
| 384 | SUGAR LAND LAB SERVICES LLC | 245 | 76 |
| 385 | ANITA COOPER | 244 | 58 |
| 386 | TECHNOMARKETING | 238 | 74 |
| 387 | LISA HERZLICH | 235 | 73 |
| 388 | CHRISTIANA CARE HEALTH SERVICES INC | 225 | 70 |
| 389 | MITCHELL TARR | 222 | 69 |
| 390 | CITY OF DE SOTO | 221 | 69 |
| 391 | JON PALMER | 220 | - |
| 392 | MICHAEL GRIZZARD | 218 | 68 |
| 393 | PETER HAMILTON | 217 | 52 |
| 394 | CAFE INTERNATIONAL | 215 | 67 |
| 395 | Lisa Morgan | 206 | 64 |
| 396 | RICHMOND CONCIERGE LLC | 205 | - |
| 397 | P TODD DECKER | 205 | 64 |
| 398 | JENNIFER LAWLESS | 200 | 48 |
| 399 | 1ST CARE LLC | 200 | - |
| 400 | OPENDRAW LLC | 200 | - |
| 401 | DEES MOBILE PHLEBOTOMY SERVICE LLC | 200 | - |
| 402 | MEDRITE TECHNOLOGIES INC | 200 | - |
| 403 | SCHERTLER & ONORATO LLP | 200 | - |
| 404 | PROFESSIONAL DATA SERVICES INC | 198 | 62 |
| 405 | TOYOTA FINANCIAL SERVICES | 189 | 59 |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---:|---:|
| 406 | LENOIR CITY UTILITIES BOARD | 187 | 58 |
| 407 | BARBARA COX | 185 | 58 |
| 408 | RICHMOND COMMERCIAL SERVICES INC | 180 | - |
| 409 | SUSAN WASILEWSKI | 180 | 56 |
| 410 | PATHOLOGY LABORATORIES INC | 175 | 13 |
| 411 | DACHU GROUP INC | 175 | - |
| 412 | FIMA MANAGEMENT LLC | 175 | - |
| 413 | SNB LLC | 175 | - |
| 414 | CHERYL LOCKLEY | 171 | - |
| 415 | PHYLLIS STEPHAN | 168 | 52 |
| 416 | KAREN FURFARI | 166 | - |
| 417 | KAROLYN JOHNSON | 165 | 51 |
| 418 | CHARTER COMMUNICATIONS | 161 | 50 |
| 419 | ALLSCRIPTS | 160 | 50 |
| 420 | KENNETH STAWARZ | 158 | 49 |
| 421 | AMERICAN INFOSOURCE LP as agent for DIRECT TV | 157 | 49 |
| 422 | COMCAST | 157 | - |
| 423 | KELLY HARRISON | 157 | 49 |
| 424 | BLUE CROSS OF CALIFORNIA | 153 | 48 |
| 425 | GROUP AND PENSION ADMINISTRATORS INC | 153 | 47 |
| 426 | TUTELA MONITORING SYSTEMS LLC | 150 | - |
| 427 | Any Lab Test Now Leechelle59 | 150 | 47 |
| 428 | PACE ANALYTICAL SERVICES, INC. | 150 | 47 |
| 429 | DOCTORS GENERAL LABORATORY INC | 150 | 36 |
| 430 | TIDEWATER HEALTH AND WELLNESS SERVICES | 150 | 36 |
| 431 | CARESPOT PROFESSIONAL SERVICES LLC | 150 | - |
| 432 | RELIABLE JANITORIAL INC | 150 | - |
| 433 | PRESTIGE HEALTH CHOICE | 142 | - |
| 434 | YOUR LABORATORY LP | 140 | 44 |
| 435 | CERNER HEALTHCARE SOLUTIONS INC | 137 | - |
| 436 | DENNIS ANDRUSKIEWICZ | 135 | 42 |
| 437 | DIVINE TOUCH MOBILE PHLEBOTOMY SVC LLC | 135 | - |
| 438 | EBONY PEARSON | 134 | - |
| 439 | KENNETH SMITH | 133 | 41 |
| 440 | Alabama Power Company | 132 | 41 |
| 441 | EMPLOYER DRIVEN INSURANCE SERVICES | 131 | - |
| 442 | RACHEL GRAY | 130 | 40 |
| 443 | Any Lab Test | 125 | 39 |
| 444 | CLINICAL LAB SERVICES INC | 125 | 39 |
| 445 | PIONEER INVESTMENTS LLC | 125 | 39 |
| 446 | PHCLAS CRUCES INC | 125 | 39 |
| 447 | GOLDAMMER LAB TESTING LLC | 125 | 30 |
| 448 | STEPHEN NICKEL | 125 | - |
| 449 | GROUP HEALTH | 116 | 9 |
| 450 | NICOLE DIGIULO | 116 | - |
| 451 | BIO RIDE LLC | 115 | - |
| 452 | SAN ANGELO HOSPITAL LP | 110 | 34 |
| 453 | RESTEK | 108 | 34 |
| 454 | PROMEDDX LLC | 105 | 33 |
| 455 | VISTA CLINICAL DIAGNOSTICS INC | 105 | 33 |
| 456 | C & L WOLFE LLC | 105 | - |
| 457 | CHRISTIAN CARE MINISTRY | 103 | - |
| 458 | CLINICAL LABORATORIES OF HAWAII LLP | 100 | 31 |
| 459 | DENNIS FISHER | 100 | 31 |
| 460 | LOADING DOCK EQUIPMENT CO INC | 100 | 31 |
| 461 | RENEE PRIDGEON | 100 | 31 |
| 462 | SALINAS VALLEY PRIME CARE MEDICAL GROUP | 100 | 31 |
| 463 | SOLANTIC OF ORLANDO LLC | 100 | 31 |
| 464 | URGENT MEDICAL CENTER INC | 100 | 31 |
| 465 | HEALTH PRINT LLC | 100 | - |
| 466 | SACRED HEART HOSPITAL | 100 | - |
| 467 | COLORADO URGENT CARE PHYSICIANS PC | 100 | - |
| 468 | AVID COMMUNICATIONS LLC | 100 | 31 |
| 469 | ANY LAB TEST NOW PHOENIX | 100 | 31 |
| 470 | KOTA REDDY- REDDY BREAD | 97 | - |
| 471 | FLOYD CONSULTING SERVICE | 92 | 29 |
| 472 | WORLD WIDE MEDICAL PRODUCTS INC | 91 | 28 |
| 473 | LEXICOMP | 87 | 27 |
| 474 | ARUP LABORATORIES | 86 | 27 |
| 475 | WPS TRICARE ADMINISTRATION | 84 | 26 |
| 476 | CENTURYLINK | 84 | - |
| 477 | WINDSTREAM | 82 | 26 |
| 478 | ANTHEM BLUE CROSS | 81 | 25 |
| 479 | PATIENT FIRST | 80 | 25 |
| 480 | Any Lab Test Now | 75 | 23 |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

| | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---|---|
| 481 | COVERTEK INC | 75 | 23 |
| 482 | SOLANTIC SOUTH FLORIDA LLC | 75 | 23 |
| 483 | METRO LAB LLC | 75 | 18 |
| 484 | INSURANCE PHYSICAL SERVICES INC | 75 | - |
| 485 | LABS & MORE LLC | 75 | - |
| 486 | METABOLIC BALANCE OF SE ORLANDO | 75 | - |
| 487 | LIPID LABZ INC | 75 | - |
| 488 | OAK CREST LABORATORY SERVICES INC | 75 | - |
| 489 | DIANE ALBRECHT | 74 | - |
| 490 | DALE NETHERDA | 74 | 18 |
| 491 | GRAINGER | 73 | 23 |
| 492 | ARCPOINT LABS OF EASTERN CAROLINA | 70 | 22 |
| 493 | MEDWORXS | 70 | 5 |
| 494 | MONTOYA, ANGELO R | 65 | - |
| 495 | INFINITI LAB LLC | 62 | - |
| 496 | DSM SERVICES LLC | 60 | 14 |
| 497 | GEHA | 59 | 18 |
| 498 | ACE IMAGE WEAR | 54 | 17 |
| 499 | PARKER HANNIFIN EMP HEALTH CARE PLAN | 54 | 13 |
| 500 | SCOTT WILLIAMS | 53 | - |
| 501 | ARIZONA LAB PARTNERS LLC | 50 | 16 |
| 502 | DAVID FRICK | 50 | 16 |
| 503 | EAST COUNTY URGENT CARE INDUSTRIAL | 50 | 16 |
| 504 | GERTRUDE MCCLURE | 50 | 16 |
| 505 | GREGORY SOWEL | 50 | 16 |
| 506 | HALLANDALE LAB USA INC | 50 | 16 |
| 507 | JEFFERSON REGIONAL MEDICAL CENTER | 50 | 16 |
| 508 | JEG VENTURES LLC | 50 | 16 |
| 509 | LLOYD SHORTER | 50 | 16 |
| 510 | MARC BOLICH | 50 | 16 |
| 511 | PROFESSIONAL LABS INC | 50 | 16 |
| 512 | TONI M MILLISOCK | 50 | 16 |
| 513 | ANY LAB TEST SOLUTIONS LLC | 50 | 4 |
| 514 | GARY MASON | 50 | 4 |
| 515 | ANY LAB TEST G2 CORP | 50 | 12 |
| 516 | GEVORG SEDRAKYAN MD PC | 50 | 12 |
| 517 | ROBIN R KHAN | 50 | 12 |
| 518 | DIAGNOSTIC PATHOLOGY CONSULTING LLC | 50 | 12 |
| 519 | DL MANDAT | 50 | - |
| 520 | JMAC SERVICES INC | 50 | - |
| 521 | KAREN SPAHR | 50 | - |
| 522 | ASAP MEDICAL ASSOCIATES PC | 50 | - |
| 523 | DARRELL DOUGLAS | 50 | - |
| 524 | HIGH DESERT DIAGNOSTIC LABORATORY INC | 50 | - |
| 525 | NORFOLK WIRE & ELECTRONICS | 46 | 14 |
| 526 | HAROLD FREIMAN | 41 | 13 |
| 527 | JAN SNEDEGAR | 40 | 12 |
| 528 | NM TAXATION AND REVENUE DEPARTMENT | 36 | 11 |
| 529 | KING, SCOTT N | 36 | 8 |
| 530 | MERITAIN HEALTH | 35 | 11 |
| 531 | PREFERRED CARE PARTNERS | 27 | - |
| 532 | THOMAS RYAN | 26 | - |
| 533 | QUANTERIX | 25 | - |
| 534 | ANY TEST SERVICES INC | 25 | 8 |
| 535 | BLUE EYED BULL INVESMENT | 25 | 8 |
| 536 | COFFEY AND COFFEY INC | 25 | 8 |
| 537 | DEROY ENTERPRISES LLC | 25 | 8 |
| 538 | GINN VENTURES ONE LLC | 25 | 8 |
| 539 | HOLYOKE MEDICAL CENTER INC | 25 | 8 |
| 540 | HOSPITAL AUTHORITY OF CANDLER COUNTY | 25 | 8 |
| 541 | SMITH LABS LLC | 25 | 8 |
| 542 | UPSTATE TESTING SERVICES LLC | 25 | 8 |
| 543 | ARCADIA LAB AND DIAGNOSTICS LLC | 25 | 2 |
| 544 | D VAN TESTING INC | 25 | 2 |
| 545 | LOUS CLINICAL LAB INC | 25 | 2 |
| 546 | LUFT MEDICAL MANAGEMENT PLLC | 25 | 2 |
| 547 | CENTRAL IN REGIONAL BLOOD CENTER INC | 25 | 6 |
| 548 | DC LAB TESTING LLC | 25 | 6 |
| 549 | RYAL VENTURES INC | 25 | 6 |
| 550 | HEALTHY LIVING LLC | 25 | - |
| 551 | RELIANCE TESTING INC | 25 | - |
| 552 | DIVINE SEED CORPORATION | 25 | - |
| 553 | FIGURE 8 HEALTH PC | 25 | - |
| 554 | UNIQUE LAB SERVICES LLC | 25 | - |
| 555 | COUNTY WASTE OF VIRGINIA | 22 | 2 |
| 556 | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | 19 | 5 |
| 557 | REV CASTRO | 17 | - |
| 558 | THOMAS WIGGER | 12 | - |
| 559 | UNITED HEALTHCARE COMMUNITY PLAN | 10 | - |
| 560 | LEVAUGN SINGLETON | 10 | 2 |
| 561 | DEBRA MACKEY | 10 | - |

# HDL Liquidating Trust
*Schedule of Unsecured Claims*
*Source: ALCS Unsecured Claims Schedules as of 12/11/25*

|  | Professional Name | Claim Amount ($) | Total Paid and Cashed ($) |
|---|---|---:|---:|
| **562** | GREENSHADES | 2 | 1 |
| **563** | MICHAELINE MAHOOD | 2 | - |
| | **Total** | **$ 198,229,696** | **$ 84,001,938** |