Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
      churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HEALTH DIAGNOSTIC LABORATORY, INC., *et. al.*, | ) ) | **Case No. 15-32919-KRH** |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

## NOTICE OF OMNIBUS HEARING

**PLEASE TAKE NOTICE** that on December 16, 2025, Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust (the "Liquidating Trustee"),[2] appointed pursuant to the Debtors' confirmed *Modified Second Amended Plan of Liquidation* (the "Plan") in these jointly administered bankruptcy cases (the "Chapter 11 Cases" or the "Cases"), by and through his undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") a *Proposed Agenda for Hearing Scheduled for December 18, 2025 at 2:00 P.M.* (Prevailing Eastern Time) (the "Agenda") [Docket No. 6093].

**PLEASE TAKE FURTHER NOTICE** that a copy of the Agenda may be obtained at no charge at http://www.americanlegal.com/HDL or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Agenda carefully and discuss it with your attorney, if you have one in the Chapter 11 Cases. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2016, the Court entered the *Order Establishing Certain Post-Confirmation Notice, Case Management and Administrative*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

*Procedures* [Bankr. Dkt. No. 1261] (the "Post-Confirmation Case Management Order"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Post-Confirmation Case Management Order (the "Case Management Procedures"). The Case Management Procedures, among other things, proscribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Post-Confirmation Case Management Order may be obtained at no charge at http://www.americanlegal.com/HDL or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in any of the matters set forth in the Agenda, or if you want the Court to consider your views on any matter set forth therein, you or your attorney must:

1. Attend the Omnibus Hearing (the "Hearing") at 2:00 p.m. (prevailing Eastern Time) on December 18, 2025 before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge at 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219.

    Any person seeking to listen to the Hearing,[3] but not actively participate during the Hearing, may use the following:

    > Dial-in Number: (646) 828-7666
    > Meeting ID: 161 972 4324
    > Passcode: 242515

    Any person seeking to (a) actively participate during the Hearing, including but not limited to making argument, offering evidence, examining witnesses, or noting an appearance for the record, or (b) hear witness testimony, must appear in-person at Judge Huennekens' Courtroom, 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219. Any person seeking to participate remotely in the hearing should review the following information: https://www.vaeb.uscourts.gov/hearings-appearing-remotely

**If you or your attorney do not attend the Hearing, the Court may deem any opposition waived, treat the matter as conceded, and enter appropriate orders granting the requested relief without further notice or hearing.**

---

[3] In accordance with the *Guide to Judiciary Policy*, the Court will provide live remote audio access to any portion of the Hearing in which a witness is not testifying. In the event of witness testimony, the listen-only conference line will be disabled.

Dated: December 16, 2025  Respectfully submitted,

*/s/ Christopher A. Hurley*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
         churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*