IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) ) | Chapter 11 |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | ) ) ) ) | Case No.: 15-32919-KRH |
| | ) | Jointly Administered |
| **Debtors.**[1] | ) ) | |

# ORDER

Upon the Order entered on August 30, 2022, appointing the Honorable Frank J. Santoro as Judicial Mediator (the "Mediator") in connection with the efforts to resolve certain claims between Richard Arrowsmith, solely in his capacity as the Liquidating Trustee of the HDL Liquidating Trust (the "Liquidating Trustee"), and the Dent Parties as defined in the Order appointing the Mediator (the "Order Appointing Mediator") [ECF No. 5533]; and upon the *Motion of the Liquidating Trustee for (I) Authority to Enter Into a Settlement with Floyd Calhoun Dent, III and Various Related Parties Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); and (II) Related Relief* [ECF No. 5741] and the entry of the Court's *Order Granting Motion of the Liquidating Trustee for (I) Authority to Enter into a Settlement Agreement with Floyd Calhoun*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Robert S. Westermann (VSB No. 43294)
rwestermann@spottsfain.com
Christopher A. Hurley (VSB No. 93575)
churley@spottsfain.com
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

*Dent, III and Various Related Parties Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); and (II) Related Relief* (the "Order Approving Settlement") [ECF No. 5760]; and pursuant to Section 13(e) of the *Settlement Agreement and Mutual Release* by and between the Liquidating Trustee and the Dent Parties (the "Settlement Agreement") which was approved by the Order Approving Settlement, providing that "any disputes under this Agreement [the Parties] cannot resolve themselves will be submitted to the Mediator for resolution" [ECF No. 5760, p. 16]; and upon there being a dispute that the Liquidating Trustee and the Dent Parties were unable to resolve with respect to certain Forms 1099-S and 1099-MISC (the "1099 Forms") that were properly filed and issued pursuant to the IRS regulations to the Dent Parties in connection with the property transfers and other transactions set forth in the Settlement Agreement, thus the parties submitted the dispute to the Mediator for final resolution; and after due consideration and numerous consultations with the Liquidating Trustee and the Dent Parties and their respective retained tax and legal professionals, and finding there is sufficient cause and basis for the relief granted herein that the Mediator finds to be appropriate, justified, and supported by applicable law, and to be in the best interests of the Liquidating Trustee and the Dent Parties, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. On or before December 17, 2025, the Liquidating Trustee's tax professionals are hereby ordered to cause to be filed with the Internal Revenue Service and issued to the Dent Parties by email to Christopher M. Kovach and regular U.S. mail to the Dent Parties' counsel and accountant Rod Dooley corrected 1099-S and 1099-MISC Forms on which the "Corrected" box will be checked and zeros will be entered in the boxes that previously included non-zero amounts.

2. Pursuant to and consistent with the Barton Doctrine as set forth by the U.S. Supreme Court in *Barton v. Barbour*, 104 U.S. 126 (1881), the Liquidating Trustee, the HDL

Liquidating Trust, the Debtors' bankruptcy estates, the Liquidating Trust Oversight Committee, and all of their accountants, agents, consultants, financial advisors, legal counsel, and representatives, shall have no liability or exposure in any way, to any party or governmental agency, including but not limited to the Dent Parties, related to the filing and issuance of the 1099 Forms and compliance with the relief granted in this Order.

3. Upon entry of the final decree Order closing these Chapter 11 cases, and the submission of the corrected 1099 Forms to the Internal Revenue Service and to the Dent Parties, the mediation as ordered in the Order Appointing Mediator is deemed to be concluded, with all disputes arising under the Settlement Agreement having been fully resolved by the Mediator or otherwise, and the Mediator is relieved from all duties arising under the Order Appointing Mediator.

4. The Mediator shall retain exclusive jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

5. This Order is final, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and any applicable stay is hereby waived.

6. The Clerk is directed to mail copies of this Order as entered to counsel of record at the addresses indicated below.

DATED: 12-17-2025

UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET: Dec 17 2025

**PARTIES TO RECEIVE COPIES:**

Robert S. Westermann, Esq.
Spotts Fain PC

3

411 E. Franklin St., Suite 600
Richmond, VA 23219

Christopher Kovach, Esq.
Barnwell Whaley
211 King St. # 300
Charleston, SC 29401

Jay Kagan, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103