Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
       churley@spottsfain.com

*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HEALTH DIAGNOSTIC LABORATORY, ) | **Case No. 15-32919-KRH** |
| INC., *et. al.,* ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

---

### AMENDED PROPOSED AGENDA FOR HEARING SCHEDULED FOR DECEMBER 18, 2025, AT 2:00 P.M. (PREVAILING EASTERN TIME)

**I.    MATTER IN LEAD CASE**

    1.    In re Health Diagnostic Laboratory Inc., Case No. 15-32919-KRH – Liquidating Trustee's Final Report and Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases, (II) Discharge of Claims Agent, and (III) Related Relief [Docket No. 5961] and Notice Thereof [Docket No. 5962]

*Related Documents:*

    Certificate of Service [Docket No. 5964]

    Order Directing Submission of Report for In-Camera Review [Docket No. 5979]

    Notice of Filing of Revised Exhibit B to Liquidating Trustee's Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases; (II) Discharge of Claims Agent; and (III) Related Relief [Docket No. 5974]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Notice of Filing of Further Revised Exhibit B to Liquidating Trustee's Motion for (I) Entry of Final Decree and Order Closing the Chapter 11 Cases; (II) Discharge of Claims Agent; and (III) Related Relief Amended Final Account [Docket No. 6092]

**Order [Docket No. 6096]**

**Certificate of Service [Docket 6097]**

*Response Deadline:* December 16, 2024

*Status:*

No timely objections have been filed, and this matter is going forward. The Liquidating Trustee is working with the Office of the United States Trustee on a proposed Order granting this Motion.

Dated: December 17, 2025          Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Christopher A. Hurley (VSB No. 93575)
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: rwestermann@spottsfain.com
         churley@spottsfain.com
*Counsel for Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*