## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| TRUE HEALTH DIAGNOSTICS, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17cv697–HEH |
| | ) | |
| RICHARD ARROWSMITH, in his capacity as Liquidating Trustee of the HDL Liquidating Trust, | ) ) ) | (Appeal from Bankruptcy Case No. 15-32919-KRH) |
| | ) | |
| Appellee. | ) | |

## ORDER
### (Granting Voluntary Motion to Dismiss)

THIS MATTER is before the Court on Appellant's Motion to Voluntarily Dismiss Appeal, filed on January 11, 2018 (ECF No. 14). Upon due consideration, and understanding that counsel for Appellee agrees to the voluntary dismissal of this appeal, the Court hereby GRANTS the Motion. The appeal is accordingly DISMISSED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_/s/_
Henry E. Hudson
United States District Judge

Date: Jan. 12, 2018
Richmond, Virginia